**EXHIBIT "B"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TXu 1-684-440**

Effective date of registration:
August 4, 2010

---

## Title
**Title of Work:** Stock Picker

## Completion/ Publication
**Year of Completion:** 2010

## Author
- **Author:** Brooks Entertainment Inc.
- **Author Created:** text, artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Brooks Entertainment Inc.
P.O. Box 181205, Coronado, CA, 92178, United States

## Certification
**Name:** Benson Ling
**Date:** August 2, 2010
**Applicant's Tracking Number:** 8672381

Scanned with CamScanner

Registration #:   TXU001684440

Service Request #:   1-462522782

Brooks Entertainment Inc.
P.O. Box 181205
Coronado, CA 92178  United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

PA 1-397-099



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

JUNE 22, 2012
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
S. O.B.

**Registration Number of the Basic Registration ▼**
PA0001788514

**Year of Basic Registration ▼**
2011

**Name(s) of Author(s) ▼**
Fran S. Brooks

**Name(s) of Copyright Claimant(s) ▼**
Fran S. Brooks

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  1     Line Heading or Description  Previous or Alternative Title

**Incorrect Information as It Appears in Basic Registration ▼**

Stock Ticker

**Corrected Information ▼**

Stock Picker

**Explanation of Correction ▼**

A previous/alternative title was incorrectly entered. Instead of "Stock Ticker," it should be "Stock Picker."

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____  Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

Scanned with CamScanner

|                                          |                    |
|------------------------------------------|--------------------|
| FORM CA RECEIVED                         | FORM CA            |
| **JUN 2 2 2012**                         |                    |
| FUNDS RECEIVED DATE                      |                    |
| EXAMINED BY                              | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐                         |                    |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Fran Brooks
P.O. Box 181205
Coronado, CA 92178

Phone ( 619 ) 575-0242    Fax (   )    Email

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name LEGALZOOM.COM INC
Account Number DA92487

**E**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  Fran S. Brooks
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Constance Verdin          Date ▼ June 19, 2012

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:

Name ▼
Fran S. Brooks

Number/Street/Apt ▼
P.O. Box 181205

City/State/ZIP ▼
Coronado, CA 92178

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000  Web Rev: July 2002  Printed on recycled paper    U.S. Government Printing Office: 2002-491-423/60,009

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-788-514**

Effective date of registration:

July 20, 2011

## Title

**Title of Work:** S.O.B

**Previous or Alternative Title:** S.O.B Television

Class Is In Session

$999,999.99

When Winning Comes Easy

I am Responsible for Me

Never Satisfied

Father Figure

What is the # to Brooks Financial?

Shon Brooks has a Portfolio for Every Household

Everywhere I Go

How about The People who Can't find a job?

In Regards to Investing

How Long can your son Live in Your House?

How can the Average Person Invest

Mirroring

On the Job Training

There's No Time to Play

Wake Up

Save one Bank

Stock Ticker

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** January 24, 2003    **Nation of 1st Publication:** United States

## Author

|          | Author: | Fran S. Brooks |
|---|---|---|
|          | Author Created: | editing/editor, script/screenplay, production/producer, entire motion picture |
| Work made for hire: | No | |
| Domiciled in: | United States | |

## Copyright claimant

| | Copyright Claimant: | Fran S. Brooks |
|---|---|---|
| | | P.O. Box 181205, Coronado, CA, 92178, United States |

## Certification

| | Name: | Benson L. |
|---|---|---|
| | Date: | July 15, 2011 |
| Applicant's Tracking Number: | 501052972 | |

| | Correspondence: | Yes |
|---|---|---|



Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

PA 1-396-794

| TX | TX | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

6-10-2011
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
S.O.B.

Registration Number of the Basic Registration ▼
PA 1-716-431

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Brooks Entertainment Inc.

Name(s) of Copyright Claimant(s) ▼
Brooks Entertainment Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description  Previous or Alternative Title

Incorrect Information as It Appears in Basic Registration ▼
Shon Brooks

Corrected Information ▼
Save One Bank

Explanation of Correction ▼
Previous/Alternative title was originally listed incorrectly, in error

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

Scanned with CamScanner

|  | FORM CA RECEIVED | FORM CA |
|---|---|---|
|  | **JUN 1 0 2011** |  |
|  | FUNDS RECEIVED DATE |  |
|  | EXAMINED BY  | FOR COPYRIGHT OFFICE USE ONLY |
|  | CORRESPONDENCE ☐ |  |
|  | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO |  |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

**E**

Phone ( 619 ) 575 0242    Fax ( )    Email taxshelterpro@aol.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name LegalZoom.com
Account Number DA092487

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of  Brooks Entertainment Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Clare Gmur    Date ▼ June 6, 2011

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:
Name ▼ Fran Brooks
Number/Street/Apt ▼ P.O. BOX 181205
City/State/ZIP ▼ CORONADO, CA 92178

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—,000  Printed on recycled paper    U.S. Government Printing Office: 2006-xxx-xxx/xx

Scanned with CamScanner