MARC E. MAYER (SBN 190969); mem@msk.com
KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Activision Blizzard, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., <br><br>Plaintiff, <br><br>v. <br><br>ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., <br><br>Defendants. | CASE NO. 3:21-CV-02003-TWR-MDD <br><br>[Assigned to Judge Todd W. Robinson] <br><br>**NOTICE OF MOTIONS AND:** <br><br>**(1) MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6), AND** <br><br>**(2) SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF FOR COMMERCIAL APPROPRIATION OF LIKENESS PURSUANT TO CCP § 425.16** <br><br>[Memorandum of Points and Authorities, Request For Judicial Notice, Declarations of Marc E. Mayer and James Lodato, and [Proposed] Order Filed Concurrently Herewith] <br><br>Courtroom: 3A (3rd Floor) <br>Date: April 20, 2022 <br>Time: 1:30 p.m. |

CASE NO. 3:21-CV-02003
**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**

Mitchell Silberberg & Knupp LLP
13953148.1

# NOTICE OF MOTIONS

**TO PLAINTIFF BROOKS ENTERTAINMENT, INC. AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 20, 2022 at 1:30 p.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Todd W. Robinson, located at Courtroom 3A, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant Activision Blizzard, Inc. ("Activision"), by and through its undersigned counsel, will and hereby does move this Court for an order dismissing Plaintiff Brooks Entertainment, Inc.'s ("Plaintiff") Complaint pursuant to Rule 12(b)(6); striking Plaintiff's Third Claim for Relief in the Complaint pursuant to Civ. Proc. Code § 425.16; and awarding Activision its reasonable attorneys' fees and costs. This Motion is based upon the following grounds:

1. Plaintiff's First Claim for Relief for trademark infringement under the Lanham Act is barred in its entirety by the First Amendment of the U.S. Constitution pursuant to, *inter alia, Rogers v. Grimaldi*, 875 F.2d 994 (2d Cir. 1989) and *Brown v. Elec. Arts, Inc.*, 724 F.3d 1235 (9th Cir. 2013).

2. Plaintiff's Second Claim for Relief for copyright infringement should be dismissed because, even taking the allegations in the Complaint as entirely true and construing every possible inference therefrom in Plaintiff's favor, there is no plausible basis to find that Plaintiff's purported games and Activision's *Call of Duty* games are substantially similar in any protectable expression.

3. Plaintiff's Third Claim for Relief should be dismissed and/or stricken under California's SLAPP statute, Cal. Code. Civ. P. § 425.16, because it arises from the exercise of free speech rights involving matters of public interest and Plaintiff cannot prove that it is likely to succeed on the merits of the claim, including

Mitchell Silberberg & Knupp LLP
13953148.1

because the *Call of Duty: Infinite Warfare* character "Sean Brooks," does not appropriate the name, image, or likeness of Fran Shatone ("Shon") Brooks.

This Motion is based upon this Notice of Motions and Motions; the Memorandum of Points and Authorities in Support; the Declaration of Marc E. Mayer dated February 8, 2022 in Support; the Declaration of James Lodato dated February 3, 2022 in Support; Request for Judicial Notice; and any other documents filed by Activision, and any oral argument in support thereof.

On January 26, 2022, pursuant to Section III.A.1 of the Honorable Todd W. Robinson's Standing Order for Civil Cases, counsel for Activision met and conferred with counsel for Plaintiff in good faith attempt to resolve the issues set forth in this Motion without involving the Court. The parties were not able to resolve any such issues, thus necessitating the instant Motion.

DATED: FEBRUARY 8, 2022 RESPECTFULLY SUBMITTED,

MARC E. MAYER
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
　　　Marc E. Mayer
　　　Attorneys for Defendant