MARC E. MAYER (SBN 190969); mem@msk.com
KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Activision Blizzard, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., | CASE NO. 3:21-CV-02003-TWR-MDD |
| Plaintiff, | [Assigned to Judge Todd W. Robinson] |
| v. | **DECLARATION OF JAMES LODATO IN SUPPORT OF:** |
| ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., | **(1) MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6), AND** |
| Defendants. | **(2) SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF FOR COMMERCIAL APPROPRIATION OF LIKENESS PURSUANT TO CCP § 425.16** |
| | [Notice of Motions, Memorandum of Points and Authorities, Request For Judicial Notice, Declaration of Marc E. Mayer and [Proposed] Order Filed Concurrently Herewith] |
| | Courtroom: 3A (3rd Floor)<br>Date: April 20, 2022<br>Time: 1:30 p.m. |

CASE NO. 3:21-CV-02003
**DECLARATION OF JAMES LODATO**

# DECLARATION OF JAMES LODATO

I, JAMES LODATO, declare as follows:

1. I am Director of Production at Defendant Activision Publishing, Inc. ("Activision"). I have knowledge of the *Call of Duty* series of games as a whole, including the *Call of Duty: Infinite Warfare* game, based on my affiliation with Activision. I make this declaration based upon my personal knowledge or based upon business records maintained in the ordinary course of Activision's business. If called as a witness, I could and would competently testify to all of the following.

## Activision and the *Call of Duty* Games

2. Activision is a leading worldwide developer, publisher, and distributor of interactive entertainment products, including the *Call of Duty* series of video games. Activision released its first *Call of Duty* game in 2003, and has released 18 "core" *Call of Duty* titles for video game consoles and PCs, along with several spin-off, mobile, and handheld titles.

3. Generally speaking, in the *Call of Duty* games, players engage in high-stakes military combat missions from a "first person" perspective in a variety of settings and time periods, such as World War II, the Vietnam War, the 1980s, the present day, the near future, and the far future. For example, the original *Call of Duty* and *Call of Duty 2* allowed players to participate in famous battles that took place during World War II. *Call of Duty: Modern Warfare* took place in the present day, in locations such as the Middle East and Eastern Europe. *Call of Duty: Black Ops* took place during the Cold War, in locations such as Cuba and Africa.

4. The *Call of Duty* games feature both a single-player campaign and a competitive multi-player mode. In *Call of Duty*'s multi-player mode, players compete against each other in individual or team-based combat on a variety of simulated virtual battlefields, ranging from battle-torn cityscapes to high-tech indoor environments.

## *Call of Duty: Infinite Warfare* and the Brooks Character

5. On or about November 4, 2016, Activision released *Call of Duty: Infinite Warfare* (the "Game"), which was the thirteenth installment in the *Call of Duty* franchise.

6. *Call of Duty: Infinite Warfare* is set in the distant future, in which Earth has been stripped of its natural resources, humans have colonized the solar system, and militant radical groups and political entities jockey for control of the solar system's remaining resources. In the Game, players assume the role of Commander Nick Reyes, the newly appointed captain of a space warship named *Retribution*. Players, as Reyes, must lead the *Retribution*'s crew in an ongoing effort to protect the solar system against an extremist group of human colonists from Mars. Reyes and his crew are tasked with a series of high-stakes missions on Earth and in space, requiring the player to engage in a variety of battle scenarios. None of the missions in the Game involve banks, the stock market, or Wall Street.

7. While the player remains in control of Reyes throughout the campaign, the player is assisted by several computer-controlled crew members, including Corporal Sean Brooks (the "Brooks Character"). The Brooks Character appears only as a computer-controlled digital model. The Brooks Character is not playable, and is just one of the supporting characters in the story.

8. For purposes of demonstrating the Game and the Brooks Character, attached as **Exhibit 1** is a USB flash drive containing a video file. This video file contains a compilation of scenes from *Call of Duty: Infinite Warfare* in which the character known as "Sean Brooks" is present. As can be seen from the videos, "Sean Brooks" is a military officer who wears space armor and speaks with an Irish accent. In some of these clips, an Irish flag can be seen on his uniform. I also am prepared to demonstrate the Game to the Court (either remotely or in person) if the Court would find that to be helpful.

9. The Brooks Character does not appear in any *Call of Duty* game other than the Game. Additionally, the Brooks Character is not playable in any online or competitive game mode. The Brooks Character also has never been featured in any *Call of Duty* tournament run by Activision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 03 day of February, 2022 at Los Angeles, California.

_____*James Lodato*_____
James Lodato

Mitchell Silberberg & Knupp LLP
13886114.1

4
DECLARATION OF JAMES LODATO
CASE NO. 3:21-CV-02003

# EXHIBIT 1

(BEING LODGED WITH COURT ON USB FLASH DRIVE)