MARC E. MAYER (SBN 190969); mem@msk.com
KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Activision Blizzard, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., | CASE NO. 3:21-CV-02003-TWR-MDD |
| Plaintiff, | [Assigned to Judge Todd W. Robinson] |
| v. | **DECLARATION OF MARC E. MAYER IN SUPPORT OF:** |
| ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., | **(1) MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6), AND** |
| Defendants. | **(2) SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF FOR COMMERCIAL APPROPRIATION OF LIKENESS PURSUANT TO CCP § 425.16** |
| | [Notice of Motions, Memorandum of Points and Authorities, Request For Judicial Notice, Declaration of James Lodato and [Proposed] Order Filed Concurrently Herewith] |
| | Courtroom: 3A (3rd Floor)<br>Date: April 20, 2022<br>Time: 1:30 p.m. |

Mitchell
Silberberg &
Knupp LLP

# DECLARATION OF MARC E. MAYER

I, Marc E. Mayer, the undersigned, hereby declare as follows:

1.     I am an attorney at law, duly licensed to practice law in the State of California.  I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Defendant Activision Blizzard, Inc. ("Activision") in this action.  I submit this declaration in support of Activision's Motion to Dismiss and Special Motion to Strike.  Except as otherwise noted, I have personal knowledge of all of the following and, if called as a witness, could and would testify competently thereto.

2.     Attached hereto as **Exhibit 1**, lodged with the Court under separate cover, is a true and correct retail copy of Activision's *Call of Duty: Infinite Warfare* (the "Game") as made available for the Microsoft Xbox platform.  I obtained this retail copy from online website Amazon.com, at the following link: https://www.amazon.com/Call-Duty-Infinite-Warfare-Standard-PlayStation/dp/B01EZA0D8O?th=1.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the front and back cover of the packaging for the Xbox version of the Game.  (The packaging is substantively the same for all other console versions.)

4.     Attached hereto as **Exhibit 3** are a set of screen captures from *Call of Duty: Infinite Warfare*.  I captured each of these images using the Nvidia GeForce Experience software while playing *Call of Duty: Infinite Warfare* on a Windows PC.

5.     Attached hereto as **Exhibit 4** (and lodged with the court on a USB flash drive) is a file folder containing four video files reflecting game play from *Call of Duty: Infinite Warfare*.  I captured each of these videos using the Nvidia GeForce Experience software while playing *Call of Duty: Infinite Warfare* on a Windows PC.

6.     Attached hereto as **Exhibit 5** is a true and correct printout of the LinkedIn account for "Shon Brooks" of "Brooks Financial & Entertainment Consultants Inc.," which a member of my firm's staff, at my direction, caused to be

captured and converted to PDF from the URL https://www.linkedin.com/in/shon-brooks-47a97025/ on January 13, 2022.

7. Attached hereto as **Exhibit 6** is an excerpt from a true and correct printout of the Twitter account for "Shon Brooks," "CEO of Brooks Financial & Entertainment Consultants … ," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://twitter.com/shonbrooks1 on January 13, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct printout of an article dated January 4, 2011 entitled "Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.prlog.org/11194732-shon-brooks-launches-interactive-computer-games-to-excite-students-in-good-money-management.html on January 13, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct printout of the certificate of registration for the mark STOCK PICKER (U.S. Reg. No. 4,287,528), which a member of my firm's staff, at my direction, retrieved from the United States Patent and Trademark Office's ("USPTO") online records on February 7, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct printout of an article dated July 1, 2012 entitled "The Financial Plans of Superheroes," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.financial-planning.com/news/the-financial-plans-of-superheroes on January 13, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct printout of the certificate of registration for the mark SAVE ONE BANK (U.S. Reg. No. 3,921,420), which a member of my firm's staff, at my direction, retrieved from the United States Patent and Trademark Office's ("USPTO") online records on February 7, 2022.

12.     Attached hereto as **Exhibit 11** is a true and correct printout of an article dated July 27, 2005 entitled "Sean and Emma most popular baby names again," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.irishtimes.com/news/sean-and-emma-most-popular-baby-names-again-1.1180516 on January 13, 2022.

13.     Attached hereto as **Exhibit 12** is a true and correct printout of the Wikipedia page for "Brooks (surname)," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://en.wikipedia.org/wiki/Brooks_(surname) on January 13, 2022.

14.     Attached hereto as **Exhibit 13** is a true and correct printout of a page from Activision's website entitled "Call of Duty Infinite Warfare," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.activision.com/games/call-of-duty/call-of-duty-infinite-warfare on February 1, 2022.

15.     Attached hereto as **Exhibit 14** is a true and correct printout of the Wikipedia page for "Category: Video games set on Mars," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://en.wikipedia.org/wiki/Category:Video_games_set_on_Mars on January 13, 2022.

16.     Attached hereto as **Exhibit 15** is a true and correct printout of an article dated December 21, 2018 entitled "Shopping for the Apocalypse: Malls in Video Games, Then and Now," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now on January 13, 2022.

17.     Attached hereto as **Exhibit 16** is a true and correct printout of an article dated July 30, 2015 entitled "Know Your Genres: First-Person Shooters," which a member of my firm's staff, at my direction, caused to be captured and converted to

Mitchell
Silberberg &
Knupp LLP

PDF from the URL https://news.xbox.com/en-us/2015/07/30/games-know-your-genres-first-person-shooters/ on January 13, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct printout of an article dated December 16, 2016 entitled "The 10 Best Day/Night Cycles in Games," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/ on January 13, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct printout of an article dated April 22, 2021 entitled "Call of Duty Has Now Sold 400 Million Copies To Date," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.gamespot.com/articles/call-of-duty-has-now-sold-400-million-copies-to-date/1100-6490462/ on February 1, 2022.

20. Attached hereto as **Exhibit 19** is a true and correct printout of an article dated September 17, 2021 entitled "U.S. generals planning for a space war they see as all but inevitable," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/ on February 1, 2022.

21. Attached hereto as **Exhibit 20** is a true and correct printout of an article dated October 19, 2020 entitled "Could outer space be the world's next battleground," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://broadview.org/weaponization-of-space/ on January 13, 2022.

22. Attached hereto as **Exhibit 21** is a true and correct printout of an article dated November 27, 2018 entitled "Don't let space become the next military battleground," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL

https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127188002/ on February 1, 2022.

23.    Attached hereto as **Exhibit 22** is a true and correct printout of an article dated June 21, 2016 entitled "The Growing Risk of a War in Space," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/ on January 13, 2022.

24.    Attached hereto as **Exhibit 23** is a true and correct copy printout of page from the official United States Space Force website entitled "United States Space Force Mission," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.spaceforce.mil/About-Us/About-Space-Force/Mission/ on January 13, 2022.

25.    Attached hereto as **Exhibit 24** is a true and correct copy printout of an article dated March 31, 2016 entitled "Super Financial Agent Shon Brooks Hitting the Big Screen," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.prnewswire.com/news-releases/super-financial-agent-shon-brooks-hitting-the-big-screen-300243812.html on February 8, 2022.

26.    Attached hereto as **Exhibit 25** is a true and correct copy printout of an article dated January 29, 2012 entitled "Shon Brooks Identified as 'Game Changer' by Invention Magazine," which a member of my firm's staff, at my direction, caused to be captured and converted to PDF from the URL https://www.prlog.org/11784448-shon-brooks-identified-as-game-changer-by-invention-magazine.html on February 1, 2022.

27.    Attached hereto as **Exhibit 26** are true and correct printouts of January 7, 2022 "tweets" by the Twitter account for "Shon Brooks," which a member of my

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF MARC E. MAYER**

firm's staff, at my direction, caused to be captured and converted to PDF from the URLs https://twitter.com/shonbrooks1/status/1479515093373095939 and https://twitter.com/shonbrooks1/status/1479514608314421251 on January 13, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of February, 2022 at Calabasas, California.

/s/ Marc E. Mayer
Marc E. Mayer

**DECLARATION OF MARC E. MAYER**

Mitchell
Silberberg &
Knupp LLP

# INDEX OF EXHIBITS TO DECLARATION OF MARC E. MAYER

| Exhibit No. | Description | Page No. |
|---|---|---|
| 1 | Retail copy of Activision's *Call of Duty: Infinite Warfare* as made available for the Microsoft Xbox platform | 10 |
| 2 | Front and back cover of the packaging for the Xbox version of *Call of Duty: Infinite Warfare* | 11 |
| 3 | Screen captures from *Call of Duty: Infinite Warfare* | 15 |
| 4 | Video files reflecting game play from *Call of Duty: Infinite Warfare* | 20 |
| 5 | LinkedIn account for "Shon Brooks" of "Brooks Financial & Entertainment Consultants Inc." | 21 |
| 6 | Twitter account for "Shon Brooks" "CEO of Brooks Financial & Entertainment Consultants … " | 26 |
| 7 | Article dated January 4, 2011 entitled "Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management" | 238 |
| 8 | Certificate of registration for the mark STOCK PICKER (U.S. Reg. No. 4,287,528) | 243 |
| 9 | Article dated July 1, 2012 entitled "The Financial Plans of Superheroes" | 245 |
| 10 | Certificate of registration for the mark SAVE ONE BANK (U.S. Reg. No. 3,921,420) | 253 |
| 11 | Article dated July 27, 2005 entitled "Sean and Emma most popular baby names again" | 256 |
| 12 | Wikipedia page for "Brooks (surname)" | 261 |
| 13 | Page from Activision's website entitled "Call of Duty Infinite Warfare" | 277 |
| 14 | Wikipedia page for "Category: Video games set on Mars" | 281 |
| 15 | Article dated December 21, 2018 entitled "Shopping for the Apocalypse: Malls in Video Games, Then and Now" | 285 |
| 16 | Article dated July 30, 2015 entitled "Know Your Genres: First-Person Shooters" | 300 |
| 17 | Article dated December 16, 2016 entitled "The 10 Best Day/Night Cycles in Games" | 324 |

Mitchell
Silberberg &
Knupp LLP

CASE NO. 3:21-CV-02003
**DECLARATION OF MARC E. MAYER**

| Exhibit No. | Description | Page No. |
|---|---|---|
| 18 | Article dated April 22, 2021 entitled "Call of Duty Has Now Sold 400 Million Copies To Date" | 339 |
| 19 | Article dated September 17, 2021 entitled "U.S. generals planning for a space war they see as all but inevitable" | 343 |
| 20 | Article dated October 19, 2020 entitled "Could outer space be the world's next battleground" | 349 |
| 21 | Article dated November 27, 2018 entitled "Don't let space become the next military battleground" | 378 |
| 22 | Article dated June 21, 2016 entitled "The Growing Risk of a War in Space" | 387 |
| 23 | Page from the official United States Space Force website entitled "United States Space Force Mission" | 394 |
| 24 | Article dated March 31, 2016 entitled "Super Financial Agent Shon Brooks Hitting the Big Screen" | 397 |
| 25 | Article dated January 29, 2012 entitled "Shon Brooks Identified as 'Game Changer' by Invention Magazine" | 400 |
| 26 | "Tweets" dated of January 7, 2022 by the Twitter account for "Shon Brooks" | 405 |

Mitchell Silberberg & Knupp LLP

# EXHIBIT 1

(Physical exhibit being lodged with Court)

**Exhibit 1**
**Page 10**

# EXHIBIT 2

Exhibit 2
Page 11



Exhibit 2
Page 12



Exhibit 2
Page 13



CAMPAIGN

MULTIPLAYER

# THE
# BEST-SELLING
# FRANCHISE ON
# XBOX ONE†

ZOMBIES

|  | Xbox One | Xbox Live |
|---|---|---|
| Players | 1-2 | 2-18 |
| Co-op | 2 | 2-4 |
| Kinect† voice | optional |  |
| Microphone | optional |  |
| Wireless microphone | optional |  |

RAVEN    infinity ward

DOLBY DIGITAL    demonware    BINK VIDEO    havok    ACTIVISION.

For use only with Xbox One™ systems. Game disc and up to 70 GB storage required. Additional storage, hardware, and Xbox Live†
may be required for setup, some updates and features, including retention of some gameplay settings and information. See
xbox.com/xboxone/gettingstarted. Storage requirements subject to change. Unauthorized copying, reverse engineering,
transmission, public performance, rental, pay for play, or circumvention of copy protection is strictly prohibited.

**Xbox Live System Requirements:** Broadband internet (ISP fees apply) and Microsoft® account required. In supported games, paid
subscription required for online multiplayer. Features and system requirements vary by country and over time. Not available in all
countries, see xbox.com/live/countries. Subject to Terms of Use at xbox.com/live/termsofuse. See xbox.com/live for full details.

Activision Publishing, Inc. P.O. Box 351768, Los Angeles, CA 9003

© 2016 Activision Publishing, Inc. ACTIVISION, CALL OF DUTY, and CALL OF DU
Publishing, Inc. This product contains software technology licensed from Id Sof
2016 Id Software Inc. Dolby and the double-D symbol are trademarks of Dolby
separately. Compatible with most Bluetooth and USB wire headsets. Some limit
regarding the availability of online play and may modify or discontinue online s
for example, ceasing online service for economic reasons due to a limited numb
over time. The rating icon is a registered trademark of the Entertainment Softw

†Based on No

MATURE 17+
M
Blood and Gore
Drug Reference
Intense Violence

⚠ WARNING    Read inside the case for informati
seizures and other important safety

Call of Duty: Infinite Warf...Standard Edition - Xbox One
New

X0011ZLSP1

Exhibit 2
Page 14

# EXHIBIT 3

Exhibit 3
Page 15



**Exhibit 3**
**Page 16**



**Exhibit 3**
**Page 17**



TERMINAL/REYES

/UNSA NAVY/CAPTAIN

LEFT   INTEL LOGS          AA-REPORTS          PERSONNEL FILES          RIGHT

ARCHIVE

GIBSON, LAURA                    14
Air Boss, Retribution            LOG

GRIFFIN, MAYNARD "GRIFF"         16
Armorer, Retribution             LOG

BROOKS, SEAN                     18
Marine CO, Retribution           LOG

KASHIMA, TODD                    20
Private First Class              LOG

10/21

Data Decryption

Overflow Filter          Packet Buffer

PERSONNEL DETAILS

UNSA

Name:
Brooks, Sean
Corporal
Marines

DETAILS:

Brooks has been SSgt. Omar's second in command for years. A quiet and
serious leader, he can be relied upon to execute his superior's directives
flawlessly. The first of his family to join the Marines, Brooks does his best to
represent his home country of the Republic of Ireland with honor and
distinction.

SATO

**Exhibit 3**
**Page 18**



Brooks

**Exhibit 3**
**Page 19**

# EXHIBIT 4

(BEING LODGED WITH COURT ON USB FLASH DRIVE)

Exhibit 4
Page 20

# EXHIBIT 5

Exhibit 5
Page 21



| | |
|---|---|
| Document title: | (36) Shon Brooks \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/shon-brooks-47a97025/ |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:27:22 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:28:05 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | eab81268-edef-4362-99e1-ab95c27a5251 |
| User: | msk-general |



Document title: (36) Shon Brooks | LinkedIn
Capture URL: https://www.linkedin.com/in/shon-brooks-47a97025/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:28:05 GMT

**Exhibit 5**
**Page 23**
Page 1 of 3



Shon Brooks (Inventor)
Time Warner Award Winning Television Talk Show Host, Writer, Producer, and CEO at Brooks Entertainment...

··· 🔒 Message  Connect

Show more ∨

CEO
Brooks Financial & Entertainment
Consultants Inc.

Interests

BBB of San
1,869 members

Habana Clu
20 followers

People you may know

Sharroky H.
Acquisition Marketing Manager
Connect

Aditi Joshi
Sustainability Design Program
Manager at Amazon
Connect

Holly Rockwell
Director, Global Talent Acquisition at
PayPal, former Honey, Snap, SpaceX...
Connect

Carol W.
Strategy & Planning @ Salesforce
Connect

Liam Walsh
Send me your scripts!
Connect

Show more ∨

in LEARNING

Add new skills with these courses,
free for 24 hours

Audio Foundations:
Sampling

Dealing with
Microaggression as an...

Balancing Innovation

Messaging 2  ···  ⬏  ∧

Document title: (36) Shon Brooks | LinkedIn
Capture URL: https://www.linkedin.com/in/shon-brooks-47a97025/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:28:05 GMT

Exhibit 5
Page 24

Page 2 of 3

in | Search | Home | My Network | Jobs | Messaging | Notifications (2) | Me ▼ | Work ▼ | Try Premium for free

Shon Brooks (Inventor)
Time Warner Award Winning Television Talk Show Host, Writer, Producer, and CEO at Brooks Entertainment...
··· | 🔒 Message | Connect



Connect

Show more ⌄

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Audio Foundations: Sampling**

**Dealing with Microaggression as an...**

**Balancing Innovation and Risk**

See more courses

Promoted ···

**Home of 4-Week Classes**
Earn a degree one 4-week class at a time at NU. Choose from 75+ programs. ⟩

**We are IQ-EQ**
IQ-EQ Are a Leading and Trusted Global Investor Services Provider. ⟩

**Contract Management eBook**
[Free Guide] 38 pages of insights & best practices for CLM. Download now. ⟩

**Linked in**

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

Select Language
English (English) ▼

LinkedIn Corporation © 2022

Messaging (2) ··· ⬚ ⌃

Document title: (36) Shon Brooks | LinkedIn
Capture URL: https://www.linkedin.com/in/shon-brooks-47a97025/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:28:05 GMT

**Exhibit 5**
**Page 25**
Page 3 of 3

# EXHIBIT 6

Exhibit 6
Page 26



| | |
|---|---|
| Document title: | (1) Shon Brooks (@shonbrooks1) / Twitter |
| Capture URL: | https://twitter.com/shonbrooks1 |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:03:48 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:18:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 211 |
| Capture ID: | d00ab7a0-7aa3-49a6-a3cd-8defc1c3baa3 |
| User: | msk-general |



# Shon Brooks

**Shon Brooks**
@shonbrooks1

CEO of Brooks Financial & Entertainment Consultants and the #1 top achiever in the nation in financial services.

⊙ Coronado, California   ⊞ Joined December 2009

**12** Following    **75** Followers

Not followed by anyone you're following

**Tweets**      Tweets & replies      Media      Likes

**Shon Brooks** @shonbrooks1 · Jan 7
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffic searches this week  lnkd.in/g3GpiEA

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboar...

**in** Posted on LinkedIn
linkedin.com
Shon Brooks on LinkedIn: #TheNumbersAreTheNu...
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffi...

## Promoted Tweet

**Postlight** @Postlight
Ambitious digital strategies are extremely hard to turn into working software. That's where Postlight comes in. Download our free, must-have

**Exhibit 6**
**Page 28**
Page 1 of 210

← Follow

## Promoted Tweet



**Postlight** @Postlight ···
Ambitious digital strategies are extremely hard to turn into working software. That's where Postlight comes in. Download our free, must-have playbook.

postlight.com
For Busy Leaders With Quarterly Goals

💬 9  🔁 16  ♡ 116  ⬆

Promoted

**Shon Brooks** @shonbrooks1 · Jan 7 ···
THANK YOU: Brooks Entertainment Inc. Legal Team  lnkd.in/gpfnEFj7 ,

#Shon
#ShonBrooks
#SOB
#SOBTV
#brooksentertainment #BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksF...lnkd.in/g3nUUvEM

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 29**
Page 2 of 210



#brooksentertainment #BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksF...lnkd.in/g3nUUvEM

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 7
THANK YOU: Brooks Entertainment Inc. Legal Team

#Shon
#ShonBrooks
#SOB
#SOBTV
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFinancialNews
#BrooksEnterta...lnkd.in/g-hcktxq

pacerdash.com
Brooks Entertainment, Inc. v. Activision Blizza... (3:2...
Brooks Entertainment, Inc. v. Activision Blizzard, Inc.
et al, 3:21-cv-02003, 3:2021cv2003, U.S. District ...

## Who to follow

**Avalanche** ▲ ✓
@avalancheavax

Avalanche is the fastest smart contracts platform in the blockchain industry, as measured by time-to-finality | @AVAXTechSupport

⤴ Promoted

Follow

**Downtown Half Moon Bay**
@DowntownHMB

Follow

Downtown Half Moon Bay, with it's historic Main Street, is home to

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 30**
Page 3 of 210



## Shon Brooks
786 Tweets

as measured by time-to-finality | @AWSTechSupport

📢 Promoted

**Downtown Half Moon Bay**
@DowntownHMB
**Follow**

Downtown Half Moon Bay, with it's historic Main Street, is home to restaurants, shops, galleries and so much more.

**PLAEX Building Systems Inc.**
@PLAEXBricks
**Follow**

We are committed to manufacturing environmentally responsible, simple, innovative building materials, made from currently unused and underused waste streams

Show more

**Shon Brooks** @shonbrooks1 · Dec 24, 2021 ...
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 88,439 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboar...lnkd.in/g-Qxe6hC

imdb.com
shon Brooks - IMDb
shon Brooks

♡          ⇄          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Dec 24, 2021 ...
THANK YOU: Brooks Entertainment Inc. Legal Team lnkd.in/gyb2VZQP ,

#Shon
#ShonBrooks
#SOB
#SOBTV
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFin...lnkd.in/gA8jerZG

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 31**
Page 4 of 210



## Shon Brooks
786 Tweets

**Follow**

#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFin...lnkd.in/gA8jerZG

imdb.com
shon Brooks - IMDb
shon Brooks

## Topics to follow
Tweets about the Topics you follow show up in your Home timeline

| Viral Tweets + ✕ | Sports + ✕ | Gaming + |
| Funny Tweets + ✕ | NBA + ✕ | Music + |
| NFL + ✕ | Actors + ✕ | Barstool Sports + |
| Rap + ✕ | NFL players + ✕ | NBA players + |
| Football + ✕ | Basketball + ✕ | Video games + |

More Topics

## Promoted Tweet

**SmartAsset** ✔ @smartasset ...
Avoid these 3 mistakes when choosing a financial advisor:
❌ Hiring an Advisor Who Is Not a Fiduciary
❌ Hiring the First Advisor You Meet
❌ Trying to Hire an Advisor on Your Own
✅ Our no-cost tool makes it easy to find a qualified financial advisor.bit.ly/3f02zPo

# Take This Quiz
# To See If

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 32**

Page 5 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 33
Page 6 of 210



courtlistener.com
Complaint – #1 in Brooks Entertainment, Inc. v. Activision Blizzard, Inc. ...
Complaint

**Shon Brooks** @shonbrooks1 · Dec 10, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 58,084 web traffic searches this week  lnkd.in/g3GpiEA

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboard...

linkedin.com
Shon Brooks on LinkedIn: #TheNumbersAreTheNu...
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 58,084 web traffi...

**Shon Brooks** @shonbrooks1 · Dec 10, 2021
THANK YOU: Brooks Entertainment Inc. Legal Team lnkd.in/gSZ9Sk7s ,

#ShonBrooks
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFinancialNews
#Brooks...lnkd.in/g98AfJR8

imdb.com
shon brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 34
Page 7 of 210

Follow



#BrooksFinancialNews
#Brooks...lnkd.in/g98AfJR8

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Dec 10, 2021

THANK YOU: Brooks Entertainment Inc. Legal Team

#ShonBrooks
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFinancialNews
#BrooksEntertainmentinc
#CelebrityNews

dockets.justia.com
Brooks Entertainment, Inc. v. Activision Blizzard, Inc. et al

⟲ 1

Shon Brooks @shonbrooks1 · Nov 26, 2021

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 367,069 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billbo...lnkd.in/eR43Prnc

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 35
Page 8 of 210



**Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 26, 2021

THANK YOU: Team Brooks Entertainment Inc. lnkd.in/eH7eE7PQ ,

#FranShatone
#team
#CoxMedia
#ESPN
#NFL 🏈
#NFLAlumni
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
STOCKPICKER
#PadresRadioNetwork
#SOB
#Shon...lnkd.in/eCpBxi4m lnkd.in/eVT588hm

linkedin.com
Shon Brooks on LinkedIn: Shon Brooks Greatest Hit...
THANK YOU: Team Brooks Entertainment Inc.
https://lnkd.in/eH7eE7PQ , https://lnkd.in/eVT588h...

Posted on LinkedIn

## Promoted Tweet

**Colorized** @colorized_pics
Disturbing Studio 54 Photos

COLORIZED

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 36**
Page 9 of 210



colorized.com
Warning: This collection of photographs contains graphic images that

💬 1.7K          ⟲ 1.4K          ♡ 7.4K          ⬆️

↗ Promoted

**Shon Brooks** @shonbrooks1 · Nov 26, 2021          ···
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/eVT588hm
#FranShatone
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Nov 19, 2021          ···
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 976,701 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 37**
Page 10 of 210



**Follow**

Shon Brooks @shonbrooks1 · Nov 19, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 976,701 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboa...lnkd.in/gxtExKgw

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Nov 19, 2021
THANK YOU: Team Brooks Entertainment Inc.
#BrooksFinancialNews
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYo lnkd.in/g5_RZtNX

Shon Brooks @shonbrooks1 · Oct 22, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 46,368 web traffic searches this week  lnkd.in/g3GpiEA

 #TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboa...

linkedin.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 38**
Page 11 of 210



#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboa...

in
Posted on LinkedIn

linkedin.com
Shon Brooks on LinkedIn: #TheNumbersAreTheNu...
STARmeter REPORT: Thank you to all my fans in
every country for an ^ increase of 46,368 web traffi...

**Shon Brooks** @shonbrooks1 · Oct 22, 2021
THANK YOU: Sears  lnkd.in/gcxD4iKM , lnkd.in/gXv9Hmx

#Sears
#Sears Roebuck
#CoxMedia
#ESPN
#NFL 🏈
#NFLAlumni
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
STOCKPICKER
#PadresRadioNetwork
#SOB
#ShonTV
#FranShatone
#Sport...

in
Posted on LinkedIn

linkedin.com
Shon Brooks on LinkedIn: #Sears #Sears #CoxMedia
THANK YOU: Sears https://lnkd.in/gcxD4iKM ,
https://lnkd.in/gXv9Hmx #Sears #Sears Roebuck ...

**Shon Brooks** @shonbrooks1 · Oct 22, 2021
THANK YOU: Sears  lnkd.in/gcxD4iKM ,

#Sears
#Sears Roebuck
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 39**
Page 12 of 210



## Shon Brooks
786 Tweets

#Sears Roebuck
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFinancialNews
#BrooksEntertainmentinc
#Ce...lnkd.in/gqTpynRY

**Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**HBO Max** ✔ @hbomax

Sign up to stream this post-apocalyptic drama following survivors of a devastating pandemic.

Start streaming for just $9.99/mo.

max ORIGINAL
STATION ELEVEN
NOW STREAMING
HBO max

0:04

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 40
Page 13 of 210



**Shon Brooks**
786 Tweets

Follow

STATION ELEVEN
NOW STREAMING
▶ HBOMAX  0:03 / 0:06 🔇 ⤢

hbomax.com
Now streaming: Station Eleven — based on the bestselling book.

💬  🔁 7  ♡ 125  ⬆️

↗ Promoted

**Shon Brooks** @shonbrooks1 · Oct 22, 2021  ···
THANK YOU: Sears lnkd.in/gcxD4iKM

#Sears
#Sears Roebuck
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

💬  🔁  ♡  ⬆️

**Shon Brooks** @shonbrooks1 · Oct 15, 2021  ···
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 98,014 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboards...lnkd.in/gaQgdfKG

imdb.com
shon Brooks - IMDb
shon Brooks

💬  🔁  ♡  ⬆️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 41**
Page 14 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 15, 2021
THANK YOU: KMART   , lnkd.in/g4Phz3Hn
#KMART
 #BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialSports
#BrooksFinancialNews
#BrooksEntertainmentinc
#CelebrityNews
#CoxMedia
#ThankYou

imdb.com
shon Brooks on IMDb: Movies, TV, Celebs, and mor...
shon Brooks photos, including production stills,
premiere photos and other event photos, publicity ...

**Shon Brooks** @shonbrooks1 · Oct 15, 2021
THANK YOU: KMART
#KMART
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/g4Phz3Hn

**Shon Brooks** @shonbrooks1 · Oct 8, 2021

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 42**
Page 15 of 210



**Shon Brooks**
786 Tweets

#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/g4Phz3Hn

**Follow**

**Shon Brooks** @shonbrooks1 · Oct 8, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 975,697 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboard...lnkd.in/exzcnjh2

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 8, 2021
THANK YOU: Team Brooks Entertainment Inc.  , lnkd.in/eaZrjjpz

#CoxMedia
#ESPN
#NFL 🏈
#NFLAlumni
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
STOCKPICKER
#PadresRadioNetwork
#SOB
#ShonTV
#FranShatone
#Spo...lnkd.in/e3xf2Aw8

imdb.com
shon Brooks on IMDb: Movies, TV, Celebs, and mor...
shon Brooks photos, including production stills, premiere photos and other event photos, publicity ...

**Promoted Tweet**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 43**
Page 16 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 44
Page 17 of 210



**Shon Brooks**
786 Tweets

#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/eaZrjjpz

Follow

**Shon Brooks** @shonbrooks1 · Sep 10, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 162,220 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboard...lnkd.in/g82zsQy2

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 10, 2021
THANK YOU: Team Brooks Entertainment Inc.
#CoxMedia
#ESPN
#NFL 🏈
#NFLAlumni
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
STOCKPICKER
#PadresRadioNetwork
#SOB
#ShonTV
#FranShatone
#Sportinggoods
#973

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 45**
Page 18 of 210

#PadresRadioNetwork
#SOB
#ShonTV
#FranShatone
#Sportinggoods
#973
#BrooksFi...lnkd.in/g2XjXWPq lnkd.in/gzGTPm55



in
Posted on LinkedIn

linkedin.com
Shon Brooks on LinkedIn: Media
  THANK YOU: Team Brooks Entertainment
Inc. https://lnkd.in/gzGTPm55  #CoxMedia #ESPN ...

**Shon Brooks** @shonbrooks1 · Sep 10, 2021
THANK YOU: Team Brooks Entertainment Inc.
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/gzGTPm55

**Shon Brooks** @shonbrooks1 · Sep 3, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 57,566 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboard...lnkd.in/gVwvkuZP

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 46**
Page 19 of 210



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 3, 2021
THANK YOU: Team Brooks Entertainment Inc. , Shon Brooks By Fran
Shatone Polo – Brooks Entertainment (lnkd.in/gHRHWwKV)

#CoxMedia
#ESPN
#NFL 🏈
#NFLAlumni
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
ST...lnkd.in/gtBivwj2

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**TooCool2BeTrue** @toocool2betrue
They did the impossible! 😲 How far would you go for love? 😍 👰 ❤️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 47
Page 20 of 210



toocool2betrue.com
Mega-Inspiring: Couple Makes a Life-Changing Decision

💬 145      ↺ 115      ♡ 963      ⬆

▶ Promoted

**Shon Brooks** @shonbrooks1 · Sep 3, 2021      •••
THANK YOU: Team Brooks Entertainment Inc. Shon Brooks By Fran Shatone
Polo – Brooks Entertainment (lnkd.in/gHRHWwKV
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#Brooks...lnkd.in/gST9uYuN lnkd.in/gzJv2Dw9

linkedin.com
Shon Brooks on LinkedIn: Home
THANK YOU: Team Brooks Entertainment Inc. Shon
Brooks By Fran Shatone Polo – Brooks Entertainme...

💬      ↺      ♡      ⬆

**Shon Brooks** @shonbrooks1 · Aug 20, 2021      •••
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 489,177 web traffic searches this week
#TheNumbersAreTheNumbers

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 48**
Page 21 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Aug 20, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 489,177 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboard...lnkd.in/g2HQKNJa

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 20, 2021
THANK YOU: Team Brooks Entertainment Inc. , lnkd.in/geSRDVqV
#CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
#ESPN2
#ShonBrooksRookieCard
SAVEONEBANK
STOCKPICKER
#PadresRadioNetwork
#SOB
#ShonTV
#FranShatone
#Sportinggoods
#973
#B...lnkd.in/g7kbtjci

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 20, 2021
THANK YOU: Team Brooks Entertainment Inc. #CoxMedia
#ESPN
#MLBnetwork
#FoxSports1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 49**
Page 22 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Aug 20, 2021
THANK YOU: Team Brooks Entertainment Inc. #CoxMedia
#ESPN
#MLBnetwork
#FoxSports1
ESPN2
#CBS
#Audacy
#NFLAlumni
#NFL 🛡️
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/geSRDVqV

**Shon Brooks** @shonbrooks1 · Jul 30, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 135,692 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#Global...lnkd.in/gWzNX_N

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 30, 2021
THANK YOU: Team Brooks Entertainment Inc.   , lnkd.in/gXv9Hmx
#team
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#BrooksEntertainmentinc
#CelebrityNews
#ThankYou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 50

Page 23 of 210

#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#BrooksEntertainmentinc
#CelebrityNews
#ThankYou



imdb.com
shon Brooks - IMDb
shon Brooks

💬          ↻ 1          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Jul 30, 2021          ···
THANK YOU: Team Brooks Entertainment Inc.
#NBC
#NBCSports
#USAnetwork
#FOXsports
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🛡️
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/gXv9Hmx

💬          ↻          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Jul 16, 2021          ···
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 39,549 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#GlobalFans
#RealFans
#ThankYou

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 51**
Page 24 of 210

#GlobalFans
#RealFans
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 16, 2021
THANK YOU: The Valley City Times Record , lnkd.in/gqmZcAT ,
lnkd.in/gDXNKnF

 #TheValleyCityTimesRecord
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

♡          ⟲ 1          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Jul 16, 2021
THANK YOU: The Valley City Times Record , lnkd.in/gqmZcAT
lnkd.in/gDXNKnF
#TheValleyCityTimesRecord
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou lnkd.in/gzGpeie

business.times-online.com
404 Error



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 52**
Page 25 of 210



Follow

#BrooksFinancialNews
#ThankYou lnkd.in/gzGpeie

business.times-online.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jul 16, 2021
THANK YOU: The Valley City Times Record lnkd.in/gDXNKnF
#TheValleyCityTimesRecord
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏟
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

business.times-online.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jul 2, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 211,614 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#GlobalFans
#RealFans
#ThankYou

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 53**
Page 26 of 210



**Shon Brooks**
786 Tweets

Follow

#GlobalFans
#RealFans
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 2, 2021

THANK YOU: The Post And Mail  , lnkd.in/gqmZcAT  ,
lnkd.in/g-R9RC6
#ThePostAndMail
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · Jul 2, 2021

THANK YOU: The Post And
Mail  lnkd.in/gqmZcAT , lnkd.in/g3GpiEA , lnkd.in/g-R9RC6
#ThePostAndMail
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 54**

Page 27 of 210

#ThankYou



linkedin.com
Shon Brooks on LinkedIn: #ThePostAndMail #ShonBrooksRookieCard ...
THANK YOU: The Post And
Mail https://lnkd.in/gqmZcAT , https://lnkd.in/g3GpiEA , https://lnkd.in...

**Shon Brooks** @shonbrooks1 · Jul 2, 2021
THANK YOU: The Post And Mail   , lnkd.in/g3GpiEA , lnkd.in/g-R9RC6

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Jul 2, 2021
THANK YOU: The Post And Mail  lnkd.in/gqmZcAT , lnkd.in/g3GpiEA ,

business.thepostandmail.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jul 2, 2021
THANK YOU: The Post And Mail
#ThePostAndMail
#CBS
#Audacy
#CoxMedia
#NFLAlumni

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 55**
Page 28 of 210



**Shon Brooks**
786 Tweets

← THANK YOU: The Post And Mail
#ThePostAndMail
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

**Follow**

business.thepostandmail.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jun 26, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 10,046 web traffic searches this week
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#GlobalFans
#RealFans
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 26, 2021
THANK YOU: Wapak Daily News  , lnkd.in/gqmZcAT ,
lnkd.in/g5UhCWX ,
#Wapakdailynews
#IMDB
#BoxOffice

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 56**
Page 29 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Jun 26, 2021

THANK YOU: Wapak Daily News , lnkd.in/gqmZcAT ,
lnkd.in/g5UhCWX ,
#Wapakdailynews
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬       ⟲ 1       ♡       ⬆

**Shon Brooks** @shonbrooks1 · Jun 26, 2021

THANK YOU: Wapak Daily News , lnkd.in/g5UhCWX
#Wapakdailynews
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

💬       ⟲       ♡       ⬆

**Shon Brooks** @shonbrooks1 · Jun 26, 2021

THANK YOU: Wapak Daily News
#Wapakdailynews
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia

Follow

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 57**

Page 30 of 210



**Follow**

#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/g5UhCWX

**Shon Brooks** @shonbrooks1 · Jun 19, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 107,013 web traffic searches this week

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#GlobalFans
#RealFans
#ThankYo

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**@Constative** @Constative1
Behind every NFL superstar stands a powerful partner that holds it all
together 💪 🏈 🥰

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 58**
Page 31 of 210

**Follow**



constative.com
A Glimpse Into The Personal Love Life Of The Biggest NFL Stars

💬 37          ↻ 40          ♡ 211          ⬆️

📣 Promoted

**Shon Brooks** @shonbrooks1 · Jun 19, 2021                    · · ·
THANK YOU: The Saline Courier   , lnkd.in/gqmZcAT ,
lnkd.in/gGmYqu9 #TheSalineCourier
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ↻ 1          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Jun 19, 2021                    · · ·
THANK YOU: The Saline Courier ,
lnkd.in/gGmYqu9

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 59**
Page 32 of 210



Follow

**Shon Brooks** @shonbrooks1 · Jun 19, 2021

THANK YOU: The Saline Courier ,

lnkd.in/gGmYqu9

#TheSalineCourier
#ShonBrooksRookieCard
#BrooksEntertainmentinc
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Jun 18, 2021

THANK YOU: The Saline Courier , ,

lnkd.in/gGmYqu9
#TheSalineCourier
#ShonBrooksRookieCard
#BrooksEntertainmentinc
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 60**
Page 33 of 210

Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Jun 18, 2021
THANK YOU: The Saline Courier lnkd.in/gGmYqu9

#TheSalineCourier
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou



business.bentoncourier.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jun 11, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 340,466 web traffic searches this week  lnkd.in/g3GpiEA

#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 61
Page 34 of 210



**Follow**

#TheNumbersAreTheNu...
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrooks
#International
#G...

in
Posted on LinkedIn

linkedin.com
Shon Brooks on LinkedIn: #TheNumbersAreTheNu...
STARmeter REPORT: Thank you to all my fans in
every country for an ^ increase of 340,466 web ...

**Shon Brooks** @shonbrooks1 · Jun 11, 2021

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 340,466 web traffic searches this week  lnkd.in/g3GpiEA
 #TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#ShonBrook...lnkd.in/eQgjaSz

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**The Wall Street Journal** ✔ @WSJ
The New Year is here. Don't miss your chance to save: $4 per month.

THE WALL STREET JOURNAL.
TRUST YOUR DECISIONS

Ring in the New Year

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 62**
Page 35 of 210



**Shon Brooks**
786 Tweets

**Follow**

# Ring in the New Year With Trusted Facts

## NEW YEAR SALE: ~~$38.99~~ $4 PER MONTH

## SUBSCRIBE NOW

wsj.com
New Year Sale: $4 per month

554    1.4K

Promoted

**Shon Brooks** @shonbrooks1 · Jun 11, 2021
THANK YOU: Starkville Daily News , lnkd.in/gqmZcAT ,
lnkd.in/gip4xDj , lnkd.in/g3GpiEA
Starkvilledailynews
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · Jun 11, 2021
THANK YOU: Starkville Daily News , lnkd.in/gqmZcAT ,
lnkd.in/gip4xDj

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 63**

Page 36 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Jun 11, 2021
THANK YOU: Starkville Daily News , lnkd.in/gqmZcAT ,
lnkd.in/gip4xDj
 Starkvilledailynews
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

business.starkvilledailynews.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jun 11, 2021
THANK YOU: Starkville Daily News
lnkd.in/gip4xDj
 Starkvilledailynews
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 64**
Page 37 of 210



Follow

#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

business.starkvilledailynews.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Jun 4, 2021

this week
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 412,431 web traffic searches this week  lnkd.in/g3GpiEA
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#Billboards
#Charts
#...lnkd.in/gNm-bdK

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 4, 2021

THANK YOU: The Pilot News , lnkd.in/gqmZcAT ,
lnkd.in/gFfHCTB , lnkd.in/g3GpiEA

#ThePilotNews
#IMDB

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 65**
Page 38 of 210



## Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Jun 4, 2021
THANK YOU: The Pilot News , lnkd.in/gqmZcAT ,
lnkd.in/gFfHCTB , lnkd.in/g3GpiEA

#ThePilotNews
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

♡ ⟲ 1 ♡ ↥

**Shon Brooks** @shonbrooks1 · Jun 4, 2021
THANK YOU: The Pilot News  lnkd.in/gFfHCTB
#ThePilotNews
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

♡ ⟲ ♡ ↥

## Promoted Tweet

**Miro** @MiroHQ
Simplify complex ideas — and share them seamlessly — with Miro's infinite
canvas for all of your visualization needs. Try Miro, the online whiteboard for
diagramming magic!

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 66**
Page 39 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Miro** @MiroHQ
Simplify complex ideas — and share them seamlessly — with Miro's infinite canvas for all of your visualization needs. Try Miro, the online whiteboard for diagramming magic!

**Easy and fast diagram creation**

0:03

miro.com
Your diagramming workflow, in one tool!

💬 16    🔁 24    ♡ 200    ⬆️

▶ Promoted

**Shon Brooks** @shonbrooks1 · Jun 4, 2021
THANK YOU: The Pilot News

#ThePilotNews
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou

ThePilotNews.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 67**
Page 40 of 210



ThePilotNews.com

business.thepilotnews.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · May 23, 2021 · · ·
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 33,082 web traffic searches this week  lnkd.in/g3GpiEA
 #TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Billboards
#Charts
#ShonBrooks
#Inte...lnkd.in/gADbY2Q

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · May 23, 2021 · · ·
THANK YOU: Daily Herald , lnkd.in/gqmZcAT ,  lnkd.in/g7DrGNe ,
lnkd.in/g3GpiEA
 #DailyHerald
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksFinancialNews
#CelebrityNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 68**

Page 41 of 210

Follow

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 23, 2021
THANK YOU: Daily Herald , lnkd.in/gtbwvvE
#DailyHerald
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · May 23, 2021
THANK YOU: Daily Herald

#DailyHerald
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/g7DrGNe

**Shon Brooks** @shonbrooks1 · May 14, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 7,812 web traffic searches this week  lnkd.in/g3GpiEA
#TheNumbersAreTheNumbers



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 69**
Page 42 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · May 14, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 7,812 web traffic searches this week  lnkd.in/g3GpiEA
#TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Billboards
#Charts
#ShonBrooks
#Inter...lnkd.in/gMz64uc

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 14, 2021
THANK YOU: Dow Theory Letters:  , lnkd.in/gqmZcAT  ,  lnkd.in/gbs8kNB
 lnkd.in/g3GpiEA
#DowTheoryLetters
#Shon
#BrooksFinancialAndEntertainmentConsultants
#NationalCinemedia
#ShonTv
#Network
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 14, 2021
THANK YOU: Dow Theory Letters  , , lnkd.in/gbs8kNB
#DowTheory Letters
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 70**
Page 43 of 210



#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · May 14, 2021
THANK YOU: Dow Theory Letters lnkd.in/gT7_JB3
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/gbs8kNB

**Shon Brooks** @shonbrooks1 · May 7, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 272,361 web traffic searches this week  lnkd.in/g3GpiEA
 #TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Billboards
#Charts
#ShonBrooks
#Int...lnkd.in/gY_Q9nV

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 71**
Page 44 of 210



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 7, 2021 · · ·
THANK YOU: Daily Times Leader
lnkd.in/g7TBwuC
, lnkd.in/gqmZcAT , lnkd.in/g3GpiEA

#DailyTimesLeader
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 7, 2021 · · ·
THANK YOU: Daily Times Leader , ,
lnkd.in/g7TBwuC
#DailyTimesLeader
#ShonBrooksRookieCard
#PadresRadioNetwork
#SOB
#ShonTV
#Sportinggoods
#973
#Sports
#BoxOffice
#BrooksFinancialNews
#ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 72**
Page 45 of 210



prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · May 7, 2021

THANK YOU: Daily Times Leader

#DailyTimesLeader
#CBS
#Audacy
#CoxMedia
#NFLAlumni
#NFL 🏈
#NationalCineMedia
#Shon
#BrooksEntertainmentinc
#BrooksFinancialAndEntertainmentConsultants
#FranShatone
#ThankYou lnkd.in/g7TBwuC

**Shon Brooks** @shonbrooks1 · Apr 30, 2021

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 334,579 web traffic searches this week  lnkd.in/g3GpiEA
 #TheNumbersAreTheNumbers
#GlobalFans
#Golf
#Sportswear
#Movies
 #IMDB
#SaveOneBank
#...lnkd.in/g_yRb4E

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 30, 2021

THANK YOU: Sweetwater Reporter , lnkd.in/gqmZcAT  ,lnkd.in/gGGbMsd ,
lnkd.in/g3GpiEA
 #BrooksFinancialNews #SweetwaterReporter ##Broadcast
#Radio #media

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 73**
Page 46 of 210



**Shon Brooks** @shonbrooks1 · Apr 30, 2021 · · ·
THANK YOU: Sweetwater Reporter , lnkd.in/gqmZcAT  ,lnkd.in/gGGbMsd ,
lnkd.in/g3GpiEA
 #BrooksFinancialNews #SweetwaterReporter ##Broadcast
#Radio #media
#News #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 30, 2021 · · ·
THANK YOU: Sweetwater Reporter , ,lnkd.in/gGGbMsd
 ##BrooksFinancialNews
#Shon
#ShonBrooks
#Network
#GreatestHits
#PadresRadioNetwork
#Hollywood
#StoryTeller
#FranShatone #Golf
#Sportswear  #thankyou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

♡ 1

**Shon Brooks** @shonbrooks1 · Apr 30, 2021 · · ·
THANK YOU: Sweetwater Reporter lnkd.in/g9tuQFa
#Broadcast
#Radio
#News
#Audacy #media #CoxMedia #tv #NCM # #movies
 #BrooksEntertainmentinc #thankyou

Sweetwater Reporter

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 74**
Page 47 of 210



# Sweetwater Reporter
DEDICATED TO REPORTING LOCAL NEWS SINCE 1881

business.sweetwaterreporter.com
404 Error
This page no longer exists or has been removed

**Shon Brooks** @shonbrooks1 · Mar 12, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 101,313 web traffic searches this week  lnkd.in/g3GpiEA #shon
#brooksfinancialandentertainmentconsultants #FranShatone #SOB
#celebrity #RealN...lnkd.in/gRUCHKE

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 12, 2021
THANK YOU: RFDTV lnkd.in/gYd6DYN , lnkd.in/gqmZcAT , lnkd.in/g3GpiEA
#RFDTV #television #newsroundup #BrooksFinancialNews #StockPicker
#SaveOneBank #Hits #brooksfinancialandentertainmentconsultants
#Prod...lnkd.in/ge3GurZ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 12, 2021
THANK YOU: RFDTV, lnkd.in/gYd6DYN, lnkd.in/g3GpiEA ,
#shontv #brooksfinancialandentertainmentconsultants #Network

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 75
Page 48 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Mar 12, 2021
THANK YOU: RFDTV, lnkd.in/gYd6DYN, lnkd.in/g3GpiEA ,
#shontv #brooksfinancialandentertainmentconsultants #Network
#BrooksFinancialNews
#worldwide #Selfmade #Noinstastories #Realbroadcasting
#shon #brooksentertai...lnkd.in/g2xvZ5j

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Mar 12, 2021
THANK YOU: RFDTV #RFDTV #CBS #padresradionetwork #COXMEDIA
#NFLALUMNI #ALLPARTNERS #shonbrooks #TV #RADIO #SOB # #hits
#brooksfinancialandentertainmentconsultants #brooksentertainmentinc
#thankyou lnkd.in/gYd6DYN

**Shon Brooks** @shonbrooks1 · Feb 20, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 363,473 web traffic searches this week  lnkd.in/g3GpiEA #shon
#brooksfinancialandentertainmentconsultants #TV #RADIO #ratings
#INCREASES #HIT...lnkd.in/gDcsP43

imdb.com
shon Brooks - IMDb
shon Brooks

**Promoted Tweet**

**Fiverr** @fiverr
Get top freelancers who will bring your business to the top of the search
results. 🧑‍💻 🔝

**fiverr.**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 76
Page 49 of 210



fiverr.

# Rank higher, *hire SEO experts.*

Boost your SEO.

Q SEO services |

fiverr.com
Top the search results with top-notch SEO

💬 71          ↻ 102          ♡ 432          ⬆

Promoted

**Shon Brooks** @shonbrooks1 · Feb 20, 2021          ...
THANK YOU: FOX (WTNZFOX43) lnkd.in/gtKGMj5 , #FOX #WTNZFOX43
#973TheFan #ShonBrooks #RookieCard #FranShatone #sportinggoods
#shontv #Hollywood #Hits #brooksfinancialandentertainmentconsultants
#international #results #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

💬          ↻          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Feb 20, 2021          ...
THANK YOU: FOX (WTNZFOX43)    #foxbusiness #FOX #WTNZFOX43 # CBS
#entercom #COXMEDIA #NFLALUMNI #NFL 🏈 #PadresRadioNetwork #SOB
#BrooksFinancialNews #Network #SHON #BROOKSENTERTAINMENTINC
#allpartners #thankyou lnkd.in/gtKGMi5

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 77**
Page 50 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Feb 20, 2021
THANK YOU: FOX (WTNZFOX43)  #foxbusiness #FOX #WTNZFOX43 # CBS
#entercom #COXMEDIA #NFLALUMNI #NFL 🏈 #PadresRadioNetwork #SOB
#BrooksFinancialNews #Network #SHON #BROOKSENTERTAINMENTINC
#allpartners #thankyou lnkd.in/gtKGMj5

**Shon Brooks** @shonbrooks1 · Jan 23, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 516,699 web traffic searches this week  lnkd.in/g3GpiEA
#RealNumbers #RealFans, #RealHits #international #National #charts
#ratings #imdb #sp...lnkd.in/gqbW4Yx

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · Jan 23, 2021
THANK YOU: , Buffalo News lnkd.in/gjJF4Mi, #ShonBrooksRookieCard
#shon #brooksfinancialandentertainmentconsultants
#brooksentertainmentinc #GreatestHits #BUFFALONEWS #thankyou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Jan 23, 2021
THANK YOU: Buffalo News lnkd.in/gjJF4Mi, lnkd.in/gqmZcAT ,
lnkd.in/g3GpiEA #shon #brooksfinancialandentertainmentconsultants
 #SOBTV #NFL 🏈 #Playoffs #padresradionetwork #brooksentertainmentinc
#GreatestHits #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 78**
Page 51 of 210



**Shon Brooks**
786 Tweets

**Follow**

shon brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 23, 2021
THANK YOU: Buffalo News #BUFFALONEWS #CBS #ENTERCOM
#NFLALUMNI #COXMEDIA #ALLPARTNERS #SHONBROOKS # #thankyou
lnkd.in/gjJF4Mi

## Promoted Tweet

**CVS Pharmacy** ✔ @cvspharmacy
Discover immunity support and more.

BOGO
50%off*

Airborne
ORIGINAL
HELPS SUPPORT YOUR
IMMUNE SYSTEM

select immunity
support products
and more

Restrictions apply. Use products
only as directed. Consult your
pharmacist or healthcare provider
if you have any questions.

Live
Better

L'il Critters
Immune C
DOCTOR
TESTED
190

0:04  ♥CVS®

cvs.com
Support for your symptoms and more

💬 2       ↻ 1       ♡ 6

▶ Promoted

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 166,462 web traffic searches this week. lnkd.in/g3GpiEA

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 79**
Page 52 of 210



💬 2     �16 1     ♡ 6     ⬆

▶ Promoted

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 166,462 web traffic searches this week lnkd.in/g3GpiEA
#RealNumbers #RealFans #international #IMDB #Amazon #FranShatone
#sportinggoods #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬     ↑⇩     ♡     ⬆

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
THANK YOU: FOX 34 (WDFX) lnkd.in/gfgkHyp , lnkd.in/gqmZcAT ,
lnkd.in/g3GpiEA #shon #brooksfinancialandentertainmentconsultants
#SOBTV #ShonBrooks #BrooksEntertaiinmentinc #Network #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

💬     ↑⇩     ♡     ⬆

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
THANK YOU: FOX 34 (WDFX) Shon Brooks Signs Contract With Entercom
(CBS Radio) , lnkd.in/gfgkHyp #shonbrooksrookiecard #FOX34
#PadresRadioNetwork #NFLplayoffs #SHON #BrooksFinancialNews
#BROADCAST #ONdemand #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

💬     ↑⇩     ♡     ⬆

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
THANK YOU: FOX 34 (WDFX) Shon Brooks Signs Contract With Entercom
(CBS Radio) lnkd.in/gqmZcAT, #WDFXFOX #FOX34 #CBS #SPORTS
#ENTERCOM #NFL 🏈 #NFLALUMNI #COXMEDIA #ALLPARTNERS
#SHONBROOKS #BROOKSENTERTAINMENTINC #THANKYOU
lnkd.in/gfgkHyp

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 80**
Page 53 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jan 15, 2021
THANK YOU: FOX 34 (WDFX) Shon Brooks Signs Contract With Entercom (CBS Radio)  lnkd.in/gqmZcAT,  #WDFXFOX #FOX34 #CBS #SPORTS #ENTERCOM #NFL 🏈 #NFLALUMNI #COXMEDIA #ALLPARTNERS #SHONBROOKS #BROOKSENTERTAINMENTINC #THANKYOU
lnkd.in/gfgkHyp

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Dec 25, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 44,954 web traffic searches this week  lnkd.in/g3GpiEA #RealNumbers #RealFans #Selfmade #Noinstastories #RealCharts #ImdbRatings #Amazon #Bil...lnkd.in/gTS5sU2

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 25, 2020
THANK YOU: ,  lnkd.in/gqmZcAT, lnkd.in/g2VPMhn, lnkd.in/g3GpiEA #Fox28 #wpgx #shon # #brooksfinancialandentertainmentconsultants #brooksentertainmentinc #shonbrooksrookiecard #radio #TV #NCMMOVIES
#thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**Keurig** ✔ @Keurig
The new Keurig K-Supreme Plus SMART brewer with BrewID recognizes your K-Cup pod and customizes the brew settings to the coffee expert's recommendation. So every cup is a coffee masterpiece. And you can

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 81**

Page 54 of 210



**Promoted Tweet**

**Keurig** ✓ @Keurig

The new Keurig K-Supreme Plus SMART brewer with BrewID recognizes your K-Cup pod and customizes the brew settings to the coffee expert's recommendation. So every cup is a coffee masterpiece. And, you can personalize it to make it your very own work of art.

The New Keurig® K-Supreme Plus® SMART brewer with BrewID™

0:20

keurig.com
Shop Now

💬 57    ↻ 49    ♡ 303    ⬆

▸ Promoted

**Shon Brooks** @shonbrooks1 · Dec 25, 2020

THANK YOU: FOX 28 (WPGX) Shon Brooks Signs Contract With Entercom (CBS Radio) , lnkd.in/g2VPMhn #Fox28 #wpgx #shonbrooks #sportinggoods #brooksfinancialandentertainmentconsultants #broadcast #BrooksFinancialNews #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 82**
Page 55 of 210



prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Dec 25, 2020

THANK YOU: FOX 28 (WPGX) Shon Brooks Signs Contract With Entercom
(CBS Radio) , lnkd.in/gqmZcAT #Fox28 #wpgx #CBS #Entercom #NFLalumni
#NCM #SOB #FranShatone #Golf #PadresRadioNetwork #Coxmedia
#chcigars&more #TheNewsStand...lnkd.in/gUxDMiw lnkd.in/g2VPMhn

linkedin.com
Shon Brooks on LinkedIn: Shon Brooks Signs Contr...
THANK YOU: FOX 28 (WPGX) Shon Brooks Signs
Contract With Entercom (CBS Radio) ...

**Shon Brooks** @shonbrooks1 · Dec 11, 2020

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 353,982 web traffic searches this week lnkd.in/g3GpiEA
#Billboards #RealRatings #RealNumbers #RealFans #international #IMDB
#starmeter #Amazon #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 11, 2020

THANK YOU: NBC (WRDE) , lnkd.in/g6HYuZC #NBC #WRDE
#ShonBrooksRookieCard #BrooksEntertainmentinc #PadresRadioNetwork
#SHON #BrooksFinancialAndEntertainmentConsultants #GreatestHits
#allpartners #THANKYOU

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 83**

Page 56 of 210



**Shon Brooks**
786 Tweets

Follow

Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Dec 11, 2020
THANK YOU: NBC (WRDE)
, lnkd.in/gqmZcAT #NBC #WRDE #CoastTV #SHON
#brooksfinancialandentertainmentconsultants #cbs #Sportsradio
#Entercom #NFLalumni #Coxmedia #AllPartners #thankyou
lnkd.in/g6HYuZC

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Nov 27, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 45,416 web traffic searches this week  lnkd.in/g3GpiEA
#Billboards #charts #Numbers #IMDB #Hollywood #Ratings
#BrooksFinancialNews #intern...lnkd.in/g9uudn3

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 27, 2020
THANK YOU: FOX 40 NY  lnkd.in/gDHnUni ,  lnkd.in/gqmZcAT ,
lnkd.in/g3GpiEA  #brooksfinancialandentertainmentconsultants
#brooksentertainmentinc #FranShatone #fastgrowing #techcompanies #
#allpartners #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 27, 2020

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 84
Page 57 of 210



**Shon Brooks**
786 Tweets

**Follow**

shon brooks

**Shon Brooks** @shonbrooks1 · Nov 27, 2020
THANK YOU: FOX 40 NY #SOB #hollywood #shonbrooksrookiecard #NY
#WICZTV #increases #Tourism #padresradionetwork #thankyou
lnkd.in/gDHnUni

1

**Shon Brooks** @shonbrooks1 · Nov 27, 2020
# #shonbrooksrookiecard # #shonbrooksrookiecard
THANK YOU: FOX 40 NY lnkd.in/gDHnUni , #WICZ #FOX40 #shon
#brooksfinancialandentertainmentconsultants # #brooksentertainmentinc
#allpartners #NFLalumni #Coxmedia #Entercom #thankyou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Nov 20, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 35,637 web traffic searches this week lnkd.in/g3GpiEA #shon
#brooksfinancialandentertainmentconsultants #SOB #SOBTV #FranShatone
#BrooksEnte...lnkd.in/g5epkGt

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 20, 2020
THANK YOU: NBC 21 lnkd.in/gpf8q3K , lnkd.in/gqmZcAT , lnkd.in/g3GpiEA
#NBC21 #WFMJ #SHON#brooksentertainmentinc #cbs #hollywood
#RookieCard #Greatest #Hits #SOB #TopShelf #thankyou #Tourists

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 85**
Page 58 of 210



**Shon Brooks**
786 Tweets

Follow

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 20, 2020
THANK YOU: NBC 21 lnkd.in/gpf8q3K , #NBC21 #WFMJ #SHON #brooksentertainmentinc #ShonBrooksRookieCard #SOB #TopShelf #chulavista #NationalCity #SanDiego #increases #Tourism #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

♡ 1     ↻ 1

**Shon Brooks** @shonbrooks1 · Nov 20, 2020
THANK YOU: NBC 21 lnkd.in/gpf8q3K ,
#NBC21 #WFMJ #SHON #brooksentertainmentinc #ShonBrooksRookieCard #SOB #TopShelf #chulavista #NationalCity #SanDiego #increases #Tourism #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Nov 20, 2020
THANK YOU: NBC 21 lnkd.in/gpf8q3K
#NBC21 #WFMJ #SHON #brooksfinancialandentertainmentconsultants #entercom #Hollywood #sports #Rookie #Card #973TheFan #CBS #PadresRadioNetwork #SOB #NFLalumni #allpartners #THANKYOU

**Shon Brooks** @shonbrooks1 · Oct 30, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 1,049,305 web traffic searches this week lnkd.in/g3GpiEA #numbers #Chart #Ratings #increases #international #Fans #ThankYou

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 86**
Page 59 of 210



**Shon Brooks**
786 Tweets

**Follow**

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 1,049,305 web traffic searches this week  lnkd/g3GpiEA
#numbers #Chart #Ratings #increases #international #Fans #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 30, 2020
THANK YOU: CBS Reno Nevada lnkd.in/gJ2aniq ,  #KTVN #CBS #CBSradio
#shonbrooksrookiecard # #brooksentertainmentinc #allpartners #NFL 🏈
#SOB #ThankYou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc, signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Oct 30, 2020
THANK YOU: CBS Reno Nevada  #KTVN #Shon #Brooks #RookieCard
#brooksfinancialandentertainmentconsultants #Entercom
#thepadresradionetwork #HardRockRockShop #NFLalumni #thankyou
lnkd.in/gJ2aniq

⟲ 1            ♡ 1

**Shon Brooks** @shonbrooks1 · Oct 5, 2020
#ratings #shon # # # #brooksfinancialandentertainmentconsultants #
#brooksentertainmentinc # #shontv nc Lauren Brueckner z #shonbrooks

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Oct 2, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 282,645 web traffic searches this week  lnkd.in/g3GpiEA
#shonbrooks #STARmeter #Hits #Traffic #Numbers #ratings #Results
#Charts #Hollywood #Fans #Shon #thankyou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 87**
Page 60 of 210



**Shon Brooks** @shonbrooks1 · Oct 2, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 282,645 web traffic searches this week lnkd.in/g3GpiEA
#shonbrooks #STARmeter #Hits #Traffic #Numbers #ratings #Results
#Charts #Hollywood #Fans #Shon #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 2, 2020
THANK YOU: CBS lnkd.in/es5SCVH , lnkd.in/gqmZcAT , lnkd.in/g3GpiEA
#CBS #WBOC #Entercom #shon
#BrooksFinancialAndEntertainmentConsultants #KWFN-FM
#ThePadresRadioNetwork #BrooksEntertainmentinc #shontv
#s...lnkd.in/evGSHJx

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 2, 2020
THANK YOU: CBS lnkd.in/es5SCVH , lnkd.in/gqmZcAT
#Entercom #CBSradio #ThePadresRadioNetwork #KWFN-FM #WBOC #CBS
#ShonBrooksRookieCard #shontv
#brooksfinancialandentertainmentconsultants #Shon
#BrooksEntertainmentinc #AllPartners #thankyou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Oct 2, 2020
THANK YOU: CBS #CBS #WBOC #TV16 # Shon
#brooksfinancialandentertainmentconsultants # #shonbrooks #shontv
#brooksentertainmentinc #thankyou lnkd.in/es5SCVH

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 88**
Page 61 of 210



**Shon Brooks** @shonbrooks1 · Oct 2, 2020
THANK YOU: CBS #CBS #WBOC #TV16 # Shon #brooksfinancialandentertainmentconsultants # #shonbrooks #shontv #brooksentertainmentinc #thankyou lnkd.in/es5SCVH

**Shon Brooks** @shonbrooks1 · Sep 25, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 100,159 web traffic searches this week lnkd.in/g3GpiEA #ShonBrooks #numbers #Shon #BrooksEntertainmentinc #TopRated #BrooksFinancialAndEnte...lnkd.in/ghpzQaW

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 25, 2020
THANK YOU: Entercom/ CBS Radio lnkd.in/g3GpiEA ,

#shon #brooksfinancialandentertainmentconsultants #PadresRadioNetwork #Radio. #Com #CBS #Radio #Entercom #BrooksEntertainmentinc #shonbrooks #thankyou

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Sep 25, 2020
THANK YOU: Entercom/CBS Radio lnkd.in/gqmZcAT , lnkd.in/g3GpiEA #brooksfinancialandentertainmentconsultants #brooksentertainmentinc #shonbrooks #shontv #Entercom #CBS Radio # #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 25, 2020

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 89**
Page 62 of 210



shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 25, 2020
THANK YOU: Entercom/ CBS Radio

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

**Shon Brooks** @shonbrooks1 · Sep 23, 2020
E@brooksentertaimentinc.com tttttttttttttttttcom #recruitment # @ @
Charlie L Smith Sr  Charlie L Smith Sr #marketing #wages #jobs w @
#jobsearchque #recruiting #hiring #advertising @ #digitalmarketing oooo
oooo #seo #crmfs v #jobs...lnkd.in/gXmvQ62

prweb.com
Shon Brooks Signs Contract With Entercom (CBS R...
SAN DIEGO (PRWEB) September 23, 2020 Brooks
Entertainment Inc. signs contract with Entercom (C...

⟲ 1

**Shon Brooks** @shonbrooks1 · Aug 21, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 313,121 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks #BoxOffice #International #Numbers #Shon
#brooksfinancialandentertainmentc...lnkd.in/gyRN5MX

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gu-UuXT ,
lnkd.in/g3GpiEA #TeamBrooksEntertaiment.inc #Fall #Prime #Sportswear
#Global #International #FranShatone #Fashion #Fabrics

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 90**
Page 63 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Aug 21, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gu-UuXT ,
lnkd.in/g3GpiEA #TeamBrooksEntertainmentinc #Fall #Prime #Sportswear
#Global #International #FranShatone #Fashion #Fabrics

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gu-UuXT #shonbrooks
##TeamBrooksEntertainmentinc #Prime #FranShatone
#Sportswear #Global #International #Fall
#Fashion

amazon.com
Shon Brooks Greatest Hits Tank Top
Go hard for your favorite brand, so grab this S.O.B
Logo T-Shirt from Fran Shatone by Brooks ...

**Shon Brooks** @shonbrooks1 · Aug 14, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 303,882 web traffic searches this week  lnkd.in/g3GpiEA #
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 303...lnkd.in/gQinmrz

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 14, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g3GpiEA,
lnkd.in/gekY5bH #TeamBrooksEntertainmentinc #Shon
#brooksfinancialandentertainmentconsultants #Prime #FranShatone
#global #sportswear #fashion #ShonBrooks #ThankYou

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 91**
Page 64 of 210



**Shon Brooks**
786 Tweets

**Follow**

#brooksfinancialandentertainmentconsultants #Prime #FranShatone #global #sportswear #fashion #ShonBrooks #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 14, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gekY5bH #TeamBrooksEntertainmentinc #Shon #brooksfinancialandentertainmentconsultants #Prime #FranShatone #Sportswear #Fashion #ShonBrooks #ThankYou

amazon.com
Shon Brooks "Closest To The Pin" Golf T-Shirt
A portion of the profits will go towards 'Sponsor A Bus' to fund students field trips.

**Shon Brooks** @shonbrooks1 · Jul 24, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 65,759 web traffic searches this week  lnkd.in/g3GpiEA #ShonBrooks #Ratings #Shon #Global #Numbers #BrooksEntertainmentinc #International #Fans #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

## Promoted Tweet

**Magnolia Network** ✓ @magnolianetwork
DIY Network is now Magnolia Network—bringing you inspiring stories across home, design, food, and garden.

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 92
Page 65 of 210



**Follow**

Magnolia Network
A Magnolia Network—inviting you to bring
across home, design, food, and garden.

DIY Network is now

0:13

magnolia.com
Learn More

💬 199    ⟲ 109    ♡ 824    ⬆

▶ Promoted

**Shon Brooks** @shonbrooks1 · Jul 24, 2020    ···
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gFrhQQc ,
lnkd.in/g3GpiEA #ShonBrooks #BoxOffice #Sportswear
#BrooksEntertainmentinc #Prime #FranShatone #Apparel
#BrooksFinancialAndEntertainmentConsultants #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬    ⟲    ♡    ⬆

**Shon Brooks** @shonbrooks1 · Jul 24, 2020    ···
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gFrhQQc #Shon
#brooksfinancialandentertainmentconsultants #Prime   #Sportswear
#Fashion ##BrooksEntertainmentinc #ThankYou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 93**

Page 66 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 24, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gFrhQQc #Shon
#brooksfinancialandentertainmentconsultants #Prime   #Sportswear
#Fashion ##BrooksEntertainmentinc #ThankYou

**Shon Brooks** @shonbrooks1 · Jul 17, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 17,226 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks #Ratings #Numbers #Traffic #ThankYou #International #Fans

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 17, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gTnx4pR ,
lnkd.in/g3GpiEA #ShonBrooks #TeamBrooksEntertainmentinc #Fashion
#BrooksFinancialAndEntertainmentConsultants #Prime #Sportswear
#Apparel #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 17, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gTnx4pR #Shon
#brooksfinancialandentertainmentconsultants #Fashion
#TeamBrooksEntertainmentinc #Prime #sportswear #ThankYou

amazon.com
Womens Shon Brooks Greatest Hits V-Neck T-Shirt
Womens Shon Brooks Greatest Hits V-Neck T-Shirt

**Shon Brooks** @shonbrooks1 · Jul 10, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 94**
Page 67 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 10, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 16,638 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #numbers #entertainmentnews #Shon #brooksfinancialandentertainmentconsultan...lnkd.in/gj-aSiU

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 10, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gJtCUJE #shonbrooks #television #Celebrity #Tanktops  #entertainmentnews #ThankYou #Prime

**Shon Brooks** @shonbrooks1 · Jul 10, 2020
THANK YOU: Team Brooks Entertainment Inc.
lnkd.in/gJtCUJE , lnkd.in/g3GpiEA #Shon #brooksfinancialandentertainmentconsultants #TeamBrooksEntertainmentinc #globalization #Celebrity #Tanktops #

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 3, 2020
traffic searches this week

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 107,974 web traffic searches this week  lnkd.in/g3GpiEA
#TeamBrooksEntertainmentinc #Teambrooksfinancialandenterta...lnkd.in/ggkADBx

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 95**
Page 68 of 210



# Shon Brooks
786 Tweets

**Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 3, 2020
THANK YOU: Team Brooks Entertainment Inc.
lnkd.in/gx7egKs , lnkd.in/g3GpiEA #TeamBrooksEntertainmentinc
#Teambrooksfinancialandentertainmentconsultants #fans #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 3, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gx7egKs
#TeamBrooksEntertainmentinc
#Teambrooksfinancialandentertainmentconsultants #thankyou

amazon.com
Shon Brooks Greatest Hits Tank Top
Shon Brooks Greatest Hits Tank Top

**Shon Brooks** @shonbrooks1 · May 29, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 876,168 web traffic searches this week lnkd.in/g3GpiEA #Shon
#ratings #increases #viewership #shonbrooks #international
#fanengagement #globa...lnkd.in/gE_2gWV

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 96**
Page 69 of 210



**Shon Brooks**
786 Tweets

← **Follow**

shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 29, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gA8rDCw
#shon #brooksfinancialandentertainmentconsultants #teamwork
#brooksentertainmentinc #teameffort #shonbrooks #team #thankyou

**Shon Brooks** @shonbrooks1 · May 22, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 163,198 web traffic searches this week  lnkd.in/g3GpiEA
#shonbrooks #thankyou #international #fans
#brooksfinancialandentertainmentconsultants...lnkd.in/dbcxWF7

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 22, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/dJU6dgc ,
lnkd.in/g3GpiEA #TeamBrooksEntertainmentinc #brooksentertainmentinc
#international #internationalbusiness #overseas #shon
#brooksfinancialandentertainmentconsultants #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 22, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/dJU6dgc
#shon #brooksfinancialandentertainmentconsultants #teamwork
#teamgoals  #teamworkdreamwork #teameffort #thankyou

**Shon Brooks** @shonbrooks1 · Apr 17, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 203,540 web traffic searches this week  lnkd.in/g3GpiEA
#fanexperience #fanengagement

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 97**
Page 70 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Apr 17, 2020

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 203,540 web traffic searches this week lnkd.in/g3GpiEA #fanexperience #fanengagement #brooksfinancialandentertainmentconsultants #ratings #n...lnkd.in/gu7MPzX

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 17, 2020

THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gMjkZ5B #teambrooksentertainmentinc #shonbrooks #internationalbusiness #shon #brooksfinancialandentertainmentconsultants #thankyou

**Shon Brooks** @shonbrooks1 · Apr 11, 2020

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 220,951 web traffic searches this week lnkd.in/g3GpiEA #increases #ratings #viewership #international #numbers #thankyou #fans

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 11, 2020

THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gGUA2y2 , lnkd.in/g3GpiEA #TeamBrooksEntertainmentinc #brooksentertainmentinc #international #internationalbusiness #shon #brooksfinancialandentertainmentconsultants #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 98**
Page 71 of 210



Follow

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 11, 2020

THANK YOU: Team Brooks Entertainment Inc.
lnkd.in/gGUA2y2 #TeamBrooksEntertainmentinc
#international #brooksfinancialandentertainmentconsultants #shonbrooks
#thankyou

amazon.com
Shon Brooks Ratings Booster
Shon Brooks Ratings Booster

**Shon Brooks** @shonbrooks1 · Mar 27, 2020

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 451,344 web traffic searches this week  lnkd.in/g3GpiEA #ratings
#increases #viewership #numbers
#brooksfinancialandentertainmentconsultants #...lnkd.in/gDBcjsu

imdb.com
shon Brooks - IMDb
shon Brooks

**Promoted Tweet**

**@Constative** @Constative1
People who asked the wrong guy for photoshop 😂🙆

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 99**
Page 72 of 210

**Follow**



this is not what i wanted

constative.com
These People Were Expertly Trolled By The Photoshop King

💬 8          ⟲ 8          ♡ 44          ⬆️

📢 Promoted

**Shon Brooks** @shonbrooks1 · Mar 27, 2020 · · ·
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gsy2f25 ,
lnkd.in/g3GpiEA # #brooksentertainmentinc #shonbrooks #THANK YOU:
Team Brooks Entertainment Inc. lnkd.in/gsy2f25 , lnkd.in/g3GpiEA

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Mar 27, 2020 · · ·
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gsy2f25
#brooksentertainmentinc #shonbrooks #thankyou

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Mar 6, 2020 · · ·
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 554,926 web traffic searches this week lnkd.in/g3GpiEA

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 100**
Page 73 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Mar 6, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 554,926 web traffic searches this week lnkd.in/g3GpiEA
#numbers #increases
#ratings #viewership
#shon
#brooksfinancialandentertainmentcons...lnkd.in/em6XnNH

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 6, 2020
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/ehPGbfu
#brooksfinancialandentertainmentconsultants #brooksentertainmentinc
#shonbrooks #shontv #shon #thankyou

**Shon Brooks** @shonbrooks1 · Feb 23, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 558,874 web traffic searches this week lnkd.in/g3GpiEA
#shonbrooks #numbers #brooksfinancialandentertainmentconsultants
#increase #brooksente...lnkd.in/g67izsr

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 23, 2020
THANK YOU: Le Lezard lnkd.in/gi-UN_5 #nfl 🏈 #shon #golfingwiththestars
#brooksfinancialandentertainmentconsultants #football #shontv #worldgolf
#celebritynews #shonbrooks #esports #topgolfphoto
#brooksentertainmentinc #sports #LeLezard #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 101
Page 74 of 210



einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

🔁 1

**Shon Brooks** @shonbrooks1 · Feb 23, 2020
THANK YOU Le Lezard: lnkd.in/gkCxuk3 , #NFL 🏈
# #shonbrooks #golfingwiththestars #shon
#brooksfinancialandentertainmentconsultants #topgolfphoto
#celebritynews #nfl100 #alumni #brooksentertainmentinc #sports
#worldgolf #L...lnkd.in/g-MV7ru

lelezard.com
Shon Brooks Golfing With The Stars
NFL Alumni Association founded in 1967 has a
traditional mission of "Caring for Kids" across the ...

**Shon Brooks** @shonbrooks1 · Jan 31, 2020
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 386,685 web traffic searches this week lnkd.in/g3GpiEA
#ShonBrooks #numbers #brooksfinancialandentertainmentconsultants
#ratings #increase #s...lnkd.in/gfuu2jJ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 31, 2020
THANK YOU: Tamar Securities lnkd.in/gVrnkCJ, #nfl 🏈 #shon
#golfingwiththestars #brooksentertainmentinc #topgolfphoto #shonbrooks
#nfl100 #Alumni #camp #brooksfinancialandentertainmentconsultants
#worldgolf #shontv #Network #...lnkd.in/g9eMbg2

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6
Page 102**
Page 75 of 210



einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Jan 31, 2020 ···
THANK YOU: Tamar Securities : lnkd.in/gkCxuk3 , #NFL 🏈 #ShonBrooks
#golfingwiththestars #brooksentertainmentinc #internationalGolf
#brooksfinancialandentertainmentconsultants #topgolfphoto #nfl100
#alumni #Fitness #shon #w...lnkd.in/gdZsZ8u lnkd.in/gVrnkCJ

in
Posted on LinkedIn

linkedin.com
Shon Brooks on LinkedIn: Shon Brooks Golfing Wit...
THANK YOU: Tamar Securities :
https://lnkd.in/gkCxuk3 , https://lnkd.in/gVrnkCJ ...

**Shon Brooks** @shonbrooks1 · Jan 17, 2020 ···
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 61,095 web traffic searches this week lnkd.in/g3GpiEA #Shon
#numbers #webtraffic #increase #fans #brooksentertainmentinc #ratings
#brooksfina...lnkd.in/gJ7X2M7

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 17, 2020 ···
THANK YOU: Marketplace: lnkd.in/gRVqYEC , lnkd.in/g3GpiEA
#nfl 🏈 #shonbrooks #golfingwiththestars #brooksentertainmentinc
#topgolfphoto #celebritynews #shontv #news #SOB #Fitness #shon
#thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 103**
Page 76 of 210



shon brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 17, 2020
THANK YOU: Marketplace: lnkd.in/gRVqYEC , lnkd.in/gkCxuk3
#nfl 🏈 #shonbrooks #golfingwiththestars #brooksentertainmentinc
#topgolfphoto #nfl100 #Alumni #shontv #worldgolf #celebritynews #Golf
#Fitness #brooksfinancialandentertainmentco...

linkedin.com
Shon Brooks on LinkedIn: #nfl #shonbrooks #golfin...
THANK YOU: Marketplace: https://lnkd.in/gRVqYEC ,
https://lnkd.in/gkCxuk3 #nfl #shonbrooks ...

**Shon Brooks** @shonbrooks1 · Jan 17, 2020
THANK YOU: Marketplace : lnkd.in/gkCxuk3 , #NFL 🏈 #ShonBrooks
#golfingwiththestars #shon #brooksentertainmentinc #celebritynews #
#brooksfinancialandentertainmentconsultants #bestgolf #nfl100 #Alumni
#topgolfphoto #shontv...lnkd.in/gc9diUi lnkd.in/gRVqYEC

linkedin.com
Shon Brooks on LinkedIn: Shon Brooks Golfing Wit...
THANK YOU: Marketplace : https://lnkd.in/gkCxuk3 ,
https://lnkd.in/gRVqYEC #NFL #ShonBrooks ...

**Shon Brooks** @shonbrooks1 · Jan 11, 2020
THANK YOU: News OK: lnkd.in/fEgHzqX , lnkd.in/g3GpiEA #NFL 🏈 #shon
#golfingwiththestars #brooksfinancialandentertainmentconsultants #sports
#brooksentertainmentinc #TV #nfl100 #shonbrooks #fitness #network
#thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 11, 2020
THANK YOU: News OK: lnkd.in/fEgHzqX , lnkd.in/gkCxuk3

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 104**
Page 77 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Jan 11, 2020
THANK YOU: News OK: lnkd.in/fEgHzqX , lnkd.in/gkCxuk3
#NFL 🏈 #shonbrooks #network #news #shon #celebritynews #nfl100
#alumni #TopGolfPhoto #worldgolf # #celebrity
#brooksfinancialandentertainmentconsultants #tv #media
#brooksentertainmentinc #fitness #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Jan 11, 2020
THANK YOU: News OK : lnkd.in/gkCxuk3 , #nfl 🏈 #ShonBrooks
#golfingwiththestars #shon #celebritynews
#brooksfinancialandentertainmentconsultants #network
#brooksentertainmentinc #fitness #nfl100 #alumni #TopGolfPhoto
#worldgolf #thankyou lnkd.in/fEgHzqX

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Dec 27, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 218,417 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks #numbers #shontv #IMDB #ratings
#brooksfinancialandentertainmentconsultant...lnkd.in/gbwEcuF

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 27, 2019
THANK YOU: Daily Penny Alerts: lnkd.in/gaFBiWa

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 105**
Page 78 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Dec 27, 2019
THANK YOU: Daily Penny Alerts: lnkd.in/gaFBiWa

#NFL 🏈 #network #ShonBrooks #golfingwiththestars
#brooksentertainmentinc #fitness
#brooksfinancialandentertainmentconsultants #worldgolf #shontv
#network #shon #topgolfphoto #...lnkd.in/gFN4Pji

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Dec 27, 2019
THANK YOU: Daily Penny Alerts : lnkd.in/gkCxuk3 ,

#NFL 🏈 #shonbrooks #golfingwiththestars #shontv #network
#brooksfinancialandentertainmentconsultants #nfl100 #camp
#brooksentertainmentinc #tournaments #alumni #thankyou
lnkd.in/gaFBiWa

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Dec 21, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 168,717 web traffic searches this week  lnkd.in/g3GpiEA
#Shon.TV #numbers #webtraffic #shonbrooks #celebritynews #increase
#fans #rank #search...lnkd.in/gFsg9gB

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Dec 21, 2019

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 106**
Page 79 of 210



**Shon Brooks**
786 Tweets

shon Brooks

**Follow**

**Shon Brooks** @shonbrooks1 · Dec 21, 2019
THANK YOU:Tamar Securities: lnkd.in/ggpJnef , lnkd.in/g3fvXtT #NFL 🏈
#shon # #brooksentertainmentinc #topgolfphoto #shonbrooks
#golfingwiththestars #celebritynews #TamarSecurities #shontv #worldgolf
#nfl100 #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

♡ 1

**Shon Brooks** @shonbrooks1 · Dec 21, 2019
THANK YOU: Tamar Securities: #NFL 🏈 #shon
#brooksfinancialandentertainmentconsultants #golfingwiththestars
#shontv #brooksentertainmentinc #worldgolf #topgolfphoto
#TamarSecurities #NFLNetwork #Thankyou lnkd.in/ggpJnef

**Shon Brooks** @shonbrooks1 · Dec 13, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 8,416,211 web traffic searches this week  lnkd.in/gRC6cPa
#STARmeter
#Numbers #Rank #Ratings #Shon
#brooksfinancialandentertainmentconsultants...lnkd.in/gehUgm4

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 13, 2019
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g56Ttjg
, lnkd.in/gRC6cPa #inventions #Team #brooksentertainmentinc
#brooksfinancialandentertainmentconsultants #thankyou

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 107**
Page 80 of 210



**Shon Brooks**
786 Tweets

**Follow**

, lnkd.in/gRcoFra #Inventions #Team #brooksentertainmentinc
#brooksfinancialandentertainmentconsultants #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 13, 2019
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g56Ttjg ,
LotteryInvestments.com
#ShonTV #Invention #Team #brooksentertainmentinc #thankyou

amazon.com
S.O.B Award Winning Cigar Poker Chip by Shon Br...
S.O.B Award Winning Cigar Poker Chip by Shon
Brooks PopSockets Grip and Stand for Phones and ...

**Shon Brooks** @shonbrooks1 · Dec 13, 2019
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g56Ttjg #Shon
#brooksfinancialandentertainmentconsultants #Team
#Invention
#brooksentertainmentinc

amazon.com
S.O.B Award Winning Cigar Poker Chip by Shon Br...
S.O.B Award Winning Cigar Poker Chip by Shon
Brooks PopSockets Grip and Stand for Phones and ...

**Shon Brooks** @shonbrooks1 · Nov 22, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 2,698 web traffic searches this week  lnkd.in/g3GpiEA
#ShonTV #numbers #ratings #Weekly #imdb #Traffic
#brooksfinancialandentertainmentconsult...lnkd.in/g2tsPfu

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 108**
Page 81 of 210



## Shon Brooks
786 Tweets

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 22, 2019

THANK YOU: Finanzen lnkd.in/gKBiVdh , #nfl 🏈 #shonbrooks #golfingwiththestars #brooksfinancialandentertainmentconsultants #topgolfphoto #shontv #network #brooksentertaininc #worldgolf #shon #celebritynews #fitness #finanzen #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Nov 22, 2019

THANK YOU: Finanzen lnkd.in/gkCxuk3 , lnkd.in/gKBiVdh #nfl100 #shonbrooks #golfingwiththestars #brooksfinancialandentertainmentconsultants #topgolfphoto #shontv #network #brooksentertaininc #worldgolf #celebritynews #shon #finanzen #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Nov 15, 2019

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 28,449 web traffic searches this week lnkd.in/g3GpiEA #ShonTV #highest #Traffic #Search #numbers #ShonBrooks #ratings #brooksfinancialandent...lnkd.in/ggpMvqQ

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 109**
Page 82 of 210



**Shon Brooks**
786 Tweets

← **Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 15, 2019
THANK YOU: Business Insider lnkd.in/gSxnjJ4 ,
#NFL 🏈 #shonbrooks #golfingwiththestars #shon #topgolfphoto
#celebritynews #brooksentertainmentinc #worldgolf #tournament
#brooksfinancialandentertainmentconsultants #Business...lnkd.in/gH9eQMB

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Nov 15, 2019
THANK YOU: Business Insider lnkd.in/gkCxuk3 ,  #NFL 🏈 #shonbrooks
#golfingwiththestars #shon #worldgolf #celebritynews
#brooksfinancialandentertainmentconsultants #BusinessInsider #
#brooksentertainmentinc #tournament #topgo...lnkd.in/gg_KRkw

markets.businessinsider.com
Shon Brooks Golfing With The Stars
EL CAJON, Calif., Feb. 3, 2019 /PRNewswire-PRWeb/
-- NFL Alumni Association founded in 1967 has a ...

**Shon Brooks** @shonbrooks1 · Nov 8, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 8,730 web traffic searches this week  lnkd.in/g3GpiEA
#Highest #ratings #brooksfinancialandentertainmentconsultants
#shonbrooks #tv #numbers #...lnkd.in/e_NMsWS

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 8, 2019

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 110**
Page 83 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Nov 8, 2019

THANK YOU: Boston Herald lnkd.in/g3yu-qz , #nfl 🏈 #network #shon #brooksfinancialandentertainmentconsultants #celebritynews #shon #worldgolf #fitness #camp #brooksentertainmentinc #topgolfphoto #shonbrooks #golfingwiththes...lnkd.in/g6Nvvw9

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Nov 8, 2019

THANK YOU: Boston Herald lnkd.in/gkCxuk3 ,

#NFL 🏈 #shonbrooks #topgolfphoto #shon #golfingwiththestars #brooksentertainmentinc #celebritynews #worldgolf #tournament #bostonherald #brooksfinancialandentertainmentconsultan...lnkd.in/gg4_v9n lnkd.in/g3yu-qz

linkedin.com
Sign Up | LinkedIn
500 million+ members | Manage your professional identity. Build and engage with your professional ...

**Shon Brooks** @shonbrooks1 · Nov 2, 2019

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 662,746 web traffic searches this week lnkd.in/g3GpiEA #brooksfinancialandentertainmentconsultants #numbers #ratings #brooksentertainmentinc...lnkd.in/gGuMkPS

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 111
Page 84 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 112**
Page 85 of 210



500 million+ members | Manage your professional
identity. Build and engage with your professional ...

💬 1          🔁          ♡ 1          ⬆️

**Shon Brooks** @shonbrooks1 · Oct 11, 2019          ...
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 887,016 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks #numbers #brooksfinancialandentertainmentconsultants
#news #shon #tv #ratings #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

💬          🔁 1          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Oct 11, 2019          ...
THANK YOU: My Mother Load:  , lnkd.in/gkCxuk3 #nfl 🏈 #topgolfphoto
#shon #worldgolf #shonbrooks #golfingwiththestars
#brooksfinancialandentertainmentconsultants #camp
#brooksentertainmentinc #tournaments #ShonBrooks #celebrity #golf
lnkd.in/ezmrjRD

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

💬          🔁 1          ♡ 1          ⬆️

**Shon Brooks** @shonbrooks1 · Oct 11, 2019          ...
THANK YOU: My Mother Load: lnkd.in/gkCxuk3 ,

#NFL 🏈 #topgolfphoto #shonbrooks #golfingwiththestars
#brooksentertainmentinc #worldgolf # #shon #celebritynews
#brooksfinancialandentertainmentconsultants #hollywood #celebrity
#tournaments lnkd.in/ezmrjRD

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

💬          🔁          ♡          ⬆️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6
Page 113**

Page 86 of 210



**Shon Brooks**
786 Tweets

**Follow**

Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural …

**Shon Brooks** @shonbrooks1 · Sep 20, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 167,549 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks #increase #numbers
#brooksfinancialandentertainmentconsultants #ratings #…lnkd.in/gEnN-FU

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 20, 2019
THANK YOU: Daily Herald: lnkd.in/g2ixD-K  ,
#NFL 🏈 #celebrity #news #shonbrooks #topgolfphoto #shon
#golfingwiththestars #worldgolf #brooksentertaiminc #charity
#brooksfinancialandentertainmentconsultants #hollywood  #TV #thankyou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural …

**Shon Brooks** @shonbrooks1 · Sep 20, 2019
THANK YOU: Daily Herald: lnkd.in/gkCxuk3 ,

#NFL 🏈 #network #ShonBrooks #golfingwiththestars
#brooksentertainmentinc #fitness #golf #tournaments #Shon
#TopGolfPhoto #tv #celebrity
#brooksfinancialandentertainmentconsultant…lnkd.in/gZhjNM8
lnkd.in/g2ixD-K

linkedin.com
Sign Up | LinkedIn
500 million+ members | Manage your professional
identity. Build and engage with your professional …

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 114
Page 87 of 210



Sign Up | LinkedIn
500 million+ members | Manage your professional
identity. Build and engage with your professional ...

**Shon Brooks** @shonbrooks1 · Sep 6, 2019
THANK YOU: Pittsburgh Post Gazette: lnkd.in/g7w-RfC  , # #ShonBrooks
#nfl 🏈 #sports #shon #celebrity #network #golfingwiththestars
#brooksentertainmentinc #celebritynews
#brooksfinancialandentertainmentconsultants #worldgol...lnkd.in/gXPPY8d

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Sep 6, 2019
THANK YOU: Pittsburgh Post Gazette: lnkd.in/gkCxuk3 ,
#NFL 🏈 #network #Celebrity #Golf #ShonBrooks #topgolfphoto #shon
#golfingwiththestars #brooksentertainmentinc #celebritynews
#brooksfinancialandentertainmentconsultants...lnkd.in/gC-AJyy
lnkd.in/g7w-RfC

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Aug 2, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 166,104 web traffic searches this week  lnkd.in/g3GpiEA
#numbers #webtraffic #fans #brooksfinancialandentertainmentconsultants
#brooksentertainmentinc #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 115
Page 88 of 210



**Shon Brooks**
786 Tweets

**Follow**

shon Brooks - IMDb
shon Brooks

💬     ⟲ 1     ♡ 1     ⬆

**Shon Brooks** @shonbrooks1 · Aug 2, 2019

THANK YOU: Benzinga: lnkd.in/gPxnABd , # #nfl 🏈 #network #golfingwiththestars #shonbrooks #TV #topgolfphoto #shon #worldgolf #brooksfinancialandentertainmentconsultants #celebritynews #brooksentertainmentinc #bestgolf #tou...lnkd.in/gyMPHy7

einnews.com
**Shon Brooks Golfing With the Stars**
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

💬     ⟲     ♡     ⬆

**Shon Brooks** @shonbrooks1 · Aug 2, 2019

THANK YOU: Benzinga: lnkd.in/gkCxuk3 ,
#nfl 🏈 #network #celebrity #golf #ShonBrooks #topgolfphoto #shon #golfingwiththestars #brooksentertainmentinc #celebritynews #brooksfinancialandentertainmentconsultants #worldgolf #f...lnkd.in/gfx-znS

**BZ**

benzinga.com
**Shon Brooks Golfing With The Stars**
EL CAJON, Calif., Feb. 3, 2019 /PRNewswire-PRWeb/ -- NFL Alumni Association founded in 1967 has a ...

💬     ⟲     ♡ 1     ⬆

**Shon Brooks** @shonbrooks1 · Jul 26, 2019

THANK YOU: Tactics Magazine: lnkd.in/gkCxuk3 ,
lnkd.in/dFAvA-m #NFL 🏈 #network #celebrity #golfingwiththestars #shon #brooksfinancialandentertainmentconsultants #TopGolfPhoto #tv #fitness #brooksentertainmentinc #w...lnkd.in/gRQ8SxB

tacticsmagazine.com
**CNW Global Retail News**
Visit the post for more.

💬     ⟲     ♡     ⬆

**Shon Brooks** @shonbrooks1 · Jul 26, 2019

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 116**
Page 89 of 210



**Shon Brooks**
786 Tweets

**Follow**

Visit the post for more.

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
THANK YOU: Tactics Magazine: lnkd.in/dFAvA-m
, lnkd.in/gkCxuk3
, lnkd.in/g3GpiEA #nfl 🏈 #network #fitness #camp #celebrity
#entertainment #shon #tv #ShonBrooks #celebritynews #tournaments
#Shon #brooksfinancialandentertainmentco...

linkedin.com
Shon Brooks on LinkedIn: #nfl #network #fitness
THANK YOU: Tactics Magazine:
https://lnkd.in/dFAvA-m , https://lnkd.in/gkCxuk3 , ...

Posted on LinkedIn

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
THANK YOU: Tactics Magazine: lnkd.in/dFAvA-m  , lnkd.in/gkCxuk3
#NFL 🏈 #network #ShonBrooks #golfingwiththestars
#brooksentertainmentinc #fitness #TV #celebritynews #stars #camp #Shon
#TopGolfPhoto #brooksfinancialandentertainmentconsult...lnkd.in/g5uD9xX

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 250,248 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks  #fans #numbers #webtraffic #tv #network #IMDB, #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 250,248 web traffic searches this week  lnkd.in/g3GpiEA

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 117**
Page 90 of 210



# Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 250,248 web traffic searches this week  lnkd.in/g3GpiEA
#ShonBrooks  #fans #numbers #webtraffic #tv #network #IMDB, #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
THANK YOU: Tactics Magazine: lnkd.in/dFAvA-m   , lnkd.in/gkCxuk3
#NFL 🏈 #network  #ShonBrooks #golfingwiththestars
#brooksentertainmentinc #fitness #TV #celebritynews #stars #camp #Shon
#TopGolfPhoto #brooksfinancialandentertainmentconsult...lnkd.in/dhyvSAH

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Jul 26, 2019
THANK YOU: Tactics Magazine: lnkd.in/gkCxuk3 ,
lnkd.in/dFAvA-m #NFL 🏈 #network #celebrity #golfingwiththestars #shon
#brooksfinancialandentertainmentconsultants #TopGolfPhoto #tv #fitness
#brooksentertainmentinc #w...lnkd.in/dADE-9u lnkd.in/dnhTzGv

tacticsmagazine.com
CNW Global Retail News
Visit the post for more.

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 406,936 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #numbers #thankyou #fans #network
#brooksfinancialandentertainmentconsultants

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 118**
Page 91 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 406,936 web traffic searches this week Inkd.in/g3GpiEA #webtraffic #numbers #thankyou #fans #network #brooksfinancialandentertainmentconsultants

imdb.com
shon Brooks - IMDb
shon Brooks

○   ⟲ 1   ♡ 1   ⬆

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
THANK YOU: WRAL TV: Inkd.in/gSvCgq4
, Inkd.in/gkCxuk3
, Inkd.in/g3GpiEA
#nfl 🏈 #network #celebrity #tournaments #fitness #golf #entertainment #celebritynews #brooksfinancialandentertainmentconsultants #s...Inkd.in/gysTiKZ

imdb.com
shon Brooks - IMDb
shon Brooks

○   ⟲   ♡   ⬆

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
THANK YOU: WRAL TV: Inkd.in/gCPtNUU #nfl 🏈 #network #golf #fitness #camp #celebrity #tournaments #celebritynews #brooksfinancialandentertainmentconsultants #bestgolf #shonbrooks #topgolfphoto #golfingwiththestars #thankyou...Inkd.in/gKuGK3U

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

○   ⟲   ♡ 1   ⬆

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
THANK YOU: WRAL TV: Inkd.in/gkCxuk3
, #nfl 🏈 #network #golf #fitness #entertainment #camp #celebrity #tournaments #celebritynews #brooksfinancialandentertainmentconsultants #shonbrooks #topgolfphoto #brooksentertainmentin...Inkd.in/gvqj4BJ Inkd.in/gSvCgq4

Follow

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 119**
Page 92 of 210



# Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 19, 2019
THANK YOU: WRAL TV: lnkd.in/gkCxuk3
, #nfl 🏈 #network #golf #fitness #entertainment #camp #celebrity #tournaments #celebritynews #brooksfinancialandentertainmentconsultants #shonbrooks #topgolfphoto #brooksentertainmentin…lnkd.in/gvqj4BJ lnkd.in/gSvCgq4

einnews.com
**Shon Brooks Golfing With the Stars**
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural …

**Shon Brooks** @shonbrooks1 · Jun 28, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 250,069 web traffic searches this week  lnkd.in/g3GpiEA #Shon #webtraffic #ShonBrooks #numbers #celebritynews #brooksfinancialandentertainmen…lnkd.in/efT9ff4

imdb.com
**shon Brooks - IMDb**
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jun 28, 2019
THANK YOU: Investor Network lnkd.in/emM_g8N
, lnkd.in/gkCxuk3
, lnkd.in/g3GpiEA #nfl 🏈 #celebrity #Golf #tournaments #brooksfinancialandentertainmentconsultants #celebritynews #shonbrooks #bestgolf #golfing…lnkd.in/ePgecPh

imdb.com
**shon Brooks - IMDb**
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jun 28, 2019
THANK YOU: Investor Network lnkd.in/emM_g8N , #nfl 🏈 #celebrity #Golf #tournaments #brooksfinancialandentertainmentconsultants #bestgolf #shonbrooks #topgolfphoto #golfingwiththestars #brooksentertainmentinc #worldgolf #sho…lnkd.in/esJdDwj

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 120**
Page 93 of 210



**Shon Brooks**
786 Tweets

Follow

Shon Brooks @shonbrooks1 · Jun 28, 2019
THANK YOU: Investor Network lnkd.in/emM_g8N , #nfl 🏈 #celebrity #Golf #tournaments #brooksfinancialandentertainmentconsultants #bestgolf #shonbrooks #topgolfphoto #golfingwiththestars #brooksentertainmentinc #worldgolf #sho...lnkd.in/esJdDwj

einnews.com
**Shon Brooks Golfing With the Stars**
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Jun 28, 2019
THANK YOU: Investor Network lnkd.in/gkCxuk3 , lnkd.in/emM_g8N
#nfl 🏈 #celebrity #Golf #tournaments #brooksfinancialandentertainmentconsultants #celebritynews #shonbrooks #topgolfphoto #brooksentertainmentinc #golfingwiththestars #shonbroo...

linkedin.com
**Shon Brooks on LinkedIn: #nfl #celebrity #Golf**
THANK YOU: Investor Network
https://lnkd.in/gkCxuk3 , https://lnkd.in/emM_g8N ...

Posted on LinkedIn

♡ 1

**Shon Brooks** @shonbrooks1 · May 31, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 203,879 web traffic searches this week  #numbers #webtraffic #fans #celebritynews #brooksfinancialandentertainmentconsultants #shonbrooks #brooksente...lnkd.in/eg7njXw

imdb.com
**shon Brooks - IMDb**
shon Brooks

♡ 2

**Shon Brooks** @shonbrooks1 · May 31, 2019
THANK YOU: New York Sport Scene lnkd.in/ekUZuM8 , lnkd.in/gkCxuk3
, #nfl 🏈 #camp #brooksfinancialandentertainmentconsultants #celebritynews #bestgolf #shonbrooks #golfingwiththestars #brooksentertainmentinc #shon...lnkd.in/eu3Bxai

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 121**
Page 94 of 210



**Shon Brooks**
786 Tweets

THANK YOU: New York Sport Scene lnkd.in/ekUZuMb
, lnkd.in/gkCxuk3
, #nfl 🏈 #camp #brooksfinancialandentertainmentconsultants
#celebritynews #bestgolf #shonbrooks #golfingwiththestars
#brooksentertainmentinc #shon...lnkd.in/eu3Bxai

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 31, 2019
THANK YOU: New York Sport Scene lnkd.in/ekUZuM8 , #nfl 🏈 #Celebrity
#Golf #tournaments #golfingwiththestars #brooksentertainmentinc
#topgolfphoto #shon #shonbrooks #Fitness
#brooksfinancialandentertainmentconsultants #celeb...lnkd.in/eriexg8

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

♡ 1    ♡ 1

**Shon Brooks** @shonbrooks1 · May 31, 2019
THANK YOU: New York Sport Scene lnkd.in/gkCxuk3
, #nfl 🏈 #celebritynews #golfingwiththestars #brooksentertainmentinc
#camp #brooksfinancialandentertainmentconsultants #bestgolf
#shonbrooks #shon #golf #Fitness #tournaments #thankyou
lnkd.in/ekUZuM8

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · May 19, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 1,506,158 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #fans #numbers #entertainment #celebritynews
#brooksfinancialandentertai...lnkd.in/gm2qqTa

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 122**
Page 95 of 210



**Shon Brooks**
786 Tweets

**Follow**

...STARmeter REPORT: Thank you to all my fans in every country for an
increase of 1,506,158 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #fans #numbers #entertainment #celebritynews
#brooksfinancialandentertai...lnkd.in/gm2qqTa

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 19, 2019
THANK YOU: Fitness Trainer Magazine lnkd.in/gskQVaz , #nfl 🏈 #golf
#entertainment #tournaments #celebritynews #camp
#brooksfinancialandentertainmentconsultants #bestgolf #shonbrooks
#brooksentertainmentinc #topgolfphoto #go...lnkd.in/gruqejT

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · May 19, 2019
THANK YOU: Fitness Trainer Magazine lnkd.in/gkCxuk3
, lnkd.in/gskQVaz #nfl 🏈 #golf #entertainment #tournaments
#celebritynews #camp #brooksfinancialandentertainmentconsultants
#bestgolf #shonbrooks #brooksentertai...lnkd.in/gDNZRTE lnkd.in/gDbsG7a

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Apr 5, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 137,148 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #fans #BrooksEntertainmentinc
#celebritynews #TopSearches
#entertainment...lnkd.in/gU6j25F

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 123**

Page 96 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 124**

Page 97 of 210



**Shon Brooks**
786 Tweets

▶ Promoted

**Shon Brooks** @shonbrooks1 · Apr 5, 2019
THANK YOU: 4ABC lnkd.in/gY7rQcV , #ABC
#NFL 🏈
#Golf
#tournaments #Shon
#shonbrooks #golfingwiththestars #TopGolfPhoto
#celebritynews #allianceofamericanfootball #worldgolf
#shonbrooksmoviegaffer #entertainment #BrooksFin...lnkd.in/g2xbTK8

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

♡ 2

**Shon Brooks** @shonbrooks1 · Apr 5, 2019
THANK YOU: 4ABC lnkd.in/gkCxuk3
, #ABC
#NFL 🏈
#golf #tournaments #celebritynews #Topgolf
#shon
#shonbrooks #golfingwiththestars #allianceofamericanfootball #camp
#entertainment #shonbrooksmoviegaffer #thankyou lnkd.in/gY7rQcV

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

♡ 1

**Shon Brooks** @shonbrooks1 · Mar 22, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 174,564 web traffic searches this week lnkd.in/g3GpiEA
#webtraffic #country #fans #entertainment #celebritynews #shonbrooks
#shon #TopSearches
#thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Follow**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 125**
Page 98 of 210

**Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Mar 22, 2019
THANK YOU: FOX lnkd.in/dcy4KyY , lnkd.in/g3GpiEA
, #fox
#nfl 🏈 #golf #tournaments #camp #allianceofamericanfootball
#Bestgolf #entertainment #celebritynews #championship #shonbrooks
#shon #golfingwiththestars #sh...lnkd.in/dyYjrxD

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

♡ 2

**Shon Brooks** @shonbrooks1 · Mar 22, 2019
THANK YOU: FOX #fox #nfl 🏈 #golf #tournaments #camp #entertainment
#allianceofamericanfootball
#Bestgolf #celebritynews #championship #shonbrooks #shon
#golfingwiththestars #shonbrooksmoviegaffer #thankyou lnkd.in/dcy4KyY

♡

**Shon Brooks** @shonbrooks1 · Mar 15, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 422.309 web traffic searches this week lnkd.in/g3GpiEA #report
#country #webtraffic #fans #entertainment #Shon
#ShonBrooks
#thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Mar 15, 2019
THANK YOU: NBC lnkd.in/gBxve5M , lnkd.in/gkCxuk3
, lnkd.in/g3GpiEA #nfl 🏈 #nbc #golf #camp #entertainment #webtraffic
#championship #celebritynews #shonbrooks #golfingwiththestars #shon
#shonbrooksmoviegaffer #tournaments #thankyou

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 126**
Page 99 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Mar 15, 2019
THANK YOU: NBC lnkd.in/g8xve5M , lnkd.in/gkCxuk3
, lnkd.in/g3GpiEA #nfl 🏈 #nbc #golf #camp #entertainment #webtraffic
#championship #celebritynews #shonbrooks #golfingwiththestars #shon
#shonbrooksmoviegaffer #tournaments #thankyou

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ↻          ♡ 1          ⬆

**Shon Brooks** @shonbrooks1 · Mar 15, 2019
THANK YOU: NBC #nfl 🏈 #nbc #golf #camp #entertainment #webtraffic
#championship #celebritynews #shonbrooks #golfingwiththestars #shon
#shonbrooksmoviegaffer #tournaments #thankyou lnkd.in/g8xve5M

💬          ↻          ♡ 1          ⬆

**Shon Brooks** @shonbrooks1 · Mar 8, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 311,623 web traffic searches this week  lnkd.in/g3GpiEA
#webtraffic #entertainment  #shonbrooks  #shon #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ↻          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Mar 8, 2019
THANK YOU:  ABC lnkd.in/g8wBKps , lnkd.in/gkCxuk3
, lnkd.in/g3GpiEA #nfl 🏈 #camp #golf #entertainment #webtraffic
#championship #celebritynews #shonbrooks #shon #golfingwiththestars
#shonbrooksmoviegaffer #tournaments #ThankYou

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ↻          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Mar 8, 2019
THANK YOU: ABC lnkd.in/g8wBKps ,  #nfl 🏈 #camp #golf #entertainment

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 127**
Page 100 of 210



Follow

**Shon Brooks** @shonbrooks1 · Mar 8, 2019

THANK YOU: ABC lnkd.in/g8wBKps , #nfl 🏈 #camp #golf #entertainment #webtraffic #championship #celebritynews #shonbrooks #shon #golfingwiththestars #tournaments #shonbrooksmoviegaffer #ThankYou

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf products for Shon Brooks to Play in the 'Inaugural ...

1

**Shon Brooks** @shonbrooks1 · Feb 15, 2019

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 272,438 web traffic searches this week lnkd.in/g3GpiEA #webtraffic #entertainment #shonbrooks #shon

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 15, 2019

THANK YOU: CBS lnkd.in/g8mPqjY , lnkd.in/gkCxuk3 , lnkd.in/g3GpiEA #nfl 🏈 #golf #entertainment #shonbrooks #shon #golfingwiththestars #shonbrooksmoviegaffer #webtraffic #camp #tournaments #Championship #celebritynews

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · Feb 15, 2019

THANK YOU: CBS lnkd.in/g8mPqjY , lnkd.in/gkCxuk3 #nfl 🏈 #golf #entertainment #shonbrooks #shon #golfingwiththestars #shonbrooksmoviegaffer #webtraffic #camp #tournaments #Championship #celebritynews

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 128**
Page 101 of 210



# Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Feb 15, 2019
THANK YOU: CBS lnkd.in/g8mPqjY , lnkd.in/gKCxuk3 #nfl 🏈 #golf
#entertainment #shonbrooks #shon #golfingwiththestars
#shonbrooksmoviegaffer #webtraffic #camp #tournaments
#Championship #celebritynews

einnews.com
Shon Brooks Golfing With the Stars
Brooks Entertainment Inc. releases new Golf
products for Shon Brooks to Play in the 'Inaugural ...

**Shon Brooks** @shonbrooks1 · Feb 2, 2019
THANK YOU: NFL Alumni Association and ISMSPORTS

lnkd.in/g3GpiEA
lnkd.in/g5jtY2Y #shonbrooks
#nfl 🏈 #entertainment #shon #GolfingWithTheStars
#webtraffic #shonbrooksmoviegaffer #Golf

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 2, 2019
THANK YOU: NFL Alumni Association and ISMSPORTS
#shonbrooks #nfl 🏈 #shon #entertainment #golf
#shonbrooksmoviegaffer lnkd.in/g5jtY2Y

**Shon Brooks** @shonbrooks1 · Jan 18, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 506,055 web traffic searches this week lnkd.in/g3GpiEA
#entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer #Shon

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 18, 2019

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 129**
Page 102 of 210



## Shon Brooks
786 Tweets

**Follow**

shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 18, 2019
THANK YOU: Best Products Review lnkd.in/gm2DaCV , lnkd.in/g3GpiEA
#entertainment #reviews #webtraffic #shonbrooks
#shonbrooksmoviegaffer #Shon

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 18, 2019
THANK YOU: Best Products Review  #entertainment #reviews #webtraffic
#shonbrooks #shonbrooksmoviegaffer. #Shon lnkd.in/gm2DaCV

**Shon Brooks** @shonbrooks1 · Jan 4, 2019
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 191,459 web traffic searches this week lnkd.in/g3GpiEA
#entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 2      ♡ 1

**Shon Brooks** @shonbrooks1 · Jan 4, 2019
THANK YOU: Financial Content
lnkd.in/g8BWH7n , lnkd.in/g3GpiEA #entertainment #webtraffic
#shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1      ♡ 1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 130**
Page 103 of 210



**Shon Brooks**
786 Tweets

Follow

shon Brooks - IMDb
shon Brooks

💬      ↻ 1      ♡ 1      ⬆️

**Shon Brooks** @shonbrooks1 · Jan 4, 2019
THANK YOU: Financial Content
lnkd.in/g8BWH7n #entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer lnkd.in/gPYAitJ

💬      ↻ 1      ♡ 1      ⬆️

## Promoted Tweet

**CNBC** ✓ @CNBC
See where sports, internet and business are going with the latest in Verizon's 5G Ultra Innovations. (Paid post for @Verizon) #ad cnb.cx/3eY7gcA

# Sports

0:13  3.9M views

💬 67      ↻ 84      ♡ 619      ⬆️

▶️ Promoted by Verizon

**Shon Brooks** @shonbrooks1 · Dec 21, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 463,710 web traffic searches this week lnkd.in/g3GpiEA #entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

💬      ↻      ♡ 1      ⬆️

**Shon Brooks** @shonbrooks1 · Dec 21, 2018
THANK YOU: Fat Pitch Financials

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 131**
Page 104 of 210



**Shon Brooks** @shonbrooks1 · Dec 21, 2018
THANK YOU: Fat Pitch Financials
lnkd.in/gvtMC4W , lnkd.in/g3GpiEA #entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

💬    🔁    ♡ 2    ⬆️

**Shon Brooks** @shonbrooks1 · Dec 21, 2018
THANK YOU: Fat Pitch Financials
#entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer lnkd.in/gvtMC4W

💬    🔁    ♡ 1    ⬆️

**Shon Brooks** @shonbrooks1 · Dec 14, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 2,008,324 web traffic searches this week lnkd.in/g3GpiEA #entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

💬    🔁    ♡    ⬆️

**Shon Brooks** @shonbrooks1 · Dec 14, 2018
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g9GUgq4 , lnkd.in/g3GpiEA #entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

💬    🔁    ♡    ⬆️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 132
Page 105 of 210

# Shon Brooks

786 Tweets

Follow

shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 14, 2018
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/g9GUgq4
#entertainment #webtraffic #shonbrooks #shonbrooksmoviegaffer

## Promoted Tweet

**@Constative** @Constative1
When they tell me to not over-react and I do exactly the opposite😂



constative.com
People Whose Day Could Not Get Any Worse 🧍

♡ 24     ⟲ 20     ♡ 215     ⬆

⤢ Promoted

**Shon Brooks** @shonbrooks1 · Nov 23, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 345,856 web traffic searches this week , #entertainment

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 133**
Page 106 of 210



**Shon Brooks**
786 Tweets

Follow

Promoted

**Shon Brooks** @shonbrooks1 · Nov 23, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 345,856 web traffic searches this week , #entertainment
#webtraffic #shonbrooks #shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

↻ 1          ♡ 2

**Shon Brooks** @shonbrooks1 · Nov 23, 2018
THANK YOU: SM Daily Press lnkd.in/gkxarK9 , #entertainment #shonbrooks
#shonbrooksmoviegaffer

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Nov 23, 2018
THANK YOU: SM Daily Press #entertainment #webtraffic
#shonbrooksmoviegaffer lnkd.in/gkxarK9

**Shon Brooks** @shonbrooks1 · Nov 9, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 610,956 web traffic searches this week #entertainment
#webtraffic #shonbrooks #shonbrooksmoviegaffer lnkd.in/gMKBVUx

♡ 2

**Shon Brooks** @shonbrooks1 · Nov 9, 2018
THANK YOU: The Valley City Times Record lnkd.in/ghuM6k9 ,
#entertainment #webtraffic #shonbrooks

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 134**
Page 107 of 210



## Shon Brooks
786 Tweets

**Follow**

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 9, 2018
THANK YOU: The Valley City Times Record  #entertainment #webtraffic
#shonbrooksmoviegaffer #shonbrooks lnkd.in/ghuM6k9

**Shon Brooks** @shonbrooks1 · Nov 2, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 13,003 web traffic searches this week  #webtraffic #ShonBrooks

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1        ⟲ 1        ♡ 2        ⬆

**Shon Brooks** @shonbrooks1 · Nov 2, 2018
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/egvKs62 ,
#entertainment #ShonBrooksMovieGaffer

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 2, 2018
THANK YOU: Team Brooks Entertainment Inc.
#entertainment #ShonBrooksMovieGaffer lnkd.in/egvKs62

♡        ⟲        ♡ 1        ⬆

**Shon Brooks** @shonbrooks1 · Oct 27, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 1,644,651 web traffic searches this week

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 135**
Page 108 of 210



## Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Oct 27, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 1,644,651 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 27, 2018
THANK YOU: Wapakoneta Daily News
lnkd.in/gfTcixP ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 27, 2018
THANK YOU: Wapakoneta Daily News
lnkd.in/gfTcixP

**Shon Brooks** @shonbrooks1 · Oct 5, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 336,741 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 5, 2018
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gykuMAK ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Follow**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 136**
Page 109 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 5, 2018
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gykuMAK

**Shon Brooks** @shonbrooks1 · Sep 28, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 96,216 web traffic searches this week ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 28, 2018
THANK YOU: The Big Spring Herald lnkd.in/gUSUjeV ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 28, 2018
THANK YOU: The Big Spring Herald lnkd.in/gUSUjeV

**Shon Brooks** @shonbrooks1 · Sep 22, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 721,906 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 137**
Page 110 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Sep 22, 2018
THANK YOU: The Sweetwater Reporter
lnkd.in/gGQXsFH ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 22, 2018
THANK YOU: The Sweetwater Reporter
lnkd.in/gGQXsFH

**Shon Brooks** @shonbrooks1 · Aug 24, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 279,455 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 24, 2018
THANK YOU:The Evening Leader lnkd.in/gxbQWvp ,

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 138**
Page 111 of 210

**Follow**

shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 24, 2018
THANK YOU:The Evening Leader lnkd.in/gxbQWvp

**Shon Brooks** @shonbrooks1 · Aug 17, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 8,547 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 17, 2018
THANK YOU: The Punxsutawney Spirit
lnkd.in/gTWfqep ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 3, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 27,245 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 3, 2018
THANK YOU: AM 740 (KVOR) lnkd.in/gepp_Mi ,



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 139**
Page 112 of 210



Follow

**Shon Brooks** @shonbrooks1 · Aug 3, 2018
THANK YOU: AM 740 (KVOR) lnkd.in/gepp_Mi ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 3, 2018
THANK YOU: AM 740 (KVOR) lnkd.in/gepp_Mi

**Shon Brooks** @shonbrooks1 · Jul 27, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 316,554 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 27, 2018
THANK YOU: The Pilot News
lnkd.in/g8qPNhT ,

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 27, 2018
THANK YOU: The Pilot News lnkd.in/g8qPNhT

**Shon Brooks** @shonbrooks1 · Jul 20, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 140**
Page 113 of 210

Follow

THANK YOU: The Pilot News lnkd.in/g8qPNhT

**Shon Brooks** @shonbrooks1 · Jul 20, 2018

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 78,814 web traffic searches this week lnkd.in/geTdJi3

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 20, 2018

THANK YOU: Hydro World International News lnkd.in/gkJJ9ng
, lnkd.in/gvViDuY

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 20, 2018

THANK YOU: Hydro World International News lnkd.in/gm4sFPz
lnkd.in/gkJJ9ng

**Shon Brooks** @shonbrooks1 · Jun 29, 2018

STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 551,073 web traffic searches this week lnkd.in/gmPKhwj

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 29, 2018

THANK YOU: Big Spring Herald lnkd.in/gUSUjeV , lnkd.in/g9C3Xbd



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 141**
Page 114 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Jun 29, 2018
THANK YOU: Big Spring Herald  lnkd.in/gUSUjeV  , lnkd.in/g9C3Xbd

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jun 29, 2018
THANK YOU: Big Spring Herald  lnkd.in/gSZRYbD  lnkd.in/gUSUjeV

♡ 1

**Shon Brooks** @shonbrooks1 · Jun 1, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 592,531 web traffic searches this week  lnkd.in/gd9vN9B

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 1, 2018
THANK YOU: My Mother Lode  lnkd.in/g3GpiEA , lnkd.in/g7xgQHv
lnkd.in/gKA5fhp

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 1, 2018
THANK YOU: My Mother Lode  lnkd.in/gfVKVpr  lnkd.in/gKA5fhp

**Shon Brooks** @shonbrooks1 · May 25, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 635,976 web traffic searches this week  lnkd.in/gewkzXY

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 142**
Page 115 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · May 25, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 635,976 web traffic searches this week lnkd.in/gewkzXY

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 25, 2018
THANK YOU: Celebrity Pix lnkd.in/gqqpDm9 , lnkd.in/gM6uV_R

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 25, 2018
THANK YOU: Celebrity Pix lnkd.in/g3GpiEA , lnkd.in/g2gmN33
lnkd.in/gqqpDm9

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 20, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 47,315 web traffic searches this week lnkd.in/gikJTNP

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 2

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 143**
Page 116 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 144**

Page 117 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Apr 13, 2018
THANK YOU: Bloomberg lnkd.in/HY7zcx , lnkd.in/gRu9v8J lnkd.in/ga27umQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 13, 2018
THANK YOU: Bloomberg lnkd.in/gDDknxn lnkd.in/ga27umQ

**Shon Brooks** @shonbrooks1 · Mar 16, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 204,417 web traffic searches this week lnkd.in/gz2EkPM

imdb.com
shon Brooks - IMDb
shon Brooks

1      1      1

**Shon Brooks** @shonbrooks1 · Mar 16, 2018
THANK YOU: Mammoth Times lnkd.in/gXEEHMW lnkd.in/gR5ipAM

**Shon Brooks** @shonbrooks1 · Mar 9, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 857,096 web traffic searches this week lnkd.in/gkDHFGs

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 9, 2018
THANK YOU: Team Brooks Entertainment Inc.lnkd.in/HY7zcx,
lnkd.in/gtXgvBD lnkd.in/g-g6JjT

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 145**
Page 118 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Mar 9, 2018

THANK YOU: Team Brooks Entertainment Inc.lnkd.in/HY7zcx, lnkd.in/gtXgvBD lnkd.in/g-g6JjT

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 9, 2018

THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gjGYrWm lnkd.in/g-g6JjT

1        1

**Shon Brooks** @shonbrooks1 · Jan 26, 2018

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 53,939 web traffic searches this week lnkd.in/HY7zcx lnkd.in/gEPMuxS

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 26, 2018

THANK YOU: Press Enterprise lnkd.in/HY7zcx , lnkd.in/gktwGVM lnkd.in/gRicYGt

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 26, 2018

THANK YOU: Press Enterprise lnkd.in/gktwGVM lnkd.in/g7mpXvZ

**Shon Brooks** @shonbrooks1 · Jan 19, 2018

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 146**

Page 119 of 210



## Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Jan 26, 2018
THANK YOU: Press Enterprise lnkd.in/gktwGVM lnkd.in/g7mpXvZ

**Shon Brooks** @shonbrooks1 · Jan 19, 2018
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 465,003 web traffic searches this week lnkd.in/HY7zcx
lnkd.in/gR2buZy

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 19, 2018
THANK YOU: International Business Times lnkd.in/HY7zcx , lnkd.in/gRFXZvB
lnkd.in/gNhPJcY

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 19, 2018
THANK YOU: International Business Times lnkd.in/HY7zcx , lnkd.in/gRFXZvB
lnkd.in/gNqYfDW

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 19, 2018
THANK YOU: International Business Times lnkd.in/HY7zcx , lnkd.in/gRFXZvB
lnkd.in/gD7NQCN

imdb.com
shon Brooks - IMDb
shon Brooks

**Follow**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 147**
Page 120 of 210



**Follow**

lnkd.in/gD7NQCN

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 19, 2018
THANK YOU: International Business Times lnkd.in/gRFXZvB lnkd.in/gpMQ89r

**Shon Brooks** @shonbrooks1 · Dec 22, 2017
THANK YOU: Minyanville lnkd.in/HY7zcx , lnkd.in/gCkMYZe

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 22, 2017
THANK YOU: Minyanville  lnkd.in/gCkMYZe

**Shon Brooks** @shonbrooks1 · Dec 15, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 236,334 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 15, 2017
THANK YOU: Owler lnkd.in/HY7zcx , lnkd.in/g7x29sA

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 148**
Page 121 of 210



**Shon Brooks**
786 Tweets

**Follow**

THANK YOU: Owler lnkd.in/HY7zcx , lnkd.in/g7x29sA

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 15, 2017
THANK YOU: Owler lnkd.in/g7x29sA

**Shon Brooks** @shonbrooks1 · Dec 9, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 215,950 web traffic searches this week

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 9, 2017
THANK YOU: Benzinga lnkd.in/HY7zcx , lnkd.in/gixymDp

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 9, 2017
THANK YOU: Benzinga lnkd.in/gixymDp

**Shon Brooks** @shonbrooks1 · Nov 17, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 236,689 web traffic searches this week
lnkd.in/gUgZgPQ

**Shon Brooks** @shonbrooks1 · Nov 17, 2017

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 149**
Page 122 of 210

increase of 236,689 web traffic searches this week
lnkd.in/gUgZgPQ

**Shon Brooks** @shonbrooks1 · Nov 17, 2017
THANK YOU: Eco Green Data lnkd.in/HY7zcx , lnkd.in/gHTWS2W
lnkd.in/gUgZgPQ



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 17, 2017
THANK YOU: Eco Green Data lnkd.in/gHTWS2W

**Shon Brooks** @shonbrooks1 · Nov 10, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 8,132 web traffic searches this wee...lnkd.in/gUgZgPQ

**Shon Brooks** @shonbrooks1 · Nov 10, 2017
THANK YOU: Street Insider lnkd.in/HY7zcx , lnkd.in/gKzygCt
lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 10, 2017
THANK YOU: Street Insider lnkd.in/gKzygCt

**Shon Brooks** @shonbrooks1 · Nov 3, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 560,737 web traffic searches this w...

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 150**
Page 123 of 210



## Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Nov 3, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 560,737 web traffic searches this w...

> imdb.com
> shon Brooks - IMDb
> shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 3, 2017
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/HY7zcx ,
lnkd.in/gx73s5d lnkd.in/gUgZgPQ

> imdb.com
> shon Brooks - IMDb
> shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 3, 2017
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/gx73s5d

**Shon Brooks** @shonbrooks1 · Oct 6, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 79,956 web traffic searches this we...lnkd.in/gUgZgPQ

**Shon Brooks** @shonbrooks1 · Oct 6, 2017
THANK YOU: Star Tribune lnkd.in/HY7zcx , lnkd.in/g9bW3x8
lnkd.in/gUgZgPQ

> imdb.com
> shon Brooks - IMDb
> shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 6, 2017
THANK YOU: Star Tribune lnkd.in/gsMgikH

Follow

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 151
Page 124 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Oct 6, 2017
THANK YOU: Star Tribune  lnkd.in/gsMgikH

**Shon Brooks** @shonbrooks1 · Sep 29, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^
increase of 125,747 web traffic searches this w...lnkd.in/gUgZgPQ

1

**Shon Brooks** @shonbrooks1 · Sep 29, 2017
THANK YOU: San Jose Mercury News  lnkd.in/HY7zcx ,  lnkd.in/gjiAv2E
lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 29, 2017
THANK YOU: San Jose Mercury News  lnkd.in/gjiAv2E

**Promoted Tweet**

**Fiverr** ✔ @fiverr
Claim the winning spots in search results. Let a Fiverr freelancer help secure
your spot at the top so your business gets noticed first.

**Don't search.
Find _SEO_ success.**

New collection

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 152**
Page 125 of 210



**Shon Brooks**
786 Tweets

**Follow**

fiverr.com
Stand out in search results.

💬 ⟲ ♡ 1 ⬆️

▶ Promoted

**Shon Brooks** @shonbrooks1 · Sep 22, 2017
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 151,468 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

💬 ⟲ ♡ ⬆️

**Shon Brooks** @shonbrooks1 · Sep 22, 2017
THANK YOU: Pittsburgh Post Gazette lnkd.in/HY7zcx , lnkd.in/gWME836 lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

💬 ⟲ ♡ ⬆️

**Shon Brooks** @shonbrooks1 · Sep 22, 2017
THANK YOU: Pittsburgh Post Gazette lnkd.in/gWME836

💬 ⟲ ♡ 1 ⬆️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 153**
Page 126 of 210



Shon Brooks @shonbrooks1 · Sep 22, 2017
THANK YOU: Pittsburgh Post Gazette lnkd.in/gWME836

Shon Brooks @shonbrooks1 · Sep 1, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 174,713 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Sep 1, 2017
THANK YOU: Best Products Review lnkd.in/HY7zcx , lnkd.in/gm2DaCV lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Sep 1, 2017
THANK YOU: Best Products Review lnkd.in/gm2DaCV

Shon Brooks @shonbrooks1 · Aug 18, 2017
THANK YOU: The Evening Leader lnkd.in/HY7zcx , lnkd.in/gxbQWvp lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Aug 18, 2017
THANK YOU: The Evening Leader lnkd.in/gxbQWvp

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 154**
Page 127 of 210



**Shon Brooks** @shonbrooks1 · Aug 18, 2017
THANK YOU: The Evening Leader lnkd.in/gxbQWvp

**Shon Brooks** @shonbrooks1 · Aug 11, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 162,246 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Aug 11, 2017
THANK YOU: SiliconValley.com  lnkd.in/HY7zcx , lnkd.in/gPHhhM8

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 11, 2017
THANK YOU: SiliconValley.com  lnkd.in/gPHhhM8

**Shon Brooks** @shonbrooks1 · Jul 14, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of  411,849 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 14, 2017
THANK YOU: NBC lnkd.in/HY7zcx , lnkd.in/eXf3Usy lnkd.in/gUgZgPQ

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 155**
Page 128 of 210



**Shon Brooks** @shonbrooks1 · Jul 14, 2017

THANK YOU: NBC lnkd.in/HY7zcx , lnkd.in/eXf3Usy lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 14, 2017

THANK YOU: NBC lnkd.in/eXf3Usy

○ 1

**Shon Brooks** @shonbrooks1 · Jul 6, 2017

THANK YOU: (BWW) Broadway World  lnkd.in/HY7zcx , lnkd.in/gRzFUcu
lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 6, 2017

THANK YOU: (BWW) Broadway World lnkd.in/gRzFUcu

○ 1

**Shon Brooks** @shonbrooks1 · Jul 2, 2017

STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 78,460 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

○ 1

**Shon Brooks** @shonbrooks1 · Jul 1, 2017

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 156**
Page 129 of 210



**Shon Brooks**
786 Tweets

Follow

♡ 1

**Shon Brooks** @shonbrooks1 · Jul 1, 2017
THANK YOU: Team Brooks Entertainment Inc.

imdb.com
shon Brooks - IMDb
shon Brooks

💬   ↻   ♡ 1   ⬆

**Shon Brooks** @shonbrooks1 · Jun 17, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 425,914 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬   ↻   ♡   ⬆

**Shon Brooks** @shonbrooks1 · Jun 17, 2017
THANK YOU: Inside Bay Area News lnkd.in/HY7zcx , lnkd.in/gbqJt76
lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

💬   ↻   ♡   ⬆

**Shon Brooks** @shonbrooks1 · Jun 16, 2017
THANK YOU: Inside Bay Area News lnkd.in/gbqJt76

💬   ↻   ♡   ⬆

**Shon Brooks** @shonbrooks1 · May 26, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 626,167 web traffic searches this...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 157**
Page 130 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · May 26, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 626,167 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · May 26, 2017
THANK YOU: Digital Game Developer News lnkd.in/HY7zcx , lnkd.in/g7sqYAd lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 26, 2017
THANK YOU: Digital Game Developer News lnkd.in/g7sqYAd

♡ 1

## Promoted Tweet

**Prime Video** ✓ @PrimeVideo
Where are my fellow ragtag misfits at? #TheLegendofVoxMachina is coming to @PrimeVideo on January 28!

prime video
VOX MACHINA

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 158**
Page 131 of 210



**Shon Brooks**
786 Tweets

**Follow**

0:24

amazon.com
The Legend of Vox Machina 1/28 on Prime Video

💬 7    ↻ 39    ♡ 282    ↑

⟩ Promoted

**Shon Brooks** @shonbrooks1 · May 19, 2017   •••
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 273,567 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬    ↻    ♡    ↑

**Shon Brooks** @shonbrooks1 · May 19, 2017   •••
THANK YOU: Los Angeles Daily News lnkd.in/gCNjS2n, lnkd.in/gCbB738
lnkd.in/g8At8_h

💬    ↻    ♡    ↑

**Shon Brooks** @shonbrooks1 · May 19, 2017   •••
THANK YOU: Los Angeles Daily News lnkd.in/gCbB738

💬    ↻    ♡    ↑

**Shon Brooks** @shonbrooks1 · Apr 14, 2017   •••
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 439,581 web traffic searches this...

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 159**
Page 132 of 210



# Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Apr 14, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 439,581 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 14, 2017
THANK YOU: The Buffalo News lnkd.in/HY7zcx , lnkd.in/gfnzFrX lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 14, 2017
THANK YOU: The Buffalo News lnkd.in/gfnzFrX

## Promoted Tweet

**ALIENWARE** ✓ @Alienware
Imagine going anywhere you choose – instantly. You just need the right mode of transport. Look for the new Alienware x15 and x17, now available.

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 160**
Page 133 of 210



## Shon Brooks
786 Tweets

**Follow**

dell.com
Defy Boundaries

💬 1     ⟲     ♡ 19     ⬆️

▶ Promoted

**Shon Brooks** @shonbrooks1 · Apr 7, 2017    ···
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 249,108 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬     ⟲     ♡     ⬆️

**Shon Brooks** @shonbrooks1 · Apr 7, 2017    ···
THANK YOU: Pittsburgh Post-Gazette lnkd.in/HY7zcx , lnkd.in/gCw5DRF lnkd.in/gUgZgPQ

imdb.com
shon Brooks - IMDb
shon Brooks

💬     ⟲     ♡     ⬆️

**Shon Brooks** @shonbrooks1 · Apr 7, 2017    ···
THANK YOU: Pittsburgh Post-Gazette lnkd.in/gCw5DRF

💬 1     ⟲     ♡     ⬆️

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 161**
Page 134 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Apr 7, 2017
THANK YOU: Pittsburgh Post-Gazette lnkd.in/gCw5DRF

💬 1  ↻  ♡  ↥

**Shon Brooks** @shonbrooks1 · Mar 17, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,001,980 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

💬  ↻  ♡ 1  ↥

**Shon Brooks** @shonbrooks1 · Mar 17, 2017
THANK YOU: Star Tribune markets.financialcontent.com/startribune/ne...

💬  ↻  ♡  ↥

**Shon Brooks** @shonbrooks1 · Mar 17, 2017
THANK YOU: Star Tribune imdb.com/name/nm3779078/ ,
markets.financialcontent.com/startribune/ne...

💬  ↻  ♡  ↥

**Shon Brooks** @shonbrooks1 · Mar 10, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 188,734 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬  ↻  ♡ 2  ↥

**Shon Brooks** @shonbrooks1 · Mar 10, 2017
THANK YOU: Investor Place lnkd.in/gKcnA4g

💬  ↻  ♡ 2  ↥

**Shon Brooks** @shonbrooks1 · Feb 17, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 630,432 web traffic searches this...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 162**
Page 135 of 210



# Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Feb 17, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 630,432 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 17, 2017
THANK YOU: Cox Media lnkd.in/HY7zcx , lnkd.in/ggVbdmr

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 17, 2017
THANK YOU: Cox Media lnkd.in/ggVbdmr

**Shon Brooks** @shonbrooks1 · Jan 27, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 160,363 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 27, 2017
THANK YOU: FOX News lnkd.in/HY7zcx , lnkd.in/gPGFZiw

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 163**
Page 136 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jan 27, 2017
THANK YOU: FOX News lnkd.in/gPGFZiw

**Shon Brooks** @shonbrooks1 · Jan 6, 2017
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 32,952 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jan 6, 2017
THANK YOU: NBC 2 lnkd.in/HY7zcx , lnkd.in/gAP4iJW

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 6, 2017
THANK YOU: NBC 2 lnkd.in/gAP4iJW

**Shon Brooks** @shonbrooks1 · Dec 30, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 85,655 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 164**
Page 137 of 210



imdb.com
shon Brooks - IMDb
shon Brooks

💬        ⟲        ♡ 1        ⬆

**Shon Brooks** @shonbrooks1 · Dec 30, 2016                    ···
THANK YOU: NBC lnkd.in/HY7zcx , lnkd.in/g7TQMgu

imdb.com
shon Brooks - IMDb
shon Brooks

💬        ⟲        ♡ 1        ⬆

**Shon Brooks** @shonbrooks1 · Dec 30, 2016                    ···
THANK YOU: NBC lnkd.in/g7TQMgu

💬        ⟲        ♡        ⬆

**Shon Brooks** @shonbrooks1 · Dec 23, 2016                    ···
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 510,374 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬 1        ⟲ 2        ♡ 1        ⬆

**Shon Brooks** @shonbrooks1 · Dec 23, 2016                    ···
THANK YOU: Fox lnkd.in/HY7zcx , lnkd.in/g9K-Ap3

imdb.com
shon Brooks - IMDb
shon Brooks

💬        ⟲ 1        ♡ 1        ⬆

**Shon Brooks** @shonbrooks1 · Dec 23, 2016                    ···
THANK YOU: Fox lnkd.in/g9K-Ap3

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 165**
Page 138 of 210

Follow



♡ 1

↻ 1

**Shon Brooks** @shonbrooks1 · Dec 23, 2016
THANK YOU: Fox lnkd.in/g9K-Ap3

↻ 1    ♡ 1

**Shon Brooks** @shonbrooks1 · Dec 2, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 19,521 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

↻ 1    ♡ 1

**Shon Brooks** @shonbrooks1 · Dec 2, 2016
THANK YOU: ABC lnkd.in/HY7zcx , lnkd.in/gXxp92A

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 2, 2016
THANK YOU: ABC lnkd.in/gXxp92A

**Shon Brooks** @shonbrooks1 · Nov 25, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 54,083 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 25, 2016

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 166**
Page 139 of 210

**Follow**



**Shon Brooks** @shonbrooks1 · Nov 25, 2016
THANK YOU: CBS lnkd.in/HY7zcx , lnkd.in/gykP6Uw

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 25, 2016
THANK YOU: CBS lnkd.in/gykP6Uw

**Shon Brooks** @shonbrooks1 · Nov 18, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 106,428 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 18, 2016
THANK YOU: The CW Television Network lnkd.in/HY7zcx , lnkd.in/gSFidfM

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 18, 2016
THANK YOU: The CW Television Network lnkd.in/gSFidfM

2          1          1

**Shon Brooks** @shonbrooks1 · Nov 4, 2016
THANK YOU: ABC lnkd.in/HY7zcx , lnkd.in/uU4in & GEEK FORWARD:

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 167**
Page 140 of 210



# Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Nov 18, 2016
THANK YOU: The CW Television Network lnkd.in/gSFidfM

💬 2      ⟲ 1      ♡ 1

**Shon Brooks** @shonbrooks1 · Nov 4, 2016
THANK YOU : ABC  lnkd.in/HY7zcx , lnkd.in/b-Ua4jw & GEEK FORWARD
lnkd.in/b3kHtKD

> imdb.com
> shon Brooks - IMDb
> shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 4, 2016
THANK YOU: FORWARD GEEK lnkd.in/b3kHtKD

**Shon Brooks** @shonbrooks1 · Nov 4, 2016
THANK YOU: ABC lnkd.in/b-Ua4jw  & FORWARD GEEK lnkd.in/b3kHtKD

**Shon Brooks** @shonbrooks1 · Oct 28, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 35,555 web traffic searches this w...

> imdb.com
> shon Brooks - IMDb
> shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 22, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 85,247 web traffic searches this w...

> imdb.com
> shon Brooks - IMDb
> shon Brooks

♡ 1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 168**
Page 141 of 210



**Follow**

shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Oct 16, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 267,557 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 13, 2016
THANK YOU: Tommy Ford and Family lnkd.in/HY7zcx , lnkd.in/b9CgJ4b ,
#TommyFord

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Oct 13, 2016
THANK YOU: Tommy Ford and Family lnkd.in/b9CgJ4b , #TommyFord

**Shon Brooks** @shonbrooks1 · Oct 7, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,278,126 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Oct 7, 2016
THANK YOU: Hawaii News lnkd.in/HY7zcx , lnkd.in/b_hP5st

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 169**
Page 142 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Oct 7, 2016
THANK YOU: Hawaii News lnkd.in/HY7zcx , lnkd.in/b_hP5st

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Oct 7, 2016
THANK YOU: Hawaii News lnkd.in/b_hP5st

**Shon Brooks** @shonbrooks1 · Sep 16, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,747,337 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 2

**Shon Brooks** @shonbrooks1 · Sep 16, 2016
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/HY7zcx ,
USArewind.com

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 16, 2016
THANK YOU: Team Brooks Entertainment Inc. USArewind.com

**Shon Brooks** @shonbrooks1 · Aug 21, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 170**
Page 143 of 210

**Follow**

THANK YOU: Team Brooks Entertainment Inc. USArewind.com

**Shon Brooks** @shonbrooks1 · Aug 21, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 20,189 web traffic searches this w...



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2016
THANK YOU: United States Olympic Committee  lnkd.in/HY7zcx ,
lnkd.in/bDp4iJH , lnkd.in/bkM3RWx

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2016
THANK YOU: United States Olympic Committee  lnkd.in/bDp4iJH ,
lnkd.in/bkM3RWx

**Shon Brooks** @shonbrooks1 · Aug 12, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 127,594 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 12, 2016
THANK YOU: Smart Golf Scorecard  lnkd.in/HY7zcx ,  lnkd.in/bENMnQh

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 171**
Page 144 of 210



Follow

**Shon Brooks** @shonbrooks1 · Aug 12, 2016
THANK YOU: Smart Golf Scorecard lnkd.in/HY7zcx , lnkd.in/bENMnQh

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 12, 2016
THANK YOU: Smart Golf Scorecard lnkd.in/bENMnQh

**Shon Brooks** @shonbrooks1 · Aug 5, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 61,562 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 5, 2016
Shon Brooks Superhero Makes the Squad lnkd.in/HY7zcx , lnkd.in/bGN64gY

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 5, 2016
Shon Brooks Superhero Makes the Squad lnkd.in/bGN64gY

**Shon Brooks** @shonbrooks1 · Jul 29, 2016
STAR METER REPORT:Thank you to all my fans in every country for an ^
increase of 150,968 web traffic searches this w...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 172**
Page 145 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 29, 2016
STAR METER REPORT:Thank you to all my fans in every country for an ^ increase of 150,968 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 29, 2016
THANK YOU: KSLA News (Louisiana) lnkd.in/HY7zcx , lnkd.in/bKQ7XCT

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 29, 2016
THANK YOU: KSLA News (Louisiana) lnkd.in/bKQ7XCT

**Shon Brooks** @shonbrooks1 · Jul 22, 2016
THANK YOU: CBS (San Diego) imdb.com/name/nm3779078/ , cbs8.com/story/31913868...

**Shon Brooks** @shonbrooks1 · Jul 22, 2016
THANK YOU: CBS (San Diego) cbs8.com/story/31913868...

**Shon Brooks** @shonbrooks1 · Jul 22, 2016
STAR METER REPORT:Thank you to all my fans in every country for an ^ increase of 24,551 web traffic searches this wk
imdb.com/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Jun 11, 2016
THANK YOU: Don King by way of Muhammad Ali lnkd.in/HY7zcx , lnkd.in/bxR7QsX

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 173**
Page 146 of 210

**Follow**



**Shon Brooks** @shonbrooks1 · Jun 11, 2016

THANK YOU: Don King by way of Muhammad Ali  lnkd.in/HY7zcx  ,
lnkd.in/bxR7QsX

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 11, 2016

THANK YOU: Don King by way of Muhammad Ali  lnkd.in/bxR7QsX

**Shon Brooks** @shonbrooks1 · Jun 3, 2016

STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 28,654 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jun 3, 2016

THANK YOU: Fox News lnkd.in/HY7zcx  ,  lnkd.in/bh2Mghq

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 3, 2016

THANK YOU: Fox News lnkd.in/bh2Mghq

**Shon Brooks** @shonbrooks1 · May 27, 2016

STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 2,130,192 web traffic searches thi...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 174**
Page 147 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · May 27, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 2,130,192 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 27, 2016
THANK YOU: CBS News  lnkd.in/HY7zcx  ,  lnkd.in/bMURmYV

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 27, 2016
THANK YOU: CBS News  lnkd.in/bMURmYV

**Shon Brooks** @shonbrooks1 · May 25, 2016
THANK YOU:  Carroll Ann Davenport for your Linkedin Endorsement.

**Shon Brooks** @shonbrooks1 · May 14, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 262,552 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · May 14, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 262,552 web traffic searches this week

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 175**
Page 148 of 210



**Shon Brooks**
786 Tweets

**Follow**

♡ 1

**Shon Brooks** @shonbrooks1 · May 14, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 262,552 web traffic searches this week.

**Shon Brooks** @shonbrooks1 · May 14, 2016
THANK YOU: ABC NEWS lnkd.in/HY7zcx , lnkd.in/bJDKsfn

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 14, 2016
THANK YOU: ABC NEWS lnkd.in/bJDKsfn

♡ 1

**Shon Brooks** @shonbrooks1 · May 7, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,383,517 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · May 7, 2016
Shon Brooks Superhero Rolling In IMAX lnkd.in/HY7zcx , lnkd.in/bxt4p3e

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 7, 2016
Shon Brooks Superhero Rolling In IMAX lnkd.in/bxt4p3e

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 176**
Page 149 of 210



Follow

**Shon Brooks** @shonbrooks1 · May 7, 2016
Shon Brooks Superhero Rolling In IMAX lnkd.in/bxt4p3e

**Shon Brooks** @shonbrooks1 · Apr 1, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 675,446 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Apr 1, 2016
THANK YOU: NBC lnkd.in/HY7zcx , lnkd.in/btJWsWF

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Apr 1, 2016
THANK YOU: NBC lnkd.in/btJWsWF

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 205,530 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Mar 25, 2016

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 177
Page 150 of 210

**Follow**



♡ 1

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
Super Financial Agent Shon Brooks Hitting the Big Screen
lnkd.in/HY7zcx
lnkd.in/byGNnDj

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
Super Financial Agent Shon Brooks Hitting the Big Screen
lnkd.in/byGNnDj

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
Shon Brooks "Rock Star Inventor" Becomes Official Vendor for Cosmopolitan
Las Vegas Hotel Casino: lnkd.in/HY7zcx...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
Super Financial Agent Shon Brooks Hitting the Big Screen bit.ly/1SbKPM0
#Entertainment

**Shon Brooks** @shonbrooks1 · Mar 25, 2016
Shon Brooks "Rockstar Inventor" Becomes Official Vendor for Cosmopolitan
Las Vegas Hotel Casino bit.ly/1UOOwNV #Entertainment

**Shon Brooks** @shonbrooks1 · Mar 4, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 176,519 web traffic searches this...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 178**
Page 151 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Mar 4, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 176,519 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 4, 2016
THANK YOU: Milwaukee Wisconsin Journal Sentinel lnkd.in/HY7zcx ,
lnkd.in/bd7Quu9

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 26, 2016
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/HY7zcx
sobcigars.com

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Feb 26, 2016
THANK YOU: Team Brooks Entertainment Inc. sobcigars.com

♡ 1

**Shon Brooks** @shonbrooks1 · Feb 12, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 3,205 web traffic searches this we...

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 179**
Page 152 of 210



# Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Feb 12, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 3,205 web traffic searches this we...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 12, 2016
THANK YOU: Bradenton Herald  lnkd.in/HY7zcx ,  lnkd.in/bkpndJN

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 12, 2016
THANK YOU: Bradenton Herald  lnkd.in/bkpndJN

**Shon Brooks** @shonbrooks1 · Feb 5, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,910,385 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Feb 5, 2016
THANK YOU: Boston Globe  lnkd.in/HY7zcx ,  lnkd.in/bAgZ7hD

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 180**
Page 153 of 210

Follow

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Feb 5, 2016
THANK YOU: Boston Globe lnkd.in/bAgZ7hD

♡ 1

**Shon Brooks** @shonbrooks1 · Jan 29, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 107,242 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 29, 2016
THANK YOU: Daily News Los Angeles lnkd.in/HY7zcx , lnkd.in/bK-EWT7

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 29, 2016
THANK YOU: Daily News Los Angeles lnkd.in/bK-EWT7

**Shon Brooks** @shonbrooks1 · Jan 8, 2016
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 201,786 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 181**
Page 154 of 210



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jan 8, 2016
THANK YOU: Business Insurance News  lnkd.in/HY7zcx , lnkd.in/bDWQppG

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Jan 8, 2016
THANK YOU: Business Insurance News  lnkd.in/bDWQppG

**Shon Brooks** @shonbrooks1 · Dec 30, 2015
THANK YOU: Bio Space News  lnkd.in/HY7zcx , lnkd.in/btWz_Se

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 30, 2015
THANK YOU: Bio Space News  lnkd.in/btWz_Se

♡ 1

**Shon Brooks** @shonbrooks1 · Dec 30, 2015
THANK YOU: @_deeohz for your Linkedin Endorsement.

**Shon Brooks** @shonbrooks1 · Dec 25, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,504,281 web traffic searches thi...

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 182**
Page 155 of 210



Follow

**Shon Brooks** @shonbrooks1 · Dec 25, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 1,504,281 web traffic searches thi...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 25, 2015
THANK YOU: Fat Pitch Financials  lnkd.in/bRS_QUy

**Shon Brooks** @shonbrooks1 · Dec 25, 2015
THANK YOU: Fat Pitch Financials  lnkd.in/HY7zcx  , lnkd.in/bRS_QUy

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 18, 2015
THANK YOU:  lnkd.in/HY7zcx  , Travel Weekly lnkd.in/bMvz-_s

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Dec 18, 2015
THANK YOU: Travel Weekly lnkd.in/bMvz-_s

♡ 1

**Shon Brooks** @shonbrooks1 · Dec 4, 2015
THANK YOU: Ceo World Financial  lnkd.in/HY7zcx  , lnkd.in/bfUdcuw

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 183**
Page 156 of 210



**Follow**

Shon Brooks @shonbrooks1 · Dec 4, 2015
THANK YOU: Ceo World Financial  lnkd.in/HY7zcx , lnkd.in/bfUdcuw

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Dec 4, 2015
THANK YOU: Ceo World Financial  lnkd.in/bfUdcuw

Shon Brooks @shonbrooks1 · Dec 4, 2015
THANK YOU: Darius Black for your Linkedin Endorsement.

Shon Brooks @shonbrooks1 · Dec 2, 2015
THANK YOU: Daily Herald  lnkd.in/HY7zcx ,  lnkd.in/bwm5X3i

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

Shon Brooks @shonbrooks1 · Dec 2, 2015
THANK YOU: Daily Herald  lnkd.in/bwm5X3i

♡ 1

Shon Brooks @shonbrooks1 · Dec 2, 2015
THANK YOU: Darius Black for your Linkedin Endorsement.

Shon Brooks @shonbrooks1 · Nov 28, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 179,078 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 184**
Page 157 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 28, 2015
THANK YOU: Pasadena Star News  lnkd.in/HY7zcx ,  lnkd.in/bRF9ezH

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 28, 2015
THANK YOU: Pasadena Star News   lnkd.in/bRF9ezH

**Shon Brooks** @shonbrooks1 · Nov 22, 2015
THANK YOU: Union-Tribune lnkd.in/HY7zcx ,  lnkd.in/bD-gx3w

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 22, 2015
THANK YOU: Union-Tribune lnkd.in/bD-gx3w

**Shon Brooks** @shonbrooks1 · Nov 22, 2015
THANK YOU: Mark Christopher Lawrence for your Linkedin Endorsement.

♡ 1

**Shon Brooks** @shonbrooks1 · Nov 17, 2015
THANK YOU: Boston Globe lnkd.in/HY7zcx ,  lnkd.in/bejWvCk

imdb.com

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 185**
Page 158 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Nov 17, 2015
THANK YOU: Boston Globe  lnkd.in/HY7zcx , lnkd.in/bejWvCk

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Nov 17, 2015
THANK YOU: Boston Globe  lnkd.in/bejWvCk

♡ 1

**Promoted Tweet**

@Constative @Constative1
myhealthgazette.com/awkward-text/

David Sandow
@DavidSandow1

Previous owners built this house, told us there was insulation in the roof. True story..

Which fits in monday

nnamon
GRAIN CEREAL

The milk

Here at store Saratoga Springs, we have some pretty cool people. 😊 We would like to thank associate's name! Thanks for doing such a great job, associate's name. We appreciate you! #WalmartFamily

constative.com
Lazy People Who Mastered The Art Of "Unfinished Projects"

♡ 1          ♡ 5

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 186**
Page 159 of 210

constative.com
Lazy People Who Mastered The Art Of "Unfinished Projects"

💬    🔁 1    ♡ 5    ⬆️

↗️ Promoted

**Shon Brooks** @shonbrooks1 · Nov 17, 2015    …
THANK YOU: Mark Ridgeway  for your Linkedin Endorsement .

💬    🔁    ♡ 1    ⬆️

**Shon Brooks** @shonbrooks1 · Nov 13, 2015    …
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 3,738 web traffic searches this we...

imdb.com
shon Brooks - IMDb
shon Brooks

💬    🔁    ♡ 1    ⬆️

**Shon Brooks** @shonbrooks1 · Nov 13, 2015    …
THANK YOU: WRAL TV  lnkd.in/bRCw5UY

💬    🔁    ♡ 1    ⬆️

**Shon Brooks** @shonbrooks1 · Nov 13, 2015    …
THANK YOU: WRAL TV  lnkd.in/HY7zcx , lnkd.in/bRCw5UY

imdb.com
shon Brooks - IMDb
shon Brooks

💬    🔁    ♡ 1    ⬆️

**Shon Brooks** @shonbrooks1 · Nov 6, 2015    …
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 226,663 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 187**

Page 160 of 210

**Follow**



imdb.com
shon Brooks - IMDb
shon Brooks

🗨    ↻    ♡    ⬆

**Shon Brooks** @shonbrooks1 · Nov 6, 2015  ···
Shon Brooks Signs Contract with NationalCineMedia for James Bond Film -
SPECTRE  lnkd.in/bieK4JZ

🗨    ↻    ♡    ⬆

**Shon Brooks** @shonbrooks1 · Nov 6, 2015  ···
Shon Brooks Signs Contract with NationalCineMedia for James Bond Film -
SPECTRE  bit.ly/1L0rpFO #Entertainment

🗨    ↻    ♡ 1    ⬆

**Shon Brooks** @shonbrooks1 · Oct 30, 2015  ···
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 539,387 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

🗨    ↻    ♡ 1    ⬆

**Shon Brooks** @shonbrooks1 · Oct 30, 2015  ···
THANK YOU: Team Brooks Entertainment Inc. SOBcigars.com

🗨    ↻    ♡ 1    ⬆

**Shon Brooks** @shonbrooks1 · Oct 30, 2015  ···
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/HY7zcx  ,
SOBcigars.com

imdb.com
shon Brooks - IMDb
shon Brooks

🗨    ↻    ♡ 1    ⬆

**Shon Brooks** @shonbrooks1 · Oct 2, 2015  ···
STAR METER REPORT: Thank you to all my fans in every country for an ^

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 188**
Page 161 of 210



**Follow**

**Shon Brooks** @shonbrooks1 · Oct 2, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 23,262 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

**Shon Brooks** @shonbrooks1 · Oct 2, 2015
THANK YOU: The Cigar Smoking Man lnkd.in/HY7zcx ,  lnkd.in/baaadMG

imdb.com
shon Brooks - IMDb
shon Brooks

♡ 1

## Promoted Tweet

**NFL** ✔ @NFL
Which #SuperWildCard game are you most looking forward to?

SUPER
WILD CARD
WEEKEND
JANUARY 15-17
SAT >>>>>>>> SUN>>
RAIDERS VS  VS  VS
4:30PMᴇᴛ | NBC   8:15PMᴇᴛ | CBS   1:00PMᴇᴛ | FOX
SUN>>>>>>>>> MON>>

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 189**
Page 162 of 210



**Shon Brooks**
786 Tweets

**Follow**

4:30PM ᴇᴛ | NBC     8:15PM ᴇᴛ | CBS     1:00PM ᴇᴛ | FOX

SUN ⟫⟫⟫⟫⟫⟫⟫⟫ MON ⟫⟫

4:30PM ᴇᴛ | CBS | NICK     8:15PM ᴇᴛ | NBC     8:15PM ᴇᴛ | ABC | ESPN | ESPN2
PRIME VIDEO

nfl.com
It's the NFL Playoffs!

💬 51          ⟲ 128          ♡ 511          ⬆️

▶️ Promoted

**Shon Brooks** @shonbrooks1 · Oct 2, 2015                    ···
THANK YOU: The Cigar Smoking Man lnkd.in/baaadMG

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Sep 25, 2015                    ···
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 144,700 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Sep 25, 2015                    ···
THANK YOU: Cigar News , Paper II , and Facciamo Puff  lnkd.in/HY7zcx ,
lnkd.in/bssUwNS!

imdb.com
shon Brooks - IMDb
shon Brooks

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Sep 25, 2015                    ···
THANK YOU: Cigar News , Paper II , and Facciamo Puff  lnkd.in/bssUwNS!

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 190**
Page 163 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Sep 25, 2015
THANK YOU: Cigar News , Paper II , and Facciamo Puff  lnkd.in/bssUwNS!
lnkd.in/bqi8gPU

**Shon Brooks** @shonbrooks1 · Sep 25, 2015
THANK YOU: Cigar News , Paper.li , and Facciamo Puff  lnkd.in/bssUwNS!

**Shon Brooks** @shonbrooks1 · Sep 18, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 324,033 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

1

**Shon Brooks** @shonbrooks1 · Sep 18, 2015
THANK YOU: Golf Fans Online  lnkd.in/HY7zcx , lnkd.in/bRpWGdr

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Sep 18, 2015
THANK YOU: Golf Fans Online  lnkd.in/bRpWGdr

**Shon Brooks** @shonbrooks1 · Sep 7, 2015
THANK YOU:  Leslie Haight-Tornatore-Murray  for your Linkedin
endorsement for Social Media. Have a Happy Labor Day! Shon.TV

**Shon Brooks** @shonbrooks1 · Aug 21, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 386,537 web traffic searches this...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 191**
Page 164 of 210



**Shon Brooks**
786 Tweets

**Follow**

endorsement for Social Media. Have a Happy Labor Day! Shon.TV

**Shon Brooks** @shonbrooks1 · Aug 21, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 386,537 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2015
THANK YOU: BBC Record London  lnkd.in/HY7zcx , lnkd.in/bFCju-w

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 21, 2015
THANK YOU: BBC Record London  lnkd.in/bFCju-w

**Shon Brooks** @shonbrooks1 · Aug 14, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 669,389 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Aug 14, 2015
THANK YOU: Minyanville  lnkd.in/HY7zcx , lnkd.in/bMN2Y5N

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 192**
Page 165 of 210

← **Follow**



Shon Brooks @shonbrooks1 · Aug 14, 2015
THANK YOU: Minyanville lnkd.in/HY7zcx , lnkd.in/bMN2Y5N

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Aug 14, 2015
THANK YOU: Minyanville lnkd.in/bMN2Y5N

Shon Brooks @shonbrooks1 · Aug 8, 2015
THANK YOU: Hotel Del Coronado and Matthew Lorenz for your
endorsement this week. lnkd.in/bbyNmqE

Shon Brooks @shonbrooks1 · Jul 24, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 107,135 web traffic searches this...

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Jul 24, 2015
THANK YOU: Daily Lucky Numbers  lnkd.in/HY7zcx , lnkd.in/bgcnHNY

imdb.com
shon Brooks - IMDb
shon Brooks

Shon Brooks @shonbrooks1 · Jul 24, 2015
THANK YOU: Daily Lucky Numbers lnkd.in/bgcnHNY

Shon Brooks @shonbrooks1 · Jul 17, 2015

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 193**
Page 166 of 210



## Shon Brooks
786 Tweets

**Shon Brooks** @shonbrooks1 · Jul 24, 2015

THANK YOU: Daily Lucky Numbers  lnkd.in/bgcnHNY

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 17, 2015

STAR METER REPORT:Thank you to all my fans in every country for an ^ increase of 205,646 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 17, 2015

THANK YOU: Benzinga  lnkd.in/HY7zcx ,  lnkd.in/bCHcTwE

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 17, 2015

THANK YOU: Benzinga  lnkd.in/bCHcTwE

**Shon Brooks** @shonbrooks1 · Jul 10, 2015

STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 93,237 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 10, 2015

Shon Brooks wins golf's "Closest To The Pin" and "Appleton Rum Putting Award" at the Sandals Royal Caribbean which a...

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 194**
Page 167 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jul 10, 2015
Shon Brooks wins golf's "Closest To The Pin" and "Appleton Rum Putting Award" at the Sandals Royal Caribbean which a...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jul 10, 2015
Shon Brooks wins golf's "Closest To The Pin" and "Appleton Rum Putting Award" at the Sandals Royal Caribbean which a...lnkd.in/bnU82wd

**Shon Brooks** @shonbrooks1 · Jun 29, 2015
Shon Brooks Television and Star Cigar Brand Reaches 4 Billion Views - Unplugged
lnkd.in/HY7zcx , lnkd.in/bMnNi4e

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 29, 2015
Shon Brooks Television and Star Cigar Brand Reaches 4 Billion Views - Unplugged  lnkd.in/bMnNi4e

**Shon Brooks** @shonbrooks1 · Jun 12, 2015
STAR METER REPORT:Thank you to all my fans in every country for an ^ increase of 89,954 web traffic searches this we...

imdb.com
shon Brooks - IMDb
shon Brooks

**Promoted Tweet**

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 195**
Page 168 of 210



## Promoted Tweet

**HHS.gov** ✓ @HHSGov  ···
We can put an end to the loss COVID causes, because vaccines help prevent severe illness and death from COVID.

vaccines.gov
Find vaccines near you.

💬     ⟲ 5     ♡ 6     ↥

▸ Promoted

**Shon Brooks** @shonbrooks1 · Jun 12, 2015    ···
THANK YOU: Bondzeoq's Soup   lnkd.in/HY7zcx, lnkd.in/b2imB-N

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 196**
Page 169 of 210



imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 12, 2015
THANK YOU: Bondzeoq's Soup  lnkd.in/b2imB-N

**Shon Brooks** @shonbrooks1 · Jun 5, 2015
STAR METER REPORT:Thank you to all my fans in every country for an ^ increase of 523,260 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 5, 2015
THANK YOU: Team Brooks Entertainment Inc. lnkd.in/HY7zcx , sobcigars.com

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Jun 5, 2015
THANK YOU: Team Brooks Entertainment Inc. sobcigars.com

**Shon Brooks** @shonbrooks1 · May 29, 2015
STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 758,180 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 197**
Page 170 of 210



Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 198
Page 171 of 210



**Shon Brooks**
786 Tweets

**Follow**

increase of 819,847 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 1, 2015
THANK YOU: Women's Radio (WRNW1) lnkd.in/HY7zcx , lnkd.in/bQQjnYg

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · May 1, 2015
THANK YOU: WRNW1 Radio - Women's Radio Network lnkd.in/bQQjnYg

**Shon Brooks** @shonbrooks1 · Apr 24, 2015
STAY TUNED: "Women's Radio Network" locates Shon Brooks for an Interview Today at 12:48 (EST) in New York City. lnkd.in/HY7zcx , ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 24, 2015
STAY TUNED: "Women's Radio Network" locates Shon Brooks for an Interview today at 12:48 PM (EST) in New York City wrnw1.com

**Shon Brooks** @shonbrooks1 · Apr 10, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 3,356 web traffic searches this w...

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 199**
Page 172 of 210



**Shon Brooks**
786 Tweets

**Follow**

STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 3,356 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 10, 2015
THANK YOU: Feministing lnkd.in/HY7zcx , lnkd.in/bX7xkkN

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 10, 2015
THANK YOU: Feministing lnkd.in/bX7xkkN

**Shon Brooks** @shonbrooks1 · Apr 3, 2015
STAR METER REPORT:Thank you to all my fans in every country for an increase of20,289 web traffic searches this wk imdb.com/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Apr 3, 2015
THANK YOU: Tobacco Forum imdb.com/name/nm3779078/ , tobaccoforum.com/showthread.php...

**Shon Brooks** @shonbrooks1 · Apr 3, 2015
THANK YOU: Tobacco Forum tobaccoforum.com/showthread.php...

**Shon Brooks** @shonbrooks1 · Mar 20, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 88,334 web traffic searches this ...

imdb.com
shon Brooks - IMDb

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 200**

Page 173 of 210



STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 88,334 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 20, 2015
THANK YOU: CigarLopedia lnkd.in/HY7zcx , lnkd.in/bkQQkAr

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 13, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 19,283 web traffic searches this w...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 13, 2015
THANK YOU: Crush Shot Sports  lnkd.in/HY7zcx , lnkd.in/bUjfPaV

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 13, 2015
THANK YOU: Crush Shot Sports  lnkd.in/bUjfPaV

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 201**
Page 174 of 210



**Shon Brooks**
786 Tweets

**Shon Brooks** @shonbrooks1 · Mar 13, 2015
THANK YOU: Crush Shot Sports  lnkd.in/bUjfPaV

**Shon Brooks** @shonbrooks1 · Mar 6, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 212,909 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 5, 2015
THANK YOU: The Free Dictionary  lnkd.in/HY7zcx , lnkd.in/bEwCP_f

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Mar 5, 2015
THANK YOU: The Free Dictionary  lnkd.in/bEwCP_f

**Shon Brooks** @shonbrooks1 · Feb 28, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 116,868 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 26, 2015
THANK YOU: Virtual-Strategy Magazine  lnkd.in/HY7zcx , lnkd.in/bMfFks6

Follow

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 202
Page 175 of 210



**Shon Brooks** @shonbrooks1 · Feb 26, 2015
THANK YOU: Virtual-Strategy Magazine lnkd.in/HY7zcx , lnkd.in/bMfFks6

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 26, 2015
THANK YOU: Virtual-Stategy Magazine lnkd.in/bMfFks6

**Shon Brooks** @shonbrooks1 · Feb 20, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 446,482 web traffic searches this ...

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 19, 2015
THANK YOU: Palm Beach Cigar News lnkd.in/HY7zcx , lnkd.in/dUTSYmj

imdb.com
shon Brooks - IMDb
shon Brooks

**Shon Brooks** @shonbrooks1 · Feb 19, 2015
THANK YOU: Palm Beach Cigar News lnkd.in/dUTSYmj

**Shon Brooks** @shonbrooks1 · Jan 30, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 38,465 web traffic searches this w...lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 203
Page 176 of 210



**Shon Brooks**
786 Tweets

Shon Brooks
**Follow**

**Shon Brooks** @shonbrooks1 · Jan 30, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 38,465 web traffic searches this w...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 30, 2015
THANK YOU: Headline Bug  lnkd.in/byfCd9y

**Shon Brooks** @shonbrooks1 · Jan 22, 2015
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 541,321 web traffic searches this ...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 19, 2015
THANK YOU: Don King Boxing Promoter lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 19, 2015
THANK YOU: Don King Boxing Promoter lnkd.in/bwGvi8N

**Shon Brooks** @shonbrooks1 · Jan 17, 2015
THANK YOU: Tobacco.ORG  lnkd.in/HY7zcx , lnkd.in/bGY4ApN

**Shon Brooks** @shonbrooks1 · Jan 17, 2015
THANK YOU: Tobacco.Org  lnkd.in/bGY4ApN Tobacco.Org

**Shon Brooks** @shonbrooks1 · Dec 31, 2014
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 75,880 web traffic searches this w...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 31, 2014
THANK YOU: Las Vegas NV Blog lnkd.in/bmMjvJT

**Shon Brooks** @shonbrooks1 · Dec 25, 2014
STAR METER REPORT: Thank you to all my fans in every country for an
^increase of 8,098 web traffic searches this wk. lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 204**
Page 177 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Dec 25, 2014
STAR METER REPORT: Thank you to all my fans in every country for an
^increase of 8,098 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 25, 2014
THANK YOU: Wopular  lnkd.in/bHAndErn

**Shon Brooks** @shonbrooks1 · Dec 19, 2014
STAR METER REPORT: Thank you to all my fans in every country for an
^increase of 229,376 web traffic searches this w...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 19, 2014
THANK YOU: Cuba News  lnkd.in/HY7zcx ,  lnkd.in/b-K9hhA

**Shon Brooks** @shonbrooks1 · Dec 19, 2014
THANK YOU: Cuba News  lnkd.in/b-K9hhA

**Shon Brooks** @shonbrooks1 · Dec 15, 2014
THANK YOU: Yahoo India  lnkd.in/HY7zcx , lnkd.in/eSmX7x4

**Shon Brooks** @shonbrooks1 · Dec 15, 2014
THANK YOU: Yahoo India  lnkd.in/eSmX7x4

**Shon Brooks** @shonbrooks1 · Dec 9, 2014
THANK YOU: Casino News 365  lnkd.in/HY7zcx ,  lnkd.in/dB2Bh96

**Shon Brooks** @shonbrooks1 · Dec 9, 2014
THANK YOU: Casino News 365   lnkd.in/dB2Bh96

**Shon Brooks** @shonbrooks1 · Dec 5, 2014
THANK YOU: FILM IMAGING lnkd.in/HY7zcx , lnkd.in/bYQT3-m

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 205**

Page 178 of 210



**Shon Brooks**
786 Tweets

[Follow]

**Shon Brooks** @shonbrooks1 · Dec 5, 2014
THANK YOU: FILM IMAGING lnkd.in/HY7zcx , lnkd.in/bYQT3-m

**Shon Brooks** @shonbrooks1 · Dec 5, 2014
THANK YOU: FILM IMAGING lnkd.in/bYQT3-m

**Shon Brooks** @shonbrooks1 · Dec 4, 2014
THANK YOU: Digital Facility lnkd.in/bzx5nZS

**Shon Brooks** @shonbrooks1 · Dec 2, 2014
THANK YOU: BENZINGA lnkd.in/HY7zcx , lnkd.in/bKVqAAB

**Shon Brooks** @shonbrooks1 · Dec 2, 2014
THANK YOU: BENZINGA lnkd.in/bKVqAAB

**Shon Brooks** @shonbrooks1 · Dec 1, 2014
Shon Brooks' "Star Cigar" and Greatest Hits Board NASA Rocket
lnkd.in/bztP6Zp

**Shon Brooks** @shonbrooks1 · Nov 27, 2014
STAR METER REPORT: Thank you to all my fans in every country for an
^increase of 218,022 web traffic searches this w...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 20, 2014
STAR METER REPORT: Thank you to all my fans in every country for an
^increase of 409,051 web traffic searches this w...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 13, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 1,099,835 web traffic searches this ...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Oct 15, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 336,476 web traffic searches this wk...lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 206**
Page 179 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Oct 15, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 336,476 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Oct 15, 2014
THANK YOU: Benzinga  lnkd.in/bWt8auF

**Shon Brooks** @shonbrooks1 · Oct 3, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 100,179 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Oct 3, 2014
THANK YOU: Digital Game Developer lnkd.in/bywmYkH

**Shon Brooks** @shonbrooks1 · Sep 23, 2014
THANK YOU: Bill Gates  lnkd.in/byPAWpp

**Shon Brooks** @shonbrooks1 · Sep 11, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 346,975 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 5, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 1,945 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 5, 2014
THANK YOU: Casino News 365 lnkd.in/bRey4eF

**Shon Brooks** @shonbrooks1 · Aug 8, 2014
THANK YOU: Broadcast News Room lnkd.in/bjCNk2X

**Shon Brooks** @shonbrooks1 · Aug 8, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 25,010 web traffic searches this wk. lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 207**
Page 180 of 210



THANK YOU: Broadcast News Room lnkd.in/bjCNk2X

**Shon Brooks** @shonbrooks1 · Aug 8, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 85,918 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 25, 2014
THANK YOU: Hollywood Industry

lnkd.in/bTXPGTp

**Shon Brooks** @shonbrooks1 · Jul 25, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 9,412 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 18, 2014
Shon Brooks 'Star Cigar' Sets Chart Records: lnkd.in/by65NWv

**Shon Brooks** @shonbrooks1 · Jul 18, 2014
Shon Brooks 'Star Cigar' Sets Chart Records: lnkd.in/HY7zcx ,
lnkd.in/by65NWv

**Shon Brooks** @shonbrooks1 · Jul 11, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 96,528 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 10, 2014
THANK YOU: Pub Memo lnkd.in/HY7zcx , lnkd.in/bwA3ep7

**Shon Brooks** @shonbrooks1 · Jul 10, 2014
THANK YOU: Pub Memo lnkd.in/bwA3ep7

**Shon Brooks** @shonbrooks1 · Jul 6, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 671,184 web traffic searches this wk...lnkd.in/HY7zcx
1

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 208**
Page 181 of 210



**Shon Brooks**
786 Tweets

Follow

**Shon Brooks** @shonbrooks1 · Jul 6, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 671,184 web traffic searches this wk...lnkd.in/HY7zcx

♡ 1

**Shon Brooks** @shonbrooks1 · Jul 3, 2014
Shon Brooks Meets the Simpsons At Cox Media Showcase! lnkd.in/bg5FCKD

**Shon Brooks** @shonbrooks1 · Jun 29, 2014
Shon Brooks Meets the Simpsons at Cox Media Showcase! bit.ly/VynhLM
#Entertainment

**Shon Brooks** @shonbrooks1 · Jun 26, 2014
COX MEDIA: Thank you for the great time at the Annual Television Network
Showcase. I'm glad I was able to meet a cou...lnkd.in/bpiH-Xz

**Shon Brooks** @shonbrooks1 · Jun 26, 2014
In the tank #CoxShowcase

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 209**
Page 182 of 210



**Shon Brooks** @shonbrooks1 · Jun 26, 2014
The two best networks in one booth #CoxShowcase
···

**Shon Brooks** @shonbrooks1 · Jun 26, 2014
Hanging out at the Cox digital booth#coxshowcase
···

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 210**
Page 183 of 210



Great time at the Fox booth #coxshowcase

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 211
Page 184 of 210



**Shon Brooks** @shonbrooks1 · May 30, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 4,823 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · May 29, 2014
THANK YOU: Cuba News lnkd.in/HY7zcx , lnkd.in/bGPw9-m

**Shon Brooks** @shonbrooks1 · May 23, 2014
THANK YOU: TOP SEO lnkd.in/bXn-aCy , Shon.TV

**Shon Brooks** @shonbrooks1 · May 23, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 1,498,377 web traffic searches this ...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · May 16, 2014
THANK YOU: Rediff Real Time News lnkd.in/HY7zcx . lnkd.in/bVuqcQk

**Shon Brooks** @shonbrooks1 · May 16, 2014
THANK YOU: Rediff Real Time News lnkd.in/bVuqcQk

**Shon Brooks** @shonbrooks1 · May 11, 2014
Shon Brooks Invention of the 'Star Cigar' Shoot Up The Charts! The S.O.B
cigar emerges for top spot in the world. smokemag.com/1802/review3.h...

**Shon Brooks** @shonbrooks1 · May 2, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 265,167 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Apr 25, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 31,688 web traffic searches this wk. lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 212**

Page 185 of 210

**Follow**

Shon Brooks

**Shon Brooks** @shonbrooks1 · Apr 25, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 31,688 web traffic searches this wk. lnkd.in/HY7zcx

## Promoted Tweet

**NordVPN** ✔ @NordVPN
2022 - The year you finally up your online security with NordVPN.
2023 - You are still covered with our promo: 1 month free + 70% off the 2-
year plan.



**World's fastest VPN is on sale**

# 70% off

## + 1 month free

NordVPN
Conected

nordcheckout.com
Get the deal!

♡ 1    ↻ 1    ♡ 7

🔊 Promoted

**Shon Brooks** @shonbrooks1 · Apr 10, 2014
SHON BROOKS IN THE NEWS: lnkd.in/bc5Gxia

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 213**
Page 186 of 210



**Shon Brooks** @shonbrooks1 · Apr 10, 2014
SHON BROOKS IN THE NEWS: lnkd.in/bc5Gxia

**Shon Brooks** @shonbrooks1 · Apr 3, 2014
BROOKS ENTERTAINMENT IN THE NEWS: lnkd.in/bD3y4c5

**Shon Brooks** @shonbrooks1 · Mar 27, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 299,928 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Mar 25, 2014
SHON BROOKS IN THE NEWS: lnkd.in/bqfutfF

**Shon Brooks** @shonbrooks1 · Mar 21, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 220,008 web traffic searches this wk...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Mar 18, 2014
Hollywood News: lnkd.in/bbkcEJT

**Shon Brooks** @shonbrooks1 · Mar 13, 2014
IN THE NEWS: lnkd.in/HY7zcx , lnkd.in/baVPQus

**Shon Brooks** @shonbrooks1 · Mar 13, 2014
IN THE NEWS: lnkd.in/baVPQus

**Shon Brooks** @shonbrooks1 · Mar 7, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 14,377 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Mar 2, 2014
IN THE NEWS: lnkd.in/bapEz7a

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 214**

Page 187 of 210



**Shon Brooks**
786 Tweets

**Follow**

Shon Brooks @shonbrooks1 · Mar 2, 2014
IN THE NEWS: lnkd.in/bapEz7a

Shon Brooks @shonbrooks1 · Feb 28, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 284,341 web traffic searches this wk...lnkd.in/HY7zcx

Shon Brooks @shonbrooks1 · Feb 27, 2014
BROOKS ENTERTAINMENT IN THE NEWS: lnkd.in/b6BFre2

Shon Brooks @shonbrooks1 · Feb 27, 2014
Brooks Entertainment -Star Cigar- Builds Billion Dollar Intellectual Property
lnkd.in/beKTeyU

Shon Brooks @shonbrooks1 · Feb 14, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 87,639 web traffic searches this wk. lnkd.in/HY7zcx

Shon Brooks @shonbrooks1 · Feb 7, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 750,664 web traffic searches this wk...lnkd.in/HY7zcx

Shon Brooks @shonbrooks1 · Jan 9, 2014
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 984,228 web traffic searches this wk...lnkd.in/HY7zcx

## Promoted Tweet

The Hollywood Reporter ✔ @THR
Javier Bardem reflects on Desi Arnaz's groundbreaking contributions to
entertainment and culture, in the second episode of THR +
@AmazonStudios 'Making the Ricardos' docuseries #ad

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 215**
Page 188 of 210

**Follow**



0:17  95.9K views

💬 5          ⟲ 14          ♡ 121          ⬆️

🔲 Promoted

**Shon Brooks** @shonbrooks1 · Jan 8, 2014          ···
BROOKS ENTERTAINMENT INC.: Donates 11% of S.O.B cigar profits to Laura
Mercier Ovarian Cancer Fund. lnkd.in/bVtJB4C

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Dec 20, 2013          ···
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 43,688 web traffic searches this wk. lnkd.in/HY7zcx

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Dec 20, 2013          ···
THANK YOU: Emerging Growth
lnkd.in/HY7zcx , lnkd.in/bkYgBJs

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Dec 20, 2013          ···
THANK YOU : Emerging Growth
lnkd.in/bkYgBJs

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Dec 13, 2013          ···
THANK YOU: The Examiner
lnkd.in/bWrT52k
lnkd.in/HY7zcx

💬          ⟲          ♡          ⬆️

**Shon Brooks** @shonbrooks1 · Dec 11, 2013          ···
THANK YOU: The Examiner
lnkd.in/bWrT52k

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 216**

Page 189 of 210



**Shon Brooks**
786 Tweets

[Follow]

**Shon Brooks** @shonbrooks1 · Dec 11, 2013
THANK YOU: The Examiner
lnkd.in/bWrT52k

**Shon Brooks** @shonbrooks1 · Dec 6, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 12,569 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 4, 2013
THANK YOU: The Cigar Cafe
lnkd.in/biN9jyx

**Shon Brooks** @shonbrooks1 · Dec 2, 2013
THANK YOU: Las Vegas
lnkd.in/bR_aGd5

**Shon Brooks** @shonbrooks1 · Nov 22, 2013
THANK YOU: World News
lnkd.in/bNCjHtb

**Shon Brooks** @shonbrooks1 · Nov 20, 2013
THANK YOU: Contacto-Latino
lnkd.in/bqizNed

**Shon Brooks** @shonbrooks1 · Nov 18, 2013
THANK YOU: Online Gambling lnkd.in/bwxURqi

**Shon Brooks** @shonbrooks1 · Nov 13, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 13,779 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 27, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 115,726 web traffic searches this wk...lnkd.in/HY7zcx

1                    2

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 217**
Page 190 of 210

**Follow**



**Shon Brooks** @shonbrooks1 · Sep 27, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 115,726 web traffic searches this wk...lnkd.in/HY7zcx

💬 1          ⟲ 2          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Sep 20, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 194,364 web traffic searches this wk...lnkd.in/HY7zcx

💬          ⟲ 2          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Sep 13, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 748,172 web traffic searches this wk...lnkd.in/HY7zcx

💬          ⟲ 2          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Aug 23, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 143,543 web traffic searches this wk.
imdb.com/name/nm3779078/

💬          ⟲          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Aug 2, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 207,464 web traffic searches this wk. lnkd.in/HY7zcx

💬          ⟲          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Jul 13, 2013

THANK YOU: Hard Rock Casino For the Opportunity! lnkd.in/SvPD_m

💬          ⟲          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Jul 5, 2013

STAR METER REPORT:Thank you to all my fans in every country for an ^increase of 64,412 web traffic searches this wk.
imdb.com/name/nm3779078/

💬          ⟲          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Jun 27, 2013

THANK YOU: The Cigar Nut thecigarnut.com/weekly-wrap-up/

💬          ⟲          ♡          ⬆

**Shon Brooks** @shonbrooks1 · Jun 25, 2013

THANK YOU: Info Pig lnkd.in/fspayq

💬          ⟲          ♡          ⬆

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6
Page 218**

Page 191 of 210



**Shon Brooks** @shonbrooks1 · Jun 25, 2013
THANK YOU: Info Pig lnkd.in/fspayq

**Shon Brooks** @shonbrooks1 · Jun 21, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 76,889 web traffic searches this wk. lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 18, 2013
THANK YOU: Big News Network lnkd.in/mpUJ2H

**Shon Brooks** @shonbrooks1 · Jun 13, 2013
THANK YOU LEGAL TEAM: Callie Bjurstrom, Peter Hahn, Ben West, Nathan
Fransen, and Wendy Diaz. Shon.TV Shon.TV

**Shon Brooks** @shonbrooks1 · Jun 10, 2013
THANK YOU: Leaf & Flame lnkd.in/uuvaQC

**Shon Brooks** @shonbrooks1 · Jun 6, 2013
THANK YOU: Dominican Republic News lnkd.in/p-9fdq

**Shon Brooks** @shonbrooks1 · Jun 3, 2013
THANK YOU: Rediff Real Time News In India lnkd.in/XnVeJN

**Shon Brooks** @shonbrooks1 · May 30, 2013
THANK YOU: Jamaican Times lnkd.in/zNnKDf

**Shon Brooks** @shonbrooks1 · May 27, 2013
THANK YOU: Horton Plaza Newswire lnkd.in/ehJqnP

**Shon Brooks** @shonbrooks1 · May 23, 2013
THANK YOU: News Blaze Publication lnkd.in/wArPBZ

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 219**
Page 192 of 210



**Shon Brooks** @shonbrooks1 · May 23, 2013
THANK YOU: News Blaze Publication lnkd.in/wArPBZ

**Shon Brooks** @shonbrooks1 · May 21, 2013
THANK YOU: CUBA lnkd.in/SVqYaf

**Shon Brooks** @shonbrooks1 · May 18, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 368,800 web traffic searches this wk. lnkd.in/BmT8Hm

**Shon Brooks** @shonbrooks1 · May 17, 2013
THANK YOU: Hollywood Industry lnkd.in/WcSYQh

**Shon Brooks** @shonbrooks1 · May 14, 2013
THANK YOU: Caribbean Herald lnkd.in/uk9YVv . ShonBrooks.TV

**Shon Brooks** @shonbrooks1 · May 11, 2013
THANK YOU: Habano Press lnkd.in/7tSkbJ , Shon.TV

**Shon Brooks** @shonbrooks1 · May 5, 2013
Shon Brooks Invents 'Star Cigar' for The Dominican Republic. lnkd.in/_JPWki

**Shon Brooks** @shonbrooks1 · Apr 26, 2013
STAR METER REPORT:Thank you to all my fans in every country for an
^increase of 143,782 web traffic searches this wk.lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Feb 19, 2013
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 784,173 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 25, 2013
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 306,537 web traffic searches this we...lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

Exhibit 6
Page 220
Page 193 of 210



## Shon Brooks
786 Tweets

← Follow

**Shon Brooks** @shonbrooks1 · Jan 25, 2013
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 306,537 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 19, 2013
Thank you Washington DC News Media for your support! lnkd.in/_uHT3G

**Shon Brooks** @shonbrooks1 · Jan 18, 2013
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 175,741 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 16, 2013
Shon Brooks Gets Invitation For Inauguration Weekend lnkd.in/hat-6u

**Shon Brooks** @shonbrooks1 · Jan 16, 2013
Shon Brooks Gets Invitation For Inauguration Weekend bit.ly/V4SErN
#Entertainment

**Shon Brooks** @shonbrooks1 · Jan 4, 2013
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 262,532 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 28, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 2,018,402 web traffic searches this ...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Dec 7, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 131,679 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 23, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 27,682 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 16, 2012

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 221**

Page 194 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Nov 23, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 27,682 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 16, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 23,588 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 9, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 126,226 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Nov 2, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 106,240 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Oct 22, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 349,506 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Oct 9, 2012
Shon Brooks reaches 2 Billion Viewers -Unplugged
lnkd.in/x45WFS

**Shon Brooks** @shonbrooks1 · Oct 9, 2012
Shon Brooks Invisible Rockstar - 2 Billion Views Unplugged bit.ly/OjVpVL
#Entertainment

**Shon Brooks** @shonbrooks1 · Oct 4, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 119,166 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 20, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 24,352 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 13, 2012

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 222**
Page 195 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Sep 20, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 24,352 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 13, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 396,918 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Aug 24, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 105,812 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Aug 17, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 259,770 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Aug 13, 2012
"ON WALL STREET MAGAZINE": Thank you for your recognition in the recent
publication that provided insight and analysis...lnkd.in/d8Ddqe

**Shon Brooks** @shonbrooks1 · Aug 12, 2012
"ON WALL STREET MAGAZINE": Thank you for your recognition in the recent
publication that provided insight and analysis...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 27, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 4,651 web traffic searches this week...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 21, 2012
shon Brooks - imdb.com/rg/s/1/name/nm...  Shon Brooks Named Superhero
- Financial Planning Magazine prlog.org/11929943-shon-...

**Shon Brooks** @shonbrooks1 · Jul 20, 2012
Shon Brooks Named Superhero - Financial Planning Magazine
lnkd.in/TaM2gp

**Shon Brooks** @shonbrooks1 · Jul 20, 2012

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 223**
Page 196 of 210



**Shon Brooks** @shonbrooks1 · Jul 20, 2012
Shon Brooks Named Superhero - Financial Planning Magazine
lnkd.in/TaM2gp

**Shon Brooks** @shonbrooks1 · Jul 20, 2012
Shon Brooks Named Superhero - Financial Planning Magazine
bit.ly/OEGhQQ #Finance

**Shon Brooks** @shonbrooks1 · Jul 12, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 20,425 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 6, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 42,198 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 3, 2012
Shon Brooks Named Superhero by Financial Planning Magazine! It is with
great crusade to be recognized by one of Wall S...lnkd.in/fSYsHQ

1

**Shon Brooks** @shonbrooks1 · Jul 3, 2012
Shon Brooks Named Superhero by Financial Planning Magazine! It is with
great crusade to be recognized by one of Wall S...lnkd.in/fSYsHQ

**Shon Brooks** @shonbrooks1 · Jun 22, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 128,472 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 15, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 268,148 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 12, 2012
Shon Brooks' wedding photo gets released by Sandals luxury P/R
Department. [Sandals Media Contact: Vanessa Lane] lnkd.in/WEuVnM , ...

**Shon Brooks** @shonbrooks1 · May 24, 2012

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 224**

Page 197 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jun 12, 2012
Shon Brooks' wedding photo gets released by Sandals luxury P/R Department. [Sandals Media Contact: Vanessa Lane] lnkd.in/WEuVnM , ...

**Shon Brooks** @shonbrooks1 · May 24, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 43,723 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · May 17, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 56,727 web traffic searches this wee...lnkd.in/HY7zcx

## Promoted Tweet

**SmartAsset** ✔ @smartasset
Avoid these 3 mistakes when choosing a financial advisor:
❌ Hiring an Advisor Who Is Not a Fiduciary
❌ Hiring the First Advisor You Meet
❌ Trying to Hire an Advisor on Your Own
✅ Our no-cost tool makes it easy to find a qualified financial advisor.
bit.ly/3qvEG7N

### TAKE THIS QUIZ TO SEE IF YOU CAN RETIRE COMFORTABLY

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 225**

Page 198 of 210



**Shon Brooks**
786 Tweets

Follow

smartasset.com
Take This Quiz To See If You Can Retire Comfortably

💬 28   ⟲ 12   ♡ 53   ↑

▸ Promoted

**Shon Brooks** @shonbrooks1 · May 13, 2012   ⋯
Thanks You: National and International fashion wedding media coverage.
lnkd.in/Jxj-iN
ShonBrooks.TV lnkd.in/HY7zcx

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · May 12, 2012   ⋯
THANKS YOU: National and international fashion wedding media coverage.

futfs.com/?p=15510

lnkd.in/x76...lnkd.in/HY7zcx

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · Apr 27, 2012   ⋯
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 44,833 web traffic searches this wee...lnkd.in/HY7zcx

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · Apr 19, 2012   ⋯
Shon Brooks Arranges Secret Wedding With Martha Stewart bit.ly/HVVV6x
#Entertainment

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · Apr 19, 2012   ⋯
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 40,488 web traffic searches this wee...lnkd.in/HY7zcx

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · Apr 13, 2012   ⋯
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 70,193 web traffic searches this wee...lnkd.in/HY7zcx

💬   ⟲   ♡   ↑

**Shon Brooks** @shonbrooks1 · Apr 6, 2012   ⋯

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 226**
Page 199 of 210



## Shon Brooks
786 Tweets

**Follow**

Shon Brooks @shonbrooks1 · Apr 13, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 70,193 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Apr 6, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 205,269 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Mar 9, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 136,957 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Mar 2, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 326,851 web traffic searches this we...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Feb 14, 2012
SHON BROOKS IDENTIFIED AS GAME CHANGER BY "INVENTION
MAGAZINE": It is with great notability to be recognized by 1 of
F...lnkd.in/qv2X_R

**Shon Brooks** @shonbrooks1 · Feb 6, 2012
Shon Brooks Identified as 'Game Changer' by Invention Magazine
bit.ly/woJtmx #Entertainment

**Shon Brooks** @shonbrooks1 · Feb 3, 2012
Shon Brooks Rocks & Rolls Over 1 Billion Viewers -Unplugged bit.ly/zfSY5J
#Entertainment

## Promoted Tweet

**The Wall Street Journal** ✔ @WSJ
Our New Year Sale starts now. Join for $4 per month.

# THE WALL STREET JOURNAL

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 227**
Page 200 of 210



# THE WALL STREET JOURNAL.

# This New Year, Trust Your Decisions

## NEW YEAR SALE:
### ~~$38.99~~ $4 PER MONTH

## SUBSCRIBE NOW

wsj.com
New Year Sale: $4 per month

ti 180      ♡ 648

Promoted

**Shon Brooks** @shonbrooks1 · Feb 2, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 46,492 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 28, 2012
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 16,543 web traffic searches this wee...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jan 20, 2012
SHON BROOKS IDENTIFIED AS GAME CHANGER BY "INVENTION
MAGAZINE": It is with great fame and honor to be decorated by
the...lnkd.in/Azcrn3

**Shon Brooks** @shonbrooks1 · Jan 11, 2012
Shon:Brooks lnkd.in/Adt7U9

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 228**
Page 201 of 210



**Shon Brooks**
786 Tweets

**Follow**

the...lnkd.in/Azcrn3

---

**Shon Brooks** @shonbrooks1 · Jan 11, 2012
Shon:Brooks lnkd.in/Adt7U9

---

**Shon Brooks** @shonbrooks1 · Dec 31, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 32,464 web traffic searches this wee...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Dec 23, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 38,024 web traffic searches this wee...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Dec 17, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 780,150 web traffic searches this we...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Dec 9, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 402,500 web traffic searches. www.Sh...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Nov 16, 2011
CAPTIVATES: The great country of China with Laobubu Filming for S.O.B
Television Show. lnkd.in/kkfCDa Thank you...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Oct 22, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,649,432 web traffic searches.www.S...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Oct 14, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 201,891 web traffic searches. www.Sh...lnkd.in/HY7zcx

---

**Shon Brooks** @shonbrooks1 · Sep 23, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 74,578 web traffic searches. www.Sho...lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 229**
Page 202 of 210

**Shon Brooks**
786 Tweets

**Follow**

STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of ...

**Shon Brooks** @shonbrooks1 · Sep 23, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 74,578 web traffic searches. www.Sho...lnkd.in/HY7zcx

...

## Promoted Tweet

**Keurig** ✓ @Keurig

Create a coffee masterpiece with the new Keurig K-Supreme Plus SMART. BrewID recognizes your K-Cup pod and customizes the brew settings to the coffee expert's recommendation. Or you can customize even further to make your coffee a personalized work of art.



Make every cup a masterpiece with BrewID™.

0:01

keurig.com
**Shop Now**

○ 35      ⟲ 22      ♡ 192      ↥

⚐ Promoted

**Shon Brooks** @shonbrooks1 · Sep 17, 2011
SIGNS NFL-COX MEDIA TELEVISION AD CONTRACT www.ShonBrooks.TV
lnkd.in/Bpxfpz

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 230**
Page 203 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Sep 17, 2011
SIGNS NFL-COX MEDIA TELEVISION AD CONTRACT www.ShonBrooks.TV
lnkd.in/Bpxfpz

**Shon Brooks** @shonbrooks1 · Sep 9, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 69,428 web traffic searches. www.Sho...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Sep 2, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 24,125 web traffic searches. www.Sho...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Aug 26, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 2,409 web traffic searches. www.Shon...lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Aug 19, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 2,153,357 web traffic searches. www....lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 29, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 403,331 web traffic searches. www.Sh...http://lnkd.in/HY7zcx

1

**Shon Brooks** @shonbrooks1 · Jul 22, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^
increase of 1,014,385 web traffic searches. www....http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jul 19, 2011
IN Española: "Sponsor A Bus" program sent 144 students to nominated Tony
Award theatrical play. http://lnkd.in/k4aTv7 http://lnkd.in/QcBSQ4

**Shon Brooks** @shonbrooks1 · Jul 18, 2011
Launches "Sponsor A Bus" program to help schools fund field trips during
budget crisis. www.BrooksFinancialAndEntertai...http://lnkd.in/By6hJB

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 231**
Page 204 of 210



**Shon Brooks** @shonbrooks1 · Jul 18, 2011
Launches "Sponsor A Bus" program to help schools fund field trips during budget crisis. www.BrooksFinancialAndEntertai...http://lnkd.in/By6hJB

**Shon Brooks** @shonbrooks1 · Jul 1, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 27,868 web traffic searches. www.Sho...http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 17, 2011
STAR METER REPORT: Thank you to all my fans in every country for the increase of 58,376 web traffic searches. www.Shon...http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 14, 2011
FANS EMERGE: In breaking YouTube odometer frequency for the number of "web video views", bringing estimates total view...http://lnkd.in/s-rik8

**Shon Brooks** @shonbrooks1 · Jun 11, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 24,065 web traffic searches. www.Sho...http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Jun 3, 2011
STAR METER REPORT: Thank you to all my fans in every country for an ^ increase of 23,449 weekly web traffic searches "...http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · May 13, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 31%. www.ShonBrooks.TV http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · May 7, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 120%. www.ShonBrooks.TV http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Apr 26, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 217%. www.ShonBrooks.TV http://lnkd.in/HY7zcx

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 232**

Page 205 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Apr 26, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 217%. www.ShonBrooks.TV http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Apr 20, 2011
SAN MARCOS: Financial seminar slated http://bit.ly/goMGnc

**Shon Brooks** @shonbrooks1 · Apr 15, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 31%. shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Mar 7, 2011
STAR METER REPORT:Thank you to all my fans for an ^ increase in popularity of 53%.  http://lnkd.in/HY7zcx

**Shon Brooks** @shonbrooks1 · Feb 26, 2011
STAR METER REPORT:Thank you to all my fans for an ^ increase in popularity of 2%. http://lnkd.in/HY7zcx http://lnkd.in/MZ97bi

**Shon Brooks** @shonbrooks1 · Feb 18, 2011
STAR METER REPORT:Thank you to all my fans for an ^ increase in popularity of 126%. shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Feb 11, 2011
STAR METER REPORT: Thank you to all my fans for an ^ increase in popularity of 13%. shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Jan 21, 2011
STAR METER REPORT: Thank you to all my fans for an increase in popularity of 77%. shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Jan 10, 2011
Video Game News Release: Stay tuned... Shon Brooks due to be the featured story in Coronado Lifestyle Magazine this mont...http://lnkd.in/6Puzwk

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 233**
Page 206 of 210



**Shon Brooks**
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Jan 10, 2011

Video Game News Release: Stay tuned... Shon Brooks due to be the featured story in Coronado Lifestyle Magazine this mont...http://lnkd.in/6Puzwk

**Shon Brooks** @shonbrooks1 · Dec 17, 2010

Sprints pass the 200 Million Viewership landmark thanks to the NATIONAL CINIMA MEDIA NETWORKS endorsement. It is an ho...http://lnkd.in/uGnY_R

**Shon Brooks** @shonbrooks1 · Dec 15, 2010

Check this video out -- ESPN Ad youtube.com/watch?v=Mq9XsZ... via @youtube

**Shon Brooks** @shonbrooks1 · Dec 13, 2010

STAR METER REPORT: Thanks to all my fans in my popularity being ^ Up another 99%www.ShonBrooks.TV
http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Dec 8, 2010

STAR METER REPORT: Thank you to all my fans for my popularity being ^ Up 99%. www.shon Brooks.TV-
http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Nov 30, 2010

STAR METER REPORT: Thank you to all my fans for my popularity being ^ up 46%. www.ShonBrooks.TV -
http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Nov 8, 2010

Millionaire Children: Beware 42% of kids have been bullied online. 1 in 4 have had it happen more than once. www.ShonBrooks.TV

**Shon Brooks** @shonbrooks1 · Nov 4, 2010

Thank you to all my fans for another 74% increase in popularity from the 74% last week.- http://www.imdb.com/rg/s/1/name/nm3779078/

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 234**
Page 207 of 210



## Shon Brooks
786 Tweets

**Follow**

**Shon Brooks** @shonbrooks1 · Nov 4, 2010
Thank you to all my fans for another 74% increase in popularity from the 74% last week.- http://www.imdb.com/rg/s/1/name/nm3779078/

**Shon Brooks** @shonbrooks1 · Nov 2, 2010
shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/ Thank you to all my fans for my popularity being up ^ 74%. www.ShonBrooks.TV

**Shon Brooks** @shonbrooks1 · Oct 26, 2010
Shon Brooks and Minnie Mouse - http://www.imdb.com/rg/s/1/media/rm1172473600/nm3779078

**Shon Brooks** @shonbrooks1 · Oct 21, 2010
STAR METER REPORT: Thank you to all my fans for my popularity being up ^ 22 %. www.ShonBrooks.TV

**Shon Brooks** @shonbrooks1 · Oct 16, 2010
IDENTITY THEFT: If someone has stolen your identity, contact 1 of the 3 credit bureaus and ask that a "fraud alert" be placed on your file.

**Shon Brooks** @shonbrooks1 · Oct 13, 2010
WHEN WILL YOU BECOME A MILLIONAIRE?:When you see the type of retirement a million dollars can buy. You may decide that you need more.

**Shon Brooks** @shonbrooks1 · Sep 30, 2010
FINISHES 10K RUN: I had a lot of fun donating and running for the Nordstrom charity event. I appreciate all the fans and friends support.

**Shon Brooks** @shonbrooks1 · Sep 28, 2010
UFC REPORT: Why Do Most Non-Can Disability Insurance Policies (And All Group) Have A Benefit Period Cap of Only 24 months? I Can Help.

**Shon Brooks** @shonbrooks1 · Sep 23, 2010
NEW CARTOON DRAWS FCC:Complains that a kids' cartoon violates rules that limit TV ads targeted at children, as it promotes Skechers shoes.

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 235**
Page 208 of 210



**Shon Brooks** @shonbrooks1 · Sep 23, 2010

NEW CARTOON DRAWS FCC:Complains that a kids' cartoon violates rules that limit TV ads targeted at children, as it promotes Skechers shoes.

**Shon Brooks** @shonbrooks1 · Sep 21, 2010

shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/ "THANKS YOU: For popularity being up 42%. www.ShonBrooks.TV

**Shon Brooks** @shonbrooks1 · Sep 17, 2010

shon Brooks - http://www.imdb.com/rg/s/1/name/nm3779078/ Thanks to all my fans and friends for a 13% increase in popularity.

**Shon Brooks** @shonbrooks1 · Sep 17, 2010

760: Credit score needed to qualify for the best rates on a home mortgage. www.ShonBrooks.TV

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 236**
Page 209 of 210



Follow

**Shon Brooks** @shonbrooks1 · Sep 17, 2010
760: Credit score needed to qualify for the best rates on a home mortgage. www.ShonBrooks.TV

Document title: (1) Shon Brooks (@shonbrooks1) / Twitter
Capture URL: https://twitter.com/shonbrooks1
Capture timestamp (UTC): Thu, 13 Jan 2022 00:18:48 GMT

**Exhibit 6**
**Page 237**
Page 210 of 210

# EXHIBIT 7

**Exhibit 7**
**Page 238**



| Document title: | Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management -- Michael Dabney, Brooks Financial | PRLog |
| --- | --- |
| Capture URL: | https://www.prlog.org/11194732-shon-brooks-launches-interactive-computer-games-to-excite-students-in-good-money-management.html |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:00:56 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:01:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 810afd44-662f-4c2c-9893-97c14b5588fe |
| User: | msk-general |

PDF REFERENCE #:          nutqGX2vHduWFRaN3T3F3Y

**Exhibit 7**
**Page 239**

# PRLOG
Press Release Distribution

| PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution |

Search [ ] (Search)

**News By Tag**

* Financial Literacy
* Computer Games
* K-12 Education
* Media
* Partnerships
* Technology
* Shon Brooks
* Brooks Financial
* Imdb
* More Tags...

**Industry News**

* Financial
* Games
* Entertainment
* More Industries...

**News By Place**

* Coronado
* California
* United States
* More Locations...

**Country(s)**

United States
Australia
India
Hong Kong
England
China
- - -
More Countries

Industry News

All News

Exclusive News

**January 2022**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 12 | 11 | 10 | 9 | 8 | 7 | 6 |

Follow on Google News

# Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management

**This innovative project in financial literacy is an excellent sponsorship/partnership opportunity for businesses, community groups and those in the youth entertainment industry who are Interested in enhancing K-12 education!**

*By: Michael Dabney, Brooks Financial*

**Jan. 4, 2011** - *PRLog* -- As the economy continues to carry us on a turbulent and uncertain ride, Shon Brooks, a financial planning executive and TV personality near San Diego, CA, has identified a way to turn these challenging times into an opportunity: creating exciting, interactive computer video games to teach kids smart money management skills -- from how to balance a checkbook and prudently use a credit card to teaching them the rudiments of the stock market and how to invest.



Brooks' initial financial literacy videos are due to be incorporated into the curriculum of San Diego Unified Schools (the second largest school district in California behind the Los Angeles Unified school system) in coming months, with plans to later expand the concept to other school districts nationally and to international markets.

Brooks, founder and CEO of Brooks Financial & Entertainment Consultants (www.ShonBrooks.TV or www.TaxShelterPro.Com) Coronado, CA, is currently seeking sponsorship from banks, Wall Street investment entities and other financial institutions nationally, in addition to computer game firms and community groups that have an interest in enhancing educational opportunities for students. In turn, sponsors will have their company advertisement/logo embedded and prominently featured in segments of the 3D games and in other project promotions –all designed to increase sponsors' exposure to the growing youth, student and education markets.

Brooks is also creator, writer, producer and host of the award-winning half-hour TV talk show titled S.O.B which motivates and empowers youth toward positive directions in life. (The show is currently being promoted nationally through National CineMedia [NCM] and will later be broadcast in multiple cities across the country through Cox Media.)

In keeping with his dream of inspiring young people, Brooks' concept of motivating students in financial literacy is being met with anticipation by educators he has worked with in the San Diego Unified School District.

Tracey Jenkins-Martin, principal of Johnson Science, Technology, Engineering, and Mathematics (STEM) Magnet School in the district, says, "The timing is right to educate young people in good financial and money management, particularly when their excitement and familiarity with computer games can be used to help them learn about banking, credit cards, credit scores, debt and other factors that affect their financial future." Her elementary students will be among many other K-12 pupils in the district benefitting from Brooks' financial literacy concept as he works to integrate the games into the district's "Financial Literacy...the Game of Life" curriculum.

**Most Viewed**

Neral & Company, PA jo
its practice with HFA
Certified Public Account
and Advisors - 1095 view

Steinberg Hart expands
Texas presence with ne
office in Austin - 546 view

Timeshare Association
Group Provides Path To
Freedom For Weary
Timeshare Owners - 519
views

"Mommy and Me" Runw
Show Coming to LKNFE
June 2022 - 491 views

Dr. Bruce Peters named
2021 Top Doc in
Otolaryngology by New
Jersey Monthly Magazin
461 views

**Top Daily News**

The Role Of Stress In
Human Health And Imm
- 218 views

GET's Dain Schult
Announces Radioactivit
Publishing's First Book
Offering - 170 views

Music Benefactors to Fu
Sweet Caroline Tour - 14
views

Latino Leaders Network
Honor San Antonio May
Ron Nirenberg with the
Antonio Villaraigosa
Leadership Award at the
35th Tribute to Mayors -
views

MadCap Software
Announces Significant,
Majority-Growth Investm
from Battery Ventures -
views

Jan 04, 2011 News

Tracey Jenkins-Martin, principal of Johnson Science, Technology, Engineering, and Mathematics (STEM) Magnet School in the district, says, "The timing is right to educate young people in good financial and money management, particularly when their excitement and familiarity with computer games can be used to help them learn about banking, credit cards, credit scores, debt and other factors that affect their financial future." Her elementary students will be among many other K-12 pupils in the district benefitting from Brooks' financial literacy concept as he works to integrate the games into the district's "Financial Literacy...the Game of Life" curriculum.

Says Brooks: "With our nation facing a flagging economy, record deficits, rising unemployment and other economic concerns –situations our kids will likely inherit when they are older -- what better time than now to begin teaching students – from elementary to high school, and even college – the importance of knowing how to manage finances."

For starters, Brooks intends to introduce two of his patented and trademarked 3D games. The first one, a console game called Save One Bank, introduces students to the ins and outs of the world of banking through an adventurous, hero vs. villain action theme.

The second game, Stock Picker, is downloadable through the internet and covers the fast-paced, and often misunderstood, world of the stock market, Wall Street and the impact they have on the economy. Students can use play money to compete with different classrooms around the country in picking and investing in the most viable stocks.

For more information, including how to become a Sponsor, contact Brooks Entertainment Inc. at taxshelterpro@aol.com, or (619) 575-0242.

# # #

Founded by Shon Brooks, Brooks Financial & Entertainment Consultants (www.shonbrooks.tv), is based in Coronado, CA and specializes in developing financial, estate and wealth preservation planning strategies for a wide range of clients.

——— End ———

Follow    Embed    PDF / Print

Email      : ***@franshatone.com
Phone      : 619-575-0242
Zip        : 92178
Tags       : Financial Literacy,  Computer Games,  K-12 Education,  Media,  Partnerships,
             Technology,  Shon Brooks,  Brooks Financial,  Imdb
Industry   : Financial,  Games,  Entertainment
Location   : Coronado - California - United States

Account Email Address ✔   Account Phone Number ✔    Disclaimer    Report Abuse

Page Updated Last on: Apr 16, 2012

**Brooks Financial & Entertainment Consultants PRs**

Super Financial Agent Shon Brooks Hitting the Big Screen

Shon Brooks "Rockstar Inventor" Becomes Official Vendor for Cosmopolitan Las Vegas Hotel Casino

Shon Brooks Signs Contract with NationalCineMedia for James Bond Film - SPECTRE

Shon Brooks Meets the Simpsons at Cox Media

**Trending News**

Latino Leaders Network to Honor San Antonio Mayor Ron Nirenberg with the Antonio Villaraigosa Leadership Award at the 35th Tribute to Mayors

Music Benefactors to Fund Sweet Caroline Tour

e-ImageData launches new microfilm scanner line

NFTS From Top Influencers Are Set to Generate Millions in Sales

Arizona Attorney and Navy Veteran Wife Launch

Document title: Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management -- Michael Dabney, ... Financial | PRLog
Capture URL: https://www.prlog.org/11194732-shon-brooks-launches-interactive-computer-games-to-excite-students-in-good-money-management.html
Capture timestamp (UTC): Thu, 13 Jan 2022 00:01:57 GMT

Exhibit 7
Page 241

Page 2 of 3

Tags : Financial Literacy, Computer Games, K-12 Education, Media, Partnerships, Technology, Shon Brooks, Brooks Financial, Imdb

Industry : Financial, Games, Entertainment

Location : Coronado - California - United States

Account Email Address ✔   Account Phone Number ✔   Disclaimer   Report Abuse

Page Updated Last on: Apr 16, 2012

## Brooks Financial & Entertainment Consultants PRs

Super Financial Agent Shon Brooks Hitting the Big Screen

Shon Brooks "Rockstar Inventor" Becomes Official Vendor for Cosmopolitan Las Vegas Hotel Casino

Shon Brooks Signs Contract with NationalCineMedia for James Bond Film - SPECTRE

Shon Brooks Meets the Simpsons at Cox Media Showcase!

Shon Brooks Gets Invitation For Inauguration Weekend

## Most Viewed

Neral & Company, PA joins its practice with HFA Certified Public Accountants and Advisors - 1095 views

Steinberg Hart expands Texas presence with new office in Austin - 546 views

Timeshare Association Group Provides Path To Freedom For Weary Timeshare Owners - 519 views

"Mommy and Me" Runway Show Coming to LKNFEST June 2022 - 491 views

Dr. Bruce Peters named 2021 Top Doc in Otolaryngology by New Jersey Monthly Magazine - 461 views

## Trending News

Latino Leaders Network to Honor San Antonio Mayor Ron Nirenberg with the Antonio Villaraigosa Leadership Award at the 35th Tribute to Mayors

Music Benefactors to Fund Sweet Caroline Tour

e-ImageData launches new microfilm scanner line

NFTS From Top Influencers Are Set to Generate Millions in Sales

Arizona Attorney and Navy Veteran Wife Launch New Youtube Channel About Auto Injury Law

## Top Daily News

The Role Of Stress In Human Health And Immunity - 218 views

GET's Dain Schult Announces Radioactivity Publishing's First Book Offering - 170 views

Music Benefactors to Fund Sweet Caroline Tour - 145 views

Latino Leaders Network to Honor San Antonio Mayor Ron Nirenberg with the Antonio Villaraigosa Leadership Award at the 35th Tribute to Mayors - 131 views

MadCap Software Announces Significant, Majority-Growth Investment from Battery Ventures - 109 views

 TELEVISIES. Beeldschoon. 
Samsung QLED 55Q95TD 1199,-

SiteMap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

Like PRLog?

9K  2K  1K

  

Document title: Shon Brooks Launches Interactive Computer Games to Excite Students in Good Money Management -- Michael Dabney, ...ncial | PRLog
Capture URL: https://www.prlog.org/11194732-shon-brooks-launches-interactive-computer-games-to-excite-students-in-good-money-management.html
Capture timestamp (UTC): Thu, 13 Jan 2022 00:01:57 GMT

Exhibit 7
Page 242
Page 3 of 3

# EXHIBIT 8

**Exhibit 8**
**Page 243**



# United States of America

## United States Patent and Trademark Office

# Stock Picker

**Reg. No. 3,921,420**

**Registered Feb. 15, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

BROOKS ENTERTAINMENT INC. (CALIFORNIA CORPORATION)
P.O. BOX 181205
CORONADO, CA 92178

FOR: COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES AND HANDHELD COMPUTING DEVICES, NAMELY, SOFTWARE FOR A FINANCIALLY-INSPIRED GAME THAT FOCUSES ON PICKING STOCKS IN THE STOCK MARKET WITH REFERENCES TO VARIOUS REAL-LIFE PERSONALITIES OF VARIOUS RENOWN AND IN VARIOUS FIELDS OF INDUSTRY; TRADING CARDS IN THE FORM OF CDS; VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-126,766, FILED P.R. 9-10-2010; AM. S.R. 1-3-2011.

MARY CRAWFORD, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 8**
**Page 244**

# EXHIBIT 9

Exhibit 9
Page 245



Document title: The Financial Plans of Superheroes | Financial Planning

Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes

Page loaded at (UTC): Thu, 13 Jan 2022 00:00:56 GMT

Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

Capture tool: v7.13.2

Collection server IP: 3.90.170.83

Browser engine: Chrome/77.0.3865.120

Operating system: Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length: 7

Capture ID: b7752a97-6de5-4e07-9137-1cd381817ba3

User: msk-general



Guide to International PEO
Hire quickly, mitigate risk, reduce costs, & increase flexibility with International PEO. Velocity Global

# The Financial Plans of Superheroes

July 01, 2012, 1:00 a.m. EDT    2 Min Read

   

Agents at Save One Bank will embark on a mission in 18 months to doggedly pursue greedy financial executives. They'll confront villains who are misappropriating money, pummel them in fistfights and collar them one by one. Most of the agents won't always understand the intricacies of the financial industry - they'll learn on the job.

The bank's agents will be teenagers playing an immersive, interactive video game called Save One Bank that's in development. The goal is to teach high school students about investments and the banking industry. Shon Brooks, CEO of Brooks Financial and Entertainment Consultants, a financial planning firm in Coronado, Calif., decided to create the game amid the 2008 global recession.

"They already know how to play games," he says. "This way, they are being educated at the same time as they're doing something entertaining."

Already have an account?  Log in

## **Financial**Planning

### To continue reading, create your guest account

A guest account gives you access to three articles — a sampling of what's available to subscribers.

**CREATE YOUR GUEST ACCOUNT**

Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 247**

Page 1 of 6

A guest account gives you access to three articles — a sampling of what's available to subscribers.

**CREATE YOUR GUEST ACCOUNT**

—— OR ——

## Subscribe today for unlimited access

A subscription includes all news and analysis, exclusive research reports, continuing education programs and access to an on-demand video library of thought leaders.

**SEE SUBSCRIPTION OPTIONS**



📄 **REPRINT**

For reprint and licensing requests for this article, click here.



Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 248**

Page 2 of 6





## TRENDING

**REGULATION AND COMPLIANCE**

### SEC dings Ohio National RIA for $1.2M over missing disclosures

The regulator has charged about 100 other wealth managers with failing to explain 12b-1 fees tied to their mutual fund recommendations.

By **Tobias Salinger**

46m ago

**INVESTMENT STRATEGIES**

### Net Unrealized Appreciation opportunities for privately held company employee stock ownership plans

When companies allow employees to own stock in their retirement plans, real tax benefits can ensue. But there's much to factor in.

Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 249**

Page 3 of 6

## Net Unrealized Appreciation opportunities for privately held company employee stock ownership plans

When companies allow employees to own stock in their retirement plans, real tax benefits can ensue. But there's much to factor in.

By **Jeffrey Levine**

1h ago

---

**FINTECH**

### As it expands into investment research, Riskalyze adds Morningstar veteran Tricia Rothschild to its board

In her new role, Rothschild will oversee product development and help scale the wealthtech's new business lines.

By **Ryan W. Neal**

3h ago

---

## MORE FROM FINANCIAL PLANNING

**REGULATION AND COMPLIANCE**

### SEC dings Ohio National RIA for $1.2M over missing disclosures

The regulator has charged about 100 other wealth managers with failing to explain 12b-1 fees tied to their mutual fund recommendations.

By **Tobias Salinger**

46m ago



**INVESTMENT STRATEGIES**

### Net Unrealized Appreciation opportunities for privately held company employee stock ownership plans

When companies allow employees to own stock in their retirement plans, real tax benefits can ensue. But there's much to factor in.

By **Jeffrey Levine**

1h ago



**FINTECH**

### As it expands into investment research, Riskalyze adds Morningstar veteran



Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 250**

Page 4 of 6

**FINTECH**

## As it expands into investment research, Riskalyze adds Morningstar veteran Tricia Rothschild to its board

In her new role, Rothschild will oversee product development and help scale the wealthtech's new business lines.

By **Ryan W. Neal**

3h ago



**RETIREMENT**

## Anne Lester, retirement expert, on how Millennials and young people are saving the wrong way and how they can fix it

Former J.P. Morgan exec looks to behavioral finance for answers to investing questions.

By **Chana Schoenberger**

9h ago



## PE's big catch: RIAs. Is the haul sustainable?

As private equity muscles into wealth management's fastest growing niche, it's injecting Wall Street business practices into financial planning.

By **Lynnley Browning**

January 11



**REGULATION AND COMPLIANCE**

## A $250K settlement and the slow pace of expungement reform

Raymond James resolved a million-dollar arbitration claim that won't appear on anyone's BrokerCheck, thanks to the panel's decision.

By **Tobias Salinger**

January 11



Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 251**

Page 5 of 6

# PE's big catch: RIAs. Is the haul sustainable?



As private equity muscles into wealth management's fastest growing niche, it's injecting Wall Street business practices into financial planning.

By **Lynnley Browning**

January 11

REGULATION AND COMPLIANCE

## A $250K settlement and the slow pace of expungement reform



Raymond James resolved a million-dollar arbitration claim that won't appear on anyone's BrokerCheck, thanks to the panel's decision.

By **Tobias Salinger**

January 11

# The Annuity Paradox

Newer contracts scrap conflict-laden commissions and aren't as complicated for investors to understand. Will independent advisors bite?



**FOLLOW US IN REAL TIME**

    

About Us

Contact Us

Financial Planning Magazine

CE Quiz

Content Licensing/Reprints

Advertising/Marketing Services

RSS Feed

Privacy Policy

Subscription Agreement

 © 2022 Arizent. All rights reserved.

Document title: The Financial Plans of Superheroes | Financial Planning
Capture URL: https://www.financial-planning.com/news/the-financial-plans-of-superheroes
Capture timestamp (UTC): Thu, 13 Jan 2022 00:02:52 GMT

**Exhibit 9**
**Page 252**

Page 6 of 6

# EXHIBIT 10

**Exhibit 10**
**Page 253**

# United States of America

## United States Patent and Trademark Office

# Save One Bank

**Reg. No. 4,287,528**

**Registered Feb. 12, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BROOKS ENTERTAINMENT INC. (CALIFORNIA CORPORATION)
P.O. BOX 181205
CORONADO, CA 92178

FOR: COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES AND HANDHELD COMPUTING DEVICES, NAMELY, SOFTWARE FOR A FINANCIALLY-INSPIRED GAME THAT FOCUSES ON THE ECONOMY, THAT INCORPORATES BANK FRAUD, STOCKS, INSURANCE, MONEY, OF ILLEGAL MISAPPROPRIATION, WITH REFERENCES TO REAL-LIFE PERSONALITIES OF VARIOUS RENOWN; TRADING CARDS IN THE FORM OF CDS; VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 85-327,394, FILED 5-23-2011.

INGA ERVIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Exhibit 10**
**Page 254**

---
**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---
**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Exhibit 10
Page 255**

# EXHIBIT 11

**Exhibit 11**
**Page 256**



| | |
|---|---|
| Document title: | Sean and Emma most popular baby names again |
| Capture URL: | https://www.irishtimes.com/news/sean-and-emma-most-popular-baby-names-again-1.1180516 |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:28:24 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:29:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 639843e1-6ab5-4cbf-84e2-89157027838a |
| User: | msk-general |

PDF REFERENCE #:      qdF84ZsWyWF95MaoxYzvUA

**Exhibit 11**
**Page 257**


# THE IRISH TIMES

Thu, Jan 13, 2022    Dublin ⚙   🌙 6°C

**NEWS** | SPORT | BUSINESS | OPINION | LIFE & STYLE | CULTURE | MORE

Climate | Coronavirus | Ireland | World | Politics | Crime & Law | Health | Education | Su | **All News ▼**



3D printing access to education. How we do it.
thinking huts

## Sean and Emma most popular baby names again

🕐 Wed, Jul 27, 2005, 01:00



There was no change at the top of the baby name poll last year with Sean and Emma proving once again to be the most popular names for Irish babies, according to figures released by the Central Statistics Office (CSO) this morning.

Irish parents seem to have little imagination when it comes to naming boys with the same five names (Sean, Jack, Conor, Adam and James) appearing in the top five since 1999. Girls fare a little better with only Aoife and Sarah retaining their top five slots every year since 1999.

Unlike Britain, where the last couple of years have seen unfortunate babies lumbered with names such as Scarlett, Ashton and, unbelievably, Jordan, Ireland's new parents don't seem swayed by the world of celebrity with old reliables such as Michael, David and Darragh still polling well.

Odhran was a particularly surprising performer this year entering the top 100 for the first time and soaring 56 places making it the highest climber for boys. The top 100 for boys saw seven new entries in all with Charley, Christian, Hugh, Noah, Rian and

---

| Editor's Choice | Most Viewed |

### Editor's Choice


**Starmer calls for Johnson resignation in fiery Commons exchange**
▶ 2:35


**Powerful exhibition tells story of Jewish family before, during and after WWII**
▶ 7:39


**Biden targets Republicans, supports Senate rule change for US voting rights law**
▶ 1:47


**Italian nurse arrested on suspicion of faking Covid-19 vaccinations**
▶ 1:04


**US man recovering after first-of-its-kind pig heart transplant**
▶ 1:01

### Watch More Videos »


**Coronavirus**
Explore our guides to help you through the pandemic

Document title: Sean and Emma most popular baby names again
Capture URL: https://www.irishtimes.com/news/sean-and-emma-most-popular-baby-names-again-1.1180516
Capture timestamp (UTC): Thu, 13 Jan 2022 00:29:46 GMT

**Exhibit 11**
**Page 258**

Page 1 of 3





Odhran was a particularly surprising performer this year entering the top 100 for the first time and soaring 56 places making it the highest climber for boys. The top 100 for boys saw seven new entries in all with Charles, Christian, Hugh, Noah, Rian and Tomas joining Odhran in the freshman ranks.

There were four first timers in the girls list: Alex, Amelia, Kayla and Orlaith. Amelia was the most improved leaping an impressive 64 slots to take a position just inside the top 100 at 99.

The figures also revealed that girls are given a wider variety of names than boys. Over one in three girls (37.5 per cent) were given a name not in the top 100, compared with 27.9 per cent of boys.

The full list is available for download from www.cso.ie



Coronavirus
Explore our guides
to help you
through the
pandemic

ADVERTISEMENT



ADVERTISEMENT

## Most Read in News

1   Female jogger killed in attack in Co Offaly

2   Q&A: What are the new Covid rules and what is the logic behind them?

3   Relaxing isolation rules 'proportionate' to Omicron impact – Holohan

4   Record €19m Lotto jackpot will be clinched in 'must be won' draw

5   Cavan man is jailed for 3½ years for

Document title: Sean and Emma most popular baby names again
Capture URL: https://www.irishtimes.com/news/sean-and-emma-most-popular-baby-names-again-1.1180516
Capture timestamp (UTC): Thu, 13 Jan 2022 00:29:46 GMT

**Exhibit 11**
**Page 259**

Page 2 of 3





1   Female jogger killed in attack in Co Offaly

2   Q&A: What are the new Covid rules and what is the logic behind them?

3   Relaxing isolation rules 'proportionate' to Omicron impact – Holohan

4   Record €19m Lotto jackpot will be clinched in 'must be won' draw

5   Cavan man is jailed for 3½ years for sexually abusing nephew and niece

Real news has value    SUBSCRIBE

## Latest News

Rise in number seeking family law advice since Christmas, says Flac
*26 minutes ago*

Scheme for undocumented migrants to open at end of month
*28 minutes ago*

Britain and EU set for talks in bid to break NI protocol deadlock
*28 minutes ago*

Bowen strikes twice to extend Norwich misery at the bottom
*1 hour ago*

Legislation aimed at keeping 'cowboy' builders out of industry published
*1 hour ago*

### SUBSCRIBE
Why Subscribe?
Subscription Bundles
Subscription Help Centre
Gift Subscriptions

### SUPPORT
My Account
Help Centre
Contact Us

### ABOUT US
Advertise
Contact Us
The Irish Times Trust
Careers

### IRISH TIMES PRODUCTS & SERVICES
ePaper
Crosswords
Newspaper Archive
Article Archive
eBooks

Home Delivery
Page Sales
Photo Sales
Newsletters
Discount Codes

**FOLLOW US**
 

**DOWNLOAD THE APP**
 

**OUR PARTNERS**    Rewarding Times │ MyHome.ie │ Top 1000 │ The Gloss │ Recruit Ireland │ Irish Times Training

Terms & Conditions │ Privacy Policy │ Cookie Information │ Cookie Settings │ Community Standards │ Copyright

© 2022 THE IRISH TIMES

Document title: Sean and Emma most popular baby names again
Capture URL: https://www.irishtimes.com/news/sean-and-emma-most-popular-baby-names-again-1.1180516
Capture timestamp (UTC): Thu, 13 Jan 2022 00:29:46 GMT

**Exhibit 11**
**Page 260**

Page 3 of 3

# EXHIBIT 12

**Exhibit 12**
**Page 261**



| Document title: | Brooks (surname) - Wikipedia |
| --- | --- |
| Capture URL: | https://en.wikipedia.org/wiki/Brooks_(surname) |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:31:39 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:32:32 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 15 |
| Capture ID: | f011b5ed-1cfd-48fd-b7b1-5da09a99e953 |
| User: | msk-general |



WIKIPEDIA
The Free Encyclopedia

Article  Talk

Read  Edit  View history  Search Wikipedia

# Brooks (surname)

From Wikipedia, the free encyclopedia

**Brooks** is thought to have been derived from both the Swedish surname Bäckland, (*bäck*, "brook", "stream") and *lund* ("grove"); and in English, Gaelic and Scottish from "of the brook".[2] The word *brook* derives from the Old English *broc* and appears in the Medieval predecessors of Brooks (Ate-Broc and Atte-Broc).[2][3][4] The surname arrived in North America from England in the mid-seventeenth century.[2]

The surname Brooks is recorded in Ireland from the 1600s. O'Laughlin reports that "some of the name could stem from Irish origins, the name changed into the English word 'Brook' or Brooks."[5] The surname is also found among English-speaking Ashkenazi Jews, deriving from the male Hebrew given name Boruch ("blessed").



**Brooks**

| | |
|---|---|
| **Pronunciation** | Plural Brookses; possessive Brooks's, Brookses' |
| **Origin** | |
| **Meaning** | "residing near a stream or brook" |
| **Region of origin** | England / Anjou, France / Germany / Scandinavia |
| | [1] |

## Contents

A · B · C · D · E · F · G · H · I · J · K · L · M · N · O · P · Q · R · S · T · U · V · W · X · Y · Z
Compound surnames · See also · References

## A   [ edit ]

- A. Brooks (Middlesex cricketer) (born c. 1800), English cricketer
- Aaron Brooks (disambiguation), several people
- Abraham Brooks (1852–1925), English cricketer
- Adam Brooks (disambiguation), several people
- Adrian Brooks (born 1957), English soccer player
- Ahmad Brooks (born 1984), American football linebacker
- Ahmad D. Brooks (born 1980), American football player and sports broadcaster
- Aimee Brooks (born 1974), American actress
- Albert Brooks (born 1947), American actor, comedian, and director
- Alden Brooks (1882–1964), American writer
- Alex Brooks (born 1976), American ice hockey player
- Alexandra Brooks (born 1995), English footballer
- Alfred Brooks (disambiguation), several people
- Alison Brooks (born 1962), Canadian architect
- Allan Brooks (1869–1946), Canadian ornithologist and bird artist
- Allette Brooks (fl. 1996–2001), American folk singer
- Allison Brooks (1917–2006), American aviator
- Alvin Brooks, American basketball coach
- Alvin Brooks III, American basketball coach
- Amanda Brooks (born 1981), American actress
- Amber Brooks (born 1991), American soccer player
- Ameal Brooks (1904–1971), American baseball player
- Andy Brooks, British Communist leader
- Angel Brooks, character on the Australian soap opera *Home and Away*

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 263**
Page 1 of 14

- Allison Brooks (1917–2006), American aviator
- Alvin Brooks, American basketball coach
- Alvin Brooks III, American basketball coach
- Amanda Brooks (born 1981), American actress
- Amber Brooks (born 1991), American soccer player
- Ameal Brooks (1904–1971), American baseball player
- Andy Brooks, British Communist leader
- Angel Brooks, character on the Australian soap opera *Home and Away*
- Angela Brooks, American architect, partner in Brooks + Scarpa
- Angelle Brooks (born 1967), American actress
- Angie Brooks (1928–2007), Liberian diplomat and jurist
- Annabel Brooks (born 1962), British actress
- Anne Brooks (born 1938), American physician and nun
- Anne Rose Brooks (born 1963), American actress
- Anthony Brooks (1922–2007), British undercover agent
- Anthony Michael Brooks (born 1993), American speedcuber
- Antoine Brooks (born 1997), American football player
- April Brooks, the real name of professional wrestler AJ Lee
- Archie Brooks, fictional character from the British soap opera *Emmerdale*
- Art Brooks, see Arthur Brooks (disambiguation)
- Arthur Brooks (disambiguation), several people
- Audrey Brooks (1933–2018), British botanist
- Avery Brooks (born 1948), American film/TV actor

## B [edit]

- Barney Brooks, American physician
- Barrett Brooks, American football player
- Barry Brooks (disambiguation), several people
- Beau Brooks, member of The Janoskians
- Ben Brooks, see Benjamin Brooks (disambiguation)
- Benjamin Brooks (disambiguation), several people
- Berry Boswell Brooks (1902–1976), American cotton broker and big-game hunter
- Bert Brooks (1920–1968), Canadian race car driver
- Beverley Brooks, stage name of British actress Pamela Harmsworth, Viscountess Rothermere
- Bill Brooks (disambiguation), several people
- Billy Brooks (born 1953), American football player
- Bob or Bobby Brooks, see Robert Brooks (disambiguation)
- Bonnie Brooks (born 1953), Canadian department store executive
- Bradley Brooks, darts player
- Brandon Brooks (disambiguation), several people
- Brendan Brooks (born 1978), Canadian ice hockey player
- Brittany Brooks (born 1985), American musician
- Bruce Brooks (born 1950), American author
- Bryant Butler Brooks, American politician
- Bubba Brooks (1922–2002), American saxophonist
- Bucky Brooks (born 1971), American sportswriter
- Bud Brooks, American football player
- Byron Alden Brooks, author of the 1893 novel *Earth Revisited*

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 264**

Page 2 of 14

- Brittany Brooks (born 1985), American musician
- Bruce Brooks (born 1950), American author
- Bryant Butler Brooks, American politician
- Bubba Brooks (1922–2002), American saxophonist
- Bucky Brooks (born 1971), American sportswriter
- Bud Brooks, American football player
- Byron Alden Brooks, author of the 1893 novel *Earth Revisited*

## C  [ edit ]

- Carlos Brooks, writer and director of the 2008 movie *Quid Pro Quo*
- Caroline Shawk Brooks (1840–1913), American sculptor
- Cat Brooks, American activist
- Cecil Brooks III, American jazz drummer
- Cecil Joslin Brooks (1875–1953), British metallurgical chemist and naturalist
- Cedric Brooks (1943–2013), Jamaican saxophonist and flautist
- Chandler McCuskey Brooks (1905–1989), American physiologist
- Charles Brooks (disambiguation), several people
- Charlie Brooks (born 1981), Welsh actress
- Charlie Brooks (racehorse trainer) (born 1963), British racehorse trainer
- Charlotte Brooks (1918–2014), American photojournalist
- Charmaine Brooks (born 1970), Canadian singer-songwriter
- Chase Brooks, American soccer player and coach
- Cherryl Brooks, fictional character from *Atlas Shrugged*
- Chet Brooks (born 1966), American football player
- Chris Brooks (disambiguation), several people
- Clifford Cleveland Brooks, American politician
- Cindy Brooks (model) (born 1951), American model and actress
- Cindy Brooks (rower) (born 1965), American rower
- Claire Brooks (1931–2008), British politician
- Cleanth Brooks (1906–1994), American literary critic
- Clifford Brooks (born 1949), American football player
- Clive Brooks (born 1949), English drummer
- Coby G. Brooks (born 1969), American businessman
- Colin Brooks (disambiguation), several people
- Collin Brooks (1893–1959), British journalist, writer and broadcaster
- Conrad Brooks (1931–2017), American actor
- Constance "Connie" Brooks (see *Our Miss Brooks*), fictional English language teacher
- Corey Brooks, American politician

## D  [ edit ]

- D. W. Brooks (1901–1969), American farmer and businessman
- Dallas Brooks, Australian general and politician
- Daniel Brooks, American clothier, one of the Brooks Brothers
- Daniel Brooks (born 1958), Canadian theatre director, actor and playwright
- Danny Brooks (born 1951), Canadian blues musician
- Darin Brooks, American actor
- Darren Brooks (born 1982), American professional basketball player

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 265**

Page 3 of 14

- D. W. Brooks (1901–1969), American farmer and businessman
- Dallas Brooks, Australian general and politician
- Daniel Brooks, American clothier, one of the Brooks Brothers
- Daniel Brooks (born 1958), Canadian theatre director, actor and playwright
- Danny Brooks (born 1951), Canadian blues musician
- Darin Brooks, American actor
- Darren Brooks (born 1982), American professional basketball player
- David Brooks (disambiguation), several people
- Dean Brooks (1916–2013), American physician and actor
- Deanna Brooks, American model
- Delray Brooks (born 1965), American basketball player and coach
- De'Mon Brooks, (born 1992), American basketball player
- Derreck Brooks (born 1994), American professional basketball player
- Derrick Brooks (born 1973), American professional football player
- Derrius Brooks (born 1988), American football player
- Desley Brooks, American politician
- Dianne Brooks (1939–2005), American jazz singer
- Dick or Dickie Brooks, see Richard Brooks (disambiguation)
- Dillon Brooks (born 1996), Canadian basketball player
- Dolores "LaLa" Brooks (born 1947), former member of girl group The Crystals
- Don Frank Brooks (1947–2000), American blues harmonica player
- Donald Brooks, American fashion designer
- Donnie Brooks (born 1936), American pop music singer
- Douglas Jackson Brooks (born 1956), American country music singer, known as Doug Stone
- Dudley Brooks (1913–1989), American jazz pianist
- Durant Brooks (born 1985), American football player
- Dustin Brooks, from *Power Rangers Ninja Storm*
- Dustin Brooks, from *Zoey 101*
- Duwayne Brooks (born 1974), English politician

## E [ edit ]

- Earl Brooks (1929–2010), American race car driver
- Earl Brooks, title character of the film *Mr. Brooks*
- Ed Brooks, see Edward Brooks (disambiguation)
- Edgar Brooks (born 1914), English rugby league footballer
- Edmund Wright Brooks (1834–1928), English Quaker philanthropist and cement maker
- Edward Brooks (disambiguation), several people
- Edwin Brooks (born 1929), British-Australian politician and academic
- Edwin B. Brooks (1868–1933), American politician
- Edwy Searles Brooks (1889–1965), British novelist
- Elbridge Streeter Brooks (1846–1902), American author, editor and critic
- Elisabeth Brooks (1951–1997), Canadian actress
- Elisha Brooks, American clothier, one of the Brooks Brothers
- Elizabeth Carter Brooks (1867–1951), American architect, educator and social activist
- Elkie Brooks (born 1945), British singer
- Ellen Brooks (born 1946), American photographer
- Elmore Brooks (1918–1963), American blues guitarist, better known as Elmore James
- Erastus Brooks (1815–1886), New York newspaper editor and politician

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 266**
Page 4 of 14

- Elbridge Streeter Brooks (1846–1902), American author, editor and critic
- Elisabeth Brooks (1951–1997), Canadian actress
- Elisha Brooks, American clothier, one of the Brooks Brothers
- Elizabeth Carter Brooks (1867–1951), American architect, educator and social activist
- Elkie Brooks (born 1945), British singer
- Ellen Brooks (born 1946), American photographer
- Elmore Brooks (1918–1963), American blues guitarist, better known as Elmore James
- Erastus Brooks (1815–1886), New York newspaper editor and politician
- Eric Brooks (disambiguation), several people
- Ernest Brooks (disambiguation), several people
- Errol Brooks (born 1951), Antiguan bishop
- Ethan Brooks (born 1972), American football player
- Eugene C. Brooks (1871–1947), American educator

## F [ edit ]

- Farmer Brooks, Canadian professional wrestler
- Foster Brooks, American comedian
- Francis Gerard Brooks (1924–2010), Northern Irish Roman Catholic bishop
- Francis K. Brooks (born 1943), American educator and politician
- Frank Brooks (disambiguation), several people
- Frank Leonard Brooks, Canadian artist
- Frankie Brooks, fictional character in the Australian soap opera *Home and Away*
- Franklin E. Brooks (1860–1916), American politician
- Frederick Brooks (disambiguation), also includes Fred and Freddie Brooks

## G [ edit ]

- Gabriel Brooks (1704–1741), English calligrapher
- Gabrielle Brooks (born 1990), English actress
- Gareth Brooks (born 1979), New Zealand field hockey player
- Garrison Brooks (born 1999), American basketball player
- Garth Brooks (born 1962), American country musician
- Gary Brooks (born 1980), Jamaican Association football player
- Gene Edward Brooks (1931–2004), American judge
- George Brooks (disambiguation), several people
- Georgia Brooks, fictional character from the soap opera *Neighbours*
- Gerald Brooks (1905–1974), Belizean bishop
- Geraldine Brooks (disambiguation), several people
- Glenn Brooks, Canadian politician
- Golden Brooks, American actress
- Gordon Brooks (disambiguation), several people
- Greg Brooks (disambiguation), several people
- Gregory Brooks, American poker player
- Guy Brooks, American fiddle player
- Gwendolyn Brooks, (1917–2000), award-winning African American woman poet

## H [ edit ]

- H. Allen Brooks (1925–2010), American architectural historian

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 267**

Page 5 of 14

- Greg Brooks (disambiguation), several people
- Gregory Brooks, American poker player
- Guy Brooks, American fiddle player
- Gwendolyn Brooks, (1917–2000), award-winning African American woman poet

## H [ edit ]

- H. Allen Brooks (1925–2010), American architectural historian
- H. H. Brooks, co-founder of the Herff-Brooks Corporation
- Hadda Brooks, American pianist
- Halbert W. Brooks (born 1985), American politician
- Hannibal Brooks, fictional character from the film of the same name
- Harold Brooks (disambiguation), several people
- Harriet Brooks, Canadian physicist
- Harry Brooks (disambiguation), several people
- Harvey Brooks (bassist), American bassist
- Harvey Brooks (physicist) (1915–2004), American physicist
- Harvey Oliver Brooks (1899–1968), American pianist and composer
- Hazel Brooks (1924–2002), American actress
- Helen Brooks, pseudonym of the British novelist Rita Bradshaw
- Hellen M. Brooks, American educator and politician
- Henderson Brooks, Indian general, co-author of the Henderson Brooks–Bhagat Report
- Henry Brooks (disambiguation), several people
- Herb Brooks, American ice hockey coach
- Hillery Brooks, American planter, for whom Brooks, Georgia, was named
- Holly Brooks (born 1982), American skier
- Holly Brooks, fictional character on the TV show *Malcolm & Eddie*
- Horace Brooks (1814–1894), American army officer
- Horatio G. Brooks, American rail engineer
- Hubert Brooks (1921–1984), Canadian air force officer and hockey player
- Hubie Brooks, American baseball player

## I [ edit ]

- Ian James Brooks (born 1928), New Zealand politician
- Irvin Brooks (1891–1966), American baseball player

## J [ edit ]

- J. Brooks (fl. 1892), English cricketer
- J. Stewart Brooks (1910–2000), Canadian politician
- J. Twing Brooks (1884–1956), U.S. congressman from Pennsylvania
- Jack Brooks (disambiguation), several people
- Jade Brooks, Canadian author and activist
- Jai Brooks, member of Australian group "The Janoskians"
- Jamal Brooks (born 1976), American football player
- James Brooks (disambiguation), several people
- Jamie Brooks (born 1983), English football player
- Janice Young Brooks, birth name of American mystery writer Jill Churchill
- Jason Brooks (disambiguation), several people

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 268**

Page 6 of 14

- Jade Brooks, Canadian author and activist
- Jai Brooks, member of Australian group "The Janoskians"
- Jamal Brooks (born 1976), American football player
- James Brooks (disambiguation), several people
- Jamie Brooks (born 1983), English football player
- Janice Young Brooks, birth name of American mystery writer Jill Churchill
- Jason Brooks (disambiguation), several people
- Javille Brooks (born 1984), Anguillan footballer
- Jay Brooks, fictional character from the movie *I'm Through with White Girls (The Inevitable Undoing of Jay Brooks)*
- JC Brooks, lead singer of JC Brooks & the Uptown Sound
- Jean Brooks, American actress
- Jeff Brooks (born 1989), American-Italian basketball player
- Jeffrey Brooks (born 1956), American composer
- Jehiel Brooks (1797–1886), American soldier and politician
- Jeremy Brooks (1926–1994), British writer
- Jerry Brooks (born 1967), American baseball player
- Jerry Brooks (born 1966), American actor and writer, known by the stage name J. B. Smoove
- Jess Lee Brooks (1894–1944), American actor
- Jessica Brooks (born 1981), English actress
- Jim or Jimmy Brooks, see James Brooks (disambiguation)
- Joanna Brooks, American author and professor
- Jody Brooks, American country music singer, better known as Jody Miller
- Joe Brooks, see Joseph Brooks (disambiguation)
- Joel Brooks (born 1949), American actor
- John Brooks (disambiguation), several people
- Johnny Brooks (born 1931), English footballer
- Jon Brooks (disambiguation), several people
- Jordyn Brooks (born 1997), American football player
- Joseph Brooks (disambiguation), several people
- Joshua Brooks (disambiguation), several people
- Josie Brooks, fictional character from the British soap opera *Brookside*
- Juanita Brooks, American writer
- Julia Evangeline Brooks (1882–1948), American educator
- Justin Brooks (born 1965), American attorney

## K  [ edit ]

- K. S. Brooks (born 1963), American writer and photographer
- Karen Brooks (born 1954), American country music singer
- Karen Brooks (author), Australian fantasy author
- Kate Brooks (born 1977), American photojournalist
- Kate Brooks (astronomer), Australian astronomer
- Katherine Brooks (born 1976), American film writer and director
- Kelly Shane Brooks (born 1974), American singer-songwriter and pastor, known by the stage name Shane Stockton
- Kendra Brooks, American politician
- Kennedy Brooks (born 1998), American football player
- Kevin Brooks (disambiguation), several people
- Kimberly Brooks (born 1968), American actress
- Kix Brooks (born 1955), American country musician from Brooks & Dunn

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 269**

Page 7 of 14

- Kate Brooks (astronomer), Australian astronomer
- Katherine Brooks (born 1976), American film writer and director
- Kelly Shane Brooks (born 1974), American singer-songwriter and pastor, known by the stage name Shane Stockton
- Kendra Brooks, American politician
- Kennedy Brooks (born 1998), American football player
- Kevin Brooks (disambiguation), several people
- Kimberly Brooks (born 1968), American actress
- Kix Brooks (born 1955), American country musician from Brooks & Dunn
- Koleen Brooks (born 1965), American politician and model
- Kristi Brooks, American science fiction author

## L  [ edit ]

- Lance Brooks (born 1984), American discus thrower
- Larry Brooks (disambiguation)
- Lawrence Brooks (fl. 1940s–1960s), American singer and actor
- Lawrence Brooks (born 1909), American veteran
- Lee Brooks (born 1983), American composer
- Lela Brooks (1908–1990), Canadian skater
- Leo Brooks (1947–2002), American football player
- Leo A. Brooks Jr. (born 1957), American general
- Leo A. Brooks Sr., American general
- Leslie Brooks (1922–2011), American actress
- Lexie Brooks, fictional character on the American soap opera *Days of Our Lives*
- Linton Brooks (born 1938), American diplomat
- Linus Brooks, early settler in Brooks, Oregon
- Lonnie Brooks (1933–2017), American blues musician
- Lorie Brooks, fictional character on the soap opera *The Young and the Restless*
- Louise Brooks (1906–1985), American actress and dancer
- Louise Cromwell Brooks (c. 1890–1965), American socialite
- Louise Susannah Brooks, fictional character from the British sitcom *Two Pints of Lager and a Packet of Crisps*
- Luke Brooks (born 1994), Australian rugby league footballer
- Luke Brooks (singer), member of the Australian group The Janoskians
- Lyall Brooks (born 1978), Australian actor
- Lydia Brooks (1818–1905), Labradorian diarist, better known by her married name, Lydia Campbell
- Lyman Brooks (1910–1984), American educator

## M  [ edit ]

- Macey Brooks (born 1975), American football player
- Malcolm Brooks (born 1930), Australian politician
- Mandy Brooks (1897–1976), American baseball player
- Maria Gowen Brooks, American poet
- Marion E. Brooks, American environmentalist, for whom Marion Brooks Natural Area was named
- Mark Brooks (disambiguation), several people
- Marshall Brooks, British sportsman
- MarShon Brooks (born 1989), American basketball player
- Martha Brooks (born 1944), Canadian writer
- Martin E. Brooks (born 1925), American actor
- Marva Jean Brooks, Muddy Waters's wife

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 270**

Page 8 of 14

- Maria Gowen Brooks, American poet
- Marion E. Brooks, American environmentalist, for whom Marion Brooks Natural Area was named
- Mark Brooks (disambiguation), several people
- Marshall Brooks, British sportsman
- MarShon Brooks (born 1989), American basketball player
- Martha Brooks (born 1944), Canadian writer
- Martin E. Brooks (born 1925), American actor
- Marva Jean Brooks, Muddy Waters's wife
- Mary Brooks (1907–2002), director of the U.S. Mint
- Matilda Moldenhauer Brooks (1888–1981), American botanist
- Maurice Brooks, American naturalist
- Max Brooks, American novelist
- McKenna Brooks, fictional character from *American Girl*
- Mehcad Brooks, American actor
- Mel Brooks (born 1926), American comic actor, writer, director, and theatrical producer
- Meredith Brooks (born 1958), American musician
- Merv Brooks (1919–2011), Australian rules football player
- Micah Brooks (1775–1857), American politician
- Michael Brooks (disambiguation), several people
- Michele Brooks, American politician
- Mike Brooks, see Michael Brooks (disambiguation)
- Milton Brooks (1901–1956), American photographer
- Mo Brooks (born 1954), American politician
- Morgan Brooks (1861–1947), American engineer

## N [ edit ]

- Nan Brooks, American illustrator
- Natalie Brooks, American school shooting victim
- Nate Brooks (1933–2020), American boxer, gold medalist at the 1952 Olympics
- Nate Brooks (American football) (born 1996), American football player
- Nathan Eugene Brooks (born 1933), American boxer
- Nathan C. Brooks, American educator
- Ned Brooks, American broadcaster
- Neil Brooks, Australian swimmer
- Nicole Paige Brooks, contestant on American reality TV show *RuPaul's Drag Race* (season 2)
- Nigel Brooks (born 1936), English composer
- Noah Brooks, American journalist
- Noel Edgell Brooks, Canadian railway engineer, for whom Brooks, Alberta, was named
- Nona L. Brooks (1861–1945), American minister
- Norman Brooks (disambiguation), several people

## O [ edit ]

- Oland J. Brooks, American financier, founder of Brooks Steam Motors
- Oliver Brooks, British soldier
- Oswald Brooks (born c. 1935), Jamaican trumpet player
- Overton Brooks, American politician

## P [ edit ]

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 271**

Page 9 of 14

## O [ edit ]

- Oland J. Brooks, American financier, founder of Brooks Steam Motors
- Oliver Brooks, British soldier
- Oswald Brooks (born c. 1935), Jamaican trumpet player
- Overton Brooks, American politician

## P [ edit ]

- Pamela Brooks (born 1966), British writer
- Pamela Brooks (born 1956), American composer and performer, known by the stage name Pamela Z
- Patricia Brooks (1937–1993), American opera singer
- Pattie Brooks, American singer
- Patty Brooks, fictional character in the American TV show *24*
- Paul Brooks (born 1959), British film producer
- Paul Brooks (author) (1909–1998), American nature writer and editor
- Paul Brooks (cricketer) (1921–1946), English cricketer
- Paula Brooks, fictional DC Comics supervillain
- Paula Brooks (politician) (born 1953), American politician
- Perry Brooks (1954–2010), American football player
- Peter Brooks (disambiguation), several people
- Philip Brooks (disambiguation), several people
- Phillips Brooks, American Episcopalian bishop and writer
- Phyllis Brooks (1915–1995), American actress and model
- Preston Brooks, American politician
- Priest Joseph Brooks (born 1972), American hip hop producer and rapper, known by the stage name Soopafly

## Q [ edit ]

- Quincy Brooks IV (born 1977), American rapper, known by the stage name San Quinn

## R [ edit ]

- R. L. Brooks, American singer-guitarist in the band Flee the Seen
- R. Leonard Brooks, British mathematician
- Ralph D. Brooks, Colorado School of Mines benefactor, for whom Brooks Field was named
- Ralph G. Brooks, American politician
- Ramy Brooks, American dog racer
- Rand Brooks (1918–2003), American actor
- Randy Brooks (disambiguation), several people
- Ray Brooks (disambiguation), several people
- Rayshard Brooks, African American fatally shot by police in Atlanta
- Rebekah Brooks, British journalist
- Reggie Brooks (born 1971), American football player
- Reva Brooks (1913–2004), Canadian photographer
- Rich Brooks, see Richard Brooks (disambiguation)
- Richard Brooks (disambiguation), several people
- Rob Brooks, American ice hockey team owner
- Robert Brooks (disambiguation), several people
- Robin Brooks (disambiguation), several people
- Rodney Brooks (born 1954), director of the MIT Computer Science and Artificial Intelligence Laboratory

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 272**

Page 10 of 14

- Reggie Brooks (born 1971), American football player
- Reva Brooks (1913–2004), Canadian photographer
- Rich Brooks, see Richard Brooks (disambiguation)
- Richard Brooks (disambiguation), several people
- Rob Brooks, American ice hockey team owner
- Robert Brooks (disambiguation), several people
- Robin Brooks (disambiguation), several people
- Rodney Brooks (born 1954), director of the MIT Computer Science and Artificial Intelligence Laboratory
- Rodregis Brooks (born 1978), American football player
- Romaine Brooks, American painter
- Ron Brooks (born 1988), American football player
- Ron Brooks, American rapper, known by the stage name Money-B
- Ronnie Brooks (Law & Order: UK), fictional character from Law & Order: UK
- Ronnie Baker Brooks (born 1967), American blues guitarist
- Rory and Elizabeth Brooks, British philanthropists after whom the Brooks World Poverty Institute was named
- Rosa Brooks, American law professor
- Ross Brooks (born 1937), Canadian ice hockey player
- Roy Brooks (1938–2005), American jazz drummer
- Ruby Brooks (1861–1906), American banjoist
- Rusty Brooks (born 1958), American professional wrestler
- Ryan Brooks (born 1988) American basketball player

## S [ edit ]

- Sacha Brooks, British DJ
- Samuel Brooks (disambiguation), including Sam and Sammy, several people
- Scott Brooks (born 1965), American basketball player
- Scott Martin Brooks (born 1972), American actor
- Shanon Brooks, American university president
- Shamarh Brooks (born 1988), Barbadian cricketer
- Shauna Brooks (actress), American actress and artist
- Sheila Brooks, American journalist
- Shelton Brooks (1886–1975), American popular music composer
- Shepher Brooks, owner of the Shepherd Brooks Estate
- Sheri-Ann Brooks (born 1983), Jamaican sprinter
- Shirley Brooks (1816–1874), English journalist and novelist
- Shirley Brooks, plaintiff/appellee in Flagg Brothers, Inc. v. Brooks
- Sidney Johnson Brooks Jr. (died 1917), American aviator for whom Brooks Air Force Base was named
- Simon Brooks (disambiguation), several people
- Siobhan Brooks (born 1972), American sociologist and activist
- Stacy Brooks (born 1952), public critic of the Church of Scientology
- Stan Brooks (radio broadcaster) (1927–2013), American radio broadcaster
- Stanley Brooks, American film and television producer
- Stella Brooks (1910–2002), American jazz vocalist
- Stennett H. Brooks (died 2004), American pastor
- Stephen Brooks (disambiguation), several people
- Steve Brooks, see Stephen Brooks (disambiguation)
- Stratton D. Brooks (1870–1949), American educator
- Stuart M. Brooks (born 1936), American pulmonary doctor

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

Exhibit 12
Page 273

Page 11 of 14

- Stan Brooks (radio broadcaster) (1927–2013), American radio broadcaster
- Stanley Brooks, American film and television producer
- Stella Brooks (1910–2002), American jazz vocalist
- Stennett H. Brooks (died 2004), American pastor
- Stephen Brooks (disambiguation), several people
- Steve Brooks, see Stephen Brooks (disambiguation)
- Stratton D. Brooks (1870–1949), American educator
- Stuart M. Brooks (born 1936), American pulmonary doctor
- Sue Brooks (born 1953), Australian film director and producer
- Susan Brooks (born 1960), American politician
- Susan Brooks, plaintiff in *Brooks v. Canada Safeway Ltd.*
- Sydney Brooks (1872–1937), British author and critic
- Sylvia Brooks, American jazz musician

## T [ edit ]

- Tamara Brooks (1941–2012), American choral conductor
- Ted Brooks (1898–1960), English cricketer
- Terrance Brooks (1963–2011), American football player and coach
- Terrence Brooks (born 1991), American football player
- Terron Brooks, American singer and actor
- Terry Brooks (born 1944), American author
- Terry Brooks (basketball), American basketball player
- Theodore Marley Brooks, fictional character from *Doc Savage*
- Thomas Brooks (disambiguation), several people
- Tia Brooks (born 1990), American shot putter
- Tiffany Brooks, American baseball player
- Tim Brooks (disambiguation), several people
- Timothy L. Brooks (born 1964), American attorney
- Tina Brooks, American jazz saxophonist
- Tom or Tommy Brooks, see Thomas Brooks (disambiguation)
- Tony Brooks (racing driver), British racing driver
- Tony Brooks (American football) (born 1969), American football player
- Tracey Brooks, American politician
- Traci Brooks, Canadian professional wrestler
- Travis Brooks, Australian field hockey player
- Trevor Brooks (born 1975), British alleged terrorist, also known as Abu Izzadeen

## V [ edit ]

- Van Wyck Brooks, American writer
- Vaushaun Brooks (born 1980), American hip hop record producer, known by the stage name Maestro
- Vic Brooks (born 1948), English cricketer
- Victor Brooks (actor) (1918–2000), English actor
- Victor Brooks (athlete) (born 1941), Jamaican long jumper
- Vincent Brooks (disambiguation), several people

## W [ edit ]

- Wallis Brooks, American politician
- Walter Brooks (organist) (1837–1902), English organist

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 274**

Page 12 of 14

- Vic Brooks (born 1948), English cricketer
- Victor Brooks (actor) (1918–2000), English actor
- Victor Brooks (athlete) (born 1941), Jamaican long jumper
- Vincent Brooks (disambiguation), several people

## W  [ edit ]

- Wallis Brooks, American politician
- Walter Brooks (organist) (1837–1902), English organist
- Walter Brooks (cricketer) (1884–1965), English cricketer and British Army officer
- Walter R. Brooks, American children's writer
- Wayne Baker Brooks, American blues musician
- Wiley Brooks, founder of the Breatharian Institute of America
- Wilks Brooks, owner of the Wilks Brooks House
- Will Brooks (born 1986), American mixed martial artist
- William Brooks (disambiguation), several people
- Wyndham Brooks, pen name of American horror author Wayne Robbins

## Z  [ edit ]

- Zoey Brooks, title character of the American TV show *Zoey 101*

## Compound surnames  [ edit ]

- Harold Brooks-Baker, American journalist
- Ruth Brooks Flippen (1921–1981), American screenwriter
- Reginald Brooks-King (1861–1938), Welsh archer
- Corrin Brooks-Meade (born 1988), English footballer
- Emmerson Brooks-Meade (born 1983), Anguillan footballer
- Renel Brooks-Moon (born 1958), American public address announcer
- Ellenese Brooks-Simms, Louisiana school official
- John Brooks Close-Brooks (1850–1914), English banker and amateur rower, who competed as John Brooks Close
- Caroline St John-Brooks, British journalist and academic
- Birnie Stephenson-Brooks, Guayanese judge

## See also  [ edit ]

- Brooks baronets
- Brooks–McFarland Feud
- Brooks (disambiguation)
- Brook (surname)
- Brooke (surname)
- Brookes (disambiguation)

## References  [ edit ]

1. ^ Brooks Family Crest and History
2. ^ *a b c Origin and History of the Name of Brooks: With Biographies of All the Most Noted Persons of that Name* (PDF). The Crescent Family Record. Chicago, Illinois (United States): American Publishers' Association. 1905 [1905]. Retrieved 2008-01-10. "The name of Brooks is said to have derived from residence near a stream."
3. ^ Harper, Douglas (November 2001). "brook". *Online Etymology Dictionary*. Retrieved 2007-01-10.
4. ^ "brook". *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1989 ed.). New York: Portland House. 1989. p. 189. ISBN 0-517-68781-X.

Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 275**

Page 13 of 14

- Zoey Brooks, title character of the American TV show *Zoey 101*

## Compound surnames [ edit ]

- Harold Brooks-Baker, American journalist
- Ruth Brooks Flippen (1921–1981), American screenwriter
- Reginald Brooks-King (1861–1938), Welsh archer
- Corrin Brooks-Meade (born 1988), English footballer
- Emmerson Brooks-Meade (born 1983), Anguillan footballer
- Renel Brooks-Moon (born 1958), American public address announcer
- Ellenese Brooks-Simms, Louisiana school official
- John Brooks Close-Brooks (1850–1914), English banker and amateur rower, who competed as John Brooks Close
- Caroline St John-Brooks, British journalist and academic
- Birnie Stephenson-Brooks, Guayanese judge

## See also [ edit ]

- Brooks baronets
- Brooks–McFarland Feud
- Brooks (disambiguation)
- Brook (surname)
- Brooke (surname)
- Brookes (disambiguation)

## References [ edit ]

1. ^ Brooks Family Crest and History
2. ^ *a* *b* *c* *Origin and History of the Name of Brooks: With Biographies of All the Most Noted Persons of that Name* (PDF). The Crescent Family Record. Chicago, Illinois (United States): American Publishers' Association. 1905 [1905]. Retrieved 2008-01-10. "The name of Brooks is said to have derived from residence near a stream."
3. ^ Harper, Douglas (November 2001). "brook". *Online Etymology Dictionary*. Retrieved 2007-01-10.
4. ^ "brook". *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1989 ed.). New York: Portland House. 1989. p. 189. ISBN 0-517-68781-X.
5. ^ Michael C. O'Laughlin (2002). *The Book of Irish Families, Great & Small*. ISBN 9780940134096.



*This page lists people with the surname Brooks.*

*If an internal link intending to refer to a specific person led you to this page, you may wish to change that link by adding the person's given name(s) to the link.*

| Authority control 🖉 | | [hide] |
|---|---|---|
| **National libraries** | United States | |
| **Other** | Faceted Application of Subject Terminology | |

Categories: Surnames | English-language surnames | Surnames of English origin

This page was last edited on 28 December 2021, at 07:51 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Mobile view   Developers   Statistics   Cookie statement




Document title: Brooks (surname) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Brooks_(surname)
Capture timestamp (UTC): Thu, 13 Jan 2022 00:32:32 GMT

**Exhibit 12**
**Page 276**

Page 14 of 14

# EXHIBIT 13

Exhibit 13
Page 277



Document title:          Call of Duty®: Infinite Warfare

Capture URL:             https://www.activision.com/games/call-of-duty/call-of-duty-infinite-warfare

Page loaded at (UTC):    Tue, 01 Feb 2022 19:36:10 GMT

Capture timestamp (UTC): Tue, 01 Feb 2022 19:36:57 GMT

Capture tool:            v7.13.2

Collection server IP:    3.90.170.83

Browser engine:          Chrome/77.0.3865.120

Operating system:        Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:              3

Capture ID:              e930311b-a665-4fe8-b203-ccb83612f599

User:                    msk-general



# CALL OF DUTY
## INFINITE WARFARE

**SUPPORT**    **VISIT SITE**

RATED M
Blood and Gore
Drug Reference
Intense Violence
Strong Language

## Enter your date of birth

| MM | DD | YYYY |

**SUBMIT**

← • ○ ○ ○ →

🎮 **Platforms**    XBOX One, PlayStation 4, PC

📅 **Release Date**    November 04, 2016

🎮 **Genre**    First Person Shooter

🏢 **Studio**    Infinity Ward

⭐ **Rating**    Mature

## EXPERIENCE THE FUTURE OF WARFARE

Call of Duty®: Infinite Warfare returns to the roots of the franchise where large-scale war and cinematic, immersive military storytelling take center stage. Prepare for a gripping war story in which players fight against the Settlement Defense Front to defend our very way of life.

Call of Duty®: Infinite Warfare delivers something for every Call of Duty fan with three unique game modes:

- **Campaign:** Return to the gritty, large-scale war roots of the franchise, while boldly looking ahead.

- **Multiplayer:** Delivers the future of warfare, with many new gameplay innovations.

- **Zombies:** A wild ride through a new storyline with unique gameplay features and mechanics.

DLC1: SABOTAGE AVAILABLE NOW ON PS4

- **Sabotage,** the first DLC pack for Call of Duty®: Infinite Warfare, includes the next terrifying Zombies installment: Rave in the Redwoods plus four unique multiplayer environments. Play

Document title: Call of Duty®: Infinite Warfare
Capture URL: https://www.activision.com/games/call-of-duty/call-of-duty-infinite-warfare
Capture timestamp (UTC): Tue, 01 Feb 2022 19:36:57 GMT

Exhibit 13
Page 279

Page 1 of 2



# Enter your date of birth

MM  DD  YYYY

**SUBMIT**

## Platforms
XBOX One, PlayStation 4, PC

## Release Date
November 04, 2016

## Genre
First Person Shooter

## Studio
Infinity Ward

## Rating
Mature

## EXPERIENCE THE FUTURE OF WARFARE

Call of Duty®: Infinite Warfare returns to the roots of the franchise where large-scale war and cinematic, immersive military storytelling take center stage. Prepare for a gripping war story in which players fight against the Settlement Defense Front to defend our very way of life.

Call of Duty®: Infinite Warfare delivers something for every Call of Duty fan with three unique game modes:

- **Campaign:** Return to the gritty, large-scale war roots of the franchise, while boldly looking ahead.

- **Multiplayer:** Delivers the future of warfare, with many new gameplay innovations.

- **Zombies:** A wild ride through a new storyline with unique gameplay features and mechanics.

DLC1: SABOTAGE AVAILABLE NOW ON PS4

- **Sabotage,** the first DLC pack for Call of Duty®: Infinite Warfare, includes the next terrifying Zombies installment: Rave in the Redwoods plus four unique multiplayer environments. Play DLC map packs 30 days early on PS4.

*© 2020 Activision Publishing, Inc. ACTIVISION, CALL OF DUTY, CALL OF DUTY ADVANCED WARFARE, CALL OF DUTY MODERN WARFARE, and CALL OF DUTY INFINITE WARFARE are trademarks of Activision Publishing, Inc.*

**BACK TO GAMES**

## FOLLOW US

## POPULAR GAMES
Call of Duty
Tony Hawk Pro Skater
Crash Bandicoot
Spyro
Sekiro

## COMPANY
Press
Research
Activision Blizzard
Contact Us

## LEGAL
Terms of Use
Privacy Policy
Cookie Policy
Cookie Settings
Online Safety
Applicant Privacy Policy

Back to Top

# ACTIVISION.
Copyright 2021 Activision Publishing, Inc.

Document title: Call of Duty®: Infinite Warfare
Capture URL: https://www.activision.com/games/call-of-duty/call-of-duty-infinite-warfare
Capture timestamp (UTC): Tue, 01 Feb 2022 19:36:57 GMT

**Exhibit 13**
**Page 280**

Page 2 of 2

# EXHIBIT 14

Exhibit 14
Page 281



| Document title: | Category:Video games set on Mars - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/Category:Video_games_set_on_Mars |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:32:54 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:33:12 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 4aa4a6c5-de42-4e49-a8f7-ccde5a625a8e |
| User: | msk-general |

Category | Talk

Read  Edit  View history

Search Wikipedia



**WIKIPEDIA**
The Free Encyclopedia

# Category:Video games set on Mars

❓ Help

From Wikipedia, the free encyclopedia

This is a category for any video game where the player controls actions taking place, at least partially, on Mars. The action must take place on the surface Mars itself, not simply in orbit above Mars. This includes any alternate universe Mars, such as after terraforming, or on a seemingly fantasical Mars, as long as it is in relation to Earth.

## Subcategories

This category has the following 3 subcategories, out of 3 total.

**D**

▶ Doom (franchise) (5 C, 39 P)

**R**

▶ Red Faction (5 P)

**Z**

▶ Zone of the Enders (2 C, 1 P)

## Pages in category "Video games set on Mars"

The following 61 pages are in this category, out of 61 total. This list may not reflect recent changes (learn more).

**B**

- Battlezone (1998 video game)
- Big Red Racing
- Blue Mars (video game)
- Border Down

**C**

- Californium (video game)
- Call of Duty: Infinite Warfare
- Chaser (video game)
- Commander Keen in Invasion of the Vorticons
- Cruis'n Exotica

**D**

- Daffy Duck: The Marvin Missions
- Dark Colony
- Descent (1995 video game)
- Destiny (video game)
- Destiny 2 post-release content
- Destiny post-release content
- Destiny: The Taken King
- Doom (1993 video game)

- Mars Matrix
- Mars Rising
- Mars Saga
- Mars: War Logs
- Martian Gothic: Unification
- Martian Memorandum
- Mass Effect 3
- Millennium 2.2
- Monuments of Mars

**O**

- Offworld Trading Company

**P**

- Planet Laika

**R**

- Red Faction (video game)
- Red Faction II
- Red Faction: Armageddon
- Red Faction: Guerrilla
- RTX Red Rock

**S**

### Sidebar

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

**Contribute**

Help
Learn to edit
Community portal
Recent changes
Upload file

**Tools**

What links here
Related changes
Special pages
Permanent link
Page information
Wikidata item

**Print/export**

Download as PDF
Printable version

**Languages**

العربية
Español
Français
한국어
Português
Русский
中文

  4 more

✎ Edit links

Document title: Category:Video games set on Mars - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Category:Video_games_set_on_Mars
Capture timestamp (UTC): Thu, 13 Jan 2022 00:33:12 GMT

**Exhibit 14**
**Page 283**

Page 1 of 2

- Californium (video game)
- Call of Duty: Infinite Warfare
- Chaser (video game)
- Commander Keen in Invasion of the Vorticons
- Cruis'n Exotica

### D

- Daffy Duck: The Marvin Missions
- Dark Colony
- Descent (1995 video game)
- Destiny (video game)
- Destiny 2 post-release content
- Destiny post-release content
- Destiny: The Taken King
- Doom (1993 video game)
- Doom (2016 video game)
- Doom (franchise)
- Doom 3
- Doom 3: BFG Edition
- Doom 3: Resurrection of Evil
- Doom Eternal
- Doom Resurrection
- Doom RPG

### E

- E.V.O.: Search for Eden

### F

- Far Cry 5

### H

- Haegemonia: Legions of Iron

### J

- Jamestown: Legend of the Lost Colony
- The Journeyman Project (video game)
- The Journeyman Project: Pegasus Prime
- Justice League Heroes

### M

- Millennium 2.2
- Monuments of Mars

### O

- Offworld Trading Company

### P

- Planet Laika

### R

- Red Faction (video game)
- Red Faction II
- Red Faction: Armageddon
- Red Faction: Guerrilla
- RTX Red Rock

### S

- Stalin vs. Martians
- Starsiege
- Super Motherload
- Surviving Mars

### T

- Take On Mars
- The Technomancer
- Tharsis (video game)

### U

- UFO: Afterlight
- Ultima: Worlds of Adventure 2: Martian Dreams

### V

- Virtuoso (video game)

### W

- Waking Mars
- Wipeout (video game)

### Z

- Zak McKracken and the Alien Mindbenders

Categories: Fiction set on Mars | Video games set in outer space

This page was last edited on 4 May 2021, at 17:40 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy  About Wikipedia  Disclaimers  Contact Wikipedia  Mobile view  Developers  Statistics  Cookie statement



Document title: Category:Video games set on Mars - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Category:Video_games_set_on_Mars
Capture timestamp (UTC): Thu, 13 Jan 2022 00:33:12 GMT

**Exhibit 14**
**Page 284**

Page 2 of 2

# EXHIBIT 15

Exhibit 15
Page 285



| Document title: | Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain |
| --- | --- |
| Capture URL: | https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:33:35 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:35:14 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 14 |
| Capture ID: | aa23845e-9cc1-4ff2-b653-1cd70449704d |
| User: | msk-general |

PDF REFERENCE #:          aU92yoLiuoSRAT3M4yC98T

**Exhibit 15**
**Page 286**


# GAME WITH YOUR BRAIN

HOME    GAME DESIGN    REVIEWS    COMPANY

## Shopping for the Apocalypse: Malls in Video Games, Then and Now

*December 21, 2018   / Rachel Presser*





Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 287**

Page 1 of 13




With the holiday shopping season in full swing as Christmas looms just two weeks away, this seems like a good time to reflect on consumer behavior and culture and what these things have to say about us and society. And of course, the role and context that shopping and malls in particular have within video games.

In many parts of America, once-illustrious corporate retail behemoths slouched then crumbled due to economic and cultural shifts, with one anchor store after another closing like a snake shedding its old skin. Tens of thousands of square feet lay barren with VR arcades providing a little revitalization, but the former zeniths of consumerism are being turned into everything from data centers to new high schools, and even senior housing if they're not demolished.

| f | y | 🖶 | ✉ | + |

Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 288**

Page 2 of 13

square feet lay barren with VR arcades providing a little revitalization, but the former zeniths of consumerism  turned into everything from data centers to new high schools, and even senior housing if they're not demolished.

To get TOTALLY meta on your ass in a piece about malls in games, this also seems like a good time to mention Bloomberg even commissioned a short game just this year about the mallpocalypse.

But in other parts of the country and world, the constant bleating from newspapers and magazines about malls coughing out their dying breaths seem ludicrous. The first suburban-style indoor mall in the Bronx only opened in 2014, and it continues to grow and get more visitors every year. It's impossible to get an outbound bus from that side of Co-Op City that doesn't resemble a sardine can regardless of what time of day it is. Mall of America is still the largest mall in the nation that gets 40 million visitors every year with one-third traveling over 150 miles to get there. These mammoth spaces don't seem starved for cash or foot traffic.

How does this translate from games of olde to today?

# Prominent Portrayals of Malls in Games

Given that I was raised on adventure games, the Galaxy Galleria in Space Quest IV is the most prolific memory I have of going to a mall in a game. Say what you will about how easy it was to die in the zero-gravity skating part of the game, this entire segment perfectly encapsulated the aesthetic of how we all thought the future was going to look in 1990.



    

Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 289**

Page 3 of 13





30-something me still wants every single outfit in this room, and to go to a store and/or nightclub that looks just like this.

Space Quest IV was a brilliant kitchen sink of sci-fi tropes and intergalactic adventures and translated these elements to a mall beautifully. The mall looked sizable but not cavernous from outer space, and the breadth of the areas you actually got to enter and interact with didn't fill me with that "I wish I could go to this place and interact with it!" feeling I'd usually get playing other Sierra adventures. To the younger players, it also felt pretty emblematic of being dragged to real-life malls with our parents: you're wandering around with no pants and no money. You've got your standard collection of stores and you can't leave the mall or else the Sequel Police would kill you on sight, but to my eight-year-old brain this read as "Roger died because he can't shop." Much older me says "Woah, Roger Wilco was pretty anti-capitalist. Why wouldn't he be after all he goes through over several games?!"

The Galaxy Galleria stands out the most to me personally, along with a lesser-known edutainment title called Math Shop where you serve customers with the power of arithmetic in a mini-mall setting. But those are far from the only games well-known and obscure that contain malls where you use them for what's mostly their intended purpose: to shop and browse goods or in the case of Math Shop, to work at those stores.



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 290**

Page 4 of 13

games well-known and obscure that contain malls where you use them for what's mostly their intended purpose, shop and browse goods or in the case of Math Shop, to work at those stores.

Exploration and having a large space to work with is usually why a mall factors into a game's design, with Vice City, Left Behind, and Dead Rising coming to mind which serve as a stark contrast to the now seemingly ironically-named Galaxy Galleria. If these game malls aren't gaping in size, they're these scary post-apocalyptic settings that more or less fit in with mall management companies' constant bemoaning in business news outlets. Night in the Woods also has a short sequence with the Fort Lucenne Mall that more or less fits this modern expectation where the characters comment that it looks like a ghost town because people are mostly buying online now.

While this whole "malls as a Mad Max setting" seems to be expected nowadays while older games showed malls as lively or just serving their intended purpose, it actually runs a little deeper than that. Some games that were quite ahead of their time. Did you know that long before vaporwave memes lampooned empty consumerist platitudes of the 80s and 90s then news outlets frothed at the mouth about malls falling face-first into their own gaudy fountains, Ubisoft's Zombi had humble beginnings as a Dawn of the Dead-inspired action adventure in this totally desolate and zombie-infested mall?



 The horror aesthetics aside where some element of desolation is expected, keep in mind that this game came out when mall culture was flowing into its peak. You had to go to a mall or free-standing shop if you wanted to buy anything, mail ordering wasn't ubiquitous like Amazon and small businesses powered by Shopify and sundry. Even if you wanted to buy games, you were feeding those arcade machines quarters at the mall or some semblance of one like



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

Exhibit 15
Page 291

Page 5 of 13

when mall culture was flowing into its peak. You had to go to a mall or free-standing shop if you wanted to buy anything, mail ordering wasn't ubiquitous like Amazon and small businesses powered by Shopify and sundry. Even if you wanted to buy games, you were feeding those arcade machines quarters at the mall or some semblance of one like a parking meter long before words like "microtransaction" and "freemium" would muddy up linguistics. Or if you weren't picking up the latest AAA thrillers from big box stores like Walmart, you had to walk into your local Egghead, Babbage's, CompUSA, or Electronics Boutique which relied heavily on foot traffic from malls.

It's interesting that of all the places zombies could've infested, the devs chose a mall. Zombi came out in 1986 around the time Reagan passed a massive tax overhaul similarly egregious to the 2018 tax reform with respect to it being this massive giveaway to the wealthy, a year before the infamous "greed is good" mantra was taken to heart after hearing it repeated by Gordon Gekko in Wall Street. It was a fractured time when one group of people had an admirable amount of disposable income and blowing it at malls while others were turning to thrift chic because they were broke, and junk bonds were the equivalent of Bitcoin.

What the hell does all that have to do with using a mall in a video game? Well, it's because mall culture and games culture have this strange duality and games totally serve as a window into that culture.

## Mall Culture Then and Now

Let's go hop into the Sequel Police's time travel pod and go back to the 90s. Specifically, to girl games of the 90s.

Sierra games and Saturday morning cartoons were what I lived for every weekend and "girl games" were very slowly and awkwardly being introduced to computers and consoles alike at the time. While I don't remember seeing computer games I played on TV, I do recall nonstop commercials for these board games that blatantly perpetuated gender stereotypes and encouraged materialism in young girls. I make that statement with one-third with nostalgic fondness for those saccharine neon pink game toys and game pieces, one-third with my eyebrow raised as an adult who lived through the Great Recession, and one-third fascinated as a game designer.



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 292**
Page 6 of 13



This is just begging to be made into bad vaporwave art.

Buzzfeed already did a lengthy takedown of Mall Madness and other shamelessly gendered board games targeted at girls from the same era, and felt it was worth pointing out that this game likely contributed to further confusion concerning money management since you used both credit cards and cash to advance. But it's worth pointing out this game and how it relates to these portrayals of malls in computer and video games that were still seen as a boys' town so you had to inject a shopping mechanic to make it appeal to girls if you weren't going to pinkwash the entire goddman thing.

Ironically enough both in real life and other media, going to the mall was seen as this very gendered thing: it was where every girl was expected to want to spend her free time. It was hurled as a pejorative frequently, like "I know Becky would rather be at the mall than studying for this test." Simultaneously though, malls also served as a major social outlet in suburban areas that didn't have anywhere else for young people to go. Despite the negative connotation from coding mall-going as female, mall managers and store owners saw their cash drawers steadily stuff and wanted to build on them as aspirational and social destinations. Malls became the places to be if you wanted to be seen or just drop all your money, and it's no shock that a board game encouraging spending both dead presidents and plastic came out around this time. The economy was good (for some, at least) and it was all spend, spend, spend baby.

Contrast this to today where despite malls having booming growth in some areas like the northeast Bronx and east Asia, saying that you're going to the mall doesn't carry weight like it did twenty-some years ago. People of all ages are

    

Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 293**

Page 7 of 13



Contrast this to today where despite malls having booming growth in some areas like the northeast Bronx and east Asia, saying that you're going to the mall doesn't carry weight like it did twenty-some years ago. People of all ages are looking for different kinds of social spaces that aren't necessarily predicated on consumerism. Bragging about expensive things you bought is done on Instagram or unboxing videos. Malls are dying in some areas but others have thrived by providing attractions and experiences that a few clicks on Amazon can't offer. Samir Khan of SIR VR came on the Game with Your Brain podcast to discuss the success that VR developers and malls alike have had with using incredibly large spaces to create VR experiences people can't replicate at home.

Zombi was a notable exception for showing a mall as this desolate place when spending time at the mall was seen as aspirational. A simple homage to George Romero or a bold statement on what constantly encouraging people to brainlessly spend would result in? I'll let you decide that.

## Malls as a Game Mechanic

Malls simply make sense from a game design standpoint in that you don't have to create a ton of assets to represent a large environment or the player character entering this colossal area. Having to create only one game room with a couple clickable hotspots, or maybe three or four rooms with small arrays and not having to create gigabytes of bespoke assets? Oh god, yes. You can also go the opposite direction and use a mall as this enormous open world and a way to people-watch not much unlike real life.

I was dragged to my mother's monthly pilgrimages to Franklin Mills, now Philadelphia Mills, throughout the early and mid 90s and the leviathan space was laterally laid out opposed to the isometric view with multiple floors I'd seen in most other malls. Apparently, it was supposed to be lightning bolt shaped in honor of the infamous electricity experiment. I not only wished that the place had conveyor belt floors like in Space Quest IV, but realized that the lateral layout made it seem so much bigger than an isometric view built on height.

There were different color segments like green, red, and orange instead of floors and each one had distinctly different flooring and decor. To my overactive childhood imagination that was bored to tears on shopping trips, it felt like exploring different parts of an adventure game.

Revisiting those memories made me realize it's not much different than applying horizontalism in a game narrative, where you're telling essentially the same story through different characters or paths, and it adds a different type of depth than simply making it longer with more content.



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 294**

Page 8 of 13

 


It was Ben Franklin themed complete with this creepy animatronic hanging head in the dead center of the mall, but the entrances were pretty cool. The red one had a Liberty Bell. Totally added to the adventure game element.

Malls in games can center around exploration, a place to just buy supplies, where the characters socialize-- the sky's the limit. They can be areas you visit just once or function as an entire map of places to go where it's a significant backdrop to the game or merely a place to get that one item or mission.

It's still curious to me that two of the most profound examples from malls' heyday are this bright pink board game employing a zenith of fiscal irresponsibility to advance and this seedy, abandoned maze full of zombies. No matter your shopping preferences and economic leanings, mall culture and the way it's seen and works around games has definitely been a fascinating observation throughout the decades.



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

Exhibit 15
Page 295

Page 9 of 13

shopping preferences and economic leanings, mall culture and the way it's seen and works around games has  definitely been a fascinating observation throughout the decades.

Shopping for the Apocalypse: Malls in Video Games, Then and Now

In Retrospectives, Editorial, Opinion    Tags Malls

← Bizarre Dating Sims and the Incoming Flux State    Game With Your Brain's Holiday Gift Guide 2018 Edition →

ALSO ON **GAME WITH YOUR BRAIN**



**Gameplay Time: When Players Exploit Your …**

5 years ago · 1 comment

Players take shortcuts, sometimes in ways that break the intended …



**Oculus Quest: A Review — Game …**

2 years ago · 1 comment

Oculus Quest is here with great new games just in time for the holiday, …



**Why is Halo 5 multiplayer still so …**

5 years ago · 1 comment

Jump into Halo 5: Guardians today, and you'll find the multiplayer servers are …



**Interview: Owlcat Games discusses …**

5 years ago · 4 comments

We interviewed the team at Owlcat Games about their upcoming release,  …

## What do you think?
### 0 Responses


Upvote


Funny


Love


Surprised


Angry


Sad



**Game With Your Brain Comment Policy**

We welcome relevant and respectful comments. Off-topic comments may be removed.

**0 Comments**    **Game With Your Brain**    🔒 Disqus' Privacy Policy    1 Login ⌄

♡ Favorite    🐦 Tweet    f Share    Sort by Best ⌄

Start the discussion…

LOG IN WITH    OR SIGN UP WITH DISQUS ⑦

    

Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 296**

Page 10 of 13



Start the discussion…

Follow

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

Subscribe    Add Disqus to your site    Do Not Sell My Data

DISQUS

Search

Would you like to provide feedback? *

SUBMIT



## Oculus Quest: A Review

Oculus Quest is here with great new games just in time for the holiday, check out our review and what we think about the games available today on Oculus Quest.

Jan 17, 2020



## The BEST CS:GO Maps

Counter-Strike has long been famous for Dust and Dust2, but what about the other maps?

Aug 21, 2019



## Bizarre Dating Sims and the Incoming Flux State



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

Exhibit 15
Page 297

Page 11 of 13

Follow 



## Bizarre Dating Sims and the Incoming Flux State

They're everything from hilarious to disturbing depending on the context. But seeing how a game like *Dream Daddy* really went over, it's obvious that players are hungry for more than well-written dialog and relationship-building.

Mar 13, 2019

Archive

Tags

FPS Nintendo Game Design 2017 Ubisoft Platformer RPG Indie Games Adventure What's All the Fuss About

🔊 Blog RSS

## Game With Your Brain

**Site Links**

Home

**Site Disclosures**

Privacy Policy



Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 298**

Page 12 of 13

   
Archive 

Tags

# FPS Nintendo Game Design 2017 Ubisoft Platformer RPG Indie Games Adventure What's All the Fuss About

🔊 Blog RSS

---

**Game With Your Brain**

**Site Links**

Home

About Us

Contact Us

Reprints

Jobs

**Site Disclosures**

Privacy Policy

Game With Your Brain and All content copyright Kenneth Sheppard 2015-2018.

     

Document title: Shopping for the Apocalypse: Malls in Video Games, Then and Now — Game With Your Brain
Capture URL: https://gamewithyourbrain.com/blog/2018/12/21/shopping-for-the-apocalypse-malls-in-video-games-then-and-now
Capture timestamp (UTC): Thu, 13 Jan 2022 00:35:14 GMT

**Exhibit 15**
**Page 299**

Page 13 of 13

# EXHIBIT 16

**Exhibit 16**
**Page 300**



| | |
|---|---|
| Document title: | Know Your Genres: Third-Person Shooters |
| Capture URL: | https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/ |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:35:37 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:36:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 23 |
| Capture ID: | 4dc568e9-0edc-46db-a149-004fdabf1cef |
| User: | msk-general |

 
Xbox Wire    **Consoles**    **Games**    **Major Nelson**    **Xbox Game Pass**    ⋮



**GAMES**

# Know Your Genres: First-Person Shooters

by Xbox Wire Staff  •  Jul 30, 2015 @ 11:00pm



*Just what do we really mean when we talk about "game genres," anyway? Sure, you've probably seen that "fans of the genre will enjoy this" phrase in umpteen game reviews, but the truth is that the most durable game genres have walked some long, ever-evolving, and very interesting roads over the past several decades. In this weekly series, Xbox Wire's editorial team will break down exactly what shaped your favorite genres, why they're so timelessly awesome, and where they're headed – while providing you with some expert advice on the past and modern classics that you should check out!*

This week, we're covering the captain of the football team of video games' high school: the first-person shooter. Beloved by everyone from e-sports fanatics to the geekiest modders to groups of friends just looking to get together and hunt each other for a while, the FPS has been a staple genre on both console and PC since the early days… and shows no signs of

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 302**

Page 1 of 22

This week, we're covering the captain of the football team of video games' high school: the first-person shooter. Beloved by everyone from e-sports fanatics to the geekiest modders to groups of friends just looking to get together and hunt each other for a while, the FPS has been a staple genre on both console and PC since the early days… and shows no signs of slowing down anytime soon.

## The Past

While the 1980s had a few first-person games, most of these were of the tank-simulator variety, the most famous being the iconic *Battlezone*. Other first-person vehicle sims were popular in arcades, and even home computers, in the 1980s… but it wasn't until the early 1990s that ancestors of the FPS proper began to take shape. It was actually a role-playing game called *Ultima Underworld: The Stygian Abyss* that was among the first to showcase the technologies that would become key to the underpinnings of the FPS: fast texture-mapping with a first-person perspective, "2.5D" graphics (that is, two-dimensional graphics displaying linear perspective to create the illusion of depth in front of the player's face), and equipped weapons front and center in the foreground.

In 1992, a small Texas-based company called id Software created a game called *Wolfenstein 3D*. Set in a vast, German castle during an alternate history of World War II, it pit private "B.J." Blazkowicz against a massive Nazi army – and eventually Hitler himself. Largely credited with the popularization (if not the outright invention) of the FPS as we know it today, *Wolfenstein 3D* is responsible for many of the typical tropes of the genre's early days: increasing weapon and enemy power to counter each other throughout the game, secret areas, extreme violence and gore, minimal storyline, fast pacing, and a shareware distribution model to increase accessibility.

While *Wolfenstein 3D* was considered revolutionary and genre-defining, it wasn't until one year later that the FPS genre got its true killer app. The same company, id Software – having polished up and learned from the template it built with *Wolfenstein 3D* – released a new shooter, this one set on Mars, instead of in a German castle.

*Doom* is one of the most important FPS game of all-time, and it always will be. It not only improved on *Wolfenstein 3D* in every way. It added verticality to its predecessor's fairly flat levels, and – crucially – it added the ability for multiple players to connect to a single session and compete against each other. Called "deathmatches" by *Doom*'s community of players,

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 303**

Page 2 of 22

*Doom* is one of the most important FPS game of all-time, and it always will be. It not only improved on *Wolfenstein 3D* in every way. It added verticality to its predecessor's fairly flat levels, and – crucially – it added the ability for multiple players to connect to a single session and compete against each other. Called "deathmatches" by *Doom*'s community of players, these proved so popular that an entire community spun off around just playing and mastering the multiplayer areas of *Doom*. Multiplayer has since become integral to every major FPS franchise, but *Doom* also innovated in other ways. It was graphically ahead of its time with advanced lighting and shadows, it featured complex and clever level designs that worked both in multiplayer and single-player to provide challenges, and it integrated humor into its blood-'n'-guts horror in a way that would feel right at home in an "Evil Dead" film. *Doom* was, in all respects, ahead of its time.



*Doom* proved to be a cultural phenomenon. It, of course, spawned countless imitators. Among the best of these were *Marathon* (the first really excellent FPS on the Apple Macintosh system, by a small team of developers from Bellevue, Washington called Bungie) and *Duke Nukem 3D* (a highly polished, highly humorous game, generally considered the last of the great "2.5D" FPS titles).

In 1996 – the same year that *Duke Nukem 3D* came out – id Software, ever pushing the envelope of the genre that it created, released what would go on to become another one of the most important FPS game of all time: *Quake*. Unlike many of the most popular shooters

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 304**
Page 3 of 22

(a highly polished, highly humorous game, generally considered the last of the great "2.5D" FPS titles).

In 1996 – the same year that *Duke Nukem 3D* came out – id Software, ever pushing the envelope of the genre that it created, released what would go on to become another one of the most important FPS game of all time: *Quake*. Unlike many of the most popular shooters that came before it, *Quake* used fully three-dimensional polygons, rather than two-dimensional sprites and the illusion of linear perspective, to create a three-dimensional game space. As a result, maps were much larger, deeper, and more vertical. The gameplay was different, too: Players would need to use their now-ubiquitous mice to control their aim, rather than relying on their arrow keys and a healthy dose of auto-aim. FPS gaming would never be the same; from then on, precision was the watchword in multiplayer.

Like *Doom* before it, *Quake* spawned a cultural shift. Multiplayer groups who would meet regularly and practice, then play each other in tournaments, began to spawn. They called themselves "clans" for some unknown reason, and the name stuck. Then the tournaments became official. Since *Quake* demanded powerful 3D resources, it helped to drive the market for the fancy new 3D graphics hardware that had become available to PC gamers (and was being incorporated into home video game consoles as well).

Indeed, just one year later, in 1997, Rare – a British software developer – released *GoldenEye 007* for the Nintendo 64. Generally seen as the first console-dedicated 3D shooter, it was way ahead of its time with some of its gameplay elements. It featured local multiplayer via split-screen (including multiple modes, rather than only simple deathmatch), different damage values for different areas of the body, and the incorporation of stealth gameplay into the action.

At the close of the 1990s, a couple of guys from the Seattle area calling themselves Valve Software took the *Quake* engine and completely revamped it, adding improved textures, killer enemy A.I., all sorts of new weapons, and (in a huge departure from the conventional wisdom of id Software and the FPS powers-that-be of the time) an elaborate plot. They called their game *Half-Life*. While it garnered virtually no pre-release buzz, it went on to become one of the most critically acclaimed, best-selling, and most beloved games of all time, not just for itself, but for its "mod-ability."



Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 305**

Page 4 of 22

game *Half-Life*. While it garnered virtually no pre-release buzz, it went on to become one of the most critically acclaimed, best-selling, and most beloved games of all time, not just for itself, but for its "mod-ability."



The *Half-Life* engine was home to a series of customized single- and multiplayer modifications (or "mods") that completely changed the look, style, and gameplay, often creating entirely different games that shared only the underlying engine and FPS ethos. Of these, the most important were Valve's own *Team Fortress*, mostly because it gave rise to the much, much better *Team Fortress 2* years later, and *Counter-Strike*, a mod originally developed by two unaffiliated programmers, who were then hired by Valve.

*Counter-Strike* remains one of the greatest and most influential multiplayer-only FPS series in history, and was one of the first, along with Epic Games' *Unreal Tournament* series, to be placed into the burgeoning e-sports circuit, where players competed professionally for cash and prizes.

## The Present

As the 2000s rolled around, the FPS genre became an honest-to-goodness staple in gaming. "Crossovers," or hybrid-genres, began to show up on the scene. 1999's *System Shock II*, one of the greatest games in any genre, combines the mechanics of an FPS with the tone of a survival-horror title and the core elements of a role-playing game, in a seamless whole. *Medal*

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 306**

Page 5 of 22

## The Present

As the 2000s rolled around, the FPS genre became an honest-to-goodness staple in gaming. "Crossovers," or hybrid-genres, began to show up on the scene. 1999's *System Shock II*, one of the greatest games in any genre, combines the mechanics of an FPS with the tone of a survival-horror title and the core elements of a role-playing game, in a seamless whole. *Medal of Honor* and *Call of Duty* combined the epic scope of war games and history with the intimate mechanics of one man and his gun that FPS provides, for powerfully emotional experiences – and spawned dozens of sequels as a result.

And, as controllers for consoles got more advanced, shooters migrated more seamlessly to them. In 1999, the same Bungie that had made *Marathon* showcased a real-time strategy game called *Halo* at E3. A couple of years later, that game was revamped as an FPS, and showcased as a launch title for a brand new console called the Xbox. Combining the knack for storytelling of Bungie's earlier title with accessible-yet-competitive multiplayer, and astounding graphical quality, it proved to be a runaway critical and commercial hit. *Halo* not only created a series of successful sequels in and of itself, but it definitely helped secure the success of the Xbox, too. A couple of years after that, a little game called Halo 2 did the same for Xbox Live.



The FPS genre has continued to grow and expand in the modern era. Open-world titles like *Far Cry* and *Crysis* have brought exploration and freedom of choice into the shooter world, while the *BioShock* series has challenged players with ethical decisions and deep, engaging plot

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 307**

Page 6 of 22

The FPS genre has continued to grow and expand in the modern era. Open-world titles like *Far Cry* and *Crysis* have brought exploration and freedom of choice into the shooter world, while the *BioShock* series has challenged players with ethical decisions and deep, engaging plot lines. The venerable *Call of Duty* has reinvented itself on several occasions, the most famous being the release of *Call of Duty 4: Modern Warfare*, a massive hit that saw the genre move from the fields of World War II to the deserts of contemporary conflict. Most recently, *Destiny* successfully brought the FPS genre into the massively multiplayer online space.

## The Future

Of all the video game genres out there, the shooter is probably the healthiest. With big series from nearly every major publisher, gamers have tons of favorites to choose from. The rest of 2015 alone will see the release of *Call of Duty: Black Ops III*, the first game in that series to feature a fully cooperative single-player campaign. Also coming in 2015 is the hotly anticipated *Star Wars Battlefront* from DICE – and, come on, who *isn't* hyped about *Star Wars*? And, of course, there's *Halo 5: Guardians*, the latest and greatest in the aforementioned *Halo* series – this time pitting two groups of Spartan super-soldiers against each other in both an epic story campaign *and* a killer set of multiplayer levels.

Looking even further out, we've got *Deus Ex: Mankind Divided*, another of those awesome genre-hybrid shooters that allows you to choose your path through the game. Heck, it's an FPS where you can literally not shoot anyone – that's a pretty sweet twist.

And beyond that? Well: there's *Doom.* Yes, that's right: Bethesda, who now owns id Software, is putting out another *Doom*, and promises to make it the rootinest, tootinest, old-schoolenist shooter since the first one (and if you've seen the E3 2015 demo footage, you probably ought to believe the hype).

The future is bright in the FPS world – but then, the future is always bright when you're staring at a muzzle flash.

Recommended for you

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 308**

Page 7 of 22

at a muzzle flash...

## Recommended for you

**CONSOLES**

### Know Your Genres: Third-Person Shooters

Oct 9, 2015 @ 9:00pm



**CONSOLES**

### Know Your Genres: Racing Games

Sep 17, 2015 @ 8:30pm



**CONSOLES**

### Know Your Genres: Sports Games

Sep 9, 2015 @ 10:00pm





Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 309**

Page 8 of 22



CONSOLES

# Know Your Genres: Third-Person Shooters

by Xbox Wire Staff  •  Oct 9, 2015 @ 9:00pm



*Just what do we really mean when we talk about "game genres," anyway? Sure, you've probably seen that "fans of the genre will enjoy this" phrase in umpteen game reviews, but the truth is that the most durable game genres have walked some long, ever-evolving, and very interesting roads over the past several decades. In this weekly series, Xbox Wire's editorial team will break down exactly what shaped your favorite genres, why they're so timelessly awesome, and where they're headed – while providing you with some expert advice on the past and modern classics that you should check out!*

The concept of a "third-person shooter" is pretty self-explanatory… as long as you think of it in contrast to *first*-person shooters. To wit, a third-person shooter is a game focused on shooting where, instead of seeing through the main character's eyes, you see the main character from an external perspective. Generally, this means you're peering over the player-character's shoulder – though, as we'll see, that's far from *always* the case.

## The Past

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 310**

Page 9 of 22

contrast to *first*-person shooters. To wit, a third-person shooter is a game focused on shooting where, instead of seeing through the main character's eyes, you see the main character from an external perspective. Generally, this means you're peering over the player-character's shoulder – though, as we'll see, that's far from *always* the case.

## The Past

Back in prehistoric times (by which we mean the late 1970s and early '80s), plenty of games existed that could *technically* be considered third-person shooters. When you think about it, pretty much any game that shows its character onscreen and involves shooting meets the most basic criteria. But the behind-the-character view was fairly rare before the advent of inexpensive 3D-graphics technology. Classics like *Contra* featured some scenes that would look somewhat familiar today, and arcade legends like *Space Harrier* and *Cabal* offered over-the-shoulder shooting.

It wasn't until 1995 that we got a glimpse of third-person shooters in a form akin to what we see now. 3D graphics cards were becoming standard on home PCs, and the Sega Saturn and Sony PlayStation had just launched, bringing polygonal technology into the home console space. Into this brave new world jumped *Fade to Black*, the sequel to the legendary 1992 platform-shooter *Flashback: The Quest for Identity*. In *Fade to Black*, everything was presented in three glorious dimensions, with the camera positioned behind the main character as he blasted through oncoming enemies. Sure, its simplistic polygons may look laughable now, but it was a notable feat of technology for the time. Unfortunately, while it enjoyed solid reviews, *Fade to Black* failed to make more than a slight blip on players' radar.



So, while *Fade to Black* was something of a trendsetter, it wouldn't be the one to popularize

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 311**

Page 10 of 22



So, while *Fade to Black* was something of a trendsetter, it wouldn't be the one to popularize the third-person shooter; you can thank Lara Croft for that. While shooting certainly wasn't the game's primary focus, the original *Tomb Raider* mixed a healthy dose in with its 3D exploration, platforming, and puzzle-solving. And because *Tomb Raider* was one of the first games to offer free-roaming exploration in a fully three-dimensional space – and because it became *absurdly* popular – it set the template for many, many games to come.

Those early days proved a bit rocky as developers began to learn what they could do with a box full of polygons. The venerable *Contra*, for example, experimented with the third-person shooter format with *Legacy of War* and *The Contra Adventure* – to disastrous results – and *Duke Nukem* tried the same thing with *Time to Kill, Zero Hour*, and *Land of the Babes*... to equally disastrous results. But games like 1997's *MDK* and 1999's *Jet Force Gemini* (the latter now available on Xbox One as part of *Rare Replay*) began to push the genre forward, introducing refinements to controls and concepts that would gain widespread use in the years to come.

The dawn of the new millennium brought with it new technology, leading to a significant renaissance in the third-person shooter genre. Leading the charge was 2001's *Max Payne*, with its noir hook and stylish slow-mo "bullet time" shooting. 2002 would bring with it another long-running series, Sony's *SOCOM: U.S. Navy SEALs*, which delivered a third-person take on the realistic military shooter. That same year also saw the debut of super-spy Sam Fisher in the stealth-focused shooter *Splinter Cell*.

## The Present

The third-person shooter as we know it today, however, owes a great deal to a lesser-known game that arrived on Xbox and Windows PC in 2003: *Kill Switch*. Where previous games had tinkered with other elements of the format, *Kill Switch*'s revolutionary use of cover set a new standard. By tapping a button, the main character would snap into cover, where he could pop out at will and even fire blindly above or around it. The concept of "sticky" cover, and the focus on cover as a dominant element in level design, sent ripples through the genre.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 312**

Page 11 of 22

tinkered with other elements of the format, *Kill Switch*'s revolutionary use of cover set a new standard. By tapping a button, the main character would snap into cover, where he could pop out at will and even fire blindly above or around it. The concept of "sticky" cover, and the focus on cover as a dominant element in level design, sent ripples through the genre.



One of the biggest ripples came in the form of a 2006 release you may have heard of: *Gears of War*, which featured a cover system very similar to *Kill Switch*'s, thanks to the latter's lead designer serving as part of the *Gears* team. Third-person shooters like 2007's *Uncharted: Drake's Fortune* and 2008's *Army of Two* featured similar cover systems, as just two high-profile examples (and even first-person shooters started to get in on the action, with games like 2008's *Tom Clancy's Rainbow Six: Vegas 2* and 2011's *Deus Ex: Human Revolution* going so far as to switch to a third-person view when characters enter cover).

For something a little closer to the *immediate* present, of course, we need only look to *Gears of War: Ultimate Edition*. This remastered and modernized version of the genre-defining classic arrived on Xbox One in August.

## The Future

Only time will tell what new innovation is on the horizon, but a bevy of upcoming third-person shooters have got us psyched to find out. Chief among them is, of course, *Gears of War 4*, slated for release in the 2016 holiday season. But we're also salivating for the massive, cloud-powered destruction of *Crackdown 3*, where multiplayer will begin in 2016.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 313**

Page 12 of 22

## The Future

Only time will tell what new innovation is on the horizon, but a bevy of upcoming third-person shooters have got us psyched to find out. Chief among them is, of course, *Gears of War 4*, slated for release in the 2016 holiday season. But we're also salivating for the massive, cloud-powered destruction of *Crackdown 3*, where multiplayer will begin in 2016.



Closer still is the expected March 2016 release of *Tom Clancy's The Division*, which will bring the trademark Clancy day-after-tomorrow tech into a multiplayer-focused version of New York City. And that's not the only Clancy third-person shooter that's caught our interest; *Tom Clancy's Ghost Recon: Wildlands* will send the titular Ghosts into a vast, varied, open-world take on Bolivia – whenever it actually releases.

But you won't need to wait until next year – or beyond – for a new fix of sweet, sweet shooter action. *Star Wars Battlefront*, *Just Cause 3*, and *Rise of the Tomb Raider* are all hitting before the end of the year. You're welcome.

## Recommended for you

**CONSOLES**

Know Your Genres: MMOs

Sep 26, 2015 @ 12:30am



Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 314**

Page 13 of 22

## Recommended for you

CONSOLES

### Know Your Genres: MMOs

Sep 26, 2015 @ 12:30am



CONSOLES

### Know Your Genre: Real-Time Strategy

Aug 7, 2015 @ 9:00pm



GAMES

### Know Your Genres: First-Person Shooters

Jul 30, 2015 @ 11:00pm





Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 315**

Page 14 of 22



CONSOLES

# Know Your Genre: Real-Time Strategy

by Xbox Wire Staff • Aug 7, 2015 @ 9:00pm



*Just what do we really mean when we talk about "game genres," anyway? Sure, you've probably seen that "fans of the genre will enjoy this" phrase in umpteen game reviews, but the truth is that the most durable game genres have walked some long, ever-evolving, and very interesting roads over the past several decades. In this weekly series, Xbox Wire's editorial team will break down exactly what shaped your favorite genres, why they're so timelessly awesome, and where they're headed – while providing you with some expert advice on the past and modern classics that you should check out!*

This week, we're investigating the history of one of the more cerebral game genres: real-time strategy. Since its inception, this brand of quick thinking, resource-gathering, and troop-commanding has been thought of as a micromanager's dream. But this is a far more diverse genre than many realize, and that starts with its birth in an unlikely time and place given where it is today.

**The Past**

While the real-time strategy genre is generally associated with Western developers on the PC platform, the first game generally considered to fit the criteria of an RTS wasn't made in the United States or Europe – nor did it appear on PCs.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 316**

Page 15 of 22

## The Past

While the real-time strategy genre is generally associated with Western developers on the PC platform, the first game generally considered to fit the criteria of an RTS wasn't made in the United States or Europe – nor did it appear on PCs.

The unlikely progenitor was *Herzog Zwei,* which Technosoft developed for the Sega Genesis in 1990. The Japanese studio earned plenty of fame in the '80s and '90s with its *Thunder Force* series of scrolling shooters, but this experimental mix of action and strategy ultimately proved far more important in the scope of gaming history. Players controlled a flying mech that zipped across the battlefield from a top-down perspective, issuing orders and defending resources along the way. The game even included a split-screen multiplayer option, an amazingly early innovation that wouldn't become standard in RTS entries for another five years or so.

Most North American gamers didn't know what to make of *Herzog Zwei*, but as it turns out, it was a hit in the offices of Las Vegas-based Westwood Studios. The developers there used it as one of the blueprints (along with early-'90s strategy hits *Populous* and *Civilization*) to craft *Dune II: The Building of a Dynasty*, which took Frank Herbert's seminal sci-fi universe and infused it with several elements that became RTS staples, such as fog-of-war, precise mouse controls, and resource management.

Unlike *Herzog Zwei*, however, *Dune II* was a massive success both critically and commercially upon its 1992 debut. This brought a flurry of iconic RTS releases over the next few years, starting with Blizzard's *Warcraft: Orcs & Humans* in 1994. Modern gamers might know the *Warcraft* name from *World of Warcraft* (or, more recently, *Hearthstone: Heroes of Warcraft*), but the franchise got its start in the real-time strategy realm. *Warcraft* popularized several soon-to-be-ubiquitous RTS elements, including a random map generator and multiplayer matches via modem or LAN.



Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 317**

Page 16 of 22



Meanwhile, Westwood followed the success of *Dune II* with 1995's *Command & Conquer*, which became a benchmark for RTS games by offering noticeably different faction play styles – not to mention awesomely cheesy full-motion video segments that added true storytelling elements to the genre. With several offshoots and expansions and nearly 20 releases in total bearing the *Command & Conquer* name from 1995 to 2010, it's definitely the most prolific RTS franchise in gaming history.

Two years later, Ensemble Studios' *Age of Empires* gave the RTS its first history-based hit, and presented players the choice of 12 factions spanning the Eurasian supercontinent, from Greece to Japan. The action followed the player's forces as they evolved from Stone Age hunter-gatherers to a conquering Iron Age empire. The sequel, *Age of Empires II: The Age of Kings*, greatly expanded upon the concepts of the first game and become one of the most critically acclaimed RTS releases of all time.

Then, in 1998, Blizzard took the genre to even greater heights and launched an international phenomenon with *StarCraft*. While faction strengths and weaknesses had been part of the RTS experience for years, *StarCraft* struck the perfect balance with the powerful Protoss, the lightning-quick Zerg, and the balanced Terrans. These three expertly designed factions made the game ideal for online RTS competition – nowhere more famously than in South Korea, where it's become a national passion that sells out arenas on a regular basis (oh, and for fun, search for "Zerg rush" on Google to see just how deeply this phenomenon has permeated the minds of gamers across the world).

## The Present

Real-time strategy isn't nearly as ubiquitous as it was from the '90s through the turn of the 21st century, but the new millennium has brought some staggering innovation to the genre –

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 318**
Page 17 of 22

search for "Zerg rush" on Google to see just how deeply this phenomenon has permeated the minds of gamers across the world).

## The Present

Real-time strategy isn't nearly as ubiquitous as it was from the '90s through the turn of the 21st century, but the new millennium has brought some staggering innovation to the genre – along with a hearty dose of nostalgia.

In 2006, Relic's *Company of Heroes* brought home the horrors of brutal World War II combat better than any gore-filled shooter, thanks in part to advanced map physics and destructibility. One of the game's expansions, *Opposing Fronts*, even took a storytelling risk in the single-player campaign by putting players in control of German forces, a shift from the typical portrayal of any and every Nazi as a diabolical supervillain.

We've also seen some beloved RTS franchises make some surprise resurrections. Even after EA closed Westwood Studios in 2003, players still pined for more *Command & Conquer*. EA Los Angeles granted their wish in 2007 with *Command & Conquer 3: Tiberium Wars*, which starred Tricia Helfer and Billy Dee Williams in the first mainline *C&C* entry since 1999.



*Halo Wars (Xbox 360 – Ensemble Studios, 2009)*

Real-time strategy has also found success in some unexpected places. Double Fine's Tim Schafer may be known as one of the fathers of adventure games, but he cited *Herzog Zwei* as the inspiration behind the rockin' action-adventure/RTS hybrid *Brütal Legend*, the story of roadie Eddie Riggs (played with headbanging aplomb by Jack Black) and his adventures in a fantastical world inspired by heavy metal album covers.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 319**

Page 18 of 22

Real-time strategy has also found success in some unexpected places. Double Fine's Tim Schafer may be known as one of the fathers of adventure games, but he cited *Herzog Zwei* as the inspiration behind the rockin' action-adventure/RTS hybrid *Brütal Legend*, the story of roadie Eddie Riggs (played with headbanging aplomb by Jack Black) and his adventures in a fantastical world inspired by heavy metal album covers.

Even one of gaming's most popular shooters explored real-time strategy. Ensemble Studios' *Halo Wars* was a rare attempt to carve out a console-only RTS niche on the Xbox 360 in 2009; the game was well-received and became the best-selling console RTS game of all-time, hitting more than 1 million in sales.

Finally, we can't ignore the fact that the genre's juggernaut is still going strong. *StarCraft II: Wings of Liberty* and its 2013 expansion, *Heart of the Swarm*, have modernized the most popular RTS franchise (with elements such as improved matchmaking and a more robust map editor) without sacrificing what made the original game so appealing.

## The Future

For years, real-time strategy developers searched (mostly in vain) for a way to transfer the experience properly to home consoles and expand their potential audience. As we look toward the future, that focus seems to have shifted into making the genre all it can be on the platform that truly suits it best: the PC. Looking ahead, players should be excited about several real-time strategy developments on the way.

*StarCraft II: Legacy of the Void*, the game's third and final expansion, is slated to hit this year and will put players in the middle of a Protoss-based campaign. *Grey Goo*, a well-received throwback RTS released in January from several Westwood Studios veterans at Petroglyph Games, promises to deliver further expansions in the coming months.

One of the most intriguing developments, however, is that 16 years after its original release, *Age of Empires II: The Age of Kings* is getting a new expansion in the form of *The African Kings* this fall. Perhaps we'll see other classic RTS franchises look to the past in order to deliver something new.

Size matters, too. In the upcoming *Ashes of the Singularity* from Stardock, thousands of units will do battle on absolutely massive maps. We've never seen this type of mind-boggling scale in an RTS before, and we can't wait.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 320**
Page 19 of 22

something new.

Size matters, too. In the upcoming *Ashes of the Singularity* from Stardock, thousands of units will do battle on absolutely massive maps. We've never seen this type of mind-boggling scale in an RTS before, and we can't wait.



We should also anticipate more genre-fusing experiments, resulting in intriguingly innovative hybrid gameplay. We've already seen this in Creative Assembly's *Total War* series, which blends turn-based seasonal planning with hectic real-time battles in locales as varied as ancient Rome and feudal Japan (the most recent entry, *Total War: Attila*, even sees the fearsome Huns making their march toward the gates of Rome as the game progresses). Paradox's *Europa Universalis* series, meanwhile, takes players on a journey from the fall of the Byzantine Empire to the French Revolution by combining real-time strategy and 4X (eXplore, eXpand, eXploit, and eXterminate) gameplay.

Xbox itself is looking to a multiplatform future for the RTS genre, with the just-announced *Halo Wars 2*. It is currently under development by the aforementioned Creative Assembly for a 2016 launch on Xbox One and Windows 10 PC.

And don't forget that real-time strategy is also the ancestor of two of today's most popular genres: the multiplayer online battle arena (better known as the MOBA) and tower defense. So, the next time you're up all night engrossed in *League of Legends* or *Plants vs. Zombies*, you can look back to *Herzog Zwei* and *Dune II* with gratitude.

With a track record that's timeless and an appeal to gamers across all cultures, the RTS genre will no doubt continue to innovate and influence in the years ahead.

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 321**

Page 20 of 22

genres: the multiplayer online battle arena (better known as the MOBA) and tower defense. So, the next time you're up all night engrossed in *League of Legends* or *Plants vs. Zombies*, you can look back to *Herzog Zwei* and *Dune II* with gratitude.

With a track record that's timeless and an appeal to gamers across all cultures, the RTS genre will no doubt continue to innovate and influence in the years ahead.

## 10 Real-Time Strategy Essentials

*Age of Empires II: The Age of Kings* (Windows – Ensemble Studios, 1999)
*Command & Conquer 3: Tiberium Wars* (Windows/Xbox 360 – Electronic Arts, 2007)
*Company of Heroes* (Windows – Relic Entertainment, 2006)
*Grey Goo* (Windows – Petroglyph Games, 2015)
*Halo Wars* (Xbox 360 – Ensemble Studios, 2009)
*Homeworld* (Windows – Relic Entertainment, 1999)
*Sins of a Solar Empire* (Windows – Ironclad Games, 2008)
*StarCraft II: Wings of Liberty* (Windows – Blizzard Entertainment, 2010)
*Total Annihilation* (Windows – Cavedog Entertainment, 1997)
*Warcraft III: Reign of Chaos* (Windows – Blizzard Entertainment, 2002)

## Recommended for you

**CONSOLES**

### Know Your Genres: Action Role-Playing Games

Aug 22, 2015 @ 12:00am



**CONSOLES**

### Know Your Genres: Role-Playing Games 101

Jul 24, 2015 @ 12:30am



**CONSOLES**



Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 322**

Page 21 of 22

**CONSOLES**

## Know Your Genres:
## Role-Playing Games 101

Jul 24, 2015 @ 12:30am



**CONSOLES**

## Know Your Genres:
## Adventure Games

Jul 17, 2015 @ 6:00pm



**Xbox Game Studios**

343 Industries

The Coalition

Double Fine

inXile Entertainment

Ninja Theory Ltd

Playground Games

Turn 10 Studios

Age of Empires

Compulsion Games

The Initiative

Minecraft

Obsidian Entertainment

Rare

Undead Labs

**Global Sites**

Xbox Wire

Xbox Wire DACH

Xbox Wire en Español

Xbox Wire en Francais

Xbox Wire em Português

Xbox Wire на русском

**Stay Connected**

f Facebook

y Twitter

p Pinterest

o YouTube

© 2022 Microsoft

Media Assets   Support   Photosensitive Seizure Warning   Privacy & Cookies   Terms of Use   Code of Conduct   RSS   Trademarks   Manage Consent

Document title: Know Your Genres: Third-Person Shooters
Capture URL: https://news.xbox.com/en-us/2015/10/09/games-know-your-genres-third-person-shooters/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:36:48 GMT

**Exhibit 16**
**Page 323**

Page 22 of 22

# EXHIBIT 17

Exhibit 17
Page 324



| Document title: | The 10 Best Day/Night Cycles in Games - Paste |
| --- | --- |
| Capture URL: | https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:37:10 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:38:02 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 14 |
| Capture ID: | 07cd64dc-e785-4da9-bd25-4e805f75ecf7 |
| User: | msk-general |

PDF REFERENCE #:     uepE9SwC8sABrMiQ5gXqji

**Exhibit 17**
**Page 325**



Pastε

# The 10 Best Day/Night Cycles in Games

By **Alex Avard**  |  **December 16, 2016**  |  **2:19pm**

**GAMES** > **LISTS** > **THE TIME**

| f Share | 🐦 Tweet | 🔴 Submit | 📌 Pin |



They say time flies when you're having fun, and it seems as though a number of developers have taken this message to heart when incorporating dynamic day and night cycles into their games, many of which represent much more than just a visual novelty. Some of these titles use the mechanic to place a keen focus on survival, wherein the change in night and day can mark the difference between life and death. In other instances, night represents an opportunity to interact with the world in new and interesting ways, as if experiencing an entirely different game



Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 326**

Page 1 of 13



when exploring in the dark. The following ten games all feature day-night cycles
which meaningfully enhance the overall experience and make exploring their
worlds that much more enjoyable.



## 10. Animal Crossing: New Leaf

As is true with every game in the series, *Animal Crossing: New Leaf*'s day-night
cycle follows that of the real world, or at least the time stated on your 3DS' built-in
clock. If you want to hit up the shops before they close for the night, for instance,
you'll need to time your gaming hours accordingly. Similarly, anyone who yearns
to dance the night away at the town's local nightclub will have to wait until 8pm
their time, which may be a problem for anyone planning to attend an *actual*
nightclub that same evening (though you could probably sneak your 3DS in with
you). As a result, *Animal Crossing: New Leaf* requires a patient, planned approach
to progression, and its 24 hour cycle is sure to be rewarding for anyone with great
time management skills.






Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 327**

Page 2 of 13





## 9. Far Cry Primal

It is unlikely that the cavemen of the Paleolithic era had a very comprehensive grasp on the concept of time, but that doesn't mean they weren't affected by it either, as Ubisoft's *Far Cry Primal* goes to show. Playing as Takkar during the day is a rather pleasant experience made up of hunting, gathering and hitting people over the head with rocks, but the world of Oros starts to feel very different come nightfall. While rare animals such as Tapirs become available to hunt at night, it's also the time in which packs of predators are out on the prowl. Fire, the common caveman's best friend, becomes Takkar's only friend at night, as it can be used to scare off the less intelligent beasties stalking you among the darkness. Overall, *Far Cry Primal*'s day-night cycle adds a much better sense of time and place to Oros, and makes the Stone Age simulation that much more engaging and entertaining to play through.



Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 328**

Page 3 of 13



## 8. Dragon's Dogma

Keeping track of the time in *Dragon's Dogma* is essential. As the game itself cryptically forebodes, you either "let the fire burn, or the darkness consume you". That's essentially fantasy-speak for "make sure you have a torch at night, or you're in for a whole lot of trouble." That said, while certain creatures such as ghosts surface only at night, particular skills like "Bloodlust" will enhance your strength exclusively when the moon is in the sky, creating a risk-reward dynamic for adventuring in the midnight hours. What's more, the various constellations which adorn the night sky can be interpreted by the more inquisitive of players to actually figure out the time of day, which is useful considering there is no in-game clock to speak of. We recommend keeping one eye at ground level at all times, however, as this is a game featuring zombies and ogres after all.





Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 329**

Page 4 of 13



## 7. Pokémon Gold/Silver

Generation II in the Pokémon videogame series was the first to introduce the idea of time as a factor, and developer Game Freak used the mechanic to add a number of new layers to the gameplay itself. "Catching them all" now required catching them at different times of the day, as particular Pokémon would appear only during specific time periods. Some creatures, such as Eevee, would even transform into different evolutions depending on what time of day you maxed out your friendship with her. Of course, any seasoned trainer will be aware of the common strategy to head-butt trees at night (as you do) in order to knock down any Pokemon who had happily been sleeping amongst their branches. Even through kooky additions such as this one, *Pokémon Gold & Silver* offered real, meaningful differences in the way it portrays night and day, which was mighty impressive for a Gameboy Color title released at the beginning of the new millennium.



Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 330**
Page 5 of 13

RAINBOW SIX EXTRACTION — TEAM UP EN VERSLA EEN DODELIJKE BUITENAARDSE BEDREIGING — PRE-ORDER NU — UBISOFT STORE

## 6. Don't Starve

Avoiding starvation is hard enough as it is, regardless of the time of day, but Klei Entertainment shows little mercy towards players looking to endure in the world of *Don't Starve*. Surviving each day is by no means an easy task, but the darkness of the night itself has the capacity to quite literally hurt your character, should you not have any form of lighting to remove yourself from its unforgiving shroud. Additionally, almost everything is obscured once the sun has set, meaning you could end up bumping into all manner of ghoulish creatures and environmental hazards on your midnight travels. If you're already scared of the dark, *Don't Starve* is thus likely to confirm all your worst fears about what's lurking under the bed at night.



RAINBOW SIX EXTRACTION — TEAM UP EN VERSLA EEN DODELIJKE BUITENAARDSE BEDREIGING — PRE-ORDER NU — UBISOFT STORE

Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 331**

Page 6 of 13



## 5. Metal Gear Solid V

The world of *Metal Gear Solid V* authentically and organically reacts to the in-game day-night cycle, as guards will change patrols and carry torches with them for enhanced visibility at dark. For Venom Snake, the darkness is perhaps his greatest ally for his tactical espionage operations (other than D-Dog, perhaps). Players are able to use the obscured perceptibility to gain the upper hand, equipping night vision goggles to see that which the enemy can't and disabling flood lights to ensure they remain hidden. Alas, it turns out that Venom Snake isn't the only one who shops at the local army surplus store, as guards will begin equipping night vision gear themselves should you perform too many incursions during the night. They played you like a damn fiddle, Snake.



## 4. Minecraft

As a game that was instrumental in popularizing the modern survival genre as we know it today, *Minecraft* essentially redefined what the difference between night and day could mean in videogames. While the premise might be as simple as "monsters come out at night," this works to build a great gameplay loop in which you work tirelessly to gather resources and craft your shelter during the day, so as to remain safe against the tide of skeletons, zombies and spiders that come out to



Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 332**

Page 7 of 13



play once the sun goes down. This blueprint has since been imitated a dozen times by other titles for good reason, as the cycle makes for an engaging, rewarding and super addictive gameplay loop. Microsoft didn't pay $2.5 billion for nothing.





## 3. Grand Theft Auto V

Los Santos is a living, breathing city in Rockstar's most recent installment in the Grand Theft Auto saga, and that extends to the way in which time affects the world too. During the day, players can witness hikers taking selfies atop Mount Chilliad, and body builders working out at Vespucci Beach. At night, take advantage of the scarce traffic and compete in street races, or—if you're so inclined—find yourself a, um, "night worker" for some company. Rockstar's world design is full of small, but significant nuances, and *Grand Theft Auto V*'s day-night cycle is another



Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 333**

Page 8 of 13


RAINBOW SIX EXTRACTION — TEAM UP EN VERSLA EEN DODELIJKE BUITENAARDSE BEDREIGING — PRE-ORDER NU — UBISOFT STORE

extension of this commitment to authentic world building.



## 2. The Legend of Zelda: Majora's Mask

As you might expect from a game in which the moon represents one of the main antagonists, the day-night cycle plays a very important role in *Majora's Mask*. Link only has three days until the moon crashes down upon Clock Town, but players can reset or slow down the course of events as they try to prevent such a cataclysm from occurring. The passage of time is less of a cyclical pleasantry here, and more of an ever-imposing countdown to game over itself. It has been said that time waits for no man, and it apparently waits for no Hyrulian either. Unless you possess an Ocarina of Time, obviously.


WONEN WERKEN OPGROEIEN — kansstadculemborg.nl


RAINBOW SIX EXTRACTION — TEAM UP EN VERSLA EEN DODELIJKE BUITENAARDSE BEDREIGING — PRE-ORDER NU — UBISOFT STORE

Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 334**

Page 9 of 13



# 1. Dying Light

The latest zombie romp from Techland brings a fresh spin to the apocalypse scenario, with undead beasts that transform into something else entirely once the sun sets. The result is like playing two completely different games in one virtual 24 hour cycle. Zombies are less of a threat and more of a nuisance as you scale the rooftops of Harran during the day but, come nightfall, you'll find yourself running for entirely different reasons. This is when the volatile – agile, powerful and predatory zombie types—come out to hunt, turning the typically combat-focused gameplay into a fast-paced survival horror experience. Thanks to this brilliantly unique day-night cycle, *Dying Light* manages to be a zombie game that is *legitimately scary,* if you can believe such a thing exists anymore. Play it on nightmare mode to enjoy the blood-rush in its purest form.

*Alex Avard is British freelancer who writes about games and politics. You can find him on Twitter at @alexavard95.*

**Tags**



**More from**

Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 335**

Page 10 of 13



## More from The Time

The Transformative Power of Empathy Unites 2021's Best Documentary Oscar Contenders
**By David Lynch**

The 50 Best Movies of 2020
**By Paste Movies**

Greta Thunberg Is *Time*'s Person of the Year for 2019
**By Rachita Vasandani**

Donald Trump Has Been Named *Time*'s Person of the Year for 2016, Because It's 2016
**By Cameron Wade**



## Also in Games

The 30 Best Nintendo Switch Games (January 2022)
**By Garrett Martin**

The 10 Most Anticipated Games of 2022
**By Garrett Martin**

The Best Games on Xbox Game Pass (January 2022)
**By Garrett Martin and Paste Games Writers**

The 20 Best PC Games of 2021
**By Paste Games Writers**

The Best Nir
**By Garrett Ma**

  

Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 336**

Page 11 of 13




The Best Nintendo Switch Deals During the 2021 Holiday Sale
**By Garrett Martin**

Every Board Game We Saw at PAX Unplugged 2021
**By Keith Law**



## Most Popular

We Talk to the Hosts of Not Another D&D Podcast, the Funniest Dungeons & Dragons Podcast on the Internet
**By Hooman Yazdanian**

The 20 Best PC Games of 2021
**By Paste Games Writers**

The 15 Best Board Games of 2021
**By Keith Law**

The 10 Most Anticipated Games of 2022
**By Garrett Ma**






The 20 Best Pl
**By Garrett Ma**

Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 337**

Page 12 of 13




**By Garrett Martin**

The 20 Best PlayStation Games of 2021
**By Garrett Martin and Paste Games Writers**

The Best Games on Xbox Game Pass (January 2022)
**By Garrett Martin and Paste Games Writers**

The 30 Best Nintendo Switch Games (January 2022)
**By Garrett Martin**

The 20 Best Xbox Games of 2021
**By Garrett Martin and Paste Games Writers**

**More Game Most Popular**

## News

Play *Pokémon Crystal* the Best Way Possible: As a Twitter Avatar
**By Mik Deitz**

Lego Delays Overwatch 2 Set Due to All the Activision Blizzard Scandals
**By Mik Deitz**

Take-Two Interactive to Acquire Mobile Developer Giant Zynga in $12 Billion Deal
**By Mik Deitz**

Watch the Rush Pinball Machine in Action in Two New Trailers
**By Garrett Martin**

The Band Rush Is Getting a Pinball Machine
**By Garrett Martin**

**More Games News**





Document title: The 10 Best Day/Night Cycles in Games - Paste
Capture URL: https://www.pastemagazine.com/games/the-time/the-10-best-daynight-cycles-in-games/#4-minecraft
Capture timestamp (UTC): Thu, 13 Jan 2022 00:38:02 GMT

**Exhibit 17**
**Page 338**

Page 13 of 13

# EXHIBIT 18

**Exhibit 18**
**Page 339**



| | |
|---|---|
| Document title: | Call Of Duty Has Now Sold 400 Million Copies To Date - GameSpot |
| Capture URL: | https://www.gamespot.com/articles/call-of-duty-has-now-sold-400-million-copies-to-date/1100-6490462/ |
| Page loaded at (UTC): | Tue, 01 Feb 2022 19:43:50 GMT |
| Capture timestamp (UTC): | Tue, 01 Feb 2022 19:44:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 1f582f76-2b6d-4c46-8eed-17b11ef1ab44 |
| User: | msk-general |



Apex Season 12 Changes | Huge Arcade1Up Sale | Pokemon Go Lunar New Year | Best First Wordle Words | More Game Pass Titles | PS5 Restock Tracker

 2022 Upcoming Games   News   Videos   Reviews ⌄   Staff Picks ⌄   Deals ⌄      Games ⌄   Entertainment ⌄   Forums

# Call Of Duty Has Now Sold 400 Million Copies To Date

The figure stood at 300 million just two years ago; it's averaging about 22 million copies sold per year.

By Eddie Makuch on April 22, 2021 at 4:40AM PDT

💬 2 Comments

In addition to announcing 100 million players for Call of Duty: Warzone, Activision has now disclosed that the Call of Duty franchise has sold 400 million copies to date.

The series debuted back in 2003, so the milestone comes in just 18 years. That's an average of around 22 million copies sold per year. Activision specifically said the number refers to "premium game sales," so it seemingly doesn't count any free copies.

The number covers games sold dating back to the original Call of Duty in 2003 up until Black Ops Cold War. "Thank you for creating countless memories, shared experiences with friends and for being a part of the greatest community in the world," Activision said.

Activision announced in March 2019 that the Call of Duty franchise had reached 300 million copies sold to date, so the figure has jumped by an astonishing 100 million in just two years.

The Call of Duty series premiered in 2003 with Infinity Ward's World War II shooter Call of Duty. No mainline Call of Duty game was released in 2004, but a new entry has launched every year since, with development shifting around between Activision-owned studios like Infinity Ward, Treyarch, and Sledgehammer Games, with support from other owned studios like Raven Software and High Moon, among others.

Activision has not provided a breakdown of sales by individual title or brand, but the Black Ops and Modern Warfare brands are believed to be the most successful.

In addition to the premium Call of Duty series, the franchise is now heavily involved in the free-to-play space with Call of Duty: Warzone and Call of Duty: Mobile. Those games have become massive hits, with Warzone recently reaching 100 million players and Call of Duty: Mobile hitting 300 million downloads in its first year.

Warzone and Black Ops Cold War kicked off their huge new Season 3 update today, April 22. The Verdansk map has been blown up, and players are awaiting the next big event that begins today at 12 PM PT. Keep checking back with GameSpot for the latest.



C
a
l
o
f
D
u
t
y:
Bl
a
c
k
O
p
s
C
ol
d
W
ar

+ Follow

$59.94 on Walmart

GameSpot may get a commission from retail offers.



GameStop
PowerUp Rewards Pro

Get A FREE
Pro Membership
when you spend $50 or more.

**GameSpot Newsletters**

Get the latest gaming news, reviews, and deals sent to your inbox, FREE!

Email Address

Sign Up

RECHARGE YOURSELF:
Advice to help
you sleep well
+ Buy

Document title: Call Of Duty Has Now Sold 400 Million Copies To Date - GameSpot
Capture URL: https://www.gamespot.com/articles/call-of-duty-has-now-sold-400-million-copies-to-date/1100-6490462/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:44:11 GMT

**Exhibit 18**
**Page 341**

Page 1 of 2



sold to date, so the figure has jumped by an astonishing 100 million in just two years.

The Call of Duty series premiered in 2003 with Infinity Ward's World War II shooter Call of Duty. No mainline Call of Duty game was released in 2004, but a new entry has launched every year since, with development shifting around between Activision-owned studios like Infinity Ward, Treyarch, and Sledgehammer Games, with support from other owned studios like Raven Software and High Moon, among others.

Activision has not provided a breakdown of sales by individual title or brand, but the Black Ops and Modern Warfare brands are believed to be the most successful.

In addition to the premium Call of Duty series, the franchise is now heavily involved in the free-to-play space with Call of Duty: Warzone and Call of Duty: Mobile. Those games have become massive hits, with Warzone recently reaching 100 million players and Call of Duty: Mobile hitting 300 million downloads in its first year.

Warzone and Black Ops Cold War kicked off their huge new Season 3 update today, April 22. The Verdansk map has been blown up, and players are awaiting the next big event that begins today at 12 PM PT. Keep checking back with GameSpot for the latest.

GameSpot Newsletters

Get the latest gaming news, reviews, and deals sent to your inbox, FREE!

Email Address

Sign Up

Call of Duty: Black Ops Cold War



**+ Follow**

$59.94 on Walmart

GameSpot may get a commission from retail offers.

*Got a news tip or want to contact us directly? Email news@*

**👍 Upvote (1)**   **💬 View Comments (2)**

Call of Duty: Black Ops Cold War  |  PlayStation 5  |  Xbox Series X  |  PC  |  PlayStation 4



© 2022 GAMESPOT, A RED VENTURES COMPANY. ALL RIGHTS RESERVED.

Privacy Policy   Cookie Settings   Terms of Use   Help   Partnerships   Careers
Do Not Sell My Information

MORE SITES
giantbomb.com
gamefaqs.com
metacritic.com

NEWS
Latest News
PC
PS5
Xbox Series X
PS4
Xbox One
Switch

SHOWS
Lorescape
Console Crew
Remember When
Loadout
True Fiction

TALK TO US
Forums

GameSpot

GameSpot Entertainment

Document title: Call Of Duty Has Now Sold 400 Million Copies To Date - GameSpot
Capture URL: https://www.gamespot.com/articles/call-of-duty-has-now-sold-400-million-copies-to-date/1100-6490462/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:44:11 GMT

Exhibit 18
Page 342

Page 2 of 2

# EXHIBIT 19

**Exhibit 19**
**Page 343**



| | |
|---|---|
| Document title: | U.S. generals planning for a space war they see as all but inevitable - SpaceNews |
| Capture URL: | https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/ |
| Page loaded at (UTC): | Tue, 01 Feb 2022 19:44:50 GMT |
| Capture timestamp (UTC): | Tue, 01 Feb 2022 19:45:25 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 9238d48f-c8d0-4345-b42e-a380cc804e6f |
| User: | msk-general |

PDF REFERENCE #:          2faBfdGmeMYN1WscSMNRkV

**Exhibit 19**
**Page 344**

# SPACENEWS


Delivering the whole package for government healthcare facilities — McKESSON — Explore our services

Search SpaceNews.com

# U.S. generals planning for a space war they see as all but inevitable

by Sandra Erwin — September 17, 2021



The Pentagon has declared space is a warfighting domain. Generals and executives in the space industry are preparing to defend the ultimate high ground. Credit: Adobe stock

A ship in the Pacific Ocean carrying a high-power laser takes aim at a U.S. spy satellite, blinding its sensors and denying the United States critical eyes in the sky.

This is one scenario that military officials and civilian leaders fear could lead to escalation and wider conflict as rival nations like China and Russia step up development and deployments of anti-satellite weapons.

If a satellite came under attack, depending on the circumstances, "the appropriate measures can be taken," said Lt. Gen. John Shaw, deputy commander of U.S. Space Command.



The space battlefield is not science fiction and anti-satellite weapons are going to be a reality in future armed conflicts, Shaw said at the recent 36th Space Symposium in Colorado Springs.

U.S. Space Command is responsible for military operations in the space domain, which starts at the Kármán line, some 100 kilometers (62 miles) above the Earth's surface. This puts Space Command in charge of protecting U.S. satellites from attacks and figuring out how to respond if hostile acts do occur.

Military space assets like satellites and ground systems typically have been considered "support" equipment that provide valuable services such as communications, navigation data and early warning of missile launches. But as the Pentagon has grown increasingly dependent on space, satellites are becoming strategic assets and coveted targets for adversaries.

Lt. Gen. John Shaw, deputy commander of U.S. Space Command. Credit: Tom Kimmell Photography

"It is impossible to overstate the importance of space-based systems to national security," Air Force Secretary Frank Kendall said in a keynote speech at the symposium.

Shaw noted that Gen. John Hyten, the vice chairman of the Joint Chiefs of Staff, "likes to talk about satellites as being 'big fat juicy targets.'"

"I agree with that," said Shaw. "But how do we change that? How do we make it more difficult for a potential adversary to think they could succeed in depriving us of our space capabilities?"


MAGAZINES.COM
WORLD WAR II MAGAZINE SUBSCRIPTION,...
World War II is a history magazine that delves into the events of one of...
$40
Shop now

## Most Read (past 7 days)

1. Space Force's troubled space-tracking system is officially shut down
2. Cause of Lucy solar array deployment problem identified
3. China's Shijian-21 towed dead satellite to a high graveyard orbit
4. Astroscale pauses debris-removal demo following anomaly

## Upcoming Events    See All ▸

**FEB 02** — Maritime Reconnaissance and Surveillance Technology

**FEB 08** — Global Space and Technology Convention 2022

**FEB 09** — Fundamentals of Satellite Communication Systems

Document title: U.S. generals planning for a space war they see as all but inevitable - SpaceNews
Capture URL: https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:45:25 GMT

**Exhibit 19**
**Page 345**

Page 1 of 4


targets.'"

"I agree with that," said Shaw. "But how do we change that? How do we make it more difficult for a potential adversary to think they could succeed in depriving us of our space capabilities?"

Those questions are now being debated as Space Command develops what Shaw describes as "space warfighting doctrine." A laser blinding a satellite is just an example of the types of attacks the U.S. has to prepare for, said Shaw. If that happened, the Defense Department would have to decide how to respond to that threat. Conceivably, naval or aerial forces would be called upon to take retaliatory action.

"[W]e are only starting to grapple with... what space warfighting really means," Shaw said.

### U.S. in a 'long-term strategic competition'

A competition for space dominance between the United States and rival powers China and Russia prompted the Trump administration and Congress in 2019 to re-establish U.S. Space Command — which had been deactivated since 2002 — and create the U.S. Space Force as an independent service branch.

Kendall, who was sworn in late July as the civilian leader of the Air Force and the Space Force, said the United States is in a "long-term strategic competition" with China. The implications for space are significant, he said, as "China has moved aggressively to weaponize space."

The Space Force will invest in new capabilities to deter and win if deterrence fails, Kendall said. Any type of escalation can result in miscalculations and human errors which is why a space war is a "conflict that no one wants," he said.

The U.S. military's space weapons that presumably would deter China from firing the first shot against a satellite are classified. In a rare disclosure, the Space Force last year said it deployed an advanced ground-based communications jammer made by L3Harris that could be used as an "offensive weapon" to disrupt enemies' satellite transmissions.

Chris Kubasik, L3Harris vice chairman and CEO, said there should be more awareness of the risks of an attack against a satellite precipitating a broader conflict.

"I think it's the biggest threat facing our nation," Kubasik said at the Space Symposium. A war in space would be "detrimental to society" because satellites play such a central role in everyday life for most people. "If you think of the impact of a war in space and how it impacts something as simple as our cellphones, navigation, supply chain, logistics, healthcare. I think it is a serious issue. And I think we have to continue to talk about it."

Public awareness and education about the nation's dependence on space are needed to help DoD "get the funding to make sure that we deter or defeat our adversaries in space," he said.

Unlike conflicts on Earth, a space war is not easy to visualize. "I call it an invisible war with invisible hardware that people can't see, it's a little different than being here on the ground," said Kubasik.



Travis Langster, vice president and general manager of Comspoc. Credit: Tom Kimmell Photography

### First shot could be against satcom

The military's reliance on commercial satellites for communications makes these systems one of the most likely targets of enemy jammers and cyber disruptions, said Travis Langster, vice president and general manager of Comspoc, a company that monitors space traffic and tracks orbital activities.

"Given the plethora of commercial space, based on the observations and activities we've seen at Comspoc, the target of that first shot is likely to be a commercial satellite," Langster said during a Space Symposium panel discussion. By launching an electronic or cyberattack against a commercial satellite that is used by DoD for military operations, an enemy would be "trying to send a very specific message" that it does not draw a line between commercial and military space assets.

The most likely scenario is a "reversible attack," meaning some temporary loss of a space-based service, said Langster. "In this day and age, the first shot will likely be a cyberattack."

Carey Smith, CEO of defense and cybersecurity contractor Parsons, said space-based networks already are under attack.

"Jamming is occurring today; there's obviously cyber attacks that are occurring across the infrastructure," she said. And there have been many documented attempts to interfere with communications signals in war zones where U.S. forces operate.

**Most Read (past 7 days)**

1. Space Force's troubled space-tracking system is officially shut down

2. Cause of Lucy solar array deployment problem identified

3. China's Shijian-21 towed dead satellite to a high graveyard orbit

4. Astroscale pauses debris-removal demo following anomaly

**Upcoming Events**        See All ▸

FEB 02 — Maritime Reconnaissance and Surveillance Technology

FEB 08 — Global Space and Technology Convention 2022

FEB 09 — Fundamentals of Satellite Communication Systems

Document title: U.S. generals planning for a space war they see as all but inevitable - SpaceNews
Capture URL: https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:45:25 GMT

**Exhibit 19**
**Page 346**

Page 2 of 4

are under attack.

"Jamming is occurring today; there's obviously cyber attacks that are occurring across the infrastructure," she said. And there have been many documented attempts to interfere with communications signals in war zones where U.S. forces operate.

But the question is whether these activities will escalate and lead to broader conflict. "I think the path to war in space is really based upon a space arms race, and we've been fortunate that we've been able to delay it up until this point, but it is perhaps imminent," she added.



A key reason why the space race is accelerating is that technology is advancing so rapidly, Smith said. A second reason is the absence of "binding commitments on what the operating norms are going to be in space," she said. "And without that, we're very likely to have a space war."

Carey Smith, CEO of defense and cybersecurity contractor Parsons. Credit: Tom Kimmell Photography

The only foundation of international space law that currently exists, the 1967 Outer Space Treaty, is outdated and doesn't address most space security issues that could set off a war, Smith noted.

The treaty bans the stationing of weapons of mass destruction in outer space, prohibits military activities on celestial bodies and contains legally binding rules governing the peaceful exploration and use of space. But a new set of rules is needed for the current space age, Smith said. "We really haven't addressed some of the very difficult questions. Can a nation tailgate another nation's satellite? Is preemptive self defense going to be permissible? Are we going to ban any form of weapons in space?"

Frank Backes, senior vice president of space and defense contractor Kratos, echoed that sentiment.

"We've seen very intentional interference within regional conflicts to take military systems offline," he said. Of particular concern to the Pentagon are disruptions to satellite communications networks that are used to operate unmanned surveillance aircraft. Drones rely on GPS and satellite communications systems to track and strike targets.

"Those types of reversible effects have already entered into the space layer, but I agree with Carrie Smith. It is the space race that is turning space into a warfighting domain," said Backes. "What that looks like going forward definitely could be devastating to our commercial and international use of space."

### DoD wants resilient space architecture

Experts point out that there are increasingly more ways to permanently or temporarily damage satellites so it would be virtually impossible for DoD to defend against a multitude of weapons.

China and Russia, for example, have direct-ascent weapons that are launched on a sub-orbital trajectory to strike a satellite in orbit. They also have co-orbital weapons that are placed into orbit and then later maneuvered toward their intended target.

Additionally, China and Russia are deploying non-kinetic space weapons, according to the Center for Strategic and International Studies. These include lasers that can be used to temporarily dazzle or permanently blind sensors on satellites, and jamming devices that interfere with the communications to or from satellites by generating noise in the same radio frequencies.

In the face of these threats, the United States aims to make space networks more resilient by using a diversity of satellites in different orbits,complicating an adversary's ability to launch an effective attack.

Kendall said resiliency "isn't just about the individual satellite, it's about the architecture."

DoD's Space Development Agency is looking to demonstrate what it hopes will be a more resilient space architecture. The agency is looking to deploy a proliferated constellation of small satellites in low Earth orbit as an alternative to the traditional large, expensive spacecraft that DoD has traditionally flown in higher orbits but much smaller numbers.

"We're getting away from 'juicy targets'," said SDA Director Derek Tournear. The idea of a proliferated architecture is to have enough satellites in orbit that "we can handle some attrition."

*This article originally appeared in the September 2021 issue of SpaceNews magazine.*



| ✉ Email | 🐦 Tweet | f Share | in Share | 🔴 Share |

FROM THE MAGAZINE | 36TH SPACE SYMPOSIUM | U.S. SPACE COMMAND | U.S. SPACE FORCE

### Related Articles



MAGAZINES.COM

**WORLD WAR II MAGAZINE SUBSCRIPTION,...**

World War II is a history magazine that delves deep into the events of one of...

$40

Shop now

### Most Read (past 7 days)

1. Space Force's troubled space-tracking system is officially shut down

2. Cause of Lucy solar array deployment problem identified

3. China's Shijian-21 towed dead satellite to a high graveyard orbit

4. Astroscale pauses debris-removal demo following anomaly

### Upcoming Events        See All ►

| FEB 02 | Maritime Reconnaissance and Surveillance Technology |
| FEB 08 | Global Space and Technology Convention 2022 |
| FEB 09 | Fundamentals of Satellite Communication Systems |

Document title: U.S. generals planning for a space war they see as all but inevitable - SpaceNews
Capture URL: https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:45:25 GMT

**Exhibit 19**
**Page 347**

Page 3 of 4

FROM THE MAGAZINE  36TH SPACE SYMPOSIUM  U.S. SPACE COMMAND  U.S. SPACE FORCE

## Related Articles



Dickinson: U.S. Space Command is now a 'warfighting force,' needs permanent home

U.S. Air Force creating new three-star position in charge of space

Five things to know about U.S. Space Command

Space Force developments this week: U.S. Space Command moving forward

Powered by Cëntextly

470 Comments  SpaceNews  🔒 Disqus' Privacy Policy  ❶ Login ▾

♡ Favorite 6  🐦 Tweet  f Share  Sort by Best ▾

Join the discussion…

LOG IN WITH        OR SIGN UP WITH DISQUS ⑦

Ⓓ f 🐦 G          Name

**Paul Vondra** · 4 months ago
If ever there was a self-fulfilling prophecy…
17 ⌃ ⌄ | Reply · Share ›

> **duheagle** → Paul Vondra · 4 months ago
> "If you would have peace, prepare for war." That was true in the time of Rome when it was first said and it is still true. Our worst wars have always resulted from an inability by the U.S. to seriously entertain the notion of such a war occurring or of the possibility of our staying out.
> 16 ⌃ ⌄ | 1 · Reply · Share ›

> > **windbourne** → duheagle · 4 months ago
> > fastest way to start WW3, is for everybody to be equal in military strength, or to have a nation that wants to control, to believe they are equal or stronger.
> > Shortly after that, they WILL start a war.
> > 2 ⌃ ⌄ | Reply · Share ›

> > **publiusr** → duheagle · 4 months ago
> > I want Rods from God. Carriers telegraph punches. You coined a good word—'New Defense'
> > It's why ABMA was killed. And why I don't want the Colorado Blue Suits near Space Force.
> > 1 ⌃ ⌄ | Reply · Share ›

> > **SZ** → duheagle · 4 months ago
> > The problem is, however, US doesn't want peace.
> > 2 ⌃ ⌄ | Reply · Share ›

> > > **James Lunar Miner** → SZ · 4 months ago · edited
> > > The real problem is that Stalin, Hitler, and Mao loving genocidal dictator Xi Jinping is trying to use his upcoming nuclear war to gain control over the South China Sea and Taiwan and Japan and South Korea.
> > > 2 ⌃ ⌄ | 1 · Reply · Share ›

> > **lopan** → duheagle · 4 months ago · edited
> > Rome was at perpetual war. It was literally the archetype of fascism, and perfected the forms of slavery and military dictatorship for a thousand years.
> > I'll go with FDR on that: Such things are not Order.
> > It was a Roman who summed it up best: "They make a desert and call it peace."
> > As to folks quoted in this article, I don't know how to take opinions seriously that spout dystopian pablum like lumping everyone in uniform into the term "warfighters."
> > The idea is to *not* fight wars. Space doesn't stay open for long if common sense like that is brainwashed away by pompous, goosestepping cultists and spreadsheet Sturmfuhrers.
> > 3 ⌃ ⌄ | 8 · Reply · Share ›

> > > **Brains and Looks** → lopan · 4 months ago · edited
> > > Those who pound their swords into plowshares will plow for those who did not.
> > > 8 ⌃ ⌄ | Reply · Share ›

> > > **Jager** → lopan · 4 months ago · edited
> > > What nonsense. The sophomoric belief that, if a country decides to not prepare for war, then no other nation will make war on them. Or if you prefer: *you may not choose war, but war may choose you.*
> > > If you want to quote dead Romans:
> > > *"A bad peace is worse than war."*

AD  ▷ ✕
MAGAZINES.COM
WORLD WAR II MAGAZINE SUBSCRIPTION,…

World War II is a history magazine that delves deep into the events of one of …

$40

Shop now

### Most Read (past 7 days)

1. Space Force's troubled space-tracking system is officially shut down

2. Cause of Lucy solar array deployment problem identified

3. China's Shijian-21 towed dead satellite to a high graveyard orbit

4. Astroscale pauses debris-removal demo following anomaly

### Upcoming Events        See All ▸

FEB 02  Maritime Reconnaissance and Surveillance Technology

FEB 08  Global Space and Technology Convention 2022

FEB 09  Fundamentals of Satellite Communication Systems

Document title: U.S. generals planning for a space war they see as all but inevitable - SpaceNews
Capture URL: https://spacenews.com/u-s-generals-planning-for-a-space-war-they-see-as-all-but-inevitable/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:45:25 GMT

**Exhibit 19
Page 348**

Page 4 of 4

# EXHIBIT 20

Exhibit 20
Page 349



| Document title: | Could outer space be the world's next battleground? | Broadview Magazine |
| Capture URL: | https://broadview.org/weaponization-of-space/ |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:38:25 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:39:41 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 28 |
| Capture ID: | 212e5628-4ef1-4fcc-9e98-1b175e079048 |
| User: | msk-general |


✡ ecclesiastical  When you need a specialist insurer.  Learn more

# Broadview

**ETHICAL LIVING | SOCIETY**

# Could outer space be the world's next battleground?

## A fragile peace is fraying as military powers ramp up their interest in Earth's orbit

By David Wilson | October 19, 2020



Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 351**

Page 1 of 27



Illustration: Sébastien Thibault

**SHARE**







On the afternoon of Jan. 11, 2007, Capt. Brian Weeden was on duty at a U.S. Air Force complex located deep inside Cheyenne Mountain, near Colorado Springs, Colo. The complex is the terminus for a vast flow of information on activity in space: if a rocket is launched somewhere or a satellite circles in orbit, the Cheyenne Mountain watchers know about it. Among the hundreds of spacecraft on their radar that day 13 years ago was a Chinese weather satellite called Fengyun-1C. It had been launched in 1999 but was now derelict, loitering about 860 kilometres above Earth.

Twelve thousand kilometres away, at the Xichang Satellite Launch Centre in China's Sichuan province, a ballistic missile roared into the night sky. Atop the rocket was a 600-kilogram device that can aptly be described as a high-tech battering ram. Arcing upwards, the missile accelerated through Earth's atmosphere and into the emptiness of space, its guidance system pointing it on a collision course with the Fengyun-1C satellite.

**MOST POPULAR**

## 01

**Ukulele church brings a whole new meaning to joyful worship**
A United Church composer and minister co-lead the weekly Zoom gathering

## 02

**I feel closer to God than before I began transitioning**
I've been called into transition, in the same way as I am called into ministry

## 03

**Broadview's top stories of 2021**

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 352**

Page 2 of 27


# Broadview

SHARE







through Earth's atmosphere and into the emptiness of space, its guidance system pointing it on a collision course with the Fengyun-1C satellite.

Engineers from the U.S. space agency NASA later calculated that the projectile the missile carried — known in space jargon as a "kinetic kill vehicle" — slammed into the satellite at a speed of 32,400 kilometres per hour, shattering it into thousands of pieces that remain in orbit today.

Watching the episode unfold, crews inside Cheyenne Mountain realized instantly that China had just successfully tested an anti-satellite weapon. Weeden, now the director of program planning for a space-security think tank in Washington, D.C., remembers the stunned atmosphere in the bunker: "There was a kind of silence, a kind of, 'Holy crap, the crazy bastards did it.'"

Spacefaring nations have prized the military high ground of Earth's orbit since the dawn of the space age more than 60 years ago. Until the Chinese test, military activity in space had been largely dominated by the Soviet Union (and later Russia) and the United States. Both had built space-based systems for reconnaissance, communication and munitions guidance into their capacity to wage war. Both had tested weapons

## 03

**Broadview's top stories of 2021**

Here are the stories you were the most interested in

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 353**

Page 3 of 27



SHARE







Soviet Union (and later Russia) and the United States. Both had built space-based systems for reconnaissance, communication and munitions guidance into their capacity to wage war. Both had tested weapons designed to destroy the other's satellites. But the certainty of mutual destruction in a war on Earth came to temper their behaviour in space. Since the mid-1980s, the superpowers had observed an informal moratorium on the testing of anti-satellite weapons.

The test Weeden and his colleagues witnessed that day in 2007 not only blew a dormant weather satellite to bits; flexing its new muscle as a superpower, China shattered the equilibrium that had secured a fragile peace in space for nearly 30 years. China's anti-satellite program is a key factor behind the seismic shift in doctrine that led to the newly minted U.S. Space Force, tasked with conducting American military operations in space. The most powerful military in the world now officially considers space a "warfighting domain" like the land, sea and air.

Weeden contends the U.S. move merely formalizes what has been evolving unofficially for the past 20 years. And he points out that the United States isn't the only player. China and Russia operate their

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 354**

Page 4 of 27


SHARE







formalizes what has been evolving unofficially for the past 20 years. And he points out that the United States isn't the only player. China and Russia operate their own space forces; both are developing a new generation of anti-satellite systems. France is establishing a space command and plans to build satellites able to destroy other spacecraft. Japan launched a space force this year and is considering an anti-satellite system. India successfully tested an anti-satellite weapon last year and has created a new organization to co-ordinate space-related military activities.

History shows that arms races seldom end well. The naval buildup before the First World War is one obvious example. The weaponization of space translates into increased odds of war in space. "When the leading space power takes that kind of stance, the other space-faring nations will take countermeasures," says Paul Meyer, a former Canadian ambassador to the United Nations and a space-security specialist at Simon Fraser University in Burnaby, B.C. "You start to get into contingency plans for conflict...and you could, in a crisis, spark something that could be devastating."

\*\*\*

One evening last winter, I drove through the snow to a suburban multiplex to watch *Star*

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 355**

Page 5 of 27

**SHARE**







\*\*\*

One evening last winter, I drove through the snow to a suburban multiplex to watch _Star Wars: The Rise of Skywalker_, the final episode in a trio of trilogies that began in 1977. It wasn't much of a movie — more a rehash of the clichés tens of millions of moviegoers have come to expect from the multibillion-dollar _Star Wars_ franchise.

About halfway through the film, however, the penny dropped: in the same way that cowboy movies encouraged warped stereotypes of the West, _Star Wars_ and its many imitators have entrenched a skewed version of space in popular consciousness. We like to imagine it as a place of constant conflict where battles over earthly compulsions like power, greed and revenge play out on a galactic scale. Aside from a select few, no one has any actual experience of space, so the fantasy version has become the default.

_The Rise of Skywalker_ premiered in Canadian theatres on Dec. 19 last year. In almost perfect serendipity, the U.S. Space Force officially launched just a day later. Before long, the serious aspects of the Space Force story gave way to snickering about the service's logo, which looks like a _Star Trek_

Document title: Could outer space be the world's next battleground? | Broadview Magazine

Capture URL: https://broadview.org/weaponization-of-space/

Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**

**Page 356**

Page 6 of 27

SHARE







officially launched just a day later. Before long, the serious aspects of the Space Force story gave way to snickering about the service's logo, which looks like a *Star Trek* knock-off. Call it the *Star Wars* syndrome: the penchant of the media and general public to shrug off events in space as less real than events on Earth. Meyer and others in the space-security community struggle against it constantly. "The cultural context for taking space seriously has been coloured and compromised by Hollywood," says Meyer. "You can't get the media — mainstream or social — to take the subject matter seriously without referring to *Star Wars* or whatever the current science-fiction fantasy is. It renders it as an amusing aside rather than something of real importance." As if to underscore Meyer's point, Netflix recently debuted a new sitcom starring funnyman Steve Carell. Its title: *Space Force*.



An Atlas V rocket carrying an advanced military

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 357**

Page 7 of 27



# Broadview

**SHARE**









An Atlas V rocket carrying an advanced military communications satellite takes off from the Cape Canaveral Air Force Station in Florida on March 26, 2020, marking the first official launch for the newly established U.S. Space Force. (Photo: SOPA Images Limited/Alamy stock photo)

As remote and unreal as space may seem, the distance between space and Earth has been shrinking steadily since the launch of the first Sputnik in 1957. Today, satellites are so entwined with everyday life — from ATMs to mobile phones to farmers checking on their fields — as to be virtually unnoticeable. With the advent of smaller satellites that can be launched in the dozens by a single rocket, Earth will be even more tethered to space in the years to come. "We are dealing with an environment that has, in the past couple of years, seen an exponential growth in activity," says Meyer, "with projections over the next six to 10 years increasing by a factor of 10 the number of active satellites — from roughly 2,000 now to something like 20,000."

The more things that satellites do, and the more satellites that do them, the greater the stakes should they become targets in a conflict. A 2018 book called _War in Space_ paints a chilling picture of the catastrophe

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 358**

Page 8 of 27


**SHARE**







more satellites that do them, the greater the stakes should they become targets in a conflict. A 2018 book called *War in Space* paints a chilling picture of the catastrophe that could result. Author Linda Dawson, a former NASA engineer and a retired lecturer at the University of Washington, leads readers on a tour of what a major disruption of satellite networks might look like. At first, it may just seem like a glitch: cellphones go silent, ATM cards stop working, auto-mobile navigation systems quit. The hiccup becomes a full-fledged crisis as the disruption affects the complex constellations of satellites that make up the U.S. Global Positioning System (GPS) and its international counterparts. Personal computers go haywire. The internet goes dark. Power grids sputter. Pilots can't find runways. Transportation networks shut down. Food shortages loom. Life, as a lot of us have come to know it, grinds to a halt. The scale of disruption would make the COVID-19 crisis seem like a mere inconvenience. "I do not think the average person is aware of these dangers," says Dawson.

### More on Broadview:

·   *A recovery worker on the hard realities of disaster and healing*

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 359**

Page 9 of 27

SHARE







- *A recovery worker on the hard realities of disaster and healing*

- *50 years after Apollo 11, we're still fighting over the moon*

- *My dad was deported after 23 years in Canada. We fear my mom is next.*

Small-scale previews of what Dawson imagines have actually occurred. In 2016, U.S. Air Force GPS satellites that also serve civilians fell out of sync. The incident affected police, fire and EMS radio equipment in the United States and Canada, and the British Broadcasting Corporation's digital radio service. Last year, the European Union's version of GPS went offline for a week. About 100 million mobile devices would have failed if they hadn't automatically connected with other systems. Both events caused a stir in military and tech circles, but barely a ripple in the public at large.

\*\*\*

**In the spring** of 2019, Jessica West journeyed to New Delhi to speak at a conference on space security. West is the space-security specialist at Project Ploughshares, a peace research institute connected to the Canadian Council of

Document title: Could outer space be the world's next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 360**

Page 10 of 27


SHARE







conference on space security. West is the space-security specialist at Project Ploughshares, a peace research institute connected to the Canadian Council of Churches. Before the conference, West and some of the other participants took part in a crisis-simulation exercise in the offices of a prominent Indian think tank. The idea was to role-play a regional emergency — in this case, sparked by an anti-satellite test, a terrorist attack and suspected ground-force incursions — and study how it might escalate.

The simulated crisis peaked with an airstrike on nuclear facilities. Cyberattacks targeted satellites linked to military action on the ground, but "there was a resistance to engaging in kinetic warfare in outer space," West says. Still, she adds, "it was clear how important outer space was to the conduct of operations on the ground."

The 1991 Gulf War, when an American-led coalition drove Saddam Hussein's Iraqi forces out of Kuwait, is sometimes called the "first space war," not because fighting took place in space but because of the critical role GPS and other satellites played in military operations. In the years since, satellites have become as intrinsic to the world's armed forces as they have to life for civilians.

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20
Page 361**

Page 11 of 27

**SHARE**







GPS and other satellites played in military operations. In the years since, satellites have become as intrinsic to the world's armed forces as they have to life for civilians.

West directed the research team for the 2019 edition of the Space Security Index, an exhaustive annual report on developments related to safety, security and sustainability in outer space. According to the report, in 2018 the United States, Russia and China had a combined total of 263 dedicated military satellites in orbit, in addition to operating several dozen GPS (or equivalent) satellite systems. Eighteen other countries, including Canada, operate military satellites of their own or piggyback military functions on top of civilian uses.

"There's always been this fear of war in space, as distinct from war on Earth," says Brian Weeden, who contributed a chapter to the report. "It's not [distinct]. It's the integration of space into terrestrial warfare, not something that happens separately."



Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 362**

Page 12 of 27

**SHARE**







A satellite (illustrated above) orbits Earth. (Photo illustration: Deposit Photo)

Within that integration lurks the trigger for a kind of conflict never seen before — where events on Earth spark a clash in space, or where events in space incite hostilities on Earth, with unpredictable consequences up to and including a nuclear exchange. "The most likely way to initiate a conflict would be one country disabling a satellite or spacecraft of another country," says Dawson. "Depending on the result, the conflict could escalate into further destruction in orbit or the beginning of more traditional warfare back on Earth."

Using projectiles to smash enemy satellites would create vast fields of space debris that could imperil other satellites, including those belonging to the attacker, and set in motion an escalating chain of collisions that could ultimately render orbit unusable. For that reason, cyberwarfare — the electronic jamming, hijacking or "spoofing" of enemy satellites so they send misleading signals back to Earth — is the most likely form that

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 363**

Page 13 of 27

SHARE







that reason, cyberwarfare — the electronic jamming, hijacking or "spoofing" of enemy satellites so they send misleading signals back to Earth — is the most likely form that a conflict in space would take. (In fact, the Space Security Index reports that cyberattacks have already taken place in the Middle East and Ukraine, and during 2018 NATO exercises in Finland and Norway.) The arsenals of the major space powers are also believed to include lasers and other directed-energy weapons, as well as stalker satellites that can manoeuvre alongside an enemy spacecraft to spy on it or disable it.

In 2016, the Secure World Foundation organized a tabletop exercise similar to the one West took part in. The object, says Weeden, was to gain insights into how to prevent a crisis involving space assets from escalating into an all-out conflict. The confusion that reigned during the simulation was sobering. "One of the big take-aways was that a very sophisticated group of space experts found it very difficult to make good decisions and under-stand what was going on," says Weeden. "If these people are struggling with this stuff, what is it going to look like for governments where people are generally not experts?"

\*\*\*

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 364**

Page 14 of 27



# Broadview

SHARE







it going to look like for governments where people are generally not experts?"

\*\*\*

**During the early years** of the Cold War, the Bulletin of the Atomic Scientists devised a symbolic doomsday clock to warn about existential dangers facing humanity: the closer to midnight, the greater the peril. I asked Paul Meyer where he would place the minute hand if such a clock existed for the threat of war in space today. "I'd put it at two minutes," he said. "The trends are increasingly negative."

Meyer has spent most of his working life focused on international security issues, including nuclear non-proliferation and disarmament. More recently, his emphasis has shifted to space and cybersecurity. The declaration by the United States that space is a warfighting domain rankles this career peacemaker. "Why the hell would you want to describe it as a warfighting domain unless you intended to fight a war there?" he asks. "How provocative is that to your potential adversaries?"

For Dawson, shifts in military doctrine combined with the developments of new weapons and technology add up to one inescapable conclusion: "I think a conflict in space is inevitable," she says. She's not

Document title: Could outer space be the world's next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20
Page 365**

Page 15 of 27

SHARE





combined with the developments of new weapons and technology add up to one inescapable conclusion: "I think a conflict in space is inevitable," she says. She's not alone. High-ranking politicians and military officials have long argued that war in space is a foregone conclusion. And the Woomera Manual, a major academic effort to clarify international law around military operations in space, assumes that conflict is a matter of when, not if.

Spearheaded by universities in Australia, the United Kingdom and the United States, the Woomera project evolved out of another international effort based at McGill University in Montreal, aimed at developing rules for peacetime military activity in space. The Manual on International Law Applicable to Military Uses of Outer Space (MILAMOS) Project began in 2016 but hit a wall over the issue of inevitability. "It was a major ideological split," says David Kuan-Wei Chen, executive director of McGill's Centre for Research in Air and Space Law. The differences were so profound that the war-is-inevitable faction left after 18 months and started the Woomera Manual.



Document title: Could outer space be the world's next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 366**

Page 16 of 27

**SHARE**









Smashing an enemy satellite would create vast fields of space debris that could cause a chain of satellite collisions and ultimately render orbit unusable. (Photo illustration: Shutterstock)

The MILAMOS Project includes international experts drawn from a wide range of relevant fields. "We don't rule out [war in space]," says Chen. "There's always that potential. We're not idealists or dreamers." But the project is rooted in the conviction that diplomacy and the rule of law can prevent tensions from escalating into conflict. "The purpose of what we're doing is to make sure we don't get to that stage," he says, "to clarify the law in relation to the use of satellites, in relation to the launch of missiles and so on, so that states know exactly what the law is — what is permissible and what is forbidden."

In 1967, a landmark international treaty declared outer space a global commons — belonging to all of humanity — and banned weapons of mass destruction. But the weapons of mass destruction. But the

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 367**

Page 17 of 27

**SHARE**







In 1967, a <u>landmark international treaty</u> declared outer space a global commons — belonging to all of humanity — and banned weapons of mass destruction. But the agreement did not prohibit the military use of spy or communication satellites or even space-based conventional weapons. And it did not provide for follow-up negotiations that could address more recent developments such as electronic jamming and spoofing. Much of the research being done by MILAMOS, the Woomera project and other initiatives, including ongoing UN talks, focuses on interpreting the treaty's loose ends.

Chen, for one, believes the main thrust of the treaty — requiring states to consider the interests of other states in their space activities — is sufficient to address contemporary realities; one state destroying or disabling another's satellites would not show due regard for the other's interests. The devil, of course, is in the details. Chen cites one example: "To what extent is the jamming of a space object an act of war or tantamount to a threat of the use of force? This is what we're trying to clarify."

The <u>accidental collision</u> of an American communications satellite and an inactive Russian military satellite over Siberia in

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 368**

Page 18 of 27


**SHARE**







The <u>accidental collision</u> of an American communications satellite and an inactive Russian military satellite over Siberia in 2009 is the stuff of nightmares for Chen and others in the space-security community. It was bad enough that the crash flung more than 2,000 pieces of debris into space lanes already cluttered with junk. But what if the Russian satellite had been operational? What if the accident had occurred in a time of heightened tension between the two superpowers?

# The dangers lurking today in space ought to send a chill through civilians. But the storm seems to be gathering largely out of sight and mind.

It took clashes like the Cuban Missile Crisis to galvanize public opinion against the testing and stockpiling of nuclear weapons in the 1950s and '60s, leading to treaties that moderated the threat. The dangers lurking today in space ought to send a chill through

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 369**

Page 19 of 27


SHARE







testing and stockpiling of nuclear weapons in the 1950s and '60s, leading to treaties that moderated the threat. The dangers lurking today in space ought to send a chill through civilian populations everywhere. But as long as cellphones work and GPS devices get people where they want to go, the storm seems to be gathering largely out of sight and mind.

Pessimists like author Linda Dawson believe it will take a scare to shake public indifference, and that it's coming. But there's no guarantee the events that trigger scares can be contained. No one has ever managed a crisis in space before or negotiated their way out of one. As Brian Weeden puts it, "I hope it's a scare and not a mourning."

Oddly, a better understanding of the way things work on Earth may offer the best hope for securing peace in space. The climate crisis has driven home the connection between human activity and the health of the planet. This heightened awareness can also be brought to bear on the health of the environment above Earth. "We need to expand on our definition of what 'environment' means, to include space," says Chen. "Any disruption or degradation of the space environment would have an impact on our way of life."

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 370**

Page 20 of 27

SHARE







'environment' means, to include space," says Chen. "Any disruption or degradation of the space environment would have an impact on our way of life."

Securing peace in space means unshackling ourselves from fantasy. It means acknowledging our connection to space every time we use a bank machine or message a friend. It means insisting that the interests of one nation should not prevail over the interests of any other. Really, it boils down to grasping that our well-being on Earth depends on the well-being of space.

It's not rocket science.

*This story first appeared in* Broadview's *November 2020 issue with the title "High stakes."*

**David Wilson** *is a writer in Toronto.*

\*\*\*

**We hope you found this *Broadview* article engaging.**

**Our team is working hard to bring you more independent, award-winning journalism. But *Broadview* is a nonprofit and these are tough times for magazines.**

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 371**

Page 21 of 27


SHARE







Our team is working hard to bring you more independent, award-winning journalism. But *Broadview* is a nonprofit and these are tough times for magazines. Please consider supporting our work. There are a number of ways to do so:

· <u>Subscribe</u> to our magazine and you'll receive intelligent, timely stories and perspectives delivered to your home 10 times a year.

· <u>Donate</u> to our Friends Fund.

· <u>Give the gift</u> of *Broadview* to someone special in your life and make a difference!

Thank you for being such wonderful readers.

Jocelyn Bell

Editor/Publisher

×

CHARITABLE **IMPACT**

**Giving is a part of your life.**

Easily give to what

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 372**

Page 22 of 27



CHARITABLE **IMPACT**

**Giving is a part of your life.**

Easily give to what
you care about,
when & how you want,
all from one place.

**Best wishes for
a happy and healthy
holiday season!**



Comments

## Leave a Comment

Your email address will not be published.

**Comment**

**Name** *

**Email** *

**Website**

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 373**
Page 23 of 27

# Broadview



**Website**

I'm not a robot
reCAPTCHA
Privacy - Terms

**POST COMMENT**

---

**READ THIS NEXT**



SOCIETY

# An ethical person's guide to investing

Jacky Habib | Sep. 10, 2019

Learn how to put your money

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 374**
Page 24 of 27

# to investing

Jacky Habib | Sep. 10, 2019

Learn how to put your money where your morals are and invest with a clean conscience



---

**MORE FROM BROADVIEW**

ENVIRONMENT



## Broadview writer discusses story on CBC Radio

Emma Prestwich | Jul. 23, 2019

Mark Mann joined CBC Radio One's "Ontario Today" call-in show

CULTURE



## Ivan Coyote's new book is a study in the healing power of letters

KC Hoard | Oct. 14, 2021

The writer's attempt to respond to some of the letters they've received over the years is infused with kindness

OPINION



## Traditional therapy may not be the answer for men with depression

Melanie Chambers | Aug. 14, 2020

Talk may be alienating for men, says one expert

OPINION



## What Emily Dickinson can teach us in a pandemic

Baisakhi Roy | Apr. 17, 2020

The poet's works are timely and comforting as we navigate COVID-19 and isolation

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 375**

Page 25 of 27

Mark Mann joined CBC
Radio One's "Ontario
Today" call-in show

The writer's attempt to
respond to some of the
letters they've received
over the years is
infused with kindness

Melanie Chambers |
Aug. 14, 2020

Talk may be alienating
for men, says one
expert

Apr. 17, 2020

The poet's works are
timely and comforting
as we navigate COVID-
19 and isolation

Sign up to receive updates from Broadview:

Enter Email Addre    SUBMIT

**Broadview**

Subscriber Services

United Church Group
Subscriptions

Advertise

Classifieds

Submission Guidelines

Privacy Policy

About Us

Contact Us

Broadview Reading Clubs

**Support Our
Work**

Donate

Planned Giving

We Remember

**Follow Us**

Newsletter

Facebook 🇫

Twitter 🐦

Instagram

**Subscribe**

**Donate**

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20
Page 376**

Page 26 of 27



Sign up to receive updates from Broadview:

Enter Email Addre      **SUBMIT**

**Broadview**
Subscriber Services
United Church Group
Subscriptions
Advertise
Classifieds
Submission Guidelines
Privacy Policy
About Us
Contact Us
Broadview Reading Clubs

**Support Our Work**
Donate
Planned Giving
We Remember

**Follow Us**
Newsletter
Facebook
Twitter
Instagram

**Subscribe**

**Donate**



Copyright Observer Publications Inc., 2022

Funded by the Government of Canada

Canadä

ONTARIO CREATES

Document title: Could outer space be the world&#39;s next battleground? | Broadview Magazine
Capture URL: https://broadview.org/weaponization-of-space/
Capture timestamp (UTC): Thu, 13 Jan 2022 00:39:41 GMT

**Exhibit 20**
**Page 377**

Page 27 of 27

# EXHIBIT 21

Exhibit 21
Page 378



| | |
|---|---|
| Document title: | Don't let space become the next military battleground |
| Capture URL: | https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127188002/ |
| Page loaded at (UTC): | Tue, 01 Feb 2022 19:47:02 GMT |
| Capture timestamp (UTC): | Tue, 01 Feb 2022 19:48:13 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 680df1b1-f0ab-473e-b7f5-ac46ef8b16e9 |
| User: | msk-general |

PDF REFERENCE #:         riz6REdAW7qZvogcAzJvbC

**Exhibit 21**
**Page 379**

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

delaware online

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

News    DE Data    Investigations    Sports    Life    USA TODAY    Obituaries    E-Edition    Legals    36°F    Subscribe    Sign In



What we do here **changes lives everywhere.**

Dana-Farber Cancer Institute

LEARN MORE ▶

mutation and stopped the growth of tumor cells.

GET THE NEWS ⌄

**COLUMNISTS** | Opinion  *This piece expresses the views of its author(s), separate from those of this publication.*

# Don't let space become the next military battleground

**Samuel Hoff**
Published 2:16 p.m. ET Nov. 27, 2018 | Updated 3:39 p.m. ET Nov. 27, 2018

View Comments      

*Samuel B. Hoff is George Washington Distinguished Professor of History and Political Science and law studies director at Delaware State University. He teaches an honors seminar on "Space: The Final Frontier" at DSU.*

President Donald Trump's recent proposal for a military-oriented Space Force has renewed a debate that occurred at the outset of American space exploration 60 years ago: Should issues associated with exploring the heavens be controlled by the military or by a civilian organization?

In 1958, embarrassed by the Soviet Union's triumphant launch of Sputnik, President Dwight Eisenhower could have easily turned space matters over to the military on a permanent basis. Instead, his solution was to create a dual track, with the more visible agency — the National Aeronautics and Space Administration — being civilian-led.

[House should follow.]

Samuel Hoff *PROVIDED*

Advertisement


Our record of cancer breakthroughs is why Dana-Farber is the largest academic recipient of NIH funding.

Dana-Farber Cancer Institute    LEARN MORE ▶

**More Stories**


**Delaware COVID update: Gov. John Carney briefing on state's response**
NEWS


**Brothers charged with murder in double-killing at Delaware restaurant**
NEWS


**Las Vegas is actually full of attractive mature women**
DateMyAge | Sponsored Links

*We're always working to improve your experience. Let us know what you think.*

Advertisement

You have limited articles remaining.    ⌃

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127188002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 380
Page 1 of 7



SUBSCRIBE NOW
$1 for 3 Months. Save Now.

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

Aeronautics and Space Administration — being civilian-led.

That is a precedent with the Trump White House should follow.

On its face, the idea of military oversight of some functions dealing with space exploration is not new. At the same time he announced the establishment of NASA, President Eisenhower created a military wing to test satellites.

World War I's lessons worth remembering today

McCain taught us to learn from our mistakes

On some Constitutional issues, the Founders might have wanted a do-over

Advertisement



Dana-Farber
Cancer Institute®

dana-farber.org/stories

HARVARD MEDICAL SCHOOL
TEACHING HOSPITAL

Since 1982, the Air Force has operated a Space Command division, which has more than 30,000 employees. In 2014-15, the Pentagon invested $5 billion to assess national security space capabilities. In 2015, the Air Force created a Special Advisor for Space.

The Department of Commerce has several sub-agencies dealing with space, including the Space Policy Advancing Commercial Enterprise Administration. A 2017 report by the Government Accounting Office concluded that a single military branch
dedicated to space would be beneficial.



It's been nearly a decade since America had a space shuttle — but soon it may have an entire Space Force. *Getty Images*

Advertisement



Zuriel

Learn more

Finally, a 2018 report by the Center for Strategic and International Studies recommends investing in national security space assets.

The Trump plan for the Space Force is to create an entirely new branch of the military to oversee space defense, spending $8 billion over the next five years to implement the proposal.

Supporters of the military-based Space Force idea point to Russia and Chinese capabilities to destroy satellites in space as a danger to American security. A Space Force would not only guard Earth from invaders, but intercept space pirates, handle rescues and recovery of space material, act to deter cyberthreats and make space safe for commercialization.

You have limited articles remaining. ︿

Ad

You can help cure childhood cancer.

St. Jude    DONATE NOW

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127180002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 381

Page 2 of 7

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

delaware online

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

News   DE Data   Investigations   Sports   Life   USA TODAY   Obituaries   E-Edition   Legals   36°F   Subscribe   Sign In

Advertisement



Sponsored by Tipico

**Win daily: Play free sports picks game**

Terms and Conditions apply. See DailyTicket.USATODAY.com. Must be 21+. Open to legal U.S. residents, excluding NY, FL, HI, and Puerto Rico.

See More →

Advertisement




Zuriel
Adam's Dad

Learn more

Those favoring a civilian-led space agency argue the United States already has such an entity: NASA. They see no need to either create a branch of the military or to mix functions.

Supporters of civilian-centered space exploration cite the creation of the National Space Council as setting an important precedent. They further point to international agreements such as the 1967 Outer Space Treaty, which the United States backed, and to the 2008 Prevention of Placement of Weapons in Outer Space treaty, the latter of which was rejected by the American government.



New! *Free* unlimited stories
Read and comment on all the stories you want.

CREATE FREE ACCOUNT

No credit card required

delaware online

This group believes that space and air are separate milieus and that a military conflict in space could not be limited to the initial combatants. Some backers of a civilian space organization go so far as to argue that space war should be regarded as an international crime.

While there has been limited utility for the military in space — such as monitoring of weather and satellites — the present structure of the Pentagon should be maintained and the pre-eminent position of NASA preserved.

The announcement by the Trump administration that America is going back to the moon is exciting. We are entering a new phase of space investigation, but one that must retain the original features that prevented a wider Cold War.

Space is not a territory to be claimed or conquered by one group. Accordingly, the duty to protect it from militarization is in everyone's interest.

View Comments

Taboola Feed



**Las Vegas is actually full of attractive mature women**
DateMyAge | Ad

**Dr Says Seniors With Joint Pain Need To Do This Daily**
For Knee, Back & Joint Pain
webmdnews.com | Ad

**63 Year-Old Fitness Legend Shares His 4 Must Eat Foods**
Tony Horton (63yo) is in the best shape of his life thanks to eating these 4 ...
Power Life By Tony Horton | Ad

You have limited articles remaining.

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127180002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 382

Page 3 of 7

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

# delaware online

Advertisement



Learn more



**"Move your money by early 2022," Wall street legend warns**
Chaikin Analytics | Ad



**Remember Pauley Perrette? Take A Deep Breath Before You See What She Looks Like Now**
Refinance Gold | Ad

**Erika Eleniak Turns 52, And Here's How She Looks Like Now**
Boite a Scoop | Ad



**"My Three Sons" Cast: Then And Now**
Taco Relish | Ad



**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
TruthFinder | Ad



**Brady's Response To Kneeling Debacle Was Perfect**
Gameday News | Ad



**Janet Jackson's Son Is All Grown Up & Might Look Familiar To You**
Sizzlfy | Ad

## Deal of the Day



**Reserve The Next Samsung Galaxy Phone—And Get $50 When You Sign Up**
REVIEWED | USA TODAY Network

**View Deal**

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

## Recommended



**Delaware COVID update: Gov. John Carney briefing on state's response**
NEWS



**Surgeon Reveals How To Restore Disappearing Eyebrows At Home**
Beverly Hills MD | Ad



**Keep Your Prostate Great: Do This Daily**
Prostate Health Strategies | Ad

## More Local Stories



Delaware Bay horseshoe crab policy changes advance

You have limited articles remaining.   ⌃

---

Document title: Don&#39;t let space become the next military battleground

Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127188002/

Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21

Page 383

Page 4 of 7

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

delaware online

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

News   DE Data   Investigations   Sports   Life   USA TODAY   Obituaries   E-Edition   Legals   36°F   Subscribe   Sign In

Advertisement
Learn more

NEWS

Brothers charged with murder in double-killing at Delaware restaurant
NEWS

■ FOR SUBSCRIBERS
Auction of du Pont family Americana fetches millions
NEWS

Wilmington Rep. Gerald Brady charged with shoplifting wood from Acme
NEWS

He Used To Be Handsome In 80's Now It's Hard To Look At Him
Boite a Scoop | Ad

1 Simple Routine That Melts Away Belly Fat
Health Gut Boost | Ad

Stealth Angel 2 Person Emergency Kit / Survival Bag (72 Hours)
Stealth Angel Survival | Ad

Women: This Simple Remedy Fights Thinning Lashes
Hair La Vie | Ad

## More Local Stories

■ FOR SUBSCRIBERS
Delaware high school sports rankings: New No. 1s in hoops, wrestling
SPORTS

More snow may be coming for Delaware Friday night, Saturday morning
NEWS

Biden motorcade on Route 1 in Rehoboth Beach
NEWS

Letter: Sen. Carper, Delaware needs the Postal Service Reform Act
OPINION

You have limited articles remaining.

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127180002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 384

Page 5 of 7

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

delaware online

Advertisement



Learn more



**Medicare Recipients Are In For A Big Surprise This February**
Quick Medigap | Ad



**No Appointment? No Problem - Upgrade to the World's Smartest CPAP Without Leaving Home**
The Easy Blog by EasyBreathe.com | Ad

**Stars Who Set The Bar High For Valentines Day**
Post Fun | Ad

## Recommended



**Here's how much snow has fallen across Delaware**
NEWS



**Southern Delaware gets the worst of Saturday storm**
NEWS



**Overwater Bungalow Vacations On Clearance**
Vacation Deals | Search Ads | Ad

**The App That's Teaching Americans Spanish In 15 Minutes A Day**
Babbel | Ad

## More Local Stories



**Delaware man who died in Maryland troopers' custody identified**
NEWS



**Delaware high school basketball photos: Seaford boys 69, Tower Hill 55**
SPORTS



**Delaware CAA basketball game at Towson suspended in second half**
SPORTS

**Wrongful death lawsuit filed against Milford and 2 police officers**
NEWS

You have limited articles remaining.

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127189002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 385

Page 6 of 7

 
SUBSCRIBE NOW
$1 for 3 Months. Save Now.

# delaware online

SUBSCRIBE NOW
$1 for 3 Months. Save Now.

Advertisement

Learn more



**Totally Fake - The 35 Most Fake Reality Shows People Actually Believed Were Real**
Rest Wow | Ad



**Top Doc: Simple Trick to Lose Belly Fat For Good**
Dr. Kellyann | Ad



**Gilligan's Island Star is Almost 103 And Lives Like This**
Wordsa | Ad



**See Where The 74-Year-Old O J Simpson Lives Today**
Loan Insurance Wealth | Ad

## More Local Stories



**Boot Barn set to open first Delaware store in Stanton**
MONEY



**Sweet 16: Here the best 16 University of Delaware NFL players**
SPORTS



■ FOR SUBSCRIBERS
**How Delaware, Maryland beaches are winning over seasonal cop recruits**
NEWS



**Candlelight vigil for Sussex Central student who died in car crash**
NEWS

Advertisement

PROTECT OUR RIGHTS   DONATE NOW   Planned Parenthood

# delaware online
PART OF THE USA TODAY NETWORK

| About | Support | Stay Connected | Our Partners |
|---|---|---|---|
| Staff Directory | Contact Us | Subscribe Today | Jobs |
| Corrections | Support Local Businesses | Newsletters | Cars |
| Careers | Advertise Your Business | Mobile Apps | Homes |
| Accessibility Support | Advertising Terms and Conditions | Facebook | Wilmington Classifieds |
| Site Map | Buy and Sell | Twitter | Dover Classifieds |
| Legals | Licensing & Reprints | E-Edition | Education |
| | | Storytellers | 10Best |
| | | Archives | Reviewed |

You have limited articles remaining.   ⌄

Document title: Don&#39;t let space become the next military battleground
Capture URL: https://www.delawareonline.com/story/opinion/readers/2018/11/27/dont-let-space-become-next-military-battleground/2127188002/
Capture timestamp (UTC): Tue, 01 Feb 2022 19:48:13 GMT

Exhibit 21
Page 386

Page 7 of 7

# EXHIBIT 22

Exhibit 22
Page 387



| | |
|---|---|
| Document title: | Weaponizing the Sky - The Atlantic |
| Capture URL: | https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/ |
| Page loaded at (UTC): | Thu, 13 Jan 2022 01:33:17 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 01:33:59 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | a07b61b9-2551-4ed0-bfd8-a4d8c11d8ce7 |
| User: | msk-general |

PDF REFERENCE #:            cDK5sK9uTdeZouhHyZECNS

**Exhibit 22**
**Page 388**

MORE FROM BEYOND THE CLOUD

The Satellites That Could Trace the Ripples of the Cosmos
GEOFF MANAUGH


The Future of Archaeology Is 'Spacejunk'
GEOFF MANAUGH


Archaeologists Are Spotting Ancient Ruins in Cold War Spy Photos
GEOFF MANAUGH


The Existentialism of GPS
GEOFF MANAUGH


TECHNOLOGY

# The Growing Risk of a War in Space

The prospect of weaponized satellites launching a Pearl Harbor style attack in orbit is more probable than many people realize.

By Geoff Manaugh



NASA / The Atlantic

JUNE 21, 2016                                                    SHARE ⌄

In *Ghost Fleet*, a 2015 novel by security theorists Peter Singer and August Cole, the next world war begins in space.

Aboard an apparently civilian space station called the Tiangong, or "Heavenly Palace," Chinese astronauts—taikonauts—maneuver a chemical oxygen iodine laser (COIL) into place. They aim their clandestine electromagnetic weapon at its first target, a U.S. Air Force communications satellite that helps to coordinate forces in the Pacific theater far below. The laser "fired a burst of energy that, if it were visible light instead of infrared, would have been a hundred thousand times brighter than the sun." The beam melts through the external hull of the U.S. satellite and shuts down its sensitive inner circuitry.

From there, the taikonauts work their way through a long checklist of strategic U.S. space assets, disabling the nation's military capabilities from above. It is a Pearl Harbor above the atmosphere, an invisible first strike.

"The emptiness of outer space might be the last place you'd expect militaries to vie over contested territory," Lee Billings has written, "except that outer space isn't so empty anymore." It is not only science fiction, in other words, to suggest that the future of war could be offworld. The high ground of the global battlefield is no longer defined merely by a topographical advantage, but by strategic orbitals and potential weapons stationed in the skies above distant continents.

Enjoy unlimited access to The Atlantic.    Sign in

Subscribe Now

Document title: Weaponizing the Sky - The Atlantic
Capture URL: https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/
Capture timestamp (UTC): Thu, 13 Jan 2022 01:33:59 GMT

Exhibit 22
Page 389

Page 1 of 5

but by strategic orbitals and potential weapons stationed in the skies above distant continents.

ADVERTISEMENT

94% OF AMERICAN VOTERS AGREE: MEDICARE MUST COVER ALZHEIMER'S DISEASE TREATMENTS

alzheimer's association

When China shot down one of its own weather satellites in January 2007, the event was, among other things, a clear demonstration to the United States that China could wage war beyond the Earth's atmosphere. In the decade since, both China and the United States have continued to pursue space-based armaments and defensive systems. A November 2015 "Report to Congress," for example, filed by the U.S.-China Economic and Security Review Commission (PDF), specifically singles out China's "Counterspace Program" as a subject of needed study. China's astral arsenal, the report explains, most likely includes "direct-ascent" missiles, directed-energy weapons, and also what are known as "co-orbital antisatellite systems."

---

To many, space-based weaponry still inhabits the realm of speculation, populated by the over-caffeinated and paranoid.

---

These are systems that could haunt the same orbital trajectories as other satellites, maneuvering closer to those machines for covert inspection, surveillance, or even outright physical attack, similar to the scene from Ghost Fleet. "Once a co-orbital satellite is close enough to a target satellite," the report warns, "the co-orbital satellite can deploy its weapon to interfere with, disable, or destroy the target satellite."

ADVERTISEMENT

94% OF AMERICAN VOTERS AGREE: MEDICARE MUST COVER ALZHEIMER'S DISEASE TREATMENTS

alzheimer's association

One of the most ominous implications of co-orbital antisatellite warfare is the difficulty of determining what is—or is not—a weapon. Indeed, as military journalist David Axe has written, "It's hard to say exactly how many weapons are in orbit … With the proverbial flip of a switch, an inspection satellite, ostensibly configured for orbital repair work, could become a robotic assassin capable of taking out other satellites with lasers, explosives or mechanical claws. Until the moment it attacks, however, the assassin spacecraft might appear to be harmless." This raises the prospect of long-duration sleeper

Document title: Weaponizing the Sky - The Atlantic
Capture URL: https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/
Capture timestamp (UTC): Thu, 13 Jan 2022 01:33:59 GMT

Exhibit 22
Page 390

Page 2 of 5

appear to be harmless." This raises the prospect of long-duration sleeper weapons already in orbit, their actual military purpose yet to be revealed. They are weapons-in-waiting.

In other cases, however, space-based warfare will not be so subtle. One of the most widely discussed celestial weapons systems is known as the "rod from God." This is a non-explosive tungsten cylinder launched downward from orbit and capable of obtaining speeds of up to Mach 10 as it descends. The force of the rod's impact alone would be equivalent to a small nuclear explosion, causing devastating, earthquake-like shockwaves around the target. At such speeds, these "hypervelocity rod bundles," as the U.S. Air Force technically described them in a 2003 strategic document (PDF), could also penetrate deep underground into heavily fortified enemy caves and bunkers.

To many, space-based weaponry still inhabits the realm of speculation, populated by the over-caffeinated and paranoid. Certainly, the prospect of looking up into the night sky to see menacing constellations of foreign weaponry—dark machines snooping around from satellite to satellite or looking down at us in our cities and suburbs—has inspired no end of conspiracy theories. Even the as-yet undeveloped tungsten "rod from God" features at the center of a bizarre internet rumor that the massive industrial explosion in Tianjin, China, in August 2015 was, in fact, a demonstration attack by the U.S. to show what our space weapons are really capable of.

ADVERTISEMENT

ADVERTISING



But, paranoia aside, the systems are nevertheless accumulating. In 2014, for example, the U.S. Air Force launched a trio of satellites in geosynchronous orbit to keep "neighborhood watch" over other satellites. Indeed, "space weaponization is inevitable," David C. Hardesty has written for the Naval War College Review—but inevitability, he adds, should not be confused with desirability or unquestioning acceptance. Hardesty emphasizes that we should determine the value of militarizing space "not by its inevitability" at all, in fact, "but by whether it is good or bad—by whether weaponization and its consequences will improve or degrade the national security environment."

Existing international treaties and conventions do not provide much guidance. Aside from prohibiting the use of nuclear weapons and other "weapons of mass destruction" in space, there is very little to hold back future development of offworld armaments. Even the tungsten rod program, because it does not entail actual explosives, falls outside this already scant regulation.

That means that, while moral arguments for or against any particular nation-

Enjoy unlimited access to The Atlantic.    Sign in                                    Subscribe Now    ⌄

Document title: Weaponizing the Sky - The Atlantic
Capture URL: https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/
Capture timestamp (UTC): Thu, 13 Jan 2022 01:33:59 GMT

Exhibit 22
Page 391

Page 3 of 5

 
That means that, while moral arguments for or against any particular nation-state claiming this ultra-high-altitude battlefield are still being formulated, the tech itself exists—and, in many cases, is ready to be deployed. The opening scene of *Ghost Fleet* could be only weeks away.

Geoff Manaugh is a writer based in Los Angeles.

## MOST POPULAR

### 1 Calling Omicron 'Mild' Is Wishful Thinking

We are far past the point of hoping this variant will spare us.

KATHERINE J. WU



### 2 A Simple Plan to Solve All of America's Problems

The U.S. doesn't have enough COVID tests—or houses, immigrants, physicians, or solar panels. We need an abundance agenda.

DEREK THOMPSON



### 3 Why Making Friends in Midlife Is So Hard

I thought I was done dating. But after moving across the country, I had to start again—this time, in search of platonic love.

KATHARINE SMYTH



### 4 Omicron Is Forcing Us to Rethink Mild COVID

The staggering number of infections among the vaccinated is changing Americans' pandemic mindset.

SARAH ZHANG



### 5 The Bold Economic Move Joe Biden Refuses to Make

Stymied by Congress, the president could make $1 trillion in student loans disappear all by himself.

RUSSELL BERMAN



### 6 Stop Fetishizing Old Homes

Whatever your aesthetic preferences, new construction is better on nearly every conceivable measure.

M. NOLAN GRAY



### 7 How Long Does Omicron Take to Make You Sick?

The new variant seems to be our quickest one yet. That makes it harder to catch with the tests we have.

KATHERINE J. WU



Enjoy unlimited access to The Atlantic.    |    Sign in                                            Subscribe Now    ^

Document title: Weaponizing the Sky - The Atlantic
Capture URL: https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/
Capture timestamp (UTC): Thu, 13 Jan 2022 01:33:59 GMT

**Exhibit 22**
**Page 392**

Page 4 of 5


5 ### The Bold Economic Move Joe Biden Refuses to Make

Stymied by Congress, the president could make $1 trillion in student loans disappear all by himself.

RUSSELL BERMAN



6 ### Stop Fetishizing Old Homes

Whatever your aesthetic preferences, new construction is better on nearly every conceivable measure.

M. NOLAN GRAY



7 ### How Long Does Omicron Take to Make You Sick?

The new variant seems to be our quickest one yet. That makes it harder to catch with the tests we have.

KATHERINE J. WU



8 ### Hospitals Are in Serious Trouble

Omicron is inundating a health-care system that was already buckling under the cumulative toll of every previous surge.

ED YONG



9 ### COVID-Hospitalization Numbers Are as Bad as They Look

Many supposedly "incidental" infections aren't really incidental, and cannot be dismissed.

ED YONG



10 ### The Vaccine Scientist Spreading Vaccine Misinformation

Robert Malone claims to have invented mRNA technology. Why is he trying so hard to undermine its use?

TOM BARTLETT



FROM THE ATLANTIC

## Try subscriber newsletters for free

Nine new newsletters. Nine new voices. For a limited time, subscriber newsletters are available to everyone. Sign up for free and get more of today's best writing sent to you.

**Explore Newsletters**

ABOUT
Our History
Careers

CONTACT
Help Center
Contact Us
Atlantic Brand Partners
Press

PODCASTS
The Experiment
Floodlines
How to Build a Happy Life
The Review

SUBSCRIPTION
Purchase
Give a Gift
Manage Subscription
Download iOS App
Download Android App
Newsletters

FOLLOW
📘 📷 ▶
🐦 in 📄
🔗

Privacy Policy | Do Not Sell My Personal Information | Advertising Guidelines | Terms Conditions | Responsible Disclosure | Site Map

Enjoy unlimited access to The Atlantic.  |  Sign in

**Subscribe Now**  ⌃

Document title: Weaponizing the Sky - The Atlantic
Capture URL: https://www.theatlantic.com/technology/archive/2016/06/weaponizing-the-sky/488024/
Capture timestamp (UTC): Thu, 13 Jan 2022 01:33:59 GMT

**Exhibit 22**
**Page 393**

Page 5 of 5

# EXHIBIT 23

**Exhibit 23**
**Page 394**



| | |
|---|---|
| Document title: | Mission |
| Capture URL: | https://www.spaceforce.mil/About-Us/About-Space-Force/Mission/#skip-target |
| Page loaded at (UTC): | Thu, 13 Jan 2022 01:31:44 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 01:32:37 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 13036aac-6432-4a0f-a3e2-0040028a4181 |
| User: | msk-general |



# UNITED STATES SPACE FORCE
## MISSION

### USSF MISSION

The USSF is responsible for organizing, training, and equipping Guardians to conduct global space operations that enhance the way our joint and coalition forces fight, while also offering decision makers military options to achieve national objectives.

### QUICK LINKS

Join the Space Force

USA Jobs

Contact

FOIA

Strategic AFR

USA.gov

SAPR

EEO

Link Disclaimer

Accessibility

Site Map

### CONNECT

Official United States Air Force Website

USSF

Document title: Mission
Capture URL: https://www.spaceforce.mil/About-Us/About-Space-Force/Mission/#skip-target
Capture timestamp (UTC): Thu, 13 Jan 2022 01:32:37 GMT

Exhibit 23
Page 396

Page 1 of 1

# EXHIBIT 24

**Exhibit 24**
**Page 397**



Document title:     Super Financial Agent Shon Brooks Hitting the Big Screen

Capture URL:     https://www.prnewswire.com/news-releases/super-financial-agent-shon-brooks-hitting-the-big-screen-300243812.html

Page loaded at (UTC):     Tue, 08 Feb 2022 01:34:35 GMT

Capture timestamp (UTC):     Tue, 08 Feb 2022 01:34:50 GMT

Capture tool:     v7.13.2

Collection server IP:     3.90.170.83

Browser engine:     Chrome/77.0.3865.120

Operating system:     Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:     2

Capture ID:     7f1636ef-85e4-4760-bf9c-05ce51182649

User:     msk-general

# Super Financial Agent Shon Brooks Hitting the Big Screen

Shon Brooks is in place to rise up in movie theaters and IMAX movie stadiums across America, bringing appeal and super-smartness to finance and entertainment. The inventor, video game developer, award winning talk show host, founder and CEO of Brooks Entertainment Inc., has emerged and reaccelerated as a leading technology/financial/entertainment company. Financial Planning Magazine, Advisor.CA Magazine, and On Wall Street Magazine named Agent Brooks a Superhero and the "Person of Interest" equipped to pummel Wall Street criminals.

NEWS PROVIDED BY                                                        SHARE THIS ARTICLE
**Brooks Entertainment Inc. →**
Mar 31, 2016, 10:17 ET                                                  

NEW YORK, March 31, 2016 /PRNewswire/ -- Brooks Entertainment Inc. is rolling into theaters during NCM's *FirstLook* in time for the opening of "Batman v Superman. Dawn of Justice." As tall, dark and handsome leading gentlemen welcome high definition, Shon Brooks, non-fictional Superhero character is in complete formation to hit movie theaters during the pre-show. A new generation will be introduced to the brand state by state. Brooks Entertainment Inc. DBA Brooks Financial & Entertainment Consultants will share the screen with the world's best content, biggest budgets, best talent, and blockbuster storytelling.



Super Financial Agent Shon Brooks

Shon Brooks is one of the "STARmeter" leaders in search categories for the Internet Movie Database (IMDB). As noted, he is a Time Warner- TV Editorial Excellence Award Winner for covering the Olympic Games, Game Changer by Invention Magazine, named Superhero by On Wall Street Magazine, "Advisor CA" Magazine, and Financial Planning Magazine. Brooks Entertainment Inc. has R.O.C.K.E.D the charts as one of Smoke Magazine's top 36 cigar manufacturers in the world with the invention of the S.O.B.™ luxury cigar for Pop Culture. Shon says, **"It is always a celebration to be on-screen at the movie theaters in front of super audiences. It makes me feel like the fight is worth it all."**

After signing contracts with Cox Media, Hard Rock Casino, Brooks Entertainment Inc. becomes the first recorded brand to Journey to Mars with (NASA) National Aeronautics and Space Administration. Brooks Entertainment believes in helping all its partners increase their ratings.

Photo - http://photos.prnewswire.com/prnh/20160330/349747

SOURCE Brooks Entertainment Inc.

**Contact Cision**                **Products**                **About**                         **My Services**

Cision Distribution 888-776-0942   Cision Communication Cloud®   About PR Newswire               All New Releases
from 8 AM - 9 PM ET                For Marketers                 About Cision                    Online Member Center
Chat with an Expert                For Public Relations          Become a Publishing Partner     ProfNet
                                   For IR & Compliance           Become a Channel Partner
Contact Us                         For Agency                    Careers
                                   For Small Business            COVID-19 Resources

Document title: Super Financial Agent Shon Brooks Hitting the Big Screen
Capture URL: https://www.prnewswire.com/news-releases/super-financial-agent-shon-brooks-hitting-the-big-screen-300243812.html
Capture timestamp (UTC): Tue, 08 Feb 2022 01:34:50 GMT

**Exhibit 24**
**Page 399**

Page 1 of 1

# EXHIBIT 25

Exhibit 25
Page 400



| Document title: | Shon Brooks Identified as 'Game Changer' by Invention Magazine -- Brooks Financial & Entertainment Consultants Inc. | PRLog |
| --- | --- |
| Capture URL: | https://www.prlog.org/11784448-shon-brooks-identified-as-game-changer-by-invention-magazine.html |
| Page loaded at (UTC): | Tue, 01 Feb 2022 19:49:56 GMT |
| Capture timestamp (UTC): | Tue, 01 Feb 2022 19:50:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | ce26294f-d55d-4150-ad54-8ed3420d7cef |
| User: | msk-general |

**News By Tag**
* Shon Brooks
* Brooks Financial
* 3d Games
* Financial Literacy
* S O B
* Talk Shows
* Game Changer
* Chronic Logic
* More Tags...

**Industry News**
* Entertainment
* Games
* Technology
* More Industries...

**News By Location**
* Coronado
* California
* United States
* More Locations...

**Country(s)**
United States
Australia
India
Hong Kong
England
China
- - -
More Countries

Industry News

All News

Exclusive News

February 2022
Tu Mo Su Sa Fr Th We
1
January 2022
31 30 29 28 27 26

Follow on Google News

# Shon Brooks Identified as 'Game Changer' by Invention Magazine

Publication Profiles Founder and CEO of Brooks Financial & Entertainment Consultants on Creative Use of 3D Interactive Computer Video Games That Teach Students Valuable Financial Literacy Skills

*By: Brooks Financial & Entertainment Consultants Inc.*

**Jan. 29, 2012** – *PRLog* – Shon Brooks' inventive undertaking in financial literacy education – efforts designed to help young students better understand the world of finance and the stock market through exciting, interactive computer video games he's developed – received international attention recently when the work of this well-known Coronado, California-based inventor was featured prominently in Invention Magazine's Fall Issue 2011.

One of Forbes Magazine's top 20 listed college and universities for science and technology, Thomas Edison State dubbed Brooks the "Game Changer" when it profiled his timely endeavor that use interactive 3D computer gaming technology to assist K-12 school students in learning key skills in smart money management – ranging from how to balance a checkbook, international bank fraud, and prudently use a credit card to teaching them the rudiments of the stock market and how to invest. Thomas Edison State is the publisher of Invention magazine. The article can be viewed at http://www.tesc.edu/files/Invention_Fall_2011.pdf.

In its early days Thomas Edison State spent three years at the Forrestal Center outside of Princeton. However, it needed room for growth and later moved into the architectural landmark building built in 1911 headquartered in downtown Trenton, New Jersey. Now it is the second largest college in the state of New Jersey, offering 20 associate, bachelor's and master degrees in more than 100 areas of study to more than 18,700 students in every state in the United States and more than 70 countries around the world. These programs are based in Thomas Edison State's college five schools.

"With our nation facing a flagging economy, high unemployment, record deficits and other economic concerns – situations our kids will likely inherit when they are older," says Brooks, a noted financial planner and Founder and CEO of Brooks Financial & Entertainment Consultants based in Coronado, CA (www.ShonBrooks.TV), "what better time than now to begin teaching students – from elementary to high school, and even college – the importance of knowing how to manage finances."

Brooks – who earned a (BSBA) Bachelor of Science degree in Business Administration from Thomas Edison State College as well as an (ASM) in Science in Management – is well on his way to making his dream of financial literacy come alive for students. He has developed two 3D games (with the aim of marketing them to school districts nationwide, and to international markets) that are focused on helping young students better understand finance and the stock market.

The first one, a console game called Save One Bank™, introduces students to the ins and outs of the world of banking through an adventurous, hero versus villain action theme. The second game, Stock Picker™, is an online game that covers the fast-paced, and often misunderstood, world of the stock market and Wall Street, and the impact it has on the economy. Students can use play money to compete with different classrooms around the country in picking and investing in the most viable stocks.

In the gaming endeavor, he recently partnered with award-winning video game developer and publisher Josiah Pisciotta at Chronic Logic, LLC ( HYPERLINK http://www.chroniclogic.com and www.chroniclogic.com) in Santa Cruz, CA to develop the video promotion trailer for Save One Bank, the first game to be promoted in the project.

In addition to his computer gaming ventures, Brooks has used his success as a chief executive officer in other ways to promote education, motivation and empowerment among today's youth. For instance, he has donated more than 3,000 books, magazines, calculators and posters to the San Diego Unified School District to encourage wise money management among students. With the addition of creating and launching a "Sponsor a Bus" program to help school districts nationwide with their budget crisis (http://www.taxshelterpro.com/sponsorship.html and http://brooksfinancialandentertainmentconsultants.com/).

He is also the creator, writer, producer and host of the award-winning half-hour TV talk show titled S.O.B™. The show motivates and empowers youth toward positive directions in life. S.O.B is currently being promoted on the National Football League (NFL) Network, ESPN, and Monday Night Football through Cox Media which also interconnects in selected markets on AT&T and Direct TV (HYPERLINK http://www.prlog.org/11663847-shon-brooks-signs-nfl-cox-media-television-ad-contract-promoting-upcoming-sob-talk-show.html and http://www.prlog.org/11663847-shon-brooks-signs-nfl-cox-media-television-ad-contract-promoting-upcoming-sob-talk-show.html).

**Most Viewed**
Has your Gmail been Secretly Hacked? Protect Yourself efani Partner TheNFG.com - 7462 views
FTC Fine CA Lead Gen Co $1.5M Financial Data MisUse | TheNFG.com - 3003 views
The City Tutors Partners with Bloomberg LP to Deliver Free Professional Mentorship - 838 views
Your First Services Partners With Camel Expeditionary To Integrate Sterispace Air Sterilization Technology Into Military Shelter Systems - 566 views
Former Snapchat Executive Jason Halbert Shares Success Secrets at Maxim University - 500 views

**Daily News**
Pet Professional Guild Announces Geek Week Grand Prize Winner - 273 views
Nationwide Boiler Announces Re-Rental of Controls Division to Nationwide Control Solutions - 253 views
DFW Metroplex Realtor Makes a Splash with Unique Move Up Buyer Program - 191 views
R.R. Donnelley Data Breach Prompts Investigation into Class Action Lawsuit - 176 views
OUSD, Army Leadership Speakers Announced for Tri-Service Open Architecture Technical Interchange In-Person Meeting on March 15 - 132 views

Jan 29, 2012 News

Document title: Shon Brooks Identified as 'Game Changer' by Invention Magazine -- Brooks Financial &amp; Entertainment Consultants Inc.
Capture URL: https://www.prlog.org/11784448-shon-brooks-identified-as-game-changer-by-invention-magazine.html
Capture timestamp (UTC): Tue, 01 Feb 2022 19:50:18 GMT

**Exhibit 25**
**Page 402**

Page 1 of 3

He is also the creator, writer, producer and host of the award-winning half-hour TV talk show titled S.O.B™. The show motivates and empowers youth toward positive directions in life. S.O.B is currently being promoted on the National Football League (NFL) Network, ESPN, and Monday Night Football through Cox Media which also interconnects in selected markets on AT&T and Direct TV (HYPERLINK http://www.prlog.org/11663847-shon-brooks-signs-nfl-cox-media-television -ad-contract-promoting-upcoming-sob-talk-show.html and http://www.prlog.org/11663847-shon-brooks-signs-nfl-cox-media-television-ad-contract-promoting-upcoming-sob-talk-show.html).

As testament to S.O.B's popular appeal in foreign countries, a segment of the show, featuring Brooks interviewing famed boxing promoter Don King (HYPERLINK http://www.pakistan.tv/videos-shon-brooks-interview-with-don-king-[-y0XFPq-uZrg].cfm, www.pakistan.tv/videos-shon-brooks-interview-with-don-king-[y0XFPq-uZrg] ) was made available in Pakistan -- a country with a population of more than 170 million-- via YouTube in recent months. (The segment can also be viewed at HYPERLINK http://www.youtube.com/watch?v=y0XFPq-uZrg "it "_blank and http://www.youtube.com/watch?v=y0XFPq-uZrg ).



Since that time, worldwide viewership and web traffic searches of the S.O.B Pakistan segment have escalated to over 600 million views, as documented on the (IMDB) Internet Movie Database (HYPERLINK http://www.imdb.com/name/nm3779078/ "it "_blank and http://www.imdb.com/name/nm3779078/ ), and recently became one of the first to reset the odometer for YouTube from the overload of web search traffic, says Brooks. He is continuing to merge into new international markets with a vigorous global presence.

Widely known for his savvy and versatility as a premier financial planner, Brooks spearheads Brooks Financial & Entertainment Consultants which specializes in financial estate-wealth preservation strategies for the wealthy and for striving individuals, television production and gamification.

He is also recognized as a leading supporter of continuing education in the financial planning field. Brooks created the curriculum for two areas of certification for financial planning advisors, which are used by the ASPPA (American Society of Pension Professionals and Actuaries)-formerly known as NTSAA Educational Institute. The two certifications are the Certified Retirement Specialist (CRS) and Master Certified Retirement Specialist (MCRS). He also created the exam questions for the certification's Course 1 Study Guide, The Basics of 403(b) Plans. The premier national organization for career retirement plan professions is now transitioning to being called, TGPC (Tax-Exempt and Government Plan Administration Certificate Program).

Brooks can be contacted at HYPERLINK "mailto:taxshelterpro@aol.com" taxshelterpro@aol.com, or (619)575-0242.

# # #

Founded by Shon Brooks, Brooks Financial & Entertainment Consultants (www.shonbrooks.tv), is based in Coronado, CA and specializes in game development, estate planning, wealth preservation strategies for a wide range of clients, and television productions.

---- End

[Facebook] [Twitter] [LinkedIn] [Pinterest] [share] [email]   Follow   Embed   PDF / Print

Email      : ***@franshatone.com ✔
Phone      : 619-575-0242
Zip        : 92178
Tags       : Shon Brooks,  Brooks Financial,  3d Games,  Financial Literacy,  S.O.B,  Talk Shows, Game Changer,  Chronic Logic
Industry   : Entertainment,  Games,  Technology
Location   : Coronado - California - United States

Account Email Address ✔   Account Phone Number ✔     Disclaimer    Report Abuse

Page Updated Last on: Feb 02, 2012

### Brooks Financial & Entertainment Consultants News

Super Financial Agent Shon Brooks Hitting the Big Screen

Shon Brooks "Rockstar Inventor" Becomes Official Vendor for Cosmopolitan Las Vegas Hotel Casino

Shon Brooks Signs Contract with NationalCineMedia for James Bond Film -

### Trending

PATRIZIA FIANDRINI proposes Adelante collection - 2022 Spring / Summer

Broker/Owner Christopher Avallon Achieves New Jersey Realtors® Circle of Excellence Sales Award® as one of 2021's Top NJ Real Estate Agents

Stroudwater Associates' New White Paper Introduces an Evidence-Based Approach for

Document title: Shon Brooks Identified as 'Game Changer' by Invention Magazine -- Brooks Financial &amp; Entertainment Consultants in the...
Capture URL: https://www.prlog.org/11784448-shon-brooks-identified-as-game-changer-by-invention-magazine.html
Capture timestamp (UTC): Tue, 01 Feb 2022 19:50:18 GMT

Exhibit 25
Page 403

Page 2 of 3

recently became one of the first to reset the odometer for YouTube from the overload of web search traffic, says Brooks. He is continuing to merge into new international markets with a vigorous global presence.

Widely known for his savvy and versatility as a premier financial planner, Brooks spearheads Brooks Financial & Entertainment Consultants which specializes in financial estate-wealth preservation strategies for the wealthy and for striving individuals, television production and gamification.

He is also recognized as a leading supporter of continuing education in the financial planning field. Brooks created the curriculum for two areas of certification for financial planning advisors, which are used by the ASPPA (American Society of Pension Professionals and Actuaries)-formerly known as NTSAA Educational Institute. The two certifications are the Certified Retirement Specialist (CRS) and Master Certified Retirement Specialist (MCRS). He also created the exam questions for the certification's Course 1 Study Guide, The Basics of 403(b) Plans. The premier national organization for career retirement plan professions is now transitioning to being called, TGPC (Tax-Exempt and Government Plan Administration Certificate Program).

Brooks can be contacted at HYPERLINK "mailto:taxshelterpro@aol.com" taxshelterpro@aol.com, or (619)575-0242.

# # #

Founded by Shon Brooks, Brooks Financial & Entertainment Consultants (www.shonbrooks.tv), is based in Coronado, CA and specializes in game development, estate planning, wealth preservation strategies for a wide range of clients, and television productions.

— End —

Follow    Embed    PDF / Print

Email : ***@franshatone.com ✔
Phone : 619-575-0242
Zip : 92178
Tags : Shon Brooks, Brooks Financial, 3d Games, Financial Literacy, S.O.B, Talk Shows, Game Changer, Chronic Logic
Industry : Entertainment, Games, Technology
Location : Coronado - California - United States

Account Email Address ✔   Account Phone Number ✔   Disclaimer   Report Abuse

Page Updated Last on: Feb 02, 2012

### Brooks Financial & Entertainment Consultants News

Super Financial Agent Shon Brooks Hitting the Big Screen

Shon Brooks "Rockstar Inventor" Becomes Official Vendor for Cosmopolitan Las Vegas Hotel Casino

Shon Brooks Signs Contract with NationalCineMedia for James Bond Film - SPECTRE

Shon Brooks Meets the Simpsons at Cox Media Showcase!

Shon Brooks Gets Invitation For Inauguration Weekend

### Trending

PATRIZIA FIANDRINI proposes Adelante collection - 2022 Spring / Summer

Broker/Owner Christopher Avallon Achieves New Jersey Realtors® Circle of Excellence Sales Award® as one of 2021's Top NJ Real Estate Agents

Stroudwater Associates' New White Paper Introduces an Evidence-Based Approach for Primary Care Pract

54th HOOKAHVILLE in Central Ohio May 13th-14th

OUSD, Army Leadership Speakers Announced for Tri-Service Open Architecture Technical Interchange In-Person Meeting on March 15

### Most Viewed

Has your Gmail been Secretly Hacked? Protect Yourself efani Partner TheNFG.com - 7482 views

FTC Fine CA Lead Gen Co $1.5M Financial Data MisUse | TheNFG.com - 3003 views

The City Tutors Partners with Bloomberg LP to Deliver Free Professional Mentorship - 838 views

You First Services Partners With Camel Expeditionary To Integrate Sterispace Air Sterilization Technology Into Military Shelter Systems - 566 views

Former Snapchat Executive Jason Halbert Shares Success Secrets at Auburn University - 500 views

### Daily News

Pet Professional Guild Announces Geek Week Grand Prize Winner - 273 views

Nationwide Boiler Announces Re-Brand of Controls Division to 'Nationwide Control Solutions' - 253 views

DFW Metroplex Realtor Makes a Splash with Unique Move Up Buyer Program - 191 views

R.R. Donnelley Data Breach Prompts Investigation into Class Action Lawsuit - 176 views

OUSD, Army Leadership Speakers Announced for Tri-Service Open Architecture Technical Interchange In-Person Meeting on March 15 - 132 views

"The Best Home Security of 2021"
— U.S. NEWS & WORLD REPORT
SimpliSafe    shop now

Document title: Shon Brooks Identified as 'Game Changer' by Invention Magazine -- Brooks Financial & Entertainment Consultants...
Capture URL: https://www.prlog.org/11784448-shon-brooks-identified-as-game-changer-by-invention-magazine.html
Capture timestamp (UTC): Tue, 01 Feb 2022 19:50:18 GMT

Exhibit 25
Page 404

Page 3 of 3

# EXHIBIT 26

Exhibit 26
Page 405



| | |
|---|---|
| Document title: | (1) Shon Brooks on Twitter: "STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffic searches this week https://t.co/wEzkjXubdJ #TheNumbersAreTheNumbers #IMDBratings #Broadcast #Hits #BrooksFinancialAndEntertainmentConsultants #Billboar…https://t.co/BXnePdhN1h" / Twitter |
| Capture URL: | https://twitter.com/shonbrooks1/status/1479515093373095939 |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:22:10 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:22:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | aab5ca80-c4dd-46a3-8faa-701b1776426d |
| User: | msk-general |



Tweet

**Shon Brooks**
@shonbrooks1

STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffic searches this week  lnkd.in/g3GpiEA

 #TheNumbersAreTheNumbers
#IMDBratings
#Broadcast
#Hits
#BrooksFinancialAndEntertainmentConsultants
#Billboar...

linkedin.com
Shon Brooks on LinkedIn: #TheNumbersAreTheNumbers #I...
STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffic searches this week ...

6:07 PM · Jan 7, 2022 · LinkedIn

Tweet your reply

Reply

Document title: (1) Shon Brooks on Twitter: &quot;STARmeter REPORT: Thank you to all my fans in every country for an ^ increase of 49,073 web traffic searches this…
Capture URL: https://twitter.com/shonbrooks1/status/1479515093373095939
Capture timestamp (UTC): Thu, 13 Jan 2022 00:22:46 GMT

**Exhibit 26**
**Page 407**

Page 1 of 1


| | |
|---|---|
| Document title: | (1) Shon Brooks on Twitter: "THANK YOU: Brooks Entertainment Inc. Legal Team https://t.co/zPq2a2RvgM , #Shon #ShonBrooks #SOB #SOBTV #brooksentertainment #BrooksFinancialAndEntertainmentConsultants #IMDB #BoxOffice #HollywoodNews #IndustryNews #BrooksF…https://t.co/VGczKFYMWJ https://t.co/wEzkjXubdJ" / Twitter |
| Capture URL: | https://twitter.com/shonbrooks1/status/1479514608314421251 |
| Page loaded at (UTC): | Thu, 13 Jan 2022 00:23:07 GMT |
| Capture timestamp (UTC): | Thu, 13 Jan 2022 00:23:43 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 90093102-7e82-4ec2-9639-aeb2c85993fa |
| User: | msk-general |



**Tweet**

**Shon Brooks**
@shonbrooks1

THANK YOU: Brooks Entertainment Inc. Legal Team lnkd.in/gpfnEFj7 ,

#Shon
#ShonBrooks
#SOB
#SOBTV
#brooksentertainment
#BrooksFinancialAndEntertainmentConsultants
#IMDB
#BoxOffice
#HollywoodNews
#IndustryNews
#BrooksF...lnkd.in/g3nUUvEM

imdb.com
shon Brooks - IMDb
shon Brooks

6:05 PM · Jan 7, 2022 · LinkedIn

Tweet your reply

Reply

Document title: (1) Shon Brooks on Twitter: &quot;THANK YOU: Brooks Entertainment Inc. Legal Team https://t.co/zPq2a2RvgM , #Shon #ShonBrooks #SOB #SOBTV…
Capture URL: https://twitter.com/shonbrooks1/status/1479514608314421251
Capture timestamp (UTC): Thu, 13 Jan 2022 00:23:43 GMT

Exhibit 26
Page 409

Page 1 of 1