Lisel M. Ferguson (Bar No. 207637)
E-mail: lisel.ferguson@procopio.com
Tiffany Salayer (Bar No. 226189)
E-mail: tiffany.salayer@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff
*Brooks Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC. and ROCKSTAR GAMES, INC., <br><br> Defendants. | Case No. 3:21-cv-02003-TWR-MDD <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BROOKS ENTERTAINMENT, INC.** <br><br> Dept:     Courtroom: 3A <br> Judge:   Hon. Todd W. Robinson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Procopio, Cory, Hargreaves & Savitch LLP ("Procopio"), counsel for Plaintiff Brooks Entertainment, Inc. ("Brooks") hereby moves for leave of this Court to allow Procopio to withdraw as counsel for Brooks in this action.

Good cause exists to grant this motion. For the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, ethical and professional considerations require Procopio's withdrawal of representation, as there has been an irreconcilable breakdown in the attorney-client relationship. This motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities and supporting Declaration filed herewith.

DATED: March 14, 2022     PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/Lisel M. Ferguson
Lisel M. Ferguson
lisel.ferguson@procopio.com
Tiffany Salayer
tiffany.salayer@procopio.com
*Attorneys for Plaintiff,*
BROOKS ENTERTAINMENT, INC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/Lisel M. Ferguson
Lisel M. Ferguson
