Lisel M. Ferguson (Bar No. 207637)
E-mail: lisel.ferguson@procopio.com
Tiffany Salayer (Bar No. 226189)
E-mail: tiffany.salayer@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff
*Brooks Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., <br><br> Defendants. | Case No. 3:21-cv-02003-TWR-MDD <br><br> **DECLARATION OF LISEL M. FERGUSON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BROOKS ENTERTAINMENT, INC.** <br><br> Dept: Courtroom: 3A <br> Judge: Hon. Todd W. Robinson |

I, Lisel M. Ferguson, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and this Court. I am employed as a Partner with Procopio, Cory, Hargreaves & Savitch LLP, the attorneys of record for Plaintiff BROOKS ENTERTAINMENT, INC. ("Brooks").

2. If called upon, I could and would competently testify to the facts contained in this declaration, since the facts set forth herein are personally known to me, except those stated upon information and belief, and as to those facts I am informed and believe them to be true.

3. This declaration is submitted in support of our Motion to Withdraw as Counsel for Plaintiff Brooks Entertainment, Inc. Nothing set forth in this declaration

is intended to waive, the attorney-client privilege between our firm and Brooks.

4. In August 2021, Brooks Entertainment retained our firm to represent it for a case against Rockstar Games, Inc. and Activision Blizzard, Inc. This was our first time working with Brooks Entertainment.

5. A Complaint was filed on November 30, 2021. Defendant's filed Motions to Dismiss on February 8, 2022, which are set to be heard on April 20, 2022.

6. We are requesting this Court's permission to withdraw as counsel of record on behalf of Brooks Entertainment, Inc. in this action due to ethical and professional considerations requiring Procopio's withdrawal of representation, as there has been an irreconcilable breakdown in the attorney-client relationship.

7. On March 4th, 2021, Procopio informed Brooks Entertainment verbally of our intention to move to withdraw as counsel in this action. I informed Brooks Entertainment it would need to retain new counsel to represent it in this action or the Court would most likely grant the pending Motions to Dismiss.

8. On March 7, 2022, I sent a written communication to Brooks Entertainment once again informing it that we would move to withdraw as counsel in this Action by March 14th, 2022 unless it was able to find new counsel prior to that time and have them substitute into this action and allow Procopio to withdraw as counsel of record. In this communication I provided the client with all future dates in this litigation.

9. On March 11th, 2022 I notified all counsel in this action that Procopio will be filing a motion to seeking to be relieved as counsel in this matter. I requested that counsel agree to extend the Hearing date on the Motions to Dismiss to allow more time for Brooks to find counsel. I am still waiting for a response from counsel on this request.

10. Procopio is seeking to withdraw prior to the due date for Brooks Entertainment's Oppositions to the Motions to Dismiss are due. In anticipation of this Procopio has asked counsel for Defendants if they are willing to extend out the Hearing

date on the Motions to allow more time for this Motion to be ruled on and for Brooks Entertainment to find new counsel. If Defendants' counsel is unwilling to grant an extension Procopio plans on going Ex Parte to request this Court to grant a short extension on the Motions to Dismiss.

11. Procopio, as counsel of record, has complied with Civil Rule 2.1 Professionalism.

12. We respectfully ask this Court to allow us to withdraw as counsel of record for Brooks Entertainment, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of March, 2022, at San Diego, California.

                                           s/Lisel M. Ferguson
                                           Lisel M. Ferguson

3
FERGUSON DECLARATION ISO MOTION TO WITHDRAW AS COUNSEL
CASE NO. 3:21-CV-02003-TWR-MDD
130558-00LIT001/5773172.1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>s/Lisel M. Ferguson</u>
Lisel M. Ferguson