1  Lisel M. Ferguson (Bar No. 207637)
   E-mail:lisel.ferguson@procopio.com
2  Tiffany Salayer (Bar No. 226189)
   E-mail:tiffany.salayer@procopio.com
3  PROCOPIO, CORY, HARGREAVES &
       SAVITCH LLP
4  525 B Street, Suite 2200
   San Diego, CA 92101
5  Telephone: 619.238.1900
   Facsimile: 619.235.0398
6
   Attorneys for Plaintiff
7  *Brooks Entertainment, Inc.*

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10 | BROOKS ENTERTAINMENT, INC., | Case No. 3:21-cv-02003-TWR-MDD |
| --- | --- |
| 11  Plaintiff, | **CERTIFICATE OF SERVICE** |
| 12  v. | Dept:     Courtroom: 3A |
| | Judge:    Hon. Todd W. Robinson |
| 13  ACTIVISION BLIZZARD, INC. and ROCKSTAR GAMES, INC., | |
| 14 | |
| 15  Defendants. | |

16

17

18          I am a resident of the State of California, over the age of eighteen years, and not
19  a party to the within action.  My business address is PROCOPIO, CORY,
   HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California
20  92101.  On **March 14, 2022**, I served the following documents:

21  **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR
   PLAINTIFF BROOKS ENTERTAINMENT, INC.; MEMORANDUM OF POINTS AND
   AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR
22  PLAINTIFF BROOKS ENTERTAINMENT, INC.; DECLARATION OF LISEL M.
   FERGUSON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR
23  PLAINTIFF BROOKS ENTERTAINMENT, INC.; PROPOSED ORDER**

24

25     ☑     **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope
               with postage thereon fully prepaid, in the United States mail at **San Diego**,
26             California addressed as set forth below.  I am readily familiar with the firm's
               practice of collection and processing correspondence for mailing.  Under that
27             practice it would be deposited with the U.S. Postal Service on the same day
               with postage thereon fully prepaid in the ordinary course of business.  I am
               aware that on motion of the party served, service is presumed invalid if postal

28

cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Fran Shon Brooks
Brooks Entertainment, Inc.
1 Coronado Cays Blvd.
Coronado, CA 92118

Fran Shon Brooks
Brooks Entertainment, Inc.
P.O. Box 181205
Coronado, CA 92178

☑ **BY ELECTRONIC SERVICE** the document(s) listed above to the e-mail address(es) set forth below:

shon@shon.tv

☑ *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☑ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2022, at **San Diego**, California.

_____
Michele Fuger

DATED: March 10, 2022

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/Lisel M. Ferguson
_____
Lisel M. Ferguson
Tiffany Salayer
Attorneys for Plaintiff
*Brooks Entertainment, Inc.*