| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969); mem@msk.com |
| 2 | KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP |
| 3 | 2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120 |
| 4 | Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 |
| 5 | Attorneys for Defendant |
| 6 | Activision Blizzard, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | BROOKS ENTERTAINMENT, INC., | CASE NO. 3:21-CV-02003-TWR-MDD |
| 12 | Plaintiff, | [Assigned to Judge Todd W. Robinson] |
| 13 | v. | **NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** |
| 14 | ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., | |
| 15 | Defendants. | |
| 16 | | [Memorandum of Points and Authorities, Declarations of Marc E. Mayer and James Lodato, and [Proposed] Order Filed Concurrently Herewith] |
| 19 | | Courtroom: 3A (3rd Floor)<br>Date: May 26, 2022<br>Time: 1:30 pm |

Mitchell Silberberg & Knupp LLP
13956000.1

CASE NO. 3:21-CV-02003
**MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

# NOTICE OF MOTION

**TO PLAINTIFF BROOKS ENTERTAINMENT, INC. AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 26, 2022 at 1:30 p.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Todd W. Robinson, located at Courtroom 3A, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant Activision Blizzard, Inc. ("Activision"), by and through its undersigned counsel, will and hereby does move this Court for an order imposing sanctions on Plaintiff Brooks Entertainment Inc. ("Plaintiff") and Plaintiff's counsel of record pursuant to Fed. R. Civ. P. 11, including by (1) dismissing Plaintiff's Complaint (Dkt. No. 1) as against Activision with prejudice; (2) directing Plaintiff's counsel of record (and their law firm) to pay all of Activision's reasonable attorneys' fees and costs incurred in defending itself in this action; and (3) imposing any other sanctions sufficient to deter repetition of Plaintiff's and its counsel of record's improper conduct.

This Motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support; the Declaration of Marc E. Mayer dated March 2, 2022 in Support; the Declaration of James Lodato dated February 28, 2022 in Support; all of the pleadings and papers filed in this action; and any oral argument in support thereof.

On January 26, 2022, pursuant to Section III.A.1 of the Honorable Todd W. Robinson's Standing Order for Civil Cases, counsel for Activision met and conferred with counsel for Plaintiff in good faith attempt to resolve the issues set forth in this Rule 11 Motion without involving the Court. The parties were not able to resolve any such issues. Accordingly, on March 2, 2022, counsel for Activision served a copy of this Rule 11 Motion on Plaintiff's counsel. Plaintiff did not

1  withdraw or correct the Complaint within twenty-one days after service, thus
2  necessitating the instant Motion.

DATED: MARCH 24, 2022       RESPECTFULLY SUBMITTED,

MARC E. MAYER
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for Defendant