MARC E. MAYER (SBN 190969); mem@msk.com
KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Activision Blizzard, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., <br><br> Defendants. | CASE NO. 3:21-CV-02003-TWR-MDD <br><br> [Assigned to Judge Todd W. Robinson] <br><br> **DECLARATION OF JAMES LODATO IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** <br><br> Courtroom: 3A (3rd Floor) <br> Date: May 26, 2022 <br> Time: 1:30 pm |

CASE NO. 3:21-CV-02003

**DECLARATION OF JAMES LODATO**

# DECLARATION OF JAMES LODATO

I, JAMES LODATO, declare as follows:

1. I am Director, Production at Defendant Activision Publishing, Inc. ("Activision"). I have knowledge of the *Call of Duty* series of games as a whole, including the *Call of Duty: Infinite Warfare* game, based on my affiliation with Activision. I make this declaration based upon my personal knowledge or based upon business records maintained in the ordinary course of Activision's business. If called as a witness, I could and would competently testify to all of the following.

## Activision and the *Call of Duty* Games

2. Activision is a leading worldwide developer, publisher, and distributor of interactive entertainment products, including the *Call of Duty* series of video games. Activision released its first *Call of Duty* game in 2003, and has released eighteen "core" *Call of Duty* titles for video game consoles and PCs, along with several spin-off, mobile, and handheld titles.

3. Generally speaking, in the *Call of Duty* games, players engage in high-stakes military combat missions from a "first person" perspective in a variety of settings and time periods, such as World War II, the Vietnam War, the 1980s, the present day, the near future, and the far future. For example, the original *Call of Duty* and *Call of Duty 2* allowed players to participate in famous battles that took place during World War II. *Call of Duty: Modern Warfare* took place in the present day, in locations such as the Middle East and Eastern Europe. *Call of Duty: Black Ops* took place during the Cold War, in locations such as Cuba and Africa.

4. The *Call of Duty* games feature both a single-player campaign and a competitive multi-player mode. In *Call of Duty*'s multi-player mode, players compete against each other in individual or team-based combat on a variety of

simulated virtual battlefields, ranging from battle-torn cityscapes to high-tech indoor environments.

5. Activision does not offer, and has never offered, a "gambling" platform. It also does not offer a "subscription" to play all of its games, and it has never done so.

### *Call of Duty: Infinite Warfare* **and the Brooks Character**

6. On or about November 4, 2016, Activision released *Call of Duty: Infinite Warfare* (the "Game"), which was the thirteenth installment in the *Call of Duty* franchise. *Infinite Warfare* (and all of the other *Call of Duty* games) are available from retail stores (*e.g.*, Amazon, Best Buy, Target) or online digital platforms (*e.g.*, Steam, Xbox Live.)

7. *Call of Duty: Infinite Warfare* is set in the distant future, in which Earth has been stripped of its natural resources, humans have colonized the solar system, and militant radical groups and political entities jockey for control of the solar system's remaining resources. In the Game, players assume the role of Commander Nick Reyes, the newly appointed captain of a space warship named *Retribution*. Players, as Reyes, must lead the *Retribution*'s crew in an ongoing effort to protect the solar system against an extremist group of human colonists from Mars. *Infinite Warfare's* campaign mode takes approximately six hours to complete, and is comprised of seven primary missions and several smaller optional "side" missions. Reyes and his crew are tasked with a series of high-stakes missions on Earth and in space, requiring the player to engage in a variety of battle scenarios. None of the missions in the Game involve banks, the stock market, or Wall Street, the U.S. economy, or white-collar financial crime.

8. While the player remains in control of Reyes throughout the campaign, the player is assisted by several computer-controlled crew members, including Lieutenant Nora Salter, a robot sidekick E3N (or "Ethan"), Staff Sergeant Usef

Omar, Private Todd Kashima, and Corporal Sean Brooks (the "Brooks Character"). The Brooks Character appears only as a computer-controlled digital model. The Brooks Character is not playable, and is just one of the supporting characters in the story.

9. The Brooks Character is an infantry soldier who engages in ground combat in space. The Brooks Character does not have "resources"; when he appears in the campaign mode, he tags along during missions. While there is a scene in *Infinite Warfare* that takes place in a shopping mall (in far future Geneva), the Brooks Character is not in the scene (and has not even been introduced to the story when that scene takes place.)

10. The Brooks Character does not appear in any *Call of Duty* game other than the Game. Additionally, the Brooks Character is not playable in any online or competitive game mode. Neither the Brooks Character nor the name "Sean Brooks" has ever been featured in any *Call of Duty* tournament or esports event run by Activision.

## Alleged Meetings Between Activision and Brooks

11. I understand that the Complaint alleges a series of "talks," "meetings," and "negotiations" between Activision and an individual named Fran Shatone Brooks a/k/a "Shon Brooks." However, there is no evidence that any such meetings ever took place.

12. The only Activision employee that Plaintiff names in its Complaint is Gordon Hall. The reality is that Hall worked for a short time at a studio in Leeds, England called Blast Furnace. This studio only developed mobile games (***not*** the *Call of Duty* console games at issue), and was shut down in March 2014. The last time that Hall logged in to any Activision email account was in February 2014.

Mitchell Silberberg & Knupp LLP
13950916.1

4    CASE NO. 3:21-CV-02003
DECLARATION OF JAMES LODATO

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28 day of February, 2022 at Los Angeles, California.

*James Lodato*
_____
James Lodato