KARIN G. PAGNANELLI (SBN 174763); kgp@msk.com
MARC E. MAYER (SBN 190969); mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Activision Blizzard, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS ENTERTAINMENT, INC., | CASE NO. 3:21-CV-02003-TWR-MDD |
| Plaintiff, | [Assigned to Judge Todd W. Robinson] |
| v. | **JOINT MOTION TO VACATE DEADLINE** |
| ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC., | |
| Defendants. | Courtroom: 3A (3rd Floor) |

Mitchell Silberberg & Knupp LLP

CASE NO. 3:21-CV-02003
**JOINT MOTION TO VACATE DEADLINE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Section V of the Honorable Todd W. Robinson's Standing Order for Civil Cases, Plaintiff Brooks Entertainment, Inc. ("Plaintiff"), Plaintiff's counsel of record at the law firm of Procopio, Cory, Hargreaves & Savitch LLP ("Procopio"), and Defendants Activision Blizzard, Inc. and Rockstar Games, Inc. (together, "Defendants") hereby notify the Court that they have settled the outstanding issue in this case. In particular, following the Court's Order granting Defendants' Rule 11 Motions for Sanctions (Dkt. No. 51), Procopio paid agreed-upon sums to Defendants' respective counsel of record, in satisfaction of Procopio's obligation to pay "the reasonable attorneys' fees and costs that [Defendants] have incurred throughout their litigation of this case." *Id.*, p. 24.

Based on the foregoing, Plaintiff and Defendants stipulate and agree to vacate the deadline for Defendants to file documentation in support of the calculation of their reasonable attorneys' fees and costs.

The payments made by Procopio are not intended to waive any rights of appeal by Brooks Entertainment, Inc. and all such rights are expressly reserved.

### ECF CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I, Marc E. Mayer, certify that the content of this document is acceptable to the undersigned counsel of record for the parties listed below and that I have obtained authorization from each counsel of record to affix his or her electronic signature hereto.

DATED: AUGUST 11, 2022         MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
Marc E. Mayer
Attorneys for Defendant
Activision Blizzard, Inc.

CASE NO. 3:21-CV-02003

**JOINT MOTION TO VACATE DEADLINE**

| | | |
|---|---|---|
| 1 | DATED: AUGUST 11, 2022 | FRANKFURT KURNIT KLEIN & SELZ PC |
| 2 | | |
| 3 | | By: /s/ Craig B. Whitney |
| 4 | | Craig B. Whitney<br>Attorneys for Defendant |
| 5 | | Rockstar Games. Inc. |
| 6 | | |
| 7 | DATED: AUGUST 11, 2022 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Lisel Ferguson<br>Lisel Ferguson |
| 11 | | Former Attorneys for Plaintiff<br>Brooks Entertainment, Inc. |

Mitchell Silberberg & Knupp LLP

2     CASE NO. 3:21-CV-02003
**JOINT MOTION TO VACATE DEADLINE**