NAME AND ADDRESS OF ATTORNEY
BROOKS ENTERTAINMENT INC.
1320 YNEZ PLACE, SUITE 181205, CORONADO, CA. 92118

PHONE: (619) 575-0242



**FILED**

Aug 15 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ AKR      DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Todd W. Robinson

COURT REPORTER N/A

BROOKS ENTERTAINMENT INC.

CIVIL NO. 3:21-cv-02003-TWR-MDD

(Appellant/Appellee)      Plaintiff

vs

ACTIVISION BLIZZARD, INC. and ROCKSTAR GAMES, INC.

NOTICE OF APPEAL      (Civil)

(Appellant/Appellee)      Defendant

Notice is hereby given that BROOKS ENTERTAINMENT INC.

✗   Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

✗   Ninth Circuit                    ✗   Federal Circuit

from the:       (check appropriate box)

✗   Final Judgment                  ✗   Order (describe)

entered in this proceeding on the  12  day of  JULY  20 22
Transcripts required        Yes    ✗   No.
Date civil complaint filed:       11/30/21

Date: 8/10/20

/FRAN SHON BROOKS/
Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

::: Outlook      🔍 Search

🖨 Print   ✕ Cancel

**FWD: BROOKS ENTERTAINMENT INC. NOTICE OF APPEAL- CASE NUMBER 21-CV-2003 TWR (MDD)**

shon@shon.tv <shon@shon.tv>
Fri 8/12/2022 10:38 AM
To: aim 67 <aim67@aimmailcenters.com>

📎 1 attachments (315 KB)
BROOKS ENTERTAINMENT INC Notice of Appeal Civil - 21-CV-2003 TWR (MDD).pdf;

--------- Original Message ---------
Subject: BROOKS ENTERTAINMENT INC. NOTICE OF APPEAL- CASE NUMBER 21-CV-2003 TWR (MDD)
From: "shon@shon.tv" <shon@shon.tv>
Date: 8/10/22 6:05 pm
To: "ECFhelp@casd.uscourts.gov" <ECFhelp@casd.uscourts.gov>

To Whom This May Concern,

RE: BROOKS ENTERTAINMENT INC. V ACTIVISION BLIZZARD, INC. AND ROCKSTAR GAMES, INC.
Case Number 21-CV-2003 TWR (MDD)

Thank you for your assistance. Brooks Entertainment Inc. has enclosed our Appeal form to appeal this case before the deadline given by the court. Should you have any questions, please do not hesitate to contact me.

Sincerely,

F. Shon Brooks BSBA, ASM
Brooks Entertainment Inc.
619-575-0242 Tel.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020. All rights reserved.

U.S. POSTAGE PAID
PM
MISSION VIEJO, CA
92690
AUG 12, 22
AMOUNT
$16.20
R2305M148733-12

92101

1022

**FROM:**
Brooks Entertainment Inc
P.O. Box 181205
Coronado, CA 92178

**TO:**
U.S. District Court, Southern District
Of California
333 W. Broadway, Suite 420
San Diego, CA 92101

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE®

CERTIFIED MAIL®

7021 2720 0002 8127 4025

- Expected delivery date specified for domestic
- Most domestic shipments include up to
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP


